✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                  DISTRICT OF                  NEW YORK

Michael G. Porto (a.k.a. Guy Michaels),
                    Plaintiff(s),

                    -against-

Stephen Adly Guirgis, Labyrinth Theater
Company, Philip Seymour Hoffman,
Faber and Faber, Inc. and Dramatists
Play Service, Inc.,
                    Defendant(s).

**APPEARANCE**

Case Number:  08 Civ. 1228 (LTS)(GWG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

All Defendants - Stephen Adly Guirgis,
              Labyrinth Theater Company,
              Philip Seymour Hoffman,
              Faber and Faber, Inc., and
              Dramatists Play Service, Inc.

I certify that I am admitted to practice in this court.

May 2, 2008
_____
Date

_____
Signature

Charles S. Sims                    CS-0624
_____          _____
Print Name                         Bar Number

Proskauer Rose LLP   1585 Broadway
_____
Address

New York, NY                       10036
_____
City              State            Zip Code

(212) 969-3000                     (212) 969-2900
_____          _____
Phone Number                       Fax Number