# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Michael G. Porto (a.k.a. Guy Michaels),
                    Plaintiff(s),

    -against-

Stephen Adly Guirgis, Labyrinth Theater Company, Philip Seymour Hoffman, Faber and Faber, Inc. and Dramatists Play Service, Inc.,
                    Defendant(s).

**APPEARANCE**

Case Number: 08 Civ. 1228 (LTS)(GWG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

All Defendants - Stephen Adly Guirgis, Labyrinth Theater Company, Philip Seymour Hoffman, Faber and Faber, Inc., and Dramatists Play Service, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 2, 2008 | *[signature]* |
| Date | Signature |
| | Adam D. Siegartel     AS-6947 |
| | Print Name     Bar Number |
| | Proskauer Rose LLP   1585 Broadway |
| | Address |
| | New York, NY     10036 |
| | City    State    Zip Code |
| | (212) 969-3000     (212) 969-2900 |
| | Phone Number     Fax Number |