UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL G. PORTO (a.k.a. GUY MICHAELS),
        Individually,

                Plaintiff,      :    08 cv 1228   (LTS) (GWG)

    -against-

                                   :    AFFIDAVIT OF SERVICE

STEPHEN ADLY GUIRGIS and LABYRINTH
THEATER COMPANY, and PHILIP SEYMOUR
HOFFMAN, and FABER AND FABER, INC. and
DRAMATISTS PLAY SERVICE, INC.,,

                Defendants.
------------------------------------------------------------x

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

        MARY JANE MCALEAVY, being duly sworn, deposes and says:

        1. I am not a party to this action, am over 18 years of age and reside in Aberdeen, New Jersey.

        2. On May 5, 2008 I served the attached Notices of Appearance for Charles S. Sims and Adam David Siegartel upon the following:

        Darren M. Geliebter
        The Dorf Law Firm, LLP
        845 Third Avenue, 6th Fl.
        New York, NY 10022

        3. Service was made by enclosing true copies of the said documents in a postpaid properly addressed wrapper and placing it in an official depository under the exclusive

care and custody of the United States Postal Service within the State of New York.

*[signature]*
MARY JANE MCALEAVY

Sworn to before me this
5th day of May, 2008

*[signature]*
Notary Public

KENNETH BIGLIANI
Notary Public, State of New York
No. 31-4970383
Qualified in New York County
Commission Expires August 13, 2010