UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL G. PORTO (a.k.a. GUY MICHAELS) :
:
                  Plaintiff, :    Civil Action No. 08 Civ. 1228 (LTS)(GWG)
:
                  v. :
:
STEPHEN ADLY GUIRGIS, LABYRINTH :
THEATER COMPANY, PHILIP SEYMOUR :
HOFFMAN, FABER AND FABER, INC., AND :
DRAMATISTS PLAY SERVICE, INC., :
:
                  Defendants. :

---

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant LAByrinth Theater Company certifies that LAByrinth Theater Company has no parent corporation, and that no publicly held corporation owns ten percent or more of its stock.

Dated: New York, New York
       May 15, 2008

                                                      PROSKAUER ROSE LLP

                                                      By: _____
                                                         Charles S. Sims
                                                         Adam D. Siegartel
                                                         1585 Broadway
                                                         New York, NY 10036
                                                         Tel: 212.969.3000
                                                         Fax: 212.969.2900

                                                         *Attorneys for all Defendants*