UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL G. PORTO (a.k.a. GUY MICHAELS) :
:
                Plaintiff, :    Civil Action No. 08 Civ. 1228 (LTS)(GWG)
:
                v. :
:
STEPHEN ADLY GUIRGIS, LABYRINTH :
THEATER COMPANY, PHILIP SEYMOUR :
HOFFMAN, FABER AND FABER, INC., AND :
DRAMATISTS PLAY SERVICE, INC., :
:
                Defendants. :

---

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Dramatists Play Service, Inc. certifies that Dramatists Play Service, Inc. has no parent corporation, and that no publicly held corporation owns ten percent or more of its stock.

Dated: New York, New York
       May 15, 2008

                                              PROSKAUER ROSE LLP

                                              By: _____
                                                    Charles S. Sims
                                                 Adam D. Siegartel
                                                 1585 Broadway
                                                 New York, NY 10036
                                                 Tel: 212.969.3000
                                                 Fax: 212.969.2900

                                                 *Attorneys for all Defendants*