UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL G. PORTO (a.k.a. GUY MICHAELS)    :

        Plaintiff,    :    Civil Action No. 08 Civ. 1228 (LTS)(GWG)

    v.    :

STEPHEN ADLY GUIRGIS, LABYRINTH    :
THEATER COMPANY, PHILIP SEYMOUR
HOFFMAN, FABER AND FABER, INC., AND    :
DRAMATISTS PLAY SERVICE, INC.,

        Defendants.    :

---

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Faber and Faber, Inc. certifies that Faber and Faber, Inc. is eighty percent owned by Holtzbrinck Publishing Holdings Limited Partnership, d/b/a Macmillan, and twenty percent owned by Faber and Faber, Ltd., both of which are privately-held entities, and that no publicly held corporation owns ten percent or more of Faber and Faber, Inc.'s stock.

Dated: New York, New York
      May 15, 2008

                                          PROSKAUER ROSE LLP

                                          By: _____
                                                Charles S. Sims
                                                Adam D. Siegartel
                                                1585 Broadway
                                                New York, NY 10036
                                                Tel: 212.969.3000
                                                Fax: 212.969.2900

                                                *Attorneys for all Defendants*