Darren M. Geliebter
The Dorf Law Firm, LLP
845 Third Ave., 6th Fl.
New York, NY 10022

    Re:   Porto v. Guirgis, et al.
            Case Number: 08 CV 01228

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and a complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from May 1, 2008, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _May 2, 2008_

_____
By: Adam D. Siegartel, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
Tel: 212-969-3000
Fax: 212-969-2900

Attorney for Defendant
Stephen Adly Guirgis