Charles S. Sims
Adam D. Siegartel
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
Tel: 212.969.3000
Fax: 212.969.2900
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL G. PORTO (a.k.a. GUY MICHAELS) | Civil Action No. 08 Civ. 1228 (LTS)(GWG) |
| Plaintiff, | |
| v. | |
| STEPHEN ADLY GUIRGIS, LABYRINTH THEATER COMPANY, PHILIP SEYMOUR HOFFMAN, FABER AND FABER, INC., AND DRAMATISTS PLAY SERVICE, INC., | **DECLARATION OF ADAM D. SIEGARTEL** |
| Defendants. | |

ADAM D. SIEGARTEL declares:

1.      I am an attorney at Proskauer Rose LLP, attorneys for defendants, and a member of the bar of this Court.  I submit this declaration in support of defendants' motion pursuant to Rules 12(b)(6) and 56, Fed. R. Civ. P., to dismiss or in the alternative for summary judgment, and in support of defendants' motion for an award of costs and attorneys' fees under 17 U.S.C. § 505.  This declaration is submitted for the limited purpose of attaching pleadings, documents, and a DVD that are relevant to defendants' motion.

2.      Attached as Exhibit 1 is a true copy of plaintiff's Amended Complaint in its entirety, including all exhibits.  Attached as Exhibit A to this Amended Complaint is plaintiff's

1

book *Judas on Appeal*.  Published versions of defendants' play *The Last Days of Judas Iscariot* are attached as Exhibit E to the Amended Complaint, namely, the publication by defendant Faber and Faber, Inc. and the publication by defendant Dramatists Play Service, Inc. (the Faber and Faber version is also attached to Stephen Adly Guirgis' Declaration as Exhibit 1).

3.      Attached as Exhibit 2 (filed under seal with the consent of plaintiff's counsel) is a DVD that includes large portions of a performance of defendants' play.  Although defendants' play has been produced throughout the United States and in Canada and the United Kingdom as well, this DVD footage is from the production that was directed and produced by defendants in New York City.

4.      Attached as Exhibit 3 is a third-party literary work entitled "Judas Iscariot on Trial," which is a "Satirical Drama in Three Acts" in which Judas is the focus of a judicial proceeding.

5.      Attached as Exhibit 4 is an excerpt from an issue of *The Standard Bearer* magazine, which recounts a Colorado church group that staged a play entitled "The Trial of Judas Iscariot" in which Judas stands trial for his alleged betrayal of Jesus Christ.  (Note that for all excerpted works attached as exhibits to this Siegartel Declaration, the first page of the work is provided, and the subsequent pages that include the relevant passages.  Thus, for example, Exhibit 4 includes pages 1 and 17 [the latter page includes the relevant language].  Pages after page 1 that do not include relevant text are not provided, and only page 1 is provided if the relevant language is included entirely within that first page.)

6.      Attached as Exhibit 5 is a collection of excerpted articles and other materials that each discuss various creative works in which historical and/or celebrity figures stand trial fictionally (for example, Josef Mengele and Tony Blair).

2

7.     Attached as Exhibit 6 is a collection of articles and other materials that each discuss various films, television programs, theatrical works, literary works, lithographs, video games, and other creative works that feature Satan wearing formal or semi-formal attire.

8.     Attached as Exhibit 7 is a collection of articles, sermons, and other literary works that each include the concept that Judas' soul was easy for Satan to co-opt.

9.     Attached as Exhibit 8 is a collection of pages from *The New Oxford Annotated Bible* and the *King James Version of the Bible* that each include the idea that (a) Caiaphas believed that Jesus had blasphemed, (b) Caiaphas feared Roman reprisals, and/or (c) Caiaphas did not approach Judas about betraying Jesus. These pages have been marked in the margin to indicate the relevant passage.

10.     Attached as Exhibit 9 is a collection of articles and other secondary sources that each include the idea that a disparaging, antagonistic, and brutal relationship prevailed between Pontius Pilate and the Jews. These pages have been marked in the margin to indicate the relevant passage.

11.     Attached as Exhibit 10 is a collection of articles and other secondary sources that each include the idea that Pontius Pilate would have no concern for a single Jewish life, and would perceive killing Jesus as simply one less Jew (or would perceive Jesus as simply one more Jew). These pages have been marked in the margin to indicate the relevant passage.

12.     Attached as Exhibit 11 are (a) the translations from *The New Oxford Annotated Bible* and the *King James Version of the Bible* for chapter 13, verse 27 of the Gospel of John, which each incorporate the idea that Jesus told Judas that whatever he was to do, he should do it quickly; (b) several other scholarly texts that recite this "do it quickly" concept; and (c) an internet search report documenting that a recent search for "Jesus," "Judas," and "do it quickly"

3

uncovered approximately 340 hits. These pages have been marked in the margin to indicate the relevant passage.

13.    Attached as Exhibit 12 is a collection of materials concerning various films, musicals, and other creative works that focused upon Jesus Christ, each of which included either all or five of the following six characters: Jesus, Judas, Saint Peter, Pontius Pilate, Caiaphas, and Satan. These works include Mel Gibson's "The Passion of the Christ," Martin Scorsese's "The Last Temptation of Christ," and "Jesus Christ Superstar."

14.    Attached as Exhibit 13 is a series of four letters that were exchanged between plaintiff's counsel and defendant Stephen Adly Guirgis' counsel before plaintiff filed his Complaint (the first letter from plaintiff's counsel, dated September 25, 2007, was sent to Mr. Guirgis' agent, not Mr. Guirgis' counsel; however, the November 29, 2007 response was sent by Mr. Guirgis' counsel to plaintiff's counsel, and the final two letters, both dated December 21, 2007, were also between counsel). In these letters plaintiff's counsel alleged that Mr. Guirgis' play *The Last Days of Judas Iscariot* infringed plaintiff's novel *Judas on Appeal* and that such infringement was willful, and threatened litigation. Plaintiff's counsel also wrote on December 21, 2007 that "the concept of Judas receiving forgiveness by Jesus Christ as set forth in a modern day courtroom scene" is an "idea." Mr. Guirgis' counsel in two separate letters rejected the claim of copyright infringement, explaining that copyright protection only extends to the expression of ideas and not the ideas themselves and that plaintiff's counsel had not demonstrated that Mr. Guirgis had infringed upon plaintiff's protectable expression.

15.    Attached as Exhibit 14 is a June 26, 2008 letter from plaintiff's counsel to defendants' counsel in which plaintiff's counsel concedes that it "is clear" that "a modern-day

trial of Judas Iscariot to decide whether or not his soul should be allowed into Heaven" is "an idea, one that is not entitled to protection."

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 27, 2008 in New York, New York.

ADAM DAVID SIEGARTEL

# EXHIBIT 5
# SIEGARTEL DECLARATION

# *Films for Life*
# CINEMA VITA
## FILM FESTIVAL

**FESTIVAL INFORMATION**    **SUBMISSION GUIDELINES**    **MOVIE**    **SPONSORSHIP**    **CONTACT BUY TICKETS**

### *After the Truth*

What happens when fugitive Dr. Josef Mengele, the notorious Angel of Death at Auschwitz, returns to modern-day Germany to stand trial?

Starring Goetz George and Kai Wiesinger.
Written by Christopher & Kathleen Riley, Directed by Roland Susso Richter.

"The trial begins and Mengele's opening statement elicits surprise and anger. Contrary to the majority of Nazi war criminals who pleaded innocent to the charges brought against them in trials after the war, Mengele confesses to all of the charges against him. However he can see no wrong in what he did, his deeds were not crimes. On the contrary, he acted on "humanitarian grounds"... As a doctor he had done the only thing humanly possible to relieve the suffering of those condemned to death. Yes, he had killed small children. 'Should I have left them to agonisingly starve to death?' It was an "act of mercy"—euthanasia. 'Doctors will always have to kill people,' Mengele states. 'A surgeon is no butcher just because he works with a knife.' The public and state attorney are left speechless."

"One of the great 'what-ifs' of history. Supported by an extremely well-written script and an exceptional cast of actors, After the Truth works as a powerful story with ethical and moral overtones."
– **Piers Handling**, Toronto International Film Festival

***After The Truth* is the recipient of numerous International Awards & Nominations:**

· Nominated, Best Actor, Goetz George, 1999 European Film Awards
· Winner, Best Actor, Goetz George, 2000 Brussels International Film Festival
· Nominated, Best European Feature, 2000 Brussels International Film Festival
· Winner, Special Jury Award, 14th World Television Festival, Hyogo-Awaji, Japan
· Nominated, Best Director, Roland Suso Richter, 1999 San Sebastian International Film Festival
· Winner, Best Director, 2000 Aubagne International Film Festival
· Nominated, DEUTSCHER KAMERAPREIS, 2000 German Camera Award
· Winner, Jury Prize, 2000 Aubagne International Film Festival
· Winner, Jury Prize, 2000 Valenciennes International Film Festival

Click here to read more about *After the Truth*

Home » Latest News

---

**Home**
**Listen Now**
**The Archive**
**The Blog**
**News**
**Subscribe Free**
**Transcripts**
**The Gallery**
**About Us**
**Contact Us**
**The Links**

## BLAIR in the dock

24-Apr-2007

As the Tricycle Theatre stages Called to Account, its newest tribunal play about a fictional trial of Tony Blair for illegally going to war in Iraq, David Aaronovitch writes in The Times about this theatre's political dramas. It's an article that blusters against the current trend for satires of those in power, and mocks the satirists such as Alistair Beaton, but it does concede that Nicolas Kent of the Tricycle is a deeply passionate director. In the end, Aaronovitch lamely hopes for theatre to address different issues. In the current climate, that's unlikely - Called to Account is the most popular Tricycle show for years.

## Recent Stories

### Latest links: Frayn, more Frayn and more
25-May-2008

### Reviews of new Vaclav Havel play
25-May-2008

**News Feed**
« What's this?

« What's this?

### James Menzies-Kitchin Award winner
20-May-2008

### Celebrate the play: TRANSCRIPT online
17-May-2008

### Latest links: HANCOCK, LaBute, Dromgoole
15-May-2008

## Search The News Archive

PAID ADVERTISEMENTS

Who's Winning
The Culture Wars?





Home   Feedback   Forum   Kiosk   Library   News Wire   What's New   Support Us

**Library**: **Modern Documents**: **Bill Schultz**: **Is God A Criminal?**

# Is God [1] A Criminal?

## by Bill Schultz [2]

## Table of Contents

- Introduction
- The Facts of God's Acts
- The Law Governing These Facts
- Jurisdiction
- The Judgment Against God
- From Where Does Morality Come?
- Some Conclusions
- Further Reading
- Acknowledgements
- Footnotes

## Introduction

Does God stand above morality, defining for us what is moral and what is immoral in accordance with His will? Or is morality a characteristic that exists independent of what God wills to be moral or immoral? For at least 25 centuries, these two related questions, or variations thereon, have troubled those of us who think deeply about philosophical matters. Frankly, there has not (at least, not until recently) been any really satisfactory answer to the issues raised by these questions. This essay is an attempt to explore this issue, which is quite relevant to the debate between atheism and theism, even though it tends to get short shrift in most debates between atheists and theists. What I will present herein is known technically in philosophical circles as the *Moral*

*Argument Against God*.

The essential belief of those who believe in the Judeo-Christian God [3] is that God created the universe and all that is within it. Thus, in the minds of believers, their God's creation includes any human abilities to recognize anything resembling a moral value. So, from a believer's perspective, we do not (and, by the nature of being part of God's creation, cannot) legitimately call any acts of God "immoral." This is true by the very nature of morality being subservient to God's will, and a part of God's creation (the universe).

But it is increasingly apparent that our human sense of morality is inconsistent with belief in the Judeo-Christian God and the consequent truth of the above paragraph. Thus, some atheists try to formulate a *Moral Argument Against God* as part of a proof of atheism. [4] As my own contribution to this genre, I will argue that humans increasingly (additively, over long periods of time) recognize certain broad moral principles as applicable to everybody, regardless of any characterization of their position within the whole group of human beings. The existence of any such principles defeats the whole concept of *moral relativism* as a possible primary moral rule because there is nothing for these overarching moral rules to be relative to. They must, then, come out of an objective moral foundation that is, unfortunately, not well understood.

My approach to the *Moral Argument Against God* will be to attempt to summarize a fictional trial of God on charges of crimes against peace, war crimes, and crimes against humanity. In proceeding along these lines, I will take a slightly different approach than does Professor Raymond D. Bradley in his essay *A Moral Argument for Atheism*.

## The Facts of God's Acts

In my capacity as the prosecutor of God, I will stipulate for the purposes of this trial that several of the books of the *Holy Bible* are the inerrant (or at the very least, the "authoritative") Word of God. The books I cite for factual support herein are quoted from in the text contained within Appendix A to this document. Those books I use to indict God herein are: Genesis, Numbers, Deuteronomy, Joshua, and I Samuel (the First Book of Samuel). I'm certain that other atrocities commanded or committed by God are documented in certain other books of the Bible, but I choose to limit my indictment to those few books simply for the case of brevity, and for the additional reason of not expanding my





SEARCH

[ GO ]

Ticket Home   Shopping Basket   Your Accou

## Patriot Act: The Trial of George W. Bush

**BROWSE CATEGORIES**

»Dance
  »Ballet
  »Modern
»Family
»Film
»Free Event
»Fundraiser/Benefit
»Holiday
»Music
  »Cabaret
  »Chorus
  »Classical/Chamber
  »Gospel/Spirituals
  »Jazz
  »Rock/Pop
»Opera
»Package Discounts
»Performance Art
»Poetry
»Puppetry
»Special Events
»Stage Magic
»Theatre
  »Comedy
  »Dinner Theatre
  »Improv
  »Melodrama
  »Musical
  »Musical Revue
  »One-Acts/Short Plays
  »Play
  »Reading
  »Workshop
»Variety Acts
»Visual Art

Sledgehammer Theatre opens their twenty-first season with "Patriot Act: The Trial of George W. Bush," an interactive theatrical event that explores the moral, ethical and legal issues of power. Conceived, written and directed by legendary San Diego theater impresario, Todd Blakesley, this theatre piece plunges the audience into the trial of the man many consider to be this country's most powermad president. Audience members may choose to join one of three juries and others may testify at the proceedings to determine if the president has violated the constitution, committed treasonous acts, or is innocent of all charges.

(No performances available)



## BROWSE DATES

| June 2008 | | | | | | |
|---|---|---|---|---|---|---|
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |

**Today: 6/6/2008**

## BROWSE LOCATIONS

# Judgment at Nuremberg



## Judgment at Nuremberg

It only happens rarely but it does occur, a director gathers together a dream cast, gets a writer to provide a compelling script and a legendary film is made. Judgment at Nuremberg has its flaws but it remains one of the definitive court room dramas every made. In 1948 the famous trials of Nazi war criminals were winding down. Most of the high profile, upper echelon Nazis had their day in court and were sentenced. What remained were those in positions of authority such as judges, that upheld the mandates of the regime. The question that demanded an answer was whether these men were responsible to what happened to those poor souls they sentenced. Were they just middle management carrying out the decisions of those above them or did they hold some degree of culpability for what occurred. The film follows the fictional trial of several judges that served on the bench during the Nazi's reign of terror. Among the defendants is Dr. Ernst Janning (Burt Lancaster), world renowned jurist, author of definitive books on justice and accused of heinous acts. Defending him is the court appointed attorney Hans Rolfe (Maximilian Schell), for the prosecution Rolfe must face Col. Tad Lawson (Richard Widmark) a man that feels it is his responsibility to bring these men to the justice they deserve. Deciding the cases are a tribunal of judges headed by Chief Judge Dan Haywood (Spencer Tracey), a man at the end of a long career, recently defeated for his seat on the bench back in America. With actors such as this on the screen what follows is a taut drama that explores the darkest acts ever committed by mankind.

Although the film is largely criticized for its length, it runs over three hours, such scope is needed to fully explore the issues that are raised. It is also is a platform for some of the most memorable performances ever set to film. There is a side plot were Haywood becomes emotionally attached to a widow, Madame Bertholt (Marlene Dietrich) that could have used a few more passes in the editing room but even those scenes demonstrated the human fragilities of all the parties involved in this search for truth and revenge. At the heart of the matter is how far down the chain of command does responsibility extend? Are the rank and file carrying out the orders hold the same degree of responsibility as those that issued the orders, should a man refuse to obey an order he knows is amoral even at the cost of his own life? Just look at the current news, such questions still exist and need answers. The film also shows that there is life outside the court room. The people of Germany were often victims of the Nazi party and life has to be rebuilt for them as well, while most of the focus was deservedly afford the victims of he death camps, the regular citizens of this nation was

**EXHIBIT 6**
**Part 1**
**SIEGARTEL DECLARATION**

Entertainment: 'Reaper' premiere shows Devil's penchant for nice suits | sam, devil, smith,...    Page 1 of 2

# THE ORANGE COUNTY REGISTER
ocregister.com

Monday, September 24, 2007

# 'Reaper' premiere shows Devil's penchant for nice suits

## Review: Ray Wise is deliciously upscale in his approach to classic role.

By DIANE WERTS

Newsday

This Devil has taste. He wears a sharp suit and an expensive tie. Has his teeth whitened. Uses fancy words like "perdicious." And scoffs haughtily when his sudden appearance in a family wagon's back seat makes Sam, our show's hero, assume he's being carjacked.

"If it was an Escalade, maybe," says Ray Wise, previously seen as one of "24's" duplicitous (or maybe not) vice presidents and as Laura Palmer's doubly sick dad on "Twin Peaks."

Now Wise has a role to die for. He's rounding up the dust-biting escapees of Hell, and young conscript Bret Harrison ("The Loop") has to help him. .

Sam, Harrison's 21-year-old, handily slaves at a home-repair megastore (it often stocks the "vessels" his new boss starts handing him on his birthday in order to take down evildoers who should be dead). Turns out his folks made a deal with you-know-who. The bill has come due, so now Sam finds himself wielding weird gadgets as a "bounty hunter" for this dapper duke of Hades. Great job security. Hell is so overcrowded.

So is this week's pilot, which flies all over the map under the direction of "Clerks" moviemaker Kevin Smith, also a series producer. Smith certainly understands slackerdom, as proved here in the person of "Invasion" conspiracy theorist Tyler Labine, always a welcome presence, as Sock, Sam's best buddy. We also meet the pal's fed-up prosecutor ex-girlfriend (Valarie Rae Miller), who provides a convenient "in" to official info. And some other store employees – the cute chick for whom Harrison's heart lusts ("Heroes" villain Missy Peregrym), and a three's-a-crowd dude (Rick Gonzalez).

There are also the guilt-ridden parents and the bratty younger brother, some angry canines, and a flaming fireman, who gives Sock an opening to shout, "Eat it, Heat Miser!"

Advertisement


A bright idea in online advertising.
PrinterStitial® ads by Format Dynamics.


FormatDynamics®

Print Powered By [fd] FormatDynamics™

Reaper - Cast - Ray Wise



Photos from The Witches of Eastwick



The Internet Movie Database

*Now Playing* *Movie/TV News* *My Movies* *DVD New Releases* *IMDbTV* *Message Boards* *Showtimes & Tickets* *IMDbPro*
*IMDb Resume*
Login | Register
Home | Top Movies | Photos | Independent Film | GameBase | Browse | Help
search

All  more | tips

# Photos from **The Witches of Eastwick**

See All 28 Photos 
[ «·Prev ] [ Next» ]
View as Slideshow



**Title:** The Witches of Eastwick
**Photo 28 of 28:** Photo date: ????

[an error occurred while
processing this directive]

**washingtonpost.com**

| home page | site index | search | help |

# 'The Witches of Eastwick' (R)

**By Rita Kempley**
**Washington Post Staff Writer**
**June 12, 1987**

Hell's belles! Nicholson's back. And that old Jack magic has us in
his spell.

Be it "Heartburn" or hellfire, the man remains hot stuff. America's
unlikeliest sex symbol is cast at last in the ultimate Nicholson part -
- Satan himself, played for laughs with lunatic energy and a giddy
finesse.

Taking his cue from Robert De Niro in "Angel Heart," he conjures
up a devil-may-care Beelzebub with a ponytail and a vocabulary
that would scrub the crud off pans. He is indisputably the star of
"The Witches of Eastwick," despite formidable competition from
his coven played by Cher, Michelle Pfeiffer and Susan Sarandon.

One dark night over Cheez Whiz and martinis, the three women get
together to lament the lack of good guys, wondering, "If men aren't
the answer to everything, why are we always talking about them?"
Nevertheless, they continue the conversation, wishing idly for an
ideal lover -- "a dark prince, traveling under a curse, on a dark
charger."

They clink a toast to a thunderclap. And suddenly out of the wet
New England woods, something wicked their way comes -- in a
speeding black Mercedes with extra running lights and the power to
leap potholes. Daryl Van Horne, cloven hoofs hidden under his
Lakers high-tops, makes his entrance into quaint, colonial Eastwick.
He's a supernatural cutup, equal parts blasphemy, brimstone and
catnip.

Nicholson is definitely dancing on the edge as the antihero of "The
Witches of Eastwick," but then so was John Updike when he wrote
the risque' 1984 best seller. Now screen writer Michael Cristofer
compounds the chaos with a beguiling brew of satanic spoof, sexual
bickering, monster mash and Gothic slapstick comedy. If
Hawthorne were alive and well in the '80s and inclined to caffeine
abuse, he might have penned this frantic genre-bender, with its
uninhibited exploration of repression's fruits -- political and
physical -- with Daryl as devil's advocate to the women's
movement.

The sly chauvinist is against liberation, unless it's sexual. But he is
not above using feminist propaganda to flatter and seduce the trio

# About.com: Paranormal Phenomena

## Your True Tales
## June 2003 – Story of the Month

### The Devil Wore a Tuxedo
by Floss F.

When I was a 17 and recently married, my mother Sophie told me a story that she swore was true. It was a very intriguing narration that made a lasting impression on me. In 1930, my mother was 18 years old and lived in a remote northern community. The village of Camperville, Manitoba had a general store and a church. In those days, visitors made arduous journeys by horse drawn conveyances.

I lived there with my grandparents for six months in 1950 and not much had changed from my mother's day. My uncles still rode horseback or hitched a horse to a buckboard wagon. It was the main mode of transportation for most of the people living there. In fact, I don't recall seeing any vehicles, although there may have been one or more. Like in 1930, there were no streets or avenues. A main dirt road went from one end of the village to the other. Most of the houses were made of logs and lumber. Roadways were rutted wagon trails that snaked from one location in the woods to another.

My mother's story occurred on a cold winter night when everyone was asleep. The whole family was awakened by the keen howling and frenzied barking of their dogs. My grandparents, mother and her four brothers quickly got dressed and put on their footwear and rushed outside to see what the frantic commotion was all about. She said, "The dogs were acting like they were rabid, but they never went toward the man that was standing by our fence near the road. He was not wearing proper clothes. In the dead of winter with 30 and 40 below zero temperatures, he was wearing a black-tailed tuxedo and a white shirt. He stood there watching the dogs, then he looked at us.

"We walked toward him to see who he was and what he wanted, but he backed up to the dirt road. My brothers walked toward him. He watched them approach him and walked backward down the road. No matter how fast my brothers walked they could not get close to him. They trotted, ran and raced down the road after him, but all he did was walk backward one step at a time. No matter how fast they ran, he was out of their reach."

"Then what happened?" I asked her.

"Your uncles gave up and returned home. We never saw that man again, but we were frightened," she admitted. "I was glad I was not alone."

"Who do you think it was?" I asked her.

"The devil," she whispered. "Who else could walk backward and never be caught?"

Next story >

< main menu

[an error occurred while processing this directive]

Go to the "Devil's
Advocate" Page

**washingtonpost.com**  | home page | site index | search | help |

# 'Advocate': Devil With a Blue Suit On

*By Desson Howe*
Washington Post Staff Writer
October 17, 1997

Let's face it, unlimited power -- and, of course, billable hours -- will make a lawyer out of anyone. "Devil's Advocate," starring Al Pacino and Keanu Reeves, takes this notion one stage further, or perhaps one step under. With a title like this, not to mention previews that show a cackling Pacino standing before the fires of the damned, there are no prizes for guessing where things are headed.

Although it's clear that this film will eventually fall from grace, it takes longer than you'd expect. The story (adapted from Andrew Neiderman's novel by Jonathan Lemkin and Tony Gilroy) is surprisingly well-handled, given its rather crazy premise. (Come to think of it, the notion that Old Nick might be running the legal system isn't that much of a stretch.) What's enjoyable about the movie, directed by Taylor ("An Officer and a Gentleman") Hackford, is its wanton excess; plus the fact that nobody takes things seriously, least of all Pacino, who puts on quite a show.

Reeves is Kevin Lomax, a hotshot lawyer in Gainesville, Fla., who never loses. At the beginning, we watch him turn a seemingly hopeless case (a child molester who can't even control his urges in the courtroom) into victory. Lomax is promptly recruited by a law firm run by, tee-hee, John Milton (Pacino), who has his hands in many worldwide ventures. Milton wants Lomax to bring his winning form to Milton, Chadwick, Waters. He offers Lomax and his wife, Mary Ann (Charlize Theron), every possible luxury, from great salary to an amazing Manhattan apartment.

Lomax makes his mark fast. The boss likes him. And it isn't long before other company benefits present themselves -- usually in alluring party dresses. Slowly but surely, Lomax succumbs to temptation. But as things get better, they also get worse. One case he's put in charge of, a murder case involving a real estate developer (Craig T. Nelson), smells fishy, and his wife is definitely feeling the

strain of playing wife to an aspiring master of the universe.

You can watch the descent and its final, insane outcome for yourself. As Lomax, Reeves is a rather appealing, laid-back hot-dog, driven by ambitious forces that utterly consume him. Pacino's a comic prince of darkness. When a knife-wielding Latino punk threatens Lomax and Milton in the subway, Milton suddenly tells the assailant in perfect Spanish, and with uncanny detail, that the hood's wife is carrying on with an upstairs neighbor on their green bedspread. The punk immediately hops off the train to head home.

"You'll thank me in the morning," yells Milton after him. Later, when Lomax returns to his apartment building with his wife and mother, he's stopped by Milton and two beautiful women at the elevator. Milton invites Lomax to join him -- and the women -- upstairs. Lomax looks at the two gorgeous women waiting in the elevator. One of them has begun licking at the other woman's mouth. Clearly, this isn't an invitation to play Scrabble. Lomax looks at his glaring wife and mother. With great reluctance, he tells his boss he's going home.

"You sure?" says Milton. As the elevator door slowly closes between them, the you-don't-know-what-you'll-be-missing expression on Milton's face is priceless.

*DEVIL'S ADVOCATE (R) -- Contains nudity, sex scenes, profanity and gruesome violence. Some parents may not want their children to see this many successful defense lawyers.*

© *Copyright 1997 The Washington Post Company*

*Back to the top*

---

[an error occurred while processing this directive]

Pojo's Dragonball

This is **G o o g l e**'s cache of http://www.pojo.com/dragonball/EpisodeSummaries/usdb/USdb4OolongTheTerrible.shtml as retrieved on May 3, 2008 18:03:26 GMT.

**G o o g l e**'s cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?
q=cache:F50AyK90590J:www.pojo.com/dragonball/EpisodeSummaries/usdb/USdb4OolongTheTerrible.shtml+%
22devil+in+a+tux%22&hl=en&ct=clnk&cd=1&gl=us

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **devil in a tux**



## U.S. Dragon Ball Z - Episode Summaries

### Episode 4 - Oolong The Terrible



US Dubbed Version
Dragonball
Episode 4: Oolong the Terrible
U.S. Premiere Airdate: August 23, 2001
By The Viper

Goku and Bulma continue their search for the Dragonballs, and thanks to

Pojo's Dragonball



**Obama Finished?**

**Vote Here Now!**

www.Newsmax.com
Ads by Google

**Main**
Main Page
Pojo's DBZ Budokai Tourney
Message Board
DBZ Polls
DBZ Quizzes
Interviews
Links
Chat Room
Site FAQ
Who'd Play Who?
Contact Us

**Trading Card Game**
CCG Home Page
Card of the Day
Tourney Reports
Tips & Strategies
Top 10 Lists
Apprentice League & Patch
IQ's Crew
DBZ Checklists
Spoilers

**Episode Summaries**
U.S. Dubbed DBZ
U.S. Dubbed DB

Bulma's Dragonball Radar, they learn that they are very close to their fifth Dragonball. On the way there, Bulma falls off her motorcycle, and when Goku comes to check on her, his dragonball begins to glow. Both of them look ahead and see a small village. Goku decides to check there for a Dragonball. The two enter the village, only to see no one there. Bulma thinks it is a ghost town, but Goku feels that there are people there. Goku heads to the Sherman Priest's door, and since it is locked, he punches it open. As soon as he enters, a heavy axe comes crashing down on his head, only to give him a small lump. The priest with the axe tells him not to take his daughter, but Goku reveals that he is not whoever the Sherman Priest thinks he is. The Sherman priest tells Goku and Bulma that a shape shifting monster named Oolong, has been taking away the villager's daughters, and is looking for his daughter next, Pochawompa. Bulma asks the Sherman Priest if he has a seen a dragonball around, and shows him one.

By now, the village realizes that Oolong is nowhere in sight, and are all at the Sherman Priest's front door. An old lady shows Bulma a six-star dragonball, and Goku asks for it. The woman refuses, saying it was passed down from other generations. Bulma asks the lady if she can have it if she and Goku defeat Oolong, and get the girls back. The village says that is Oolong cannot be defeated, but Bulma comes up with a plan. Goku dresses up like Pochawompa and waits outside the village. Oolong comes crashing in, in the form of a **devil in a tux** with flowers. Oolong asks for Pochawompa to marry him, but Goku, still disguised, needs to take a 'pit stop'. Oolong then changes into the form of a handsome man, and Bulma, watching from indoors, is lured by Oolong's new form. Oolong, who takes a liking to Bulma immediately, debates whether he should take her or Goku (Pochawompa).

Checking on Pochawompa, he realizes that "she" is taking a leak and finally realizes that he has been tricked. Oolong again changes form into a huge bull. Goku takes off the disguise, and gets ready to fight Oolong, but Oolong runs away at the last second. Goku chases him, and when he gets outside the gates, he sees a small pig. The pig tells Goku that Oolong went to the other side of the town, and Goku runs after him. After Goku leaves, the pig reveals himself as Oolong, in his true form. After going to shape-shifting school, Oolong learned to take different forms, but there was one catch: he could only take a certain form for 5 minutes and no longer. Oolong explains that he had to terrorize the village since he was constantly being dumped by girls and needed some girlfriends. Goku returns to the village, and tells the pig that he didn't find Oolong. Oolong takes the form now of a huge metal ninja, and tells Goku that if he runs away, he will not be dipped in Oolong's hot soup. Goku says he won't leave, and Oolong accidentally dips his finger in the soup!

From behind, a young boy shoots a slingshot at the back of Oolong's neck, but his mother carries him away. Oolong turns back to Goku who reminds him that he was going to kill him. Oolong suddenly turn into a bat and flies away. Bulma reminds Goku that he has to find the lost girls, so Goku calls for his Nimbus cloud and pursues Oolong. Goku is not far behind Oolong, but Oolong changes form again, this time into a rocket. In the middle of the chase, Oolong turns back to his normal form and falls to the ground. Goku ties him up and takes him back to the village. Oolong apologizes to the villagers, and then takes him to his "shack", which is really a large house, and shows the daughters. All of them are relaxed and are asking Oolong favors. Oolong pleads with the villagers to take

The Passion of the Christ

- o The (First) Ender Series
  - o The Gospel of Thomas (Leloup)
  - o Hardcore Zen
  - o A History of God
  - o The Power of Now
  - o Saint Francis
  - o Saffron Days in L.A.
  - o The Wisdom of the Enneagram
- Poetry
  - o Poetry Index
  - o Across a World
  - o Dark Night of the Soul
  - o Dandelion Wine (poem)
  - o Eight Haiku for the Nativity
  - o The Rhythms Make Us One
  - o Unfold Your Own Myth
- Humor
  - o Etc. (Everything Else)
  - o Bad Music Videos Page
  - o Religious Humor Page
  - o Star Wars Fan Films
- About
  - o About
  - o About *Frimmin'!*
  - o Site Map (You are here!)
- Site Map

# *The Passion of the Christ* A

## graphic depiction of the Crucifixion of the Lord

Directed by: Mel Gibson (2004)
Starring: Jim Cavaziel
Ɂ Ɂ Ɂ Ɂ Rated 4 frims (with reservations) out of 5 possible.



I wasn't the first out the gate to go to *The Passion of the Christ.* But of course I wanted to know about it, so I asked everyone for their impressions as they saw it. Almost unanimously, the answer was: *it was very moving.* And true enough, it *is* moving. I cried at several points, and I think someone would have to be either completely closed

nasty than the Sanhedrin and Temple guards, and there is an abundance of reminders that all of Jesus' followers were Jewish. For heaven's sake, they're speaking Aramaic! Probably the biggest cause for this perception is that the baddies, whether Roman or Jewish, greatly overact. There are times when the characters around Jesus look more like the leering maniacs in the Hieronymous Bosch painting "Christ Carrying the Cross" (see picture) than officials and soldiers.

## What might have been?

Sometimes the literal film dares to do something creative with the Gospel story: the CBS miniseries had Satan appear in a business suit, taking Jesus outside of time and space in the Temptation sequence. The final scene (deleted by CBS) showed Jesus alive in the modern world, playing with a crowd of children.

Mel Gibson has several of these creative touches as well, some more effective than others. A less effective example is the repeated appearance of Satan as a bald androgynous person in black, watching Christ suffer from the midst of the crowd. Much more effective is the all-too-brief Resurrection scene. It's stunningly beautiful.

But my favorite shot in the film was something entirely creative and wholly unexpected: a raindrop falls like a tear from heaven and shakes the earth. It's simply brilliant, and packs an emotional wallop far beyond that of the whippings and scourgings. That incredible scene made me wonder what Gibson is really capable of. What could he have come up with if he wrote a screenplay based on how he felt about the Passion, rather than how he thought it happened? Surely *that* would have been a masterpiece.

Movie stills © 2004 Newmarket Films.

Added May 8, 2004

The Good Witch



 The Good Witch
by Blake Linton Wilfong 



---

### Editor's Notes by Blake Linton Wilfong

"The Good Witch" appeared in the Winter 1998 issue (#38) of Marion Zimmer Bradley's *FANTASY Magazine*. Readers voted this story a winner in the Cauldron competition, ranking it among the magazine's top 12 that year.

Featuring both Satan and spellcasting, "The Good Witch" is clearly fantasy. But it also qualifies as borderline SF in the scientific description of the way one of the witch's spells is used. Regardless of your preference, it is fun to read.

I wish to thank Marion Zimmer Bradley for accepting works by unknown authors, and Barb Armata for the beautiful illustration that accompanied my story in print.

---

Sheila Marsh was reviewing patient records in her office when the intercom buzzed. It was the receptionist:

"Dr. Marsh, there's a Mr. Lucifer here to see you."

Sheila sighed. "Send him in and hold all calls."

A tall, red figure in a business suit entered. He removed his hat and sunglasses to reveal small horns and glowing eyes.



"Get real."

The Prince of Darkness leaned over Sheila's desk menacingly. *"What the blazes do you think you're doing?"* he bellowed.

"I'm the president and CEO of Marsh Rehabilitation, Inc.," Sheila answered calmly. "I use the 'spell of hatred' you gave me to make addicts hate the drugs to which they're addicted. The profits go to charity."

"You can't do that!" the devil cried. "You're a witch. You're supposed to wear a pointy hat, fly around on a broomstick, and *be evil*!"

"Get real. This is the 20th century. Besides, our contract doesn't stipulate *any* of those things," Sheila retorted.

The Devil grunted and pulled a document from his breast pocket. "The contract we signed *does* clearly state that in exchange for the continuing use of one spell, you agree to wreak unhappiness and discontent!"

Sheila removed a file folder from a desk drawer and waved it before Satan's nose. "Here are the names and phone numbers of all the physicians and clinics that cared for my patients before they came to Marsh Rehabilitation. I can assure you, I am making everyone on this list unhappy! They've lost a fortune. And the drug lords and pushers are becoming more discontented by the minute."

Untitled Document

# Dr. Lucifer
## Shock Theater - Ken Bramming
## WSIX-TV8 (1958-1967)

Nashville's first television horror movie host, Dr. Lucifer, hosted Shock Theater on Nashville's WSIX-TV8, which is now WKRN-TV2. Dr. Lucifer was played by Nashville radio broadcaster Ken Bramming. The show ran from November 1958 to April 1967, originally airing Friday nights at 10:15pm CST, and later moving to Saturday nights at 10:30. Bramming himself chose every movie, and edited them himself.



Dr. Lucifer, played by Ken Bramming, c. 1960

Dr Lucifer was by far the best dressed of all Nashville hosts, always appearing in white tie and tails, black tuxedo and flowing black cape. He wore an eye patch over his right eye and carried a long cigarette holder.



Ken Bramming out of character, on the set at Shock Theater.

Between 1958 and 1962 Shock Theater was rated number one in the Friday and later Saturday night timeslot. It even beat the Tonight Show on NBC.

After it's cancellation in 1967 Bramming took a radio announcing job, but re-emerged as Dr. Lucifer between Oct. 1968 and Nov. 1969 on WMCV-TV17, and independent station, to host weekend horror movies.

His final appearance as Dr Lucifer was on Creature Feature, hosted by another Nashville horror host, Sir Cecil Creape.

Special thanks to Jeff Thompson, radio personality at WAMB AM in Nashville, and personal friend of Ken Bramming, for the help with this information. Much of it comes from his wonderful article for Filmfax magazine - Thanks Jeff.

http://www.chillercinema.com/lucifer.html



**EXHIBIT 6**
Part 2
**SIEGARTEL DECLARATION**

Your Call Is Very Important To Us 05 Pollock - 1st

# Your Call Is Very Important To Us 05 Pollock - 1st



| Detail | Wanted | For Sale or Trade |

1st Edition

**Sales History**

**Artists**
Pollock, Jim

**Edition Details**
Year:        2005
Class:       Art Print
Status:      Official
Run:         600
Technique:   Linocut
Paper:       Living Tree Hemp
Size:        10 X 14

**EB Awards**
Nominate Now

**Series**
Pollock Hemp 7

**Comments**
Read 17 Comments
Add Comment

This three-color print was released Saturday March 12, 2005 at 5PM EST and sold out in 90 minutes with a limit of 4 per customer. This is Jim's first hand cranked linoleum print since 2002's GOT OIL.

From pollockprints.com: "This latest image shows that even Lucifer cannot escape the purgatory of modern day customer service practices.

These are three-color, 10"x14", hand cranked linoleum prints done by Jim Pollock and printed on Living Tree hemp content stock. Each of this limited 600 print run is signed and numbered. Variations in prints are intrinsic to the process."

| | |
|---|---|
| Sold | 144 |
| Six Month Average | $43.16 |
| Average Price | $80.55 |
| Lowest Price | $29.99 |
| Highest Price | $178.49 |
| Original Price | $40.00 |
| Collections | 177 |

## Price History

| Date | Price | Number | Source |
|---|---|---|---|
| 2008-05-30 | $50.00 | | cnemidophorus |
| *** shipped | | | |
| 2008-05-08 | $42.00 | | CPO |
| 2008-05-05 | $37.00 | | eBay |
| 2008-05-01 | $60.00 | 586 | eBay |
| 2008-01-03 | $29.99 | 43 | eBay |
| 2008-01-03 | $40.00 | AP | postartproductions |
| *** Signed AP | | | |
| 2007-10-03 | $36.88 | 11x | eBay |
| 2007-09-11 | $74.95 | | eBay |
| 2007-08-10 | $45.00 | 264 | hipjayb |
| 2007-08-10 | $45.00 | 263 | hipjayb |

Content is available under GNU Free Documentation License 1.2.
Disclaimers



Mr. Lucifer



Liz & Fred Astaire "tear it up"!

In this instalment of "Alcoa Premiere", Astaire is the modern day Madison Avenue Satan himself trying to corrupt the "last" honest man. Frank Aletter & Joyce Bulifant co-star.



(336K)

Hear Liz use her French accent while dancing with Frank Aletter.

If you are interested in owning an unedited copy of this rare Liz appearance, email me for details. VictorMas@aol.com

Back to Pre-Bewitched Roles

http://members.tripod.com/~bewitchvic/lucifer.html

5/14/2008

CNET NETWORKS ENTERTAINMENT  GameSpot | GameFAQs | SportsGamer | MP3.com | TV.com | MovieTome

Email: ▓▓▓▓▓▓▓▓    Password: ▓▓▓▓▓▓▓    Loc

Signup | Forgot Login | Help

[ Search box ]    Search    ON MovieTome: BOND 22 Fir

**Home**  **New Shows**  **Listings**  **News**  **Celebrity Photos**  **Downloads**  **Videos**  **Forums**

Drama   Action Adventure   Comedy   Animation   Reality   Sci-Fi   Children   Soap   Talk Shows   Top Shows

# Alcoa Premiere

Summary   Episodes   Cast   News   Videos   Photos   Downloads   DVDs   Similar   Reviews   Blog   Forum

| Score: **10.0** Perfect 1 votes | # Mr. Lucifer<br>Episode Number: 33  Season Num: 2  First Aired: November 1, 1962  Prod Code: n/a |

[ Overview ]  [ Credits ]  [ Trivia & Quotes ]  [ Reviews ]  [ Pre-Show Buzz ]      [ < ]  [ > ]

The Devil Himself is a hard-bitten businessman with a group of somewhat bumbling yes-men on staff and a curvy assistant in the person of Elizabeth Montgomery (no Gwen Verdon, but fairly amusing, all the same). Together they use their best temptations in an attempt to thwart the honesty and decency of a young suburban couple.

Add a recap »

Edit Episode Summary

Cast and Crew                          Add Cast | Add Crew

Star: Fred Astaire (Host)

Recurring Role: Fred Astaire (Mr. Lucifer)

Guest Star: Gaylord Cavallaro (Moloch),  George Petrie (Beelzebub), Milton Frome (Mammon),  Hal Smith (Belial),  Joyce Bulifant (Jenny Logan),  Frank Aletter (Tom Logan), Elizabeth Montgomery (Iris Haines)

See all Mr. Lucifer Cast & Crew »

Notes                                              add »

This episode does not have any notes. Add some now!

Quotes                                            add »

This episode does not have any quotes. Add some now!



▼ Ad Feedback

Watch the hottest videos Instantly.

videos toolbar

**Episode Vital Stats**

| Episode Score: **10.0** Perfect 1 votes | Episode: Mr. Lucifer<br>Season Number: 2<br>Episode Reviews: 1 |

YOUR SCORE    [ 0 ]  Reset

Home |     The EXW Study |     Church Jobs |     Free Newsletter |     Worship Music |     Forums



**Experiencing Worship**
A Resource for the Worshiper & Worship Leader

CHRISTIAN SINGLES
FIND TRUE LOVE!

EXW > Drama

Search:

· Ads by Google     Music Business     Worship Leadership     Bible Ministries     Christian Bands     Modern V

**Related Links**

**Free Worship Screensaver**
7 Inspiring Pictures and Qoutes! Great Resources for Worshipers
www.NextLevelWorship.com

**Worship Team Training**
Download practical handouts to help lead God-honoring worship at church
BuildingChurchLeaders.com

**Prescott Christian Church**
Looking for a church in your area? Christian center

**Personal Prophetic Word**
Receive personal prophetic ministry emailed as an MP3 digital download

**Faith Temple Church**
A church where every generation can experience the presence of God.
www.faithtemple.net

**Christian Business**
Searching for christian business? Visit our online guide.
FoundByTrial.com

**Let God Use YOU**
To spread the Gospel to those.. Who don't know Him yet.
www.pocketpower.org



# The Business of Deception



**Drama**
by Dave Marsh

January 02, 2008

## A drama about how Satan undermines our lives and decieves us

Director's Notes:
This was written originally to talk about how Satan especially targets leadership. I was deeply influenced by C.S. Lewis' book 'The Screwtape Letters' where Lewis gave us an insightful glimpse into the mind of 'blue-color demons' and how they go about decieving us in some of the most subtle ways...

Cast:
Satan: He's running 'Deception Central' from his office
Demon #1: He's a deceptor in training
Demon #2: Ditto

Props:
Portable phone
Laptop
Desk
2 chairs

Setting:

Deception Central. This is where Satan operates from. He is dressed in a business suit and is constantly on the phone dishing out subtle ways of undermining leadership within the church, work and home. (LIGHTS UP CENTER STAGE where Satan sits behind a desk, singing "Under my thumb" by the Rolling Stones and typing away at a laptop.)

**Latest Headlines**  

• Planning Weekend Experiences

• The Run

Photos from Bedazzled

Page 1 of 3




The Internet Movie Database

*Now Playing* *Movie/TV News* *My Movies* *DVD New Releases* *IMDbTV* *Message Boards* *Showtimes & Tickets* *IMDbPro*
*IMDb Resume*
Login | Register
Home | Top Movies | Photos | Independent Film | GameBase | Browse | Help
search

All         more | tips

# Photos from Bedazzled

See All 7 Photos
« Prev    Next »
View as Slideshow



**Title:** Bedazzled
**Photo 6 of 7:** Photo date: ????
http://www.imdb.com/media/rm2562956288/tt0061391

6/5/2008

80s.

Little things you may not know: Victorian nightshirts and long-legged bathing suits were a fad in 1967. George and Stanley when being themselves speak in

working class accents (unlike God). Dudley really was working class, unlike

Peter Cook.

RIP to both. Let's eat a bowl of raspberries and cream in their memories.
xxxxxxxxxxx

Was the above comment useful to you? yes no

14 out of 14 people found the following comment useful :-
**A bit dated sometimes, but still very good.**, 23 November 2004
⅗ ½ ½ ½ ½ ½ ½
Author: Philip Van der Veken from Tessenderlo, Belgium

I first saw the Hollywood remake of this movie a few years ago. I don't remember much about it, except for the fact that I wasn't really convinced by it. This evening however I saw the original version and I really liked it.

Yes, it looks a little bit dated and the acting may not be the best you've ever seen, but the story is nice and timeless. It's about a man who is afraid to ask the girl of his dreams out for a date. In return for his soul the devil promises him to help him. He sells his soul and he gets 7 wishes. Of course the devil always knows how to fool the man by making his wishes not coming true the way he had imagined it.

I had a good time watching it and I really had a few good laughs. The humor may look a little bit innocent by today's standards, but I still prefer this kind of humor over what is considered as humor today by some (a man running with a dead deer around his body, getting hit by a truck for instance - part in Tom Green's Freddy Got Fingered). You may call me old fashioned (even though I'm only 26 years old), but sometimes I prefer the old kind of humor over the new kind.

Overall this movie looks a bit dated from time to time, but don't let that be a reason not to watch this movie. I'm quite sure you'll enjoy it. I did and I give it a 7.5/10 for it.

Was the above comment useful to you? yes no

14 out of 14 people found the following comment useful :-
**Does the devil bear the face of Peter Cook?!**, 17 July 1999
½ ½ ½ ½ ½ ½
Author: Tails-3 from Venus, Florida

This is one of my personal favorites. Stanley Moon (Dudley Moore), a down-and-out Londoner who has a miserable job at the local Wimpy Burgers and has the hots for a beautiful waitress named Margaret Spencer, tries to hang himself, but then the Devil has to come in and save him. The Devil (played by Peter Cook) isn't all red and horned, but dressed in a nice tuxedo and wears Ray-Bans. He is interested in Stanley for the sole fact that George (the name he goes by) made a

Good Angel Bad Angel - Television Tropes & Idioms                    Page 1 of 10

TV Tropes Wiki

[search] [random item]

starting at
**8P** E/P
only on

**CN**
CARTOON NETWORK

TM & © 2005 Cartoon Network.

Ads by Project
Wonderful! Your ad
here, right now: $3.20

Main Tropes Index
Troperville
Editing
Tools

[new edits] [page history] [related to...] [edit page] [discuss]

This entry has discussion.

# Fallen Angel Ringtoi

## Good Angel Bad Angel

add to watchlist



*He's trying to lead you down the path of righteousness! I'm gonna lead you down the path that* ***rocks!***
-Kronk's shoulder devil, *The Emperor's New Groove*

When someone wrestles with a moral dilemma, two miniature versions of himself, an Angel and a Devil, sit on each shoulder and try to pull him in different directions. The Devil will invariably be on the left (or sinister) shoulder. Sometimes, like in *Full House* ("The Devil Made Me Do It"), the Angel and the Devil are full people in the room rather than miniatures on shoulders. (See also Red Dwarf's "Confidence and Paranoia"). Compare with Ghost In The Machine.

Expect a female character's Devil to dress like a hooker (or rather, a Playboy bunny with devil horns instead of bunny ears) or a biker chick. Sometimes, in kids' shows where a little girl is the subject, her Angel self is in a white dress and shoes while her Devil self is in a red dress and shoes. If a character is particularly bad, a common subversion is to give them *two* Devils.

A more modern version might include multiple additional characters, based on modern pop-psychology's understanding of a person's mind. For example, the inner child, the feminine side, or the gay side.

This is definitely a Dead Horse Trope as it's almost *never* done straight these days.

Compare Floating Advice Reminder.

Narrative

him on.
- Referenced in John D. Fitzgerald's "Great Brain" series: the Great Brain's father comments that he must be deaf in the right ear, since that's the one the good angel is supposed to whisper into.

### THEATER
- Used in the 16th century play *The Tragical History of Dr. Faustus* by Christopher Marlowe, making it one of The Oldest Ones In The Book.
- The Broadway musical Avenue Q features the characters being tempted by the Bad Idea Bears, a pair of Care Bears-like puppets that lean ofer their shoulders and suggest, well, bad ideas. It's like Good Angel Bad Angel, except that both angels are Bad Angels.

### WEB ANIMATION
- A series of short flash cartoons, entitled Dog, Buddha, Elvis used the three title figures to represent a man's psyche.
- Parodied in the machinima series *The Strangerhood*, where Griggs' Good Angel and Bad Angel get into a fistfight, then the other characters' Good Angels show up and throw a party.

### VIDEO GAMES
- In the Heaven and Hell sim Afterlife, an Angel and Devil appear on screen to give the player advice and to taunt each other. As with everything else in the game, it's parodied; the Angel is The Ditz, and the Devil is erudite and appears to be dressed in a business suit.
- The god game *Black And White* also has a Good and Evil Conscience (an old wise man and a wisecracking devil) to give the player advice and color commentary.

### THE OLDEST ONES IN THE BOOK
- The myth of Hercules at the crossroads is a pre-Christian version of the scenario in which the hero makes a choice between Anthropomorphic Personifications of vice and virtue.

### MUSIC
- The famous Eminem and Dr. Dre collaboration "Guilty Conscience" has Dre and Eminem portraying Good and Bad Angels, respectively, for various people caught in moral dilemmas. Dre wins the first argument, Eminem wins the second, and in the third (whether or not a man should murder his cheating wife and her lover when he catches them in the act), Eminem successfully points out that Dr. Dre has his own history of violence and has no business telling people not to be violent. Dre agrees and they end the song

Photos from The Story of Mankind

Page 1 of 4





The Internet Movie Database

_Now Playing_ _Movie/TV News_ _My Movies_ _DVD New Releases_ _IMDbTV_ _Message Boards_ _Showtimes & Tickets_
_IMDbPro_ _IMDb Resume_
Login | Register
Home | Top Movies | Photos | Independent Film | GameBase | Browse | Help
search

 more | tips

# Photos from The Story of Mankind

See All 3 Photos
« Prev    Next »
View as Slideshow



**Title:** The Story of Mankind
**Names:** Vincent Price, Ronald Colman
**Photo 1 of 3:** Photo date: 1957 "The Story Of Mankind," Vincent Price and Ronald Colman. 1957 Warner
Bros. - Image courtesy MPTV.net

http://us.imdb.com/media/rm643471360/tt0051016

5/14/2008

The Story of Mankind (1957)

user ratings
parents guide
recommendations
message board

Charles Bennett (writer)
more

**Plot & Quotes**

plot summary
plot synopsis
plot keywords
Amazon.com
summary
memorable
quotes

| Release Date: | 8 November 1957 (USA)  more |
|---|---|
| Genre: | Drama | Fantasy more |
| Tagline: | No Greater Cast Ever! Rarely So Vast An Undertaking! more |
| Plot: | The council of elders of outer space is deliberating on a very important subject: Must mankind be allowed to survive... more | add synopsis |
| Plot Keywords: | Queen | Angel | Queen Elizabeth I | Queen Of England | William Shakespeare more |
| User Comments: | Deeply bad more |

**Fun Stuff**

trivia
goofs
soundtrack listing
crazy credits
alternate versions
movie
connections
FAQ

**Other Info**

merchandising
links
box
office/business
release dates
filming locations
technical specs
laserdisc details
DVD details
literature listings
news articles

**Promotional**

taglines
trailers and videos
posters
photo gallery

**External Links**

showtimes
official sites
miscellaneous
photographs
sound clips
video clips

**Cast** (Cast overview, first billed only)

| | Ronald Colman | ... | The Spirit of Man |
|---|---|---|---|
| | Hedy Lamarr | ... | Joan of Arc |
| | Groucho Marx | ... | Peter Minuit |
| | Harpo Marx | ... | Sir Isaac Newton |
| | Chico Marx | ... | Monk |
| | Virginia Mayo | ... | Cleopatra |
| | Agnes Moorehead | ... | Queen Elizabeth I |
| | Vincent Price | ... | Mr. Scratch aka The Devil |
| | Peter Lorre | ... | Nero |
| | Charles Coburn | ... | Hippocrates |
| | Cedric Hardwicke | ... | High Judge |
| | Cesar Romero | ... | Spanish Envoy |
| | John Carradine | ... | Khufu |
| | Dennis Hopper | ... | Napoleon Bonaparte |
| | Marie Wilson | ... | Marie Antoinette |

more

Create a character page for: The Spirit of Man   Create  ?

Sponsored Links

**Prepare to be Shocked**
Millions have already taken this amazing test. What's your RealAge?

http://us.imdb.com/title/tt0051016/

Photos from The Devil and Daniel Webster

Page 1 of 3


Clear your day instantly    Palm Centro™  Sprint ahead
$99.99
Get it now



The Internet Movie Database



All    more | tips

# Photos from The Devil and Daniel Webster

See All 5 Photos
« Prev    Next »

View as Slideshow



**Title:** The Devil and Daniel Webster
**Photo 3 of 5:** Photo date: ????

http://www.imdb.com/media/rm856858368/tt0033532

5/14/2008



| HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS |

My Account | Wel

**The New York Times**

Wednesday, May 14, 2008

# Theater

Theater

| WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE |
| AUTOS |

PRINT

ART & DESIGN   BOOKS   DANCE   MOVIES   MUSIC   TELEVISION   SAVE   THEATER   Broadway   Off Broadway   Off Off Broadw

NOW ON BROADWAY!
BUY TICKETS
BOEING
A NON-STOP COMEDY

THEATER REVIEW

**THEATER REVIEW; Hear the One About Selling a Soul?**

By MARGO JEFFERSON
Published: January 9, 2004, Friday

MORE ON THIS SHO

→ SHOW DETAILS

→ N.Y. TIMES REVIEW

FIND A SHOW

Broadway/Off Broadw

The small stage with the bright yellow brick wall is crammed with props and gadgets: schoolroom chairs, multicolored cords with lights hung from them, costumes, a huge gramophone horn and a tiny disco ball. A pine frame encloses this deftly arranged chaos. Let's put on a show; let's take a short journey through the vast land of Faust and Mephistopheles.

But there's nothing small about Target Margin Theater's plans to present Goethe's "Faust: Parts I and II," as translated and adapted by Douglas Langworthy, in its entirety over the next few years. The first installment of "These Very Serious Jokes" (the phrase Goethe used to describe his work), which takes us up to the moment that Faust glimpses the lovely Margarete and drinks the Devil's youth potion, plays at the Here Arts Center in the South Village through Jan. 24.

Under the direction of David Herskovits, Target Margin has developed a very inventive repertory. The company has done great standards by Chekhov and Shakespeare, but also intriguing forgotten plays like Dorothy and DuBose Heyward's "Mamba's Daughters," which originally starred Ethel Waters. It also turned E. T. A. Hoffmann's great tale "The Sandman" into a chamber opera.

The troupe creates theatrical montages of high drama broken by deadpan gestures and reactions; formal and slangy speech; full-volume voices punctuated by miking (usually of a character's secret thoughts); props that move; and lighting effects that catch you off guard.



NOW O
BU

So what about Goethe's voluminous poetic drama? ("For more than 60 years the conception of Faust has lain here before my mind with the clearness of youth," he wrote not long before his death in 1832.) It is filled with lofty, impassioned talk (between the Lord and Mephistopheles, Faust and Mephistopheles, Faust and his student Wagner), as well as long, grand soliloquies by Faust on the futility of life on earth and the intolerable boundaries of human knowledge. There are choruses of angels and bands of peasants, as well as a witch (who brews the elixir of youth) and two monkey assistants.

The Target Margin's tone is set by a rowdy "Prelude at the Theater," a debate about what we, the audience, want, between the all-for-art Playwright (E. C. Kelly), the cynical Producer (Yuri Skujins) and the kindly, down-to-earth Actor (George Hannah). That scene concluded, two more ensemble members join in, and the group hustles into Angel and Lord costumes. They strap on small white wings and tinsel haloes and arrange themselves on a platform with some white tulle behind them. We could be watching one of Shakespeare's eager, provincial acting troupes -- Bottom and his cohorts, say.

Mr. Herskovits goes for broke with this kind of humor. It suits the company's trademark style: competing accents (Borscht Belt, West Indian) and rhythms (classical and everyday American); deliberate anachronisms;

and music that goes from medieval to Classical Europe and from Spain to Latin America, hitting a few of pop's global villages along the way.

Some of this works. Some of it -- too much of it -- feels overused, and not just by Mr. Herskovits, but also by other companies. The jokes and effects must seem fresh and vigorous. They can't if they don't have anything to work against. What they need is a good dose of Goethe's grandeur. We need it, too. Otherwise, where's the tension, the excitement?

As Faust, Will Badgett does get some of the grandeur. He takes hold of the verse, and his voice compels us. His performance is still shaping itself. I think the production is, too. It is very much a work in progress.

There's plenty of wit in the text of "Faust." And whenever David Greenspan is in sight as Mephistopheles, we see and hear it. Mr. Greenspan is one of the most stylized wits on the Off Broadway stage. Anyone who saw him in the revival of "The Boys in the Band," in "Lipstick Traces" or in his own one-man comic epic, "Myopia," knows this. His Mephistopheles appears first as a working man in a gold corduroy shirt, then as a black poodle with a huge silver head and, at last, triumphantly, in a black tuxedo jacket with cream elbow patches, and then by a snappy red suit.



There's no shame in a production's being a work in progress. Theater is process, not just product. I want this "Faust" to keep revising itself and evolving.

THESE VERY SERIOUS JOKES

Translated by Douglas Langworthy; directed by David Herskovits; lighting by Lenore Doxsee; sets by Carol Bailey; costumes by Kaye Voyce; sound consultant, Tim Schellenbaum; production stage manager, Christine Goutmann; production manager, Bradley Crews; production supervisor, Ms. Doxsee. Presented by Target Margin Theater. At Here Arts Center, 145 Avenue of the Americas, at Dominick Street, South Village.

WITH: Will Badgett (Faust), Pun Bandhu (the Lord/Ensemble), Purva Bedi (Ensemble), David Greenspan (Mephistopheles), George Hannah (the Actor/Ensemble), E. C. Kelly (the Playwright/Ensemble), Wayne Scott (Wagner/Ensemble) and Yuri Skujins (the Producer/Ensemble).

Home | World | U.S. | N.Y. / Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel |

Copyright 2008 The New York Times Company | Privacy Policy | Search | Corrections | RSS | First Look | Help | Contact Us

# NOIR OF THE WEEK

**Movie Posters**
Looking for Movie Posters? Find exactly what you want today.
Yahoo.com

GOOGLE TOOLBAR BUTTON

Click here to add button to Google Toolbar

ABOUT ME



**STEVE-O**

Steve is the editor of the Noir of the Week blog and administrator for the Back Alley Noir message board.

VIEW MY COMPLETE PROFILE .

I RECOMMEND



Double Indemnity (U...
Universal Studios
$19.99
★★★★★
The classic noir finally gets a decent DVD relea...

1 2 3 4 5 >

amazon.com.    Privacy

GET WIDGET

SUNDAY, NOVEMBER 05, 2006

## Alias Nick Beal (1949)

posted by Steve-O

This film is an interesting combination: an otherworldly fantasy combined with film noir. It's a "modern" sell-your-soul-to-the-devil story which moves along nicely thanks to a top-notch cast.



Ray Milland is Nick Beal – who may be better known as "Old Nick" or sometimes Satan. The mysterious shadowy man shows up shortly after District Attorney Joseph Foster says aloud that he'd sell his soul to convict a local mob boss. The mysterious Beal, wearing a suit not hoofs and horns, offers Foster the evidence to convict the man. There is a catch: Foster gets the information from Beal at a secret waterfront location - without a search warrant. He uses the evidence anyway knowing that he got it unethically.



Fame follows the DA after the successful conviction and he's convinced by his colleges to run for governor. The once squeaky-clean Foster agrees. When he finds that running for office isn't as easy as he thought he begins to take cash and favors from Beal.

Beal not only corrupts the man with money and power. He also tempts him with sex. Donna Allan (Audrey Totter), a local barfly and failed actress, is recruited by Beal to be Foster's assistant and later possible lover. There are some perks that go with working for the devil. Beal gives Donna a huge swank apartment with a full wardrobe. Then he gets her a job working closely with the DA, who



# EXHIBIT 7
# SIEGARTEL DECLARATION

| | SEARCH BLOG | ▣ FLAG BLOG | Next Blog» | | Create Blog | Sign In |

# Becker Bible Studies Blog

Writings of David "Bucker" Becker to encourage and challenge Christians to live a life dedicated and focused on the Word of God. Becker Bible Studies provide ministry to growing Christians all over the world, through the Guided Bible Studies for Hungry Christians series located at http://www.guidedbiblestudies.com.

## Friday, April 07, 2006

### The Gospel of Judas is Satan's focus

Judas Iscariot betrayed Jesus Christ with a kiss, which led to his arrest and crucifixion. He was one of Christ's twelve disciples.

Judas was drawn away from the teachings of Jesus Christ because of his own lust, and he was enticed. When he was enticed, it brought forth the sin of betrayal, which led to him going to the assembled religious leaders and asking them what they would give him for the deliverance of Jesus Christ to them.

Some suggest, as a new text is coming out concerning the Gospel of Judas, that he was chosen to set in motion the event of the Crucifixion and Resurrection by direction of Jesus Christ Himself. They falsely believe that it was the act of giving the sop, that forced him to betray Jesus.

**"Jesus answered, He it is, to whom I shall give a sop, when I have dipped [it]. And when he had dipped the sop, he gave [it] to Judas Iscariot, [the son] of Simon. And after the sop Satan entered into him. Then said Jesus unto him, That thou doest, do quickly." (Joh 13:26-27 AV)**

Actually, it was Satan that entered into Judas Iscariot that set the events in motion. If it had not been for Judas Iscariot's weak character of lustful desires, Satan would never have been able to take control of his body

**"But, behold, the hand of him that betrayeth me [is] with me on the table. And truly the Son of man goeth, as it was determined: but woe unto that man by whom he is betrayed!" (Lu 22:21-22 AV)**

Jesus Christ's journey was determined from the beginning. The journey of Judas was known in advance

When Judas chose to follow Jesus Christ with a heart that was not true to him, he became vulnerable to the lusts and control of the world and Satan

True Christians who walk with Jesus Christ toward the LORD GOD faithfully understand one very sad and shameful fact. It was not Judas alone, but every sinner who has ever lived that held the hammer and nailed him to a cross. And when my precious Jesus was hanging on that cross, naked and bleeding and dying for the sins of man, he had no hate in his heart! It was the greatest act of love ever displayed on this earth forever, as an innocent lamb was slain

## About Me



David "Bucker" Becker

**View my complete profile**

## Links

⁜ Guided Bible Studies for Hungry Christians

⁜ King James Bible

⁜ The Bible Tells Me So

⁜ Wise Folk Directory

## Popular Posts

⁜ Why cause Christians to focus on Word of God, rather than being led by the Holy Spirit?

⁜ What is your belief of the "5 fold Ministry" teaching from Ephesians 4:11-12?

⁝ The fall of Ted Haggard is heavy, but he is still my brother

⁜ A little history of mankind before they knew the One, True, LORD GOD JEHOVAH

⁜ True Christians are NOT the scum of the world!

⁜ Pretend Christians are the scum of the world

⁜ Taking up too much of Jesus

| **Jesus Christ Loves You** | **King Jesus & Queen Miriam** | **10 Rules for Stomach Fat** |
|---|---|---|
| Here is a Prayer That Can Change Your Life | The Love Story of Jesus & Magdalene Jesus | Drop 9 lbs of Stomach Fat every 11 Days by |
| www.Jesus2020.com | Magdalene Goddess Mysteries | Sticking with the 10 Rules. |
|  | www.OutskirtsPress.com/store.php | FatLoss4Idiots.com/DropStomachFat |

v v

## The Journal
### News of the Churches of God

The REAL Jesus - Chapter 18 - Satan and Judas - The Mental Perversion

Site Map | Advertise    [ Search ]

Encouraging Communication among the Churches of God

STAY INFORMED.  Join our Email List



**The *REAL* Jesus**
by Garner Ted Armstrong
**Chapter 18 - Satan and Judas - The Mental Perversion**
🖨 Print Page

 Satan was totally obsessed with the destruction of Jesus. First, he had influenced Herod in an attempt to kill Jesus shortly after His birth. Satan had no doubt also desperately tried to destroy Jesus on many other unrecorded occasions during His young babyhood, and growing years. Satan again tried to destroy Jesus following His 40-day fast and near-starvation at the beginning of His ministtry. On several other occasions throughout His ministry, by influencing the minds of religious leaders and others either directly or through His demonic kingdom, the devil tried to have Christ murdered by the hands of His critics and detractors.

Satan finally managed to accomplish his purpose—and he found his opening, a weak link, right in the immediate personal entourage of Christ—Judas Iscariot. So Satan continually influenced Judas, and was able to take complete possession of his mind at the betrayal, thus finally bringing about Christ's death.

How utterly frustrating it must have been for Satan to eventually realize that in accomplishing his own malevolent objective, he had only facilitated the magnificent plan of God. Satan had always done only what God had allowed, and on each of these abortive occasions, his best efforts to destroy Jesus only resulted in the further fulfillment of God's master plan. Even Satan's alleged master maneuver, his final "success" in destroying the physical life that was Jesus Christ—the Son of Joseph and Mary, human being, planet Earth—who was also the Son of God, only succeeded in bringing about that final stroke of absolute divine genius: presenting to the world the resurrected, living Savior who would now ascend to the right hand of God in heaven to make daily intercession for those of His brethren who would acknowledge Him.



phonetonejam.com
Ads by Googooogle

 Almost instantly, Satan tried to destroy the fledgling New Testament Church of God—and has been attacking, maligning, criticizing, ridiculing, persecuting, and attempting to destroy it down through the ages ever since by every means at his disposal: organized religion, civil government, police states, pogroms,

Case 1:08-cv-01228-LTS    Document 22-5    Filed 06/27/2008    Page 4 of 21

sudden reaction—the time had finally arrived—when Judas thought the time was ripe.

His constant murmuring concerning Jesus' personal tastes and habits had scored on a significant number of the disciples.

He reasoned he could easily neutralize Peter's bombast, and James and John were quieter, especially John, against whom several of the other disciples nursed jealousy anyway because of John's constant closeness with Jesus.

Judas' years' long campaign to disaffect as many of Jesus' top disciples as he could had come increasingly into the open in recent months. Now, a sufficient number of the disciples seemed to agree with Judas, and disagree with Jesus' statement about the poor.

His hatred became so intense—exactly proportionate to the degree of his deepest sense of personal guilt—that his mind was opened up to Satan the Devil.

As soon as he found opportunity, Perhaps early the next morning, Judas, now literally possessed of Satan the Devil, sought out the leading Sadducees of the temple, and struck a deal with them. The main element of his agreement was that he acceded to their demands that he deliver Jesus. at a time when no large crowds were present, because the Sadducees knew that most of the people looked upon Jesus as a prophet, and told Judas of the many times they themselves had tried to have Him arrested, only to be thwarted because He always seemed to be surrounded by such a large group of believing people.

Judas craftily asked. "Okay, how much are you willing to pay me?"

Perhaps one of the priests vaguely remembering Zechariah's 11th chapter and 12th verse which said, "If ye think good, give me my price; and if not, forbear. So they weighed for my price thirty pieces of silver." And, either as a lark, or even believing some twisted application of this scripture might in fact apply in the "cutting asunder of a "foolish shepherd," suggested precisely that amount: thirty pieces of silver.

This was a substantial sum, easily comparable to thousands dollars in today's economy, and Judas agreed without haggling.

Rejoining the group in Bethany, Judas was tingling with excitement, constantly scheming and thinking ahead, trying to think of a time when Jesus would be most vulnerable, away from at least most of the people, and perhaps even isolated from a few of His closest disciples, so he could inform on Him with as little risk to himself as possible. Also, he fervently hoped that his campaign of feigned love toward Jesus had succeeded; so that, even in the event of the arrest itself, he could pose as being so deeply concerned over Jesus' alleged "illegal ways" that he could preside over the whole sordid scene with a supercilious righteousness, shaking his head sadly, grimacing as if in pain, yet glancing significantly at those few disciples over whom he had almost complete control, so that immediately upon Jesus' disappearance and either terrible castigation and/or even death, Judas himself could pickup the pieces of the organization and carry on.

In Judas's twisted mind, perhaps he even imagined that he was doing this "for Jesus' own good."

He would show Him.

Wouldn't it have been far easier on their entire ministry if Jesus had gone further out of His way to give to the poor? Couldn't they have won far more friends and influenced far more people, avoiding all of the persecution that continually came upon them and the constant rumors that followed Jesus throughout His ministry that He was "a gluttonous man and a winebibber," if Jesus could have avoided the appearance of profligacy?

All Rights Reserved By HDM For This Digital Publication
Copyright 1999 Holiness Data Ministry

Duplication of this CD by any means is forbidden, and
copies of individual files must be made in accordance with
the restrictions stated in the B4Ucopy.txt file on this CD.

*   *   *   *   *   *   *

# INCIDENTS IN TRAVEL AND SOUL WINNING
## By Rev. E. E. Shelhamer and  Wife

Authors of many books and booklets

"Go ye into all the world, and preach the gospel to every creature." -- Matt. 16:15.

God's Bible School
Cincinnati, Ohio
1934

*   *   *   *   *   *   *

Digital Edition 08/24/99
By Holiness Data Ministry

*   *   *   *   *   *   *

DEDICATED

To the foreign missionaries and many friends who helped make it
possible for us "to preach the gospel in the regions beyond."

*   *   *   *   *   *   *

CONTENTS

01 -- The Value of Travel
02 -- God's First Plan
03 -- Floating Cities
04 -- Do Missions Pay?
05 -- The Pretoria Convention
06 -- "That Man"
07 -- God Opens Doors
08 -- Conscientious in Little Things
09 -- I Meant Well But Broke Over
10 -- My Wife's Smile

duplicity. The captain on the large ship from South Africa to England (6,000 miles) knew me from a previous sailing and gave me (as a minister) certain privileges not usually granted. I believe this captain would do likewise."

Thus, for the time being I felt secure, but suddenly the deck officer appeared for duty. He did not even look at me, yet I felt a bit uneasy lest he should ask to which class I belonged. I stepped to the large railing and looked at the huge billows tossing the giant "Majestic" of over 56,000 tons like a cork. "My," thought I, "would not Satan delight to push me overboard, as he came so near doing three years ago? Lord Jesus protect me!"

But I did not feel the reassuring presence of God this time as before. Then it dawned on me why I could not fully claim His protection. "I am out of my sphere." With this, I crossed back to my own deck; then with confidence I could easily defy Satan, for I was now on "believing ground" -- as the early Methodists would say when a soul was about to get the witness of the Spirit. Yes, if we are conscientious in little things we need have no fears about the future.

Recently two men were walking across the Brooklyn Bridge. One was relating that he and his wife did not get along well together, when suddenly he leaped over the railing, plunging into the Hudson River, and was never seen. Now, he had evidently prepared the way for this sad end by a life of sin, hence was out from under the protection of God. In other words, he lived for the Devil, and Satan took advantage when he found him off his guard, and hurried him to hell to be sure of getting him there. We read, "Then entered Satan into Judas," and he was prepared to do the awful deed. Satan had watched him for years and now found him an easy prey and ready to be possessed.

O friend, you are as sure of Heaven as if you were already there, as long as you keep yourself in the love of God. "We know that whosoever is born of God sinneth not; but, he that is begotten of God keepeth himself, and that wicked one toucheth him not." On the other hand, when you fail to keep yourself under the precious blood, when you trifle with little things, when you go back on former convictions, when you come down and live on the same plane with the generality of men, then you expose yourself to fierce temptations, and no marvel if you have a sad and mournful end.

*   *   *   *   *   *   *

09 -- I MEANT WELL BUT BROKE OVER
—

While in South Africa, we had a very busy time for eight months, preaching sometimes two and four times a day besides praying with hungry hearts between times. Our manager, Captain Dobbie, and others tried to restrain us, saying, "You must rest a few days between, each mission." We were told that a stranger to South African climate could not hold up under such in tense work. We conciliated them by promising to rest twenty-four days on the sea between Capetown and New York. I meant well, but broke over the second day on shipboard when we arranged a devotional service each day from 9:00 to 10:00 A. M. It did not take long to size up our Crowd. Out of nearly five hundred passengers we found ten missionaries and as many more who were glad to join us in singing, and reading a short Scripture lesson, after which I generally spoke for fifteen minutes or

*********** **Sermon on Matthew 26:24** ***********

---

### By: Rev. Adrian Dieleman

---

### This sermon was preached on March 21, 1999

---

Matthew 26:14-30
Matt 26:24
"Judas"

## Introduction

    Topic: Discipleship
    Subtopic:
    Index: 1015-1017
    Date: 9/1990.25
    Title:

    TO: Jesus, Son of Joseph
    Woodcrafters Carpenter Shop
    Nazareth, 35922

    FROM: Jordon Management Consultants
    Jerusalem, 26544

    RE: Staff Team Evaluation:

    Thank you for submitting the resumes of the twelve men you have picked for management positions in your new organization. All of them have now taken our battery of tests; and we have not only run the results through our computer, but also arranged personal interviews for each of them with our psychologist and vocational aptitude consultant.
    It is the staff opinion that most of your nominees are lacking in background, education, and vocational aptitude for the type of enterprise you are undertaking.
    Simon Peter is emotionally unstable and given to fits of temper. Andrew has no qualities of leadership. The two brothers, James and John, sons of Zebedee, place personal interests above company loyalty. Thomas demonstrates a questioning attitude that would tend to undermine morale. We feel it our duty to tell you that Matthew has been blacklisted by the Greater Jerusalem Better Business Bureau. James, the son of Alphaeus, and Thaddaeus definitely have radical leanings, and they both registered a high score on the manic-depressive scale.
    One of the candidates, however, shows great potential. He is a man of ability and resourcefulness, meets people well, has a keen business mind and has contacts in high places. He is highly motivated, ambitious and responsible. We recommend Judas Iscariot as your controller and right-hand man. All of the other profiles are self explanatory.
    We wish you every success in your new venture.

Judas showed such promise. He had potential. So what went wrong? What happened? In our Scripture reading we see Matthew's answer to these questions: namely, prompted by Satan, Judas betrayed Jesus; yet, this was according to God's set purpose and foreknowledge.

# I  Satan Prompted Judas' Greed/Avarice

A  What do we know of Judas? When it comes down to it, we know precious little. We aren't sure what his name "Iscariot" means. We don't know where he came from. We don't know his family. We do know he was one of the twelve disciples. In fact, he was the treasurer of the group (Jn 12:6). He was one of the Twelve privileged to walk and talk with Jesus during the time of His earthly ministry. When the Twelve were sent out, we can presume that Judas too was given the power and authority to "heal the sick, raise the dead, cleanse those who have leprosy, drive out demons" (Mt 10:7). Judas, in other words, was a full disciple of Christ.

B  It is in the events leading up to Jesus' arrest and crucifixion that we are given a first-hand look at Judas. In verses 14-16 we read that he arranged for the Lord's capture in exchange for "thirty silver coins." Thirty silver coins was a considerable amount of money for Judas. The silver coins were shekels, each shekel worth 4 denarii; so Judas was given 120 denarii in total. A denarii was the average working man's wage for one day's work. In today's currency Judas was paid ten to twelve thousand dollars.

Why did Judas do this? Scripture tells us that "Satan entered Judas" (Lk 22:3) and the devil "prompted Judas to betray Jesus" (Jn 13:2).

We can't leave it at this, though. Satan couldn't possibly enter Judas unless he already had gained some foothold on Judas. Satan's foothold was greed. Judas was motivated by greed and avarice. Notice how Judas approached the chief priests: "What are you willing to give me if I hand him over to you?" he asked. A more literal translation of the Greek here is, "If you give me enough I will hand him over to you." Judas was not willing to hand Jesus over unless the chief priests give him a substantial amount of money. As far as Judas was concerned, this was a business proposition, a simple matter of buying and selling.

Judas, then, was motivated by greed. The devil gained entrance into his life because of his avarice. Elsewhere Scripture can tell us that Judas "was a thief; as keeper of the money bag, he used to help himself to what was put into it" (Jn 12:6).

We see in Judas an example of what the Apostle Paul warns us against in 1 Timothy 6:

> (1 Tim 6:9-10) People who want to get rich fall into temptation and a trap and into many foolish and harmful desires that plunge men into ruin and destruction. (10) For the love of money is a root of all kinds of evil. Some people, eager for money, have wandered from the faith and pierced themselves with many griefs.

Judas loved money. He wanted to get rich and be rich. He was motivated by greed and avarice. So he betrayed Jesus. His eagerness for money plunged him into ruin and destruction and led him to commit suicide a few days later.

We just finished singing a song in which we dared to declare that Jesus is more precious than silver, more precious than gold, more precious than diamonds. But Judas would disagree with this. He decided that nothing was more precious than money. He decided that gold and silver came before Jesus.

The love of money is not the only root of evil. The New Testament tells us of others. Nevertheless, congregation, we should take a lesson from Judas: that we are not to love money and the things of this world overly much or else we, like Judas, will be plunged into ruin and destruction.

Topic: Satan
Subtopic: Arch Deceiver
Index: 3153
Date: 6/1986.15
Title: Monkey Traps

Monkey trappers in North Africa have a clever method of catching their prey. A number of gourds are

Case 1:08-cv-01228-LTS    Document 22-5    Filed 06/27/2008    Page 9 of 21

# Judas Iscariot, the Suicide of Satan, and the Salvation of the World

◁» Listen   |   ▣ Watch   |   ⚓ Download   |   ▥ Podcast
**Excerpts:** ◁» Listen   |   ▣ Watch

October 7, 2007                                                  By John Piper

### Luke 22:1-6

Now the Feast of Unleavened Bread drew near, which is called the
Passover. 2 And the chief priests and the scribes were seeking how to
put him to death, for they feared the people. 3 Then Satan entered into
Judas called Iscariot, who was of the number of the twelve. 4 He went
away and conferred with the chief priests and officers how he might
betray him to them. 5 And they were glad, and agreed to give him
money. 6 So he consented and sought an opportunity to betray him to
them in the absence of a crowd.

This is the final message in the series called *Spectacular Sins and Their Global Purpose in
the Glory of Christ*. The aim has been to show that over and over in the history of the
world, the epoch-making sins that changed the course of history never nullified but
only fulfilled the global purposes of God to glorify his Son and save his people.

My prayer is that, as these great historical vistas of God's sovereignty over sin take
their place in your renewed mind, they would have a profoundly practical effect in
making you strong in the face of breath-stopping sorrows and making you bold for
Christ in the face of dangerous opposition. Christ-exalting strength in calamity and
Christ-exalting courage in conflict. I pray that the Lord will weave cords of steel and
silk into the fabric of your soul.

### History's Most Spectacular Sin: The Murder of Jesus

The most spectacular sin that has ever been committed in the history of the world is



Case 1:08-cv-01228-LTS    Document 22-5    Filed 06/27/2008    Page 10 of 21

If that sounds incredible, just think of the scandalous behavior of so-called Christian leaders today who use ministry gifts to buy $39,000 worth of clothes at one store in a year, and send their kids on a $29,000 trip to the Bahamas, and drive a white Lexus and a red Mercedes. As Judas sat beside Jesus with his pious, religious face and went out and cast out demons in Jesus' name, he was not a righteous lover of Jesus. He loved money. He loved the power and pleasures that money could by.

Paul tells us how that works together with Satan's power. Listen to Ephesians 2:1-3: "You were dead in the trespasses and sins in which you once walked, following the course of this world, following the prince of the power of the air [*notice the connection: dead in sins, following Satan*], the spirit that is now at work in the sons of disobedience—among whom we all once lived in the passions of our flesh, carrying out the desires of the body and the mind, and were by nature children of wrath, like the rest of mankind." Dead in our sins, walking in the passions of the flesh, fulfilling the desires of body and mind, and *therefore* following the prince of the power of the air.

Satan does not take innocent people captive. There are no innocent people. Satan has power where sinful passions hold sway. Judas was a lover of money, and he covered it with a phony, external relationship with Jesus. And then he sold him for thirty pieces of silver. How many of his tribe are there still today! Don't be one. And don't be duped by one.

## 2) Satan's Role in His Own Destruction

The second question is why Satan would lead Judas to betray Jesus. Doesn't he know that the death and resurrection of Jesus would result in Satan's final defeat (Colossians 2:13-15; Revelation 12:11)? There's good reason to think Satan knew that.

When Jesus began his ministry on the way to the cross, Satan tried to turn him away from the path of suffering and sacrifice. In the wilderness, he tempted him to turn stones into bread and jump off the temple and get the rulership of the world by worshipping him (Matthew 4:1-11). The point of all these temptations is: Don't walk the path of suffering and sacrifice and death. Use your power to escape suffering. If you're the Son of God, show your right to reign. And I can help you do it. Whatever

*CTSJ* 3:1 (Summer 1997) p. 1

# Judas

—

## Dr. George E. Meisinger *

### *Chafer Theological Seminary*

[*Editor's note: George E. Meisinger is dean of Chafer
Theological Seminary, as well as teaching in the Old and New
Testament departments. He earned his B.A. from Biola University,
a Th.M. in Old Testament Literature and Exegesis from Dallas
Theological Seminary, a D.Min. in Biblical Studies from Western
Seminary, and presently pursues a Ph.D. in Systematic Theology.
Dr. Meisinger also pastors Grace Church in Orange, California.]

## Introduction

Don Richardson wrote a book that I encourage everyone to read. The title is
*Peace Child*[1] and is the story of his missionary labors among a tribe in Papua New
Guinea.

When Richardson had finally learned their language, there came a day when
he had opportunity to tell them the Gospel. He started with Christ's miraculous
birth, His life and ministry, and then proceeded to the end of Jesus' time on earth.

He set the stage talking about how Jesus made His final journey to Jerusalem,
the incredible reception of the people on Palm Sunday, then the treachery of Judas
who worked behind the scenes to betray Jesus to death. To his amazement, when
he finished telling them about the traitor, the people showed complete delight in
Judas. Richardson was appalled at their reaction.

He discovered that the highest virtue in their culture was deceit—and Judas
was the greatest example of deceit about which they had heard. Here was a man
who successfully betrayed to the death a great and good man, thus Judas became
their instant hero. It was obvious to Richardson that he had his work cut out for
him to evangelize this tribe. You need to read the book to discover the beginning
and end of this incredible and true missionary story.

## The Men named "Judas"

Judas was a common first century name. In fact, there are eight mentioned in
the New Testament:

---

[1] Don Richardson, *Peace Child* (Ventura, California: Regal Books, 1974): you may call Regal @
1–800–4–GOSPEL.

"Then" denotes *after* Mary anointed Jesus in Bethany with costly fragrant oil. Moreover, the disciples (plural) were indignant, saying it was a waste and should have been given to the poor, and Jesus rebuked them (26:6–13).

Though all of the disciples were indignant and complained, it was particularly Judas who asked, *"Why was this fragrant oil not sold for 300 denarii and given to the poor"* (John 12:4)?

## The role of the devil

Jesus knew that ultimately His battle was with the evil one. On an occasion well before His final trip to Jerusalem, He implied that the devil would be involved.

> *Then Jesus said to the twelve, "Do you also Simon Peter answered Him, "Lord to whom shall we go? You have the words of eternal life. Also we have come to believe and know that You are the Christ, the Son of the living God" Jesus answered them, "Did I not choose you, the twelve, and one of you is a devil (εἷς διάβολος ἐστιν)?" He spoke of Judas Iscariot, the son of Simon, for it was he who would betray Him, being one of the twelve* (John 6:67–71).

When Jesus says, *"one of you is a devil,"* it reveals His omniscience (cp. 1:47; 2:24–25; 6:15, 61). He knew that the devil would possess Judas and use the traitor as a puppet to accomplish satanic objectives.

And sure enough, on Tuesday night following a dinner party at Mary, Martha and Lazarus' home in Bethany-where Jesus rebuked his disciples and particularly Judas-the traitor rejected the Lord one time too many. The devil then possessed him the first of two times this final week of Jesus' life.

> *Then Satan entered Judas, surnamed Iscariot, who was numbered among the twelve. So he went his way and conferred with the chief priests and captains, how he might betray Him to them. And they were glad, and agreed to give him money. So he promised and sought opportunity to betray Him to them in the absence of the multitude* (Luke 22:3–6).

## The Night Judas Betrayed the Lord

The gospels do not state why Judas betrayed Jesus. Yet, we may infer at least two reasons:

- Judas did it after becoming convinced that Jesus was going to die and not reign as King (Mark 14:3–11). This dashed Judas' hopes for political power and influence.

# Theological Editions

**Home**

Archeology
Bible
Ethics
Faiths
General
History
Humour
Journals
Leadership
Liturgy
News
Pastoral
Philosophy
Prayer
Reviews
Sermons
Study
Youth

**Home**

Features
Web Theology

## The case for St. Judas Iscariot by Graeme Davidson, July 2001

**Why is there no Saint Judas Iscariot? Surely the disciple who has been vilified as the traitor who aided the religious authorities in the arrest of his Master was no worse than the cowardly disciples who let Jesus take the rap alone.** They now feature as stained-glass icons. Sun shines through their golden halos. Churches and children are named after them while Judas continues to fill our archetypal need to find and blame a serpent in the garden.

Why is it that Judas is regarded as the evil scoundrel who gets his just desserts? Has he been the victim of unfair smear tactics?

### The Gospels depict him as a traitor, thief and agent of Satan

The Gospels don't speak kindly of Judas Iscariot. He is mentioned in the lists of the twelve disciples as the 'traitor' and as the son of Simon to distinguish him from the other disciple who shares the name 'Judas'.

John's Gospel portrays Judas as *diabolos*, an agent of Satan, and says that Satan enters Judas (Jn 6:71 and 13:27). The theological implication is that Judas is an instrument in the eternal battle between the forces of light and dark, between God and Satan. Satan, and therefore Judas, lose.

John's Gospel also mentions the incident of Judas complaining about Mary's pouring costly ointment over Jesus' feet instead of giving the money to the poor. The Gospel attributes the motive to Judas' greed rather than genuine concern for the poor. Judas is then portrayed as the thief who pilfered from the common purse under his charge — the sort of person who would have no scruples about selling his Master for 30 silver pieces.

But why is such an alleged thief still acting as the disciples' treasurer at the time of the last supper? Surely there would have been some audit on what happened to the common purse over the three years that Jesus was with the disciples? And why is it that none of the other Gospels mention the pilfering? Is this a case of editorial character assassination? And even if Judas was a thief, he would be no different from some of the other company Jesus kept, including the generic tax collectors, or the despised ones, like the disciple Matthew.

### 'Iscariot' could refer to the village of Kerioth or an assassin

The meaning of the word *iscariot* is not certain. It may indicate that Judas came from the Judean village of Kerioth. This would differentiate Judas from the other disciples who came from Galilee and may explain in part why the others regarded him as an outsider and the obvious scapegoat for their own unfaithfulness during Jesus' passion.

The other possibility is that 'iscariot' originates from the Greek *sikarios*, a dagger-man or assassin, a term that was generalised to the group of extreme patriots who used treacherous terrorist tactics to oppose the Roman occupation. If this is the case, perhaps readers of the Gospels are to infer that Judas uses the same kind of devious tactics in the betrayal of Jesus that were used against the Romans.

**Features**

**See also**

HAVE TOMB RAIDERS really found the bones of Jesus and his family? >> more

JESUS LOVES OSAMA, an agnostic bishop and other ideas that stick >> more

WHY IT MATTERS whether God is more like a matchbox or a number >> more

CONFESSIONS of a failed axe murderer who queried religious ethics >> more

CONSUMER-CONSCIOUS KIDS, Bacchanalian festivals and sentimentality >> more

MANNERS: insignificant social customs at the outer orbit of ethics? >> more

THE 109 FIGHTING BOYS from the Mitchelltown School and District >> more

TRYING TO EXHUME the historical Jesus from under 2000 years of faith >> more

IS GLOBAL VIOLENCE on the increase? Don't be fooled by what you see on TV >> more

POLYGAMY, CIRCUMCISION, atheist journalists and religious diversity >> more

THE CHRISTIAN RIGHT stands by Israel out of a misguided theology >> more

WHAT A RAT TAUGHT ME about creating successful relationships >> more

IS THE CHURCH becoming a retirement hobby for granny clergy? >> more

IS THERE AN ANTI-CHRISTIAN conspiracy in Hollywood? >> more

HOW GOOD A CHRISTIAN is the devout President George W Bush? >> more

HAVE CHURCH SCHOOLS sold out on Christianity for secular values? >> more

HITLER, LAWYERS, POLITICIANS SUV owners and life after death >> more

WERE THE CHRISTIAN HOSTAGES really idiots for peace? >> more

INFIDELITY: IN HOT PURSUIT of a better organsm or better intimacy? >> more

SKULDUGGERY AND CONTROVERSY over discovery of religious texts >> more

THE CARTOONS aren't about secular freedoms versus intolerance >> more

CHRISTIAN ZIONISTS hinder justice



# Joyful Heart™
## RENEWAL MINISTRIES



## JesusWalk® Bible Study Series

DISCIPLE LESSONS FROM LUKE'S GOSPEL
from JOYFUL HEART MINISTRIES

Behold, the
Lamb of
God

Ralph F. Wilson

You can purchase
one of Dr. Wilson's
complete Bible
studies in either e-
book or printed
format.

● Sermon on the
Mount
● Christmas
Incarnation
● Psalms
● Hebrews
● Resurrection and
Easter Faith
● Lamb of
God
● Ephesians
● Lord's Supper
● Names and Titles
of God
● Great Prayers of
the Bible
● Philippians
● James
● Abraham
● Gideon
● 1 Peter
● 2 Peter & Jude
● Revelation
● Luke's Gospel

Ads by Google  V V

Know how the
Lord comes?
The Lord has come
to China hiddenly
Judgment has
begun at God's
house
thelordsadvent.org

## #94. Judas' Betrayal (Luke 21:37 - 22:6)

by Dr. Ralph F. Wilson

Other online lessons from Luke | Lessons in e-book format



Free Sermon on the Mount Bible Study

**Search**

Go

By Bible Book

**Home**

**Free E-Mail
Bible Studies**
1 Peter
2 Peter, Jude
Abraham
Christmas
  Incarnation
Church
Gideon
Great Prayers
Hebrews
James
Jacob
Joshua
Kingdom of God
Lamb of God
Lord's Supper
Luke
Names of God
Philippians
Psalms
Resurrection
Revelation
Sermon on
  the Mount
Contact Us
Dr. Wilson's
  E-Books

**About Us**
Resources

Donations

Related Site:
Internet Marketing,
E-Mail Marketing,
and E-Commerce

## Text

Luke 21:37 - 22:6

[37] Each day Jesus was teaching at the temple, and each evening he went out to spend the night on the hill called the Mount of Olives, [38] and all the people came early in the morning to hear him at the temple.

[1] Now the Feast of Unleavened Bread, called the Passover, was approaching, [2] and the chief priests and the teachers of the law were looking for some way to get rid of Jesus, for they were afraid of the people. [3] Then Satan entered Judas, called Iscariot, one of the Twelve. [4] And Judas went to the chief priests and the officers of the temple guard and discussed with them how he might betray Jesus. [5] They were delighted and agreed to give him money. [6] He consented, and watched for an opportunity to hand Jesus over to them when no crowd was present.

## Exposition

To the Eleven, Judas betrayal was a shocker! Twenty centuries later the Bible's account of Judas' treachery still raises all sorts of questions -- several of which we don't know the definitive answers to. But as we consider this week's lesson, let's not to spend as much time speculating about what we don't know, as trying to understand what we do know about Judas.

One of the scandals of the Bible is that one of Jesus' handpicked followers betrays him. Judas is a pretty common name in Jesus' day, since it is the name of the patriarch of the tribe of Judah. Others with this name were the famous Judas Macabbees (a godly and bold leader about 165 BC in a war of rebellion against the Greeks that occupied Palestine), Jesus' own brother (Matthew 13:55, perhaps the same as the author of the Epistle of Jude), and a second disciple, "Judas son of James" (Luke 6:16). It is an honorable name -- until Judas Iscariot comes along.

Iscariot probably means in Hebrew "man of Kerioth." Kerioth is sometimes identified with Kerioth-hezron, a location later called Hazor (Joshua 15:15, 25), about 12 miles south of Hebron. There is also a Kerioth Moab (Jeremiah 14:41; Amos 2:2). Whichever town he comes from, Judas seems to be the exception, since the other Twelve all come from Galilee.[8]

## Satan Enters Judas (22:3)

This phrase is curious:

> "Then Satan entered Judas, called Iscariot, one of the Twelve." (22:3)

When I read this, questions flood my mind: What does it mean "enter"? Why does this happen to Judas? What can Judas be thinking? Does Judas have any control over his actions? Is he responsible? Why does Jesus select Judas if he knows he is untrustworthy? Or did Jesus even know what will happen? These are the big questions that underlie such heavy-duty doctrines as predestination, foreknowledge, as well as the perseverance of the saints, demonization, and a few more. We can't resolve all these questions in a single lesson, if ever. The questions are bigger than we are.

But let's begin with the meaning of "Satan enters Judas." Does this imply some sort of demon possession? The word translated "entered" is Greek *eiserchomai*, "to move into a space, 'enter'."[9] *Eiserchomai* is a very common word in the New Testament, used regarding evil spirits entering pigs and men and causing a kind of insanity or loss of control (Mark 5:12-13; 9:25; Luke 8:30, 32-33). The verb is also used in John 13:27 at the Lord's Supper: "As soon as Judas took the bread, Satan entered into him."

If we contend that Satan takes over Judas against his will, then Judas bears no responsibility for his action -- he is an unwilling victim in the same way that an abducted child bears no guilt. But we know that this betrayal is both foretold by Jesus (John 6:70; 13:10-11, 21; Matthew 26:21; Mark 14:18; Luke 22:21) and the person who commits the betrayal is condemned by Jesus (Luke 22:22). "But woe to that man who betrays the Son of Man! It would be better for him if he had not been born" (Matthew 26:24).

Therefore, I conclude that Judas is not an unwilling pawn, and that "Satan enters Judas" is not like demon possession. Jesus built his ministry on casting demons out of unwilling victims. But you can't cast out demons from a person who wants them there; that would

Case 1:08-cv-01228-LTS        Document 22-5        Filed 06/27/2008        Page 16 of 21

require a violation of the will. Modern-day deliverance ministers have found this to be empirically true.

We find some clues when we examine a parallel passage in John's Gospel:

> "The evening meal was being served, and the devil had already *prompted* Judas Iscariot, son of Simon, to betray Jesus" (John 13:2).

The word translated "prompted" (NIV) or "put into the heart" (KJV) is a phrase that the KJV translates literally and correctly. The Greek verb is *ballo*, which can indicate both forceful action ('throw') as well as simple action ('to put or place something in a location, put, place, apply, lay, bring').[10] We see a similar expression in Acts:

> "Then Peter said, 'Ananias, how is it that Satan has so filled (Greek *pleroo*) your heart that you have lied to the Holy Spirit and have kept for yourself some of the money you received for the land?' " (Acts 5:3).

Certainly Satan is the agent of planting the thought in Judas' and Ananias' minds, but then Judas and Ananias follow through by sinning rather than rejecting the thought.

Jesus is tempted by Satan in the wilderness, but at each point he answers with scripture and resists the temptation. James gives us a helpful insight into how sin operates:

> "When tempted, no one should say, 'God is tempting me.' For God cannot be tempted by evil, nor does he tempt anyone; but each one is tempted when, by his own evil desire, he is dragged away and enticed. Then, after desire has conceived, it gives birth to sin; and sin, when it is full-grown, gives birth to death." (James 1:13-15)

For temptation to have any power, it must resonate with a sinful motive or desire within the person. That's what Jesus is referring to when he says, "the prince of this world cometh, and hath nothing in me" (very literally in the KJV) or "He has no hold on me" (NIV; John 14:30). Paul writes, "In your anger do not sin: Do not let the sun go down while you are still angry, and do not give the devil a foothold (Greek *topos*, 'place')" (Ephesians 4:26-27).

Martin Luther once said that it isn't your fault if a bird flies over your head, but it is your fault if it makes a nest in your hair. When we harbor sin in your hearts, we DO give the devil a foothold and can easily become his unwilling dupes. This is no game, but deadly warfare.

I've spent some time on this, but I believe it is important to establish that "Satan entered into Judas" doesn't refer to some kind of irresistible demon possession, but a deliberate courting of sinful thoughts and beliefs that make Judas vulnerable to be manipulated by Satan, yet fully responsible for his actions.



# All the

# APOSTLES

# of the Bible



**Discover little known facts about the lives of the 12 apostles**

❖

**Explore the facts and legends of the apostles' deaths**

❖

**Encounter the other 13 apostles**

# Herbert Lockyer

This is a preview. The total pages displayed will be limited. Learn more.

### Instigated by Satan

Behind the traitor was the tempter, for Judas was but a dupe of the devil, as the references to his satanic possession clearly indicate. It is John who emphasizes the part Satan played in the betrayer's crime. How pointed is the assertion of Jesus, "Have not I chosen you twelve, and one of you is a devil?" (John 6:70). Judas was possessed, not by a *demon* but a devil, as the Greek implies.

Satan entered Judas as the originator of a cruel and wicked purpose, "The devil having now put into the heart of Judas Iscariot, Simon's son, to betray him" (John 13:2). Then Satan possessed Judas as the source of diabolical action, "After the sop Satan entered into him (John 13:27).

It would seem as if the morsel given to Judas was more than a mark of confidence and trust and honor; it was the last act of Jesus to save Judas from the committal of his great crime. When the sop had been eaten and the honor which it conferred had failed of its purpose, there was nothing to be done short of compulsion. Satan, not Jesus, had taken possession of the heart of Judas, and in spite of all the privileges of apostleship, Judas gambled with destiny and "went to his own place." Satan had failed to get the Master into his power, but he succeeded in getting His apostle who was not spared a drop of humiliation and distress. Judas had to drain the cup of bitterness to the last dregs.

As Jesus desired to spend His last hours in the tender, confidential fellowship of His faithful ones, without the presence of a deadly enemy, He did not wait till it pleased Judas to leave the company. Jesus, asserting His authority over Judas, even though he had prostituted his privileges and sold himself to Satan, commanded Judas to leave the company and complete his foul deed. Jesus had failed to arrest the estranged mind of Judas "before the Devil Doubt became the Devil Deed, before the alienation of feeling had passed into open desertion. Judas had come to the Supper with a guilty secret in his heart and with a bribe in his hand, and must have been most uneasy under the eye of Him who was able to see him through and through."

Ambitious, greedy Judas had sold his soul to the devil like Goethe's *Faust* to Mephistopheles. Gamblerlike, he hazarded his all and lost, and nothing was left to him but to expiate blood with blood. His ambition overreached itself, and he fell headlong and burst. But while the devil was the evil figure behind the betrayal, wicked though he is, he must not be blamed for everything. When the devil came to Jesus with suggestions alien to the divine purpose, He could say, "Get thee behind me, Satan!" Judas, however, left an avenue open to the devil, and the disgraced apostle's own greed and avaricious nature, revealed in his pilfering of apostolic treasury, enticed the devil to secure a firm hold on the thief.

Who would have thought that stealing a few little coins from a bag when no one was looking would open the door to Satanic possession, and result in a most monstrous crime and a suicide's grave? We can never be too careful about shunning so-called little sins, for *sin* has an awful power of growth.

> Thought becomes Act,
> Act becomes Habit,
> Habit becomes Character,
> Character shapes Eternity.

Bitterly opposed to the Savior and His cause, Satan was the prime mover in the effort of Judas to speed up the death of Jesus. Had the enemy of souls known all that would result from

Copyrighted material

# Restoration in Christ Ministries

**Site Menu:**
**Home**
**2008 Seminars/Schools**
**Resource Center**
  **Training Resources**
  **Spiritual Dynamics**
  **DVDs**
  **MP3-CDs**
  **CDs**
  **Books**
  **Artwork**
**Information**
  **FAQ**
  **Related Links**
  **What is DID?**
  **Glossary**
  **Articles**
  **Bible Studies**
  **Free Downloads**
**About Us**
  **Statement of Faith**
  **Ethical Guidelines**
**Donation**

---

*"He has sent me to bind up the brokenhearted (shattered in heart or mind), to proclaim freedom for the captives and release for the prisoners."*

*Isaiah 61:1*

---

## _Ordinary People in God's Hands_

## article series

# "The Devil Made Me Do It"

by Diane Hawkins

---

**Overview**
**Part 2: Demonic Control**
**Part 3: Demonic Attachment**
**Part 4: Demonic Assignments in the Old Testament**
**Part 5: Demonic Assignments in Connection with Jesus' Life and Death**
**Part 6: Other Demonic Assignments in the New Testament**
**Part 7: Demonic Contamination**
**Part 8: Demonic Influence through the Flesh**
**Part 9: Demonic Influence through the World**
**Part 10: Demonic Influence to Hinder Spiritual Birth and Growth**
**Part 11: Demonic Influence through the Deceitfulness of Riches**
**Part 12: Demonic Influence through the Deceitfulness of Riches (cont)**
**Part 13: Demonic Influence through False Teachers**
**Part 14: Satan's Influence thru False Teachers regarding End-Time Events**
**Part 15: Guarding against Satan's Influence through False Teachers**
**Part 16: Satanic Influence through Temptation**
**Part 17: Concluding Summary**

Print Friendly Version in PDF format: **The Devil Made Me Do It Series**

---

### The Devil Made Me Do It

Part 1: Overview

"The devil made me do it," is a statement often used in a joking fashion to evade personal responsibility for a particular unsavory deed. While few take it seriously, the expression raises a legitimate

---

# The Devil Made Me Do It
## Part 5: Demonic Assignments in Connection with Jesus' Life and Death

In our present series examining the extent of Satan's power to affect human life, we are continuing to look at the nature of demonic "assignments," focusing this time on the New Testament. Here we see that even Jesus was not immune from Satanic assignments *directed by God*. At the beginning of His earthly ministry He was led *by the Holy Spirit* into the wilderness to be tested by Satan himself. Satan's intent was to derail Jesus' earthly mission while God's purpose was for Jesus to prove His sinless character and worthiness to be the Savior for all mankind. One of Satan's capabilities demonstrated during this assignment was his ability to lead Jesus in an experience of extra-dimensional transport to the "pinnacle of the temple" and to a "very high mountain" from which He was able to see the "kingdoms of the world" (Mat. 4:1-11). Jesus' triumphant victory over Satan in this wilderness experience did not deter Satan from instigating further attempts to divert Jesus from His primary mission. As Jesus approached His final months of ministry, Satan's schemes seemed to focus on using Peter, one of Jesus' closest disciples. Just as we saw in the Old Testament, however, with the godly man Job, Satan first had to gain permission from God to put his plan into action. God granted that permission but, again, not without putting a "safety net" around Peter. This "net" consisted of the powerful prayers of Jesus Himself that Peter's faith would not fail during this time of being "sifted like wheat" by Satan. God also grasped the opportunity to bring good out of Satan's actions. Not only did He expect Peter to be spiritually strengthened through this time of testing, but He also envisioned the impact Peter could have in strengthening other believers (Luke 22:31-32).

When given permission by God, Satan was seemingly able to permeate Peter's thoughts, words, emotions, and actions, disconnecting him from the intentions of his heart. The first recorded incident occurred when Jesus began telling his disciples about His coming suffering and death. Peter quickly declared, "God forbid it, Lord! This shall never happen to You." Jesus immediately recognized the Satanic origin of these words. Looking squarely at Peter but speaking to Satan, Jesus ordered Satan behind Him, declaring him to be a stumbling block to His cause (Mat. 16:21-23; NASB).

Satan's impact on Peter was also seen the night that Jesus was arrested. Peter had vowed only hours earlier that he would die with Jesus rather than desert him. His eagerness to stand with Jesus was demonstrated when he attacked the high priest's servant as the Roman soldiers arrived in the Garden of Gethsemane to take Jesus. He was also one of the only disciples to follow Jesus to His arraignment before the high priest. There in the courtyard, however, fear gripped his heart so strongly that he ended up denying even knowing the Lord three times, exactly as Jesus had foretold him. Recognizing how greatly he had failed and succumbed to the evil one, Peter went out and "wept bitterly" (Mat. 26:31-35; 56, 58, 69-75; Luke 22:50-51; John 18:15).

Of course, Satan used Judas in an even more drastic manner that night. Scripture does not mention Satan seeking approval from God to work through this disciple's life, but we know that Judas' act of betrayal was in accordance with God's pre-ordained plan (Psalm 41:9; Acts 1:16). If Judas wasn't a true "believer," or Satan was "on assignment" for God in his use of Judas, permission was perhaps not needed.

With Judas, too, Satan was able to penetrate his inner being and put within his heart a desire to betray Jesus. As Judas nurtured this thought and eventually acquiesced his will to it, I believe it opened the door for Satan to "enter" him and carry out his reprehensible act (John 13:2, 21-27).

Satan actually "entering" a person was seemingly without precedent, and yet the nature of the act performed was in keeping with Satan himself doing it, just as it was Satan himself who was

involved in the wilderness temptations. While Satan used both Peter and Judas in his plots against Jesus, there was a drastic difference in the culpability of the two men. As Jesus washed Peter's feet in the Upper Room, He assured Peter that he was "clean," but not Judas. Jesus also earlier referred to Judas as a "devil" (John 6:70). Perhaps these are indications that Judas was *not* a true "believer" as Peter was.

In both of these cases, however, Satan was able to lead these men into actions they probably would never have done on their own accord. This is borne out by the intense reaction of both of them when Satan departed and they recognized the nature of what they had done. The degree of remorse shown is also in keeping with the significance of the offense (Mat. 26:75; 27:3-5).

All of these examples reveal a deep, but temporary, penetration of the person's being by Satan for a specific purpose. We see Satan being able to affect man's heart, and thus his actions, as well as impart an extra-dimensional experience of travel and vision. In our next issue we will continue to look at the nature of other demonic assignments in the New Testament that did not involve Jesus.

# The Devil Made Me Do It
## Part 6: Other Demonic Assignments in the New Testament

In our current study of the abilities that Satan and his forces have to affect the lives of humans, we are continuing to examine instances in the New Testament in which evil spiritual beings were involved in carrying out "assignments" in people's lives. In our last issue we focused on assignments directly involving the life and death of Jesus Christ. We will now broaden that focus.

The vulnerability of godly men and women to demonic assignments is further illustrated in the life of the Apostle Paul. Here again, however, Satan was used to serve the purpose of God. In view of the extraordinary revelations Paul had experienced, God did not want pride or arrogance to hinder the effectiveness of Paul's ministry to the Gentiles. Therefore, He had Satan send a demonic affliction to "torment" him. Many debates have taken place over the nature of this "thorn in the flesh." Whatever it was, it was apparently something that caused an almost constant irritation or "torment" in Paul's life and gave him some sense of physical weakness. Interestingly, God's will was for Paul never to be delivered from this demonic affliction but to trust in God's sufficient grace and the power that *He* would provide in Paul's life in spite of it (2 Cor. 12:7-9).

The Apostle Paul himself dictated a demonic assignment against the man who had committed the grievous sin of having an incestuous relationship with his father's wife. In this case Paul instructed the church body to deliver this man to Satan for the "destruction of the flesh" so that his spirit would be saved on the "day of the Lord." Since Satan would certainly not be involved in destroying the fleshly sin nature, this assignment most likely entailed bringing the physical destruction of this man's body. Whether this would be a wasting illness or death itself is unclear, but in spite of this severe punishment at Satan's hand, this man would seemingly not lose his salvation (1 Cor. 5:1-5).

Although we don't know the compelling details, Paul launched another demonic assignment against Hymenaeus and Alexander. In this case he "handed them over to Satan" so that they would learn not to blaspheme (1 Tim. 1:20). This was probably not blasphemy against the Holy Spirit as that would have been an unpardonable sin (Mat. 12:31; Mark 3:28), and the purpose of the discipline here seems to be remedial in nature. Therefore, this assignment seemingly involved bringing some kind of demonically afflicted suffering on these men. A quick recall of the misery Satan brought upon Job assures us that Satan is well equipped to do this.

# EXHIBIT 8
# SIEGARTEL DECLARATION

# *The New*
# *Oxford Annotated*

CONTRIBUTORS

BERNHARD W. ANDERSON   GEORGE W. ANDERSON

WILLIAM A. BEARDSLEE   WALTER BRUEGGEMANN   JOHN J. COLLINS

ROBERT C. DENTAN   WILLIAM L. HOLLADAY   LESLIE J. HOPPE

PHILIP J. KING   BURKE O. LONG   BRUCE M. METZGER   CAREY A. MOORE

ROLAND E. MURPHY   PHEME PERKINS   JOHN REUMANN

ADDITIONAL CONTRIBUTORS TO PREVIOUS EDITIONS

†GEORGES A. BARROIS   VICTOR R. GOLD   R. LANSING HICKS

†ARTHUR JEFFERY   SHERMAN E. JOHNSON   †JOHN KNOX

†HERBERT G. MAY   DONALD G. MILLER   †WARREN A. QUANBECK

†H. H. ROWLEY   †R. B. Y. SCOTT   WILLIAM F. STINESPRING

SAMUEL TERRIEN   ELWYN E. TILDEN   †LUTHER A. WEIGLE

*ew*
*ted*

# BIBLE

*containing the*
*Old and New Testaments*

*Edited by*

BRUCE M. METZGER

ROLAND E. MURPHY

.INS

E

1OORE

NEW REVISED
STANDARD VERSION

:

:CK

*New York*
OXFORD UNIVERSITY PRESS

OXFORD UNIVERSITY PRESS

Oxford   New York   Toronto
Delhi   Bombay   Calcutta   Madras   Karachi
Petaling Jaya   Singapore   Hong Kong   Tokyo
Nairobi   Dar es Salaam   Cape Town
Melbourne   Auckland

and associated companies in
Berlin   Ibadan

Copyright © 1991 by Oxford University Press, Inc.

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

The New Oxford Annotated Bible copyright © 1973, 1977
by Oxford University Press, Inc.
The Oxford Annotated Bible copyright © 1962
by Oxford University Press, Inc.
The Oxford Annotated Apocrypha copyright © 1965, 1977
by Oxford University Press, Inc.

Published by Oxford University Press, Inc.
200 Madison Avenue, New York, New York 10016

Oxford is a registered trademark of Oxford University Press

New Revised Standard Version Bible copyright © 1989,
Division of Christian Education of the
National Council of the Churches of Christ
in the United States of America

4 6 8 10 9 7 5 3

Printed in the United States of America

MATTHEW 26

of the people gathered in the palace of the high priest, who was called Caiaphas, [4] and they conspired to arrest Jesus by stealth and kill him. [5] But they said, "Not during the festival, or there may be a riot among the people."

[6] Now while Jesus was at Bethany in the house of Simon the leper,[i] [7] a woman came to him with an alabaster jar of very costly ointment, and she poured it on his head as he sat at the table. [8] But when the disciples saw it, they were angry and said, "Why this waste? [9] For this ointment could have been sold for a large sum, and the money given to the poor." [10] But Jesus, aware of this, said to them, "Why do you trouble the woman? She has performed a good service for me. [11] For you always have the poor with you, but you will not always have me. [12] By pouring this ointment on my body she has prepared me for burial. [13] Truly I tell you, wherever this good news[m] is proclaimed in the whole world, what she has done will be told in remembrance of her."

[14] Then one of the twelve, who was called Judas Iscariot, went to the chief priests [15] and said, "What will you give me if I betray him to you?" They paid him thirty pieces of silver. [16] And from that moment he began to look for an opportunity to betray him.

[17] On the first day of Unleavened Bread the disciples came to Jesus, saying, "Where do you want us to make the preparations for you to eat the Passover?" [18] He said, "Go into the city to a certain man, and say to him, 'The Teacher says, My time is near; I will keep the Passover at your house with my disciples.'" [19] So the disciples did as Jesus had directed them, and they prepared the Passover meal.

[20] When it was evening, he took his place with the twelve;[n] [21] and while they were eating, he said, "Truly I tell you, one of you will betray me." [22] And they became greatly distressed and began to say to him one after another, "Surely not I, Lord?" [23] He answered, "The one who has dipped his hand into the bowl with me will betray me. [24] The Son of Man goes as it is written of him, but woe to that one by whom the Son of Man is betrayed! It would have been better for that one not to have been born." [25] Judas, who betrayed him, said, "Surely not I, Rabbi?" He replied, "You have said so."

[26] While they were eating, Jesus took a loaf of bread, and after blessing it he broke it, gave it to the disciples, and said, "Take, eat; this is my body." [27] Then he took a cup, and after giving thanks he gave it to them, saying, "Drink from it,

*i* The terms *leper* and *leprosy* can refer to several diseases   *m* Or *gospel*   *n* Other ancient authorities add *disciples*

20). 3: Joseph *Caiaphas,* son-in-law of Annas, was appointed high priest in A.D. 26 by the Roman procurator Valerius Gratus.

**26.6–13:** Mk 14.3–9; Jn 12.1–8. A similar event is reported in Lk 7.36–50. **6:** The identity of this Simon is unknown. **7:** Jn 12.3; see Lk 7.37 n., 46. **10:** The *good service* is what is good and fitting under the circumstances of impending death. The same Greek words are translated "good works" in 5.16. **12:** Jn 19.40. The woman's act won higher praise from Jesus than any other mentioned in the New Testament.

**26.14–16:** Mk 14.10–11; Lk 22.3–6. **14:** See Mk 14.10 n. **15:** Ex 21.32; Zech 11.12. The value of the *thirty pieces of silver* is uncertain. Matthew's quotation refers to thirty shekels; at four denarii to the shekel this was one hundred and twenty days' wages (20.2).

**26.17–29:  The Last Supper. 17–19:** Mk 14.12–16; Lk 22.7–13. **17:** *Eat the Passover,* the paschal lamb (Ex 12.18–27; Deut 16.5–8). **18:** Lk 22.10 n., 11 n.; Jn 7.6; 12.23; 13.1; 17.1. **19:** 21.6; Deut 16.5–8. **20–25:** Mk 14.17–21; Lk 22.14, 21–23; Jn 13.21–30. **24:** Ps 41.9; Lk 24.25; 1 Cor 15.3; Acts 17.2–3; Mt 18.7. **25:** Judas' question is phrased to imply that the answer will be in the negative. *You have said so,* a common form of assent in Palestine.

**26.26–29:** Mk 14.22–25; Lk 22.15–20; 1 Cor 10.16; 11.23–26; Mt 14.19; 15.36; see Lk 22.17 n. **28:** Heb 9.20; Mt 20.28; Mk 1.4; Ex 24.6–8; see Mk 14.24 n. In the background of Jesus' words are several important ideas of Jewish religion: one's sins lead to death; God has rescued his people, as from Egypt, and may be trusted to deliver from death itself; in mercy God forgives those who

MATTHEW 26, 27

ther, and he will at once send me more than twelve legions of angels? [54] But how then would the scriptures be fulfilled, which say it must happen in this way?" [55] At that hour Jesus said to the crowds, "Have you come out with swords and clubs to arrest me as though I were a bandit? Day after day I sat in the temple teaching, and you did not arrest me. [56] But all this has taken place, so that the scriptures of the prophets may be fulfilled." Then all the disciples deserted him and fled.

[57] Those who had arrested Jesus took him to Caiaphas the high priest, in whose house the scribes and the elders had gathered. [58] But Peter was following him at a distance, as far as the courtyard of the high priest; and going inside, he sat with the guards in order to see how this would end. [59] Now the chief priests and the whole council were looking for false testimony against Jesus so that they might put him to death, [60] but they found none, though many false witnesses came forward. At last two came forward [61] and said, "This fellow said, 'I am able to destroy the temple of God and to build it in three days.' " [62] The high priest stood up and said, "Have you no answer? What is it that they testify against you?" [63] But Jesus was silent. Then the high priest said to him, "I put you under oath before the living God, tell us if you are the Messiah,[q] the Son of God." [64] Jesus said to him, "You have said so. But I tell you,

From now on you will see the
  Son of Man
seated at the right hand of
  Power
and coming on the clouds
  of heaven."

[65] Then the high priest tore his clothes and said, "He has blasphemed! Why do we still need witnesses? You have now heard his blasphemy. [66] What is your verdict?" They answered, "He deserves death." [67] Then they spat in his face and struck him; and some slapped him, [68] saying, "Prophesy to us, you Messiah![q] Who is it that struck you?"

[69] Now Peter was sitting outside in the courtyard. A servant-girl came to him and said, "You also were with Jesus the Galilean." [70] But he denied it before all of them, saying, "I do not know what you are talking about." [71] When he went out to the porch, another servant-girl saw him, and she said to the bystanders, "This man was with Jesus of Nazareth."[r] [72] Again he denied it with an oath, "I do not know the man." [73] After a little while the bystanders came up and said to Peter, "Certainly you are also one of them, for your accent betrays you." [74] Then he began to curse, and he swore an oath, "I do not know the man!" At that moment the cock crowed. [75] Then Peter remembered what Jesus had said: "Before the cock crows, you will deny me three times." And he went out and wept bitterly.

27 When morning came, all the chief priests and the elders of the people conferred together against Jesus in order to bring about his death. [2] They bound him, led him away, and handed him over to Pilate the governor.

[3] When Judas, his betrayer, saw that Jesus[s] was condemned, he repented and brought back the thirty pieces of silver to the chief priests and the elders. [4] He said,

---

*q* Or *Christ*    *r* Gk *the Nazorean*    *s* Gk *he*

---

Faith in God cannot claim his promise (4.6) so as to counteract his purpose. **55:** Lk 19.47; Jn 18.19–21.
**26.57–75: Jesus before Caiaphas. 57:** The reference is to the Jewish supreme court (the Sanhedrin; see Jn 11.47 n.). **59:** See Mk 14.55 n. **61:**24.2; 27.40; Acts 6.14; Jn 2.19. **63:** 27.11; Jn 18.33. **64:** *You have said so,* see 26.25 n. *The Son of Man,* 16.28; Dan 7.13; Ps 110.1.

**26.65:** Num 14.6; Acts 14.14; Lev 24.16. **66:** Lev 24.16. **68:** *Prophesy,* at this moment Jesus was blindfolded (Lk 22.64). **73:** Peter spoke with a Galilean accent differing from the Judean; see Acts 2.7. **75:** Compare v. 34.
**27.1–26: Jesus before Pilate. 1–2:** Mk 15.1; Lk 23.1; Jn 18.28–32. Jewish law required that the Sanhedrin take formal action by daylight. Apparently 26.57–68 describes a pre-dawn hearing. **3–10:** Acts 1.16–20. The

rise again." [24]Martha said to him, "I know that he will rise again in the resurrection on the last day." [25]Jesus said to her, "I am the resurrection and the life. [h] Those who believe in me, even though they die, will live, [26]and everyone who lives and believes in me will never die. Do you believe this?" [27]She said to him, "Yes, Lord, I believe that you are the Messiah, [i] the Son of God, the one coming into the world."

[28] When she had said this, she went back and called her sister Mary, and told her privately, "The Teacher is here and is calling for you." [29]And when she heard it, she got up quickly and went to him. [30]Now Jesus had not yet come to the village, but was still at the place where Martha had met him. [31]The Jews who were with her in the house, consoling her, saw Mary get up quickly and go out. They followed her because they thought that she was going to the tomb to weep there. [32]When Mary came where Jesus was and saw him, she knelt at his feet and said to him, "Lord, if you had been here, my brother would not have died." [33]When Jesus saw her weeping, and the Jews who came with her also weeping, he was greatly disturbed in spirit and deeply moved. [34]He said, "Where have you laid him?" They said to him, "Lord, come and see." [35]Jesus began to weep. [36]So the Jews said, "See how he loved him!" [37]But some of them said, "Could not he who opened the eyes of the blind man have kept this man from dying?"

[38] Then Jesus, again greatly disturbed, came to the tomb. It was a cave, and a stone was lying against it. [39]Jesus said, "Take away the stone." Martha, the sister of the dead man, said to him, "Lord, already there is a stench because he has been dead four days." [40]Jesus said to her, "Did I not tell you that if you believed, you would see the glory of God?" [41]So they took away the stone. And Jesus looked upward and said, "Father, I thank you for having heard me. [42]I knew that you always hear me, but I have said this for the sake of the crowd standing here, so that they may believe that you sent me." [43]When he had said this, he cried with a loud voice, "Lazarus, come out!" [44]The dead man came out, his hands and feet bound with strips of cloth, and his face wrapped in a cloth. Jesus said to them, "Unbind him, and let him go."

[45] Many of the Jews therefore, who had come with Mary and had seen what Jesus did, believed in him. [46]But some of them went to the Pharisees and told them what he had done. [47]So the chief priests and the Pharisees called a meeting of the council, and said, "What are we to do? This man is performing many signs. [48]If we let him go on like this, everyone will believe in him, and the Romans will come and destroy both our holy place[j] and our nation." [49]But one of them, Caiaphas, who was high priest that year, said to them, "You know nothing at all! [50]You do not understand that it is better for you to have one man die for the people than to have the whole nation de-

*h* Other ancient authorities lack *and the life*
*i* Or *the Christ*     *j* Or *our temple*; Greek *our place*

faint hope, *even now*. **24**: Belief in *the resurrection on the last day* was widespread among pious Jews in Jesus' day.
**11.25–26**: Jesus is not only the agent of final resurrection, but gives eternal life now (Rom 6.4–5; Col 2.12; 3.1). The body dies, but the person *will never die*. **27**: Martha rests her perplexity on the mystery of Jesus' person as the Messiah. **32**: See v. 21. **33**: *Moved*, stirred with indignation, probably at the power of death (12.27). **34**: *Laid*, buried. **35**: Jesus' humanity was real.
**11.39**: *Dead four days*, popular belief imag-

ined that the soul lingered near the body for three days, then left. **40**: *Glory of God*, i.e. God acting to reveal his nature as lifegiver. **41–42**: God hears even Jesus' unspoken thoughts, but Jesus wishes the people to know that he is no magician, but one sent from God.
**11.46**: *Some . . . went to the Pharisees*, this is a crucial turning point in Jesus' ministry. **47**: *Council*, the Sanhedrin, the official Jewish court, made up of seventy priests, scribes, and elders, presided over by the high priest. **49–53**: An unconscious prophecy with deep

stroyed." [51]He did not say this on his own, but being high priest that year he prophesied that Jesus was about to die for the nation, [52]and not for the nation only, but to gather into one the dispersed children of God. [53]So from that day on they planned to put him to death.

54 Jesus therefore no longer walked about openly among the Jews, but went from there to a town called Ephraim in the region near the wilderness; and he remained there with the disciples.

55 Now the Passover of the Jews was near, and many went up from the country to Jerusalem before the Passover to purify themselves. [56]They were looking for Jesus and were asking one another as they stood in the temple, "What do you think? Surely he will not come to the festival, will he?" [57]Now the chief priests and the Pharisees had given orders that anyone who knew where Jesus[k] was should let them know, so that they might arrest him.

12 Six days before the Passover Jesus came to Bethany, the home of Lazarus, whom he had raised from the dead. [2]There they gave a dinner for him. Martha served, and Lazarus was one of those at the table with him. [3]Mary took a pound of costly perfume made of pure nard, anointed Jesus' feet, and wiped them[l] with her hair. The house was filled with the fragrance of the perfume. [4]But Judas Iscariot, one of his disciples (the one who was about to betray him), said, [5]"Why was this perfume not sold for three hundred denarii[m] and the money given to the poor?" [6](He said this not because he cared about the poor, but be-cause he was a thief; he kept the common purse and used to steal what was put into it.) [7]Jesus said, "Leave her alone. She bought it[n] so that she might keep it for the day of my burial. [8]You always have the poor with you, but you do not always have me."

9 When the great crowd of the Jews learned that he was there, they came not only because of Jesus but also to see Lazarus, whom he had raised from the dead. [10]So the chief priests planned to put Lazarus to death as well, [11]since it was on account of him that many of the Jews were deserting and were believing in Jesus.

12 The next day the great crowd that had come to the festival heard that Jesus was coming to Jerusalem. [13]So they took branches of palm trees and went out to meet him, shouting,

"Hosanna!
Blessed is the one who comes in
     the name of the Lord—
     the King of Israel!"

[14]Jesus found a young donkey and sat on it; as it is written:

[15] "Do not be afraid, daughter of
          Zion.
     Look, your king is coming,
          sitting on a donkey's colt!"

[16]His disciples did not understand these things at first; but when Jesus was glorified, then they remembered that these things had been written of him and had been done to him. [17]So the crowd that

---

*k* Gk *he*     *l* Gk *his feet*     *m* Three hundred denarii would be nearly a year's wages for a laborer     *n* Gk lacks *She bought it*

---

theological meaning—Jesus' death would redeem not only the Jews but believers in all nations.

**11.54:** *No longer . . . openly,* because the Sanhedrin had ordered his arrest (v. 57). *Ephraim,* about fifteen miles north of Jerusalem.

**12.1–11: The anointing at Bethany.** In the full knowledge of a plot against his life (11.53, 57), Jesus returns to the vicinity of Jerusalem. **1:** *Bethany,* 11.18. **3:** *A* (Roman) *pound,* twelve ounces. **4–5:** Judas' reaction is a sign of his defection. **5:** *Three hundred denar-*

*ii,* see note *m.* **7:** Jesus foresees his death; the anointing is the last rite in preparation for burial. **8:** Such spontaneous love will not neglect the poor.

**12.12–19: Palm Sunday.** Jesus dramatically manifests himself as the Messiah. **13:** *Hosanna,* see Mt 21.9 n. *In the name of,* with the authority of God. *King of Israel,* the Messiah. **14–15:** Zech 9.9. Warlike kings rode on horses and in chariots; the king of peace, *on a donkey's colt.* **16:** The cross, resurrection, ascension, and Pentecost clarified many Old Testament passages.

sent me into the world, so I have sent them into the world. 19And for their sakes I sanctify myself, so that they also may be sanctified in truth.

20 "I ask not only on behalf of these, but also on behalf of those who will believe in me through their word, 21that they may all be one. As you, Father, are in me and I am in you, may they also be in us, [b] so that the world may believe that you have sent me. 22The glory that you have given me I have given them, so that they may be one, as we are one, 23I in them and you in me, that they may become completely one, so that the world may know that you have sent me and have loved them even as you have loved me. 24Father, I desire that those also, whom you have given me, may be with me where I am, to see my glory, which you have given me because you loved me before the foundation of the world.

25 "Righteous Father, the world does not know you, but I know you; and these know that you have sent me. 26I made your name known to them, and I will make it known, so that the love with which you have loved me may be in them, and I in them."

**18** After Jesus had spoken these words, he went out with his disciples across the Kidron valley to a place where there was a garden, which he and his disciples entered. 2Now Judas, who betrayed him, also knew the place, because Jesus often met there with his disciples. 3So Judas brought a detachment of soldiers together with police from the chief priests and the Pharisees, and they came there with lanterns and torches and weapons. 4Then Jesus, knowing all that was to happen to him, came forward and asked them, "Whom are you looking for?" 5They answered, "Jesus of Nazareth." [c] Jesus replied, "I am he." [d] Judas, who betrayed him, was standing with them. 6When Jesus [c] said to them, "I am he," [d] they stepped back and fell to the ground. 7Again he asked them, "Whom are you looking for?" And they said, "Jesus of Nazareth." [c] 8Jesus answered, "I told you that I am he. [d] So if you are looking for me, let these men go." 9This was to fulfill the word that he had spoken, "I did not lose a single one of those whom you gave me." 10Then Simon Peter, who had a sword, drew it, struck the high priest's slave, and cut off his right ear. The slave's name was Malchus. 11Jesus said to Peter, "Put your sword back into its sheath. Am I not to drink the cup that the Father has given me?"

12 So the soldiers, their officer, and the Jewish police arrested Jesus and bound him. 13First they took him to Annas, who was the father-in-law of Caiaphas, the high priest that year. 14Caiaphas was the one who had advised the Jews that it was better to have one person die for the people.

15 Simon Peter and another disciple followed Jesus. Since that disciple was known to the high priest, he went with Jesus into the courtyard of the high priest, 16but Peter was standing outside at the gate. So the other disciple, who was known to the high priest, went out, spoke to the woman who guarded the gate, and brought Peter in. 17The woman said to Peter, "You are not also one of this man's disciples, are you?" He said, "I am not." 18Now the slaves and the police had made a charcoal fire because it was cold, and they were standing around it

b Other ancient authorities read *be one in us*
c Gk *the Nazorean*    d Gk *I am*    e Gk *he*

versal is that believers may be indwelt by the Father and the Son and express their unity in *love*, thus fulfilling its mission of leading *the world to believe.*
**18.1–19.42: Arrest, trial, crucifixion, and burial of Jesus. 18.1:** *Kidron valley,* between Jerusalem and the Mount of Olives. *A garden,* Gethsemane. **3:** Both Roman *soldiers*

and the Jewish temple *police* made the arrest. **4:** Jesus' fate is self-chosen; he, not Judas or the soldiers, determines his death.
**18.9:** 6.39; 10.28; 17.12. **11:** *Cup,* see Lk 22.42 n. **13:** *Annas,* though deposed by the Romans in A.D. 15, was still the leading influence among the Jews through his son-in-law and four sons who succeeded him.

glory. 27 Then he will send out the angels, and gather his elect from the four winds, from the ends of the earth to the ends of heaven.

28 "From the fig tree learn its lesson: as soon as its branch becomes tender and puts forth its leaves, you know that summer is near. 29 So also, when you see these things taking place, you know that he*q* is near, at the very gates. 30 Truly I tell you, this generation will not pass away until all these things have taken place. 31 Heaven and earth will pass away, but my words will not pass away.

32 "But about that day or hour no one knows, neither the angels in heaven, nor the Son, but only the Father. 33 Beware, keep alert;*r* for you do not know when the time will come. 34 It is like a man going on a journey, when he leaves home and puts his slaves in charge, each with his work, and commands the doorkeeper to be on the watch. 35 Therefore, keep awake—for you do not know when the master of the house will come, in the evening, or at midnight, or at cockcrow, or at dawn, 36 or else he may find you asleep when he comes suddenly. 37 And what I say to you I say to all: Keep awake."

14 It was two days before the Passover and the festival of Unleavened Bread. The chief priests and the scribes were looking for a way to arrest Jesus*s* by stealth and kill him; 2 for they said, "Not during the festival, or there may be a riot among the people."

3 While he was at Bethany in the house of Simon the leper,*t* as he sat at the table, a woman came with an alabaster jar of very costly ointment of nard, and she broke open the jar and poured the ointment on his head. 4 But some were there who said to one another in anger, "Why was the ointment wasted in this way? 5 For this ointment could have been sold for more than three hundred denarii,*u* and the money given to the poor." And they scolded her. 6 But Jesus said, "Let her alone; why do you trouble her? She has performed a good service for me. 7 For you always have the poor with you, and you can show kindness to them whenever you wish; but you will not always have me. 8 She has done what she could; she has anointed my body beforehand for its burial. 9 Truly I tell you, wherever the good news*v* is proclaimed in the whole world, what she has done will be told in remembrance of her."

10 Then Judas Iscariot, who was one of the twelve, went to the chief priests in order to betray him to them. 11 When they heard it, they were greatly pleased, and promised to give him money. So he began to look for an opportunity to betray him.

12 On the first day of Unleavened Bread, when the Passover lamb is sacrificed, his disciples said to him, "Where do you want us to go and make the preparations for you to eat the Passover?" 13 So he sent two of his disciples, saying to them, "Go into the city, and a man

*q* Or *it*    *r* Other ancient authorities add *and pray*    *s* Gk *him*    *t* The terms *leper* and *leprosy* can refer to several diseases    *u* The denarius was the usual day's wage for a laborer    *v* Or *gospel*

---

4.48. **26:** 8.38; Mt 10.23; Dan 7.13; 1 Thess 4.13–18. **30:** See Mt 24.34 n.; Mk 9.1. **31:** Mt 5.18; Lk 16.17.

**13.32:** Acts 1.7. **33:** Eph 6.18; Col 4.2. **34:** Mt 25.14. **35:** Lk 12.35–40. Domestic division of the night into four parts, namely 9 P.M., 12 P.M., 3 A.M., and 6 A.M.

**14.1–15.47: Jesus' death** (Mt 26.1–27.66; Lk 22.1–23.56; Jn 13.1–19.42). **14.1:** *The festival of Unleavened Bread* was part of the commemoration of the escape from Egypt under Moses (Ex 12.1–20). **3–9:** See Mt 26.6 n.

*Nard* was imported from India. **5:** On the value of a denarius, see note *u*. **6:** See Mt 26.10 n. **7:** Deut 15.11. **8:** The woman has shown personal regard for Jesus within her ability and opportunity. Jn 19.40.

**14.10–11:** Mt 26.14–16; Lk 22.3–6. **10:** *One of the twelve;* the words do not so much identify *Judas* as intensify the horror of the betrayal. Judas makes possible a change in the priests' plans (vv. 1–2).

**14.12–25: The Last Supper. 12–16:** Mt 26.17–19; Lk 22.7–13; see 22.10 n. **13:** *Two of*

*Jesus in Gethsemane*
*and before Caiaphas*

MARK 14

to say to him. 41 He came a third time and said to them, "Are you still sleeping and taking your rest? Enough! The hour has come; the Son of Man is betrayed into the hands of sinners. 42 Get up, let us be going. See, my betrayer is at hand."

43 Immediately, while he was still speaking, Judas, one of the twelve, arrived; and with him there was a crowd with swords and clubs, from the chief priests, the scribes, and the elders. 44 Now the betrayer had given them a sign, saying, "The one I will kiss is the man; arrest him and lead him away under guard." 45 So when he came, he went up to him at once and said, "Rabbi!" and kissed him. 46 Then they laid hands on him and arrested him. 47 But one of those who stood near drew his sword and struck the slave of the high priest, cutting off his ear. 48 Then Jesus said to them, "Have you come out with swords and clubs to arrest me as though I were a bandit? 49 Day after day I was with you in the temple teaching, and you did not arrest me. But let the scriptures be fulfilled." 50 All of them deserted him and fled.

51 A certain young man was following him, wearing nothing but a linen cloth. They caught hold of him, 52 but he left the linen cloth and ran off naked.

53 They took Jesus to the high priest; and all the chief priests, the elders, and the scribes were assembled. 54 Peter had followed him at a distance, right into the courtyard of the high priest; and he was sitting with the guards, warming himself at the fire. 55 Now the chief priests and the whole council were looking for testimony against Jesus to put him to death; but they found none. 56 For many gave false testimony against him, and their testimony did not agree. 57 Some stood up and gave false testimony against him, saying, 58 "We heard him say, 'I will destroy this temple that is made with hands, and in three days I will build another, not made with hands.' " 59 But even on this point their testimony did not agree. 60 Then the high priest stood up before them and asked Jesus, "Have you no answer? What is it that they testify against you?" 61 But he was silent and did not answer. Again the high priest asked him, "Are you the Messiah,*b* the Son of the Blessed One?" 62 Jesus said, "I am; and

'you will see the Son of Man
    seated at the right hand of
        the Power,'
and 'coming with the clouds
        of heaven.' "

63 Then the high priest tore his clothes and said, "Why do we still need witnesses? 64 You have heard his blasphemy! What is your decision?" All of them condemned him as deserving death. 65 Some began to spit on him, to blindfold him, and to strike him, saying to him, "Prophesy!" The guards also took him over and beat him.

66 While Peter was below in the courtyard, one of the servant-girls of the high priest came by. 67 When she saw Peter warming himself, she stared at him

*b* Or *the Christ*

---

**14.43–52:** Mt 26.47–56; Lk 22.47–53; Jn 18.2–11. **43:** See Mt 26.50 n. **47:** *One . . . who stood near,* according to Jn 18.10 it was Simon Peter. **49:** Lk 19.47; Jn 18.19–21. **51:** The young man's identity is not disclosed. Perhaps he was sleeping in the house where Jesus ate the Last Supper and rose hastily from bed to follow Jesus to Gethsemane. If the house was that of Mary, the mother of John Mark (where the disciples met at a later date; Acts 12.12), it is possible that the *young man* was the Evangelist himself. **14.53–72:** **Jesus before Caiaphas. 55:** At least two witnesses who agreed were required by Num 35.30 and Deut 19.15 (compare Mt 18.16). **58:** *Another, not made with hands,* an accusation that Jesus practices wizardry, which according to Lev 20.27 was a capital crime; see Jn 2.19–21. **61–62:** *The Blessed One . . . Power,* Jewish ways of referring to God. **62:** Dan 7.13 combined with the thought of Ps 110.1. **63:** *Tore his clothes,* an action expressing grief. Acts 14.14; Joel 2.12–13. **64:** Lev 24.16. *All of them,* but according to Lk 23.51 Joseph of Arimathea, a member of the council, had not assented. **66:** 14.30.

SELF-PRONOUNCING EDITION

# THE

# HOLY BIBLE

CONTAINING THE

*Old and New Testaments*

TRANSLATED OUT OF
THE ORIGINAL TONGUES AND WITH THE FORMER
TRANSLATIONS DILIGENTLY COMPARED AND REVISED

AUTHORIZED *King James Version*

With all proper names divided into syllables
accented and marked with the vowel sounds
showing how they should be pronounced



A MERIDIAN BOOK

MERIDIAN
Published by the Penguin Group
Penguin Books USA Inc., 375 Hudson Street, New York, New York 10014, U.S.A.
Penguin Books Ltd, 27 Wrights Lane, London W8 5TZ, England
Penguin Books Australia Ltd, Ringwood, Victoria, Australia
Penguin Books Canada Ltd, 10 Alcorn Avenue, Toronto, Ontario,
Canada, M4V 3B2
Penguin Books (N.Z.) Ltd, 182-190 Wairau Road, Auckland 10, New Zealand

Penguin Books Ltd, Registered Offices: Harmondsworth, Middlesex, England

Published by Meridian, an imprint of New American Library, a division of Penguin
Books USA Inc.

First Printing/New American Library, November, 1974
20  19  18  17  16  15  14  13

All rights reserved

 REGISTERED TRADEMARK—MARCA REGISTRADA

Printed in the United States of America

Without limiting the rights under copyright reserved above, no part of this
publication may be reproduced, stored in or introduced into a retrieval system, or
transmitted, in any form, or by any means (electronic, mechanical, photocopying,
recording, or otherwise), without the prior written permission of both the copyright
owner and the above publisher of this book.

BOOKS ARE AVAILABLE AT QUANTITY DISCOUNTS WHEN USED TO PROMOTE PRODUCTS OR
SERVICES. FOR INFORMATION PLEASE WRITE TO PREMIUM MARKETING DIVISION, PENGUIN
BOOKS USA INC., 375 HUDSON STREET, NEW YORK, NEW YORK 10014.

7 There came unto him a woman having an alabaster box of very precious ointment, and poured it on his head, as he sat *at meat.*

8 But when his disciples saw *it*, they had indignation, saying, To what purpose *is* this waste?

9 For this ointment might have been sold for much, and given to the poor.

10 When Jē'-śŭs understood *it*, he said unto them, Why trouble ye the woman? for she hath wrought a good work upon me.

11 For ye have the poor always with you; but me ye have not always.

12 For in that she hath poured this ointment on my body, she did *it* for my burial.

13 Verily I say unto you, Wheresoever this gospel shall be preached in the whole world, *there* shall also this, that this woman hath done, be told for a memorial of her.

14 ¶ Then one of the twelve, called Jū'-dăs Ĭs-căr'-ĭ-ǫt, went unto the chief priests,

15 And said *unto them*, What will ye give me, and I will deliver him unto you? And they covenanted with him for thirty pieces of silver.

16 And from that time he sought opportunity to betray him.

17 ¶ Now the first *day* of the *feast of* unleavened bread the disciples came to Jē'-śŭs, saying unto him, Where wilt thou that we prepare for thee to eat the passover?

18 And he said, Go into the city to such a man, and say unto him, The Master saith, My time is at hand; I will keep the passover at thy house with my disciples.

19 And the disciples did as Jē'-śŭs had appointed them; and they made ready the passover.

20 Now when the even was come, he sat down with the twelve.

21 And as they did eat, he said, Verily I say unto you, that one of you shall betray me.

22 And they were exceeding sorrowful, and began every one of them to say unto him, Lord, is it I?

23 And he answered and said, He that dippeth *his* hand with me in the dish, the same shall betray me.

24 The Son of man goeth as it is written of him: but woe unto that man by whom the Son of man is betrayed! it had been good for that man if he had not been born.

25 Then Jū'-dăs, which betrayed him, answered and said, Master, is it I? He said unto him, Thou hast said.

26 ¶ And as they were eating, Jē'-śŭs took bread, and blessed *it*, and brake *it*, and gave *it* to the disciples, and said, Take, eat; this is my body.

27 And he took the cup, and gave thanks, and gave *it* to them, saying, Drink ye all of it;

28 For this is my blood of the new testament, which is shed for many for the remission of sins.

29 But I say unto you, I will not drink henceforth of this fruit of the vine, until that day when I drink it new with you in my Father's kingdom.

30 And when they had sung an hymn, they went out into the mount of Olives.

31 Then saith Jē'-śŭs unto them, All ye shall be offended because of me this night: for it is written, I will smite the shepherd, and the sheep of the flock shall be scattered abroad.

32 But after I am risen again, I will go before you into Găl'-ĭ-lēē.

33 Pē'-tĕr answered and said unto him, Though all *men* shall be offended because of thee, *yet* will I never be offended.

34 Jē'-śŭs said unto him, Verily I say unto thee, That this night, before the cock crow, thou shalt deny me thrice.

35 Pē'-tĕr said unto him, Though I should die with thee, yet will I not deny thee. Likewise also said all the disciples.

36 ¶ Then cometh Jē'-śŭs with them unto a place called Gĕth-sĕm'-ă-nē, and saith unto the disciples, Sit ye here, while I go and pray yonder.

37 And he took with him Pē'-tĕr and the two sons of Zĕb'-ĕ-dēē, and began to be sorrowful and very heavy.

38 Then saith he unto them, My soul is exceeding sorrowful, even unto death: tarry ye here, and watch with me.

39 And he went a little farther, and fell on his face, and prayed, saying, O my Father, if it be possible, let this cup pass from me: nevertheless not as I will, but as thou *wilt.*

40 And he cometh unto the disciples, and findeth them asleep, and saith unto Pē'-tĕr, What, could ye not watch with me one hour?

41 Watch and pray, that ye enter not into temptation: the spirit indeed *is* willing, but the flesh *is* weak.

42 He went away again the second time, and prayed, saying, O my Father, if this cup may not pass away from me, except I drink it, thy will be done.

43 And he came and found them asleep again: for their eyes were heavy.

44 And he left them, and went away again, and prayed the third time, saying the same words.

45 Then cometh he to his disciples, and saith unto them, Sleep on now, and take *your* rest: behold, the hour is at hand, and the Son of man is betrayed into the hands of sinners.

46 Rise, let us be going: behold, he is at hand that doth betray me.

*in Gethsemane*

cup, and gave
them, saying,

od of the new
for many for the

I will not drink
of the vine, until
new with you in

sung an hymn,
nount of Olives.
nto them, All ye
use of me this
I will smite the
of the flock shall

again, I will go
e.

d said unto him,
offended because
e offended.
im, Verily I say
t, before the cock
ne thrice.

him, Though I
t will I not deny
all the disciples.
'-sŭs with them
h-sĕm'-ă-nē, and
Sit ye here, while

him Pē'-tĕr and
lēē, and began to
eavy.

them, My soul is
ven unto death:
n with me.

e farther, and fell
d, saying, O my
, let this cup pass
not as I will, but

nto the disciples,
, and saith unto
e not watch with

that ye enter not
irit indeed *is* will-
ak.

gain the second
ng, O my Father,
s away from me,
ll be done.

ound them asleep
ere heavy.

, and went away
hird time, saying

his disciples, and
on now, and take
hour is at hand,
betrayed into the

g: behold, he is at
me.

47 ¶ And while he yet spake, lo, Jū'-dăs, one of the twelve, came, and with him a great multitude with swords and staves, from the chief priests and elders of the people.

48 Now he that betrayed him gave them a sign, saying, Whomsoever I shall kiss, that same is he: hold him fast.

49 And forthwith he came to Jē'-sŭs, and said, Hail, master; and kissed him.

50 And Jē'-sŭs said unto him, Friend, wherefore art thou come? Then came they, and laid hands on Jē'-sŭs, and took him.

51 And, behold, one of them which were with Jē'-sŭs stretched out *his* hand, and drew his sword, and struck a servant of the high priest's, and smote off his ear.

52 Then said Jē'-sŭs unto him, Put up again thy sword into his place: for all they that take the sword shall perish with the sword.

53 Thinkest thou that I cannot now pray to my Father, and he shall presently give me more than twelve legions of angels?

54 But how then shall the scriptures be fulfilled, that thus it must be?

55 In that same hour said Jē'-sŭs to the multitudes, Are ye come out as against a thief with swords and staves for to take me? I sat daily with you teaching in the temple, and ye laid no hold on me.

56 But all this was done, that the scriptures of the prophets might be fulfilled. Then all the disciples forsook him, and fled.

57 ¶ And they that had laid hold on Jē'-sŭs led *him* away to Cāi'-ă-phăs the high priest, where the scribes and the elders were assembled.

58 But Pē'-tĕr followed him afar off unto the high priest's palace, and went in, and sat with the servants, to see the end.

59 Now the chief priests, and elders, and all the council, sought false witness against Jē'-sŭs, to put him to death;

60 But found none: yea, though many false witnesses came, *yet* found they none. At the last came two false witnesses,

61 And said, This *fellow* said, I am able to destroy the temple of God, and to build it in three days.

62 And the high priest arose, and said unto him, Answerest thou nothing? what *is it which* these witness against thee?

63 But Jē'-sŭs held his peace. And the high priest answered and said unto him, I adjure thee by the living God, that thou tell us whether thou be the Christ, the Son of God.

64 Jē'-sŭs saith unto him, Thou hast said: nevertheless I say unto you, Hereafter shall ye see the Son of man sitting on the right hand of power, and coming in the clouds of heaven.

65 Then the high priest rent his clothes, saying, He hath spoken blasphemy; what further need have we of witnesses? behold, now ye have heard his blasphemy.

66 What think ye? They answered and said, He is guilty of death.

67 Then did they spit in his face, and buffeted him; and others smote *him* with the palms of their hands,

68 Saying, Prophesy unto us, thou Christ, Who is he that smote thee?

69 ¶ Now Pē'-tĕr sat without in the palace: and a damsel came unto him, saying, Thou also wast with Jē'-sŭs of Găl'-ĭ-lēē.

70 But he denied before *them* all, saying, I know not what thou sayest.

71 And when he was gone out into the porch, another *maid* saw him, and said unto them that were there, This *fellow* was also with Jē'-sŭs of Năz'-ă-rĕth.

72 And again he denied with an oath, I do not know the man.

73 And after a while came unto *him* they that stood by, and said to Pē'-tĕr, Surely thou also art *one* of them; for thy speech bewrayeth thee.

74 Then began he to curse and to swear, *saying*, I know not the man. And immediately the cock crew.

75 And Pē'-tĕr remembered the word of Jē'-sŭs, which said unto him, Before the cock crow, thou shalt deny me thrice. And he went out, and wept bitterly.

## Chapter 27

WHEN the morning was come, all the chief priests and elders of the people took counsel against Jē'-sŭs to put him to death:

2 And when they had bound him, they led *him* away, and delivered him to Pŏn'-tĭŭs Pī'-lāte the governor.

3 ¶ Then Jū'-dăs, which had betrayed him, when he saw that he was condemned, repented himself, and brought again the thirty pieces of silver to the chief priests and elders,

4 Saying, I have sinned in that I have betrayed the innocent blood. And they said, What *is that* to us? see thou *to that*.

5 And he cast down the pieces of silver in the temple, and departed, and went and hanged himself.

6 And the chief priests took the silver pieces, and said, It is not lawful for to put them into the treasury, because it is the price of blood.

7 And they took counsel, and bought with them the potter's field, to bury strangers in.

8 Wherefore that field was called, The field of blood, unto this day.

9 Then was fulfilled that which was spoken by Jĕr'-ĕ-mŷ the prophet, saying, And they took the thirty pieces of silver,

Case 1:08-cv-01228-LTS    Document 22-8    Filed 08/27/2008    Page 10 of 19

**th of Lazarus**

lie with him.

ne, he found

ve four days

nigh unto Jĕ-
rlongs off:
ĕwś came to
comfort them

n as she heard
vent and met
, the house.
unto Jĕ-śŭs,
e, my brother

now, whatso-
God will give

, Thy brother

him, I know
e resurrection

am the resur-
at believeth in
, yet shall he

and believeth
elieveth thou

ea, Lord: I be-
ist, the Son of
into the world.
, said, she went
r'-y her sister
er is come, and

*that*, she arose
im.

yet come into
at place where

were with her
rted her, when
rose up hastily
er, saying, She
reep there.
as come where
, she fell down
n, Lord, if thou
other had not

re saw her weep-
weeping which
ed in the spirit,

ve ye laid him?
l, come and see.

Behold how he

said, Could not
the eyes of the
even this man

ain groaning in

himself cometh to the grave. It was a cave, and a stone lay upon it.

39 Jĕ-śŭs said, Take ye away the stone. Mär'-thă, the sister of him that was dead, saith unto him, Lord, by this time he stinketh: for he hath been *dead* four days.

40 Jĕ-śŭs saith unto her, Said I not unto thee, that, if thou wouldest believe, thou shouldest see the glory of God?

41 Then they took away the stone *from the place* where the dead was laid. And Jĕ-śŭs lifted up *his* eyes, and said, Father, I thank thee that thou hast heard me.

42 And I knew that thou hearest me always: but because of the people which stand by I said *it*, that they may believe that thou hast sent me.

43 And when he thus had spoken, he cried with a loud voice, Lăz'-ă-rŭs, come forth.

44 And he that was dead came forth, bound hand and foot with graveclothes: and his face was bound about with a napkin. Jĕ-śŭs saith unto them, Loose him, and let him go.

45 Then many of the Jĕwś which came to Mär'-y, and had seen the things which Jĕ-śŭs did, believed on him.

46 But some of them went their ways to the Phär'-i-śeĕś, and told them what things Jĕ-śŭs had done.

47 ¶ Then gathered the chief priests and the Phär'-i-śeĕś a council, and said, What do we? for this man doeth many miracles.

48 If we let him thus alone, all *men* will believe on him: and the Rō'-măns shall come and take away both our place and nation.

49 And one of them, *named* Cäi'-ă-phăs, being the high priest that same year, said unto them, Ye know nothing at all,

50 Nor consider that it is expedient for us, that one man should die for the people, and that the whole nation perish not.

51 And this spake he not of himself: but being high priest that year, he prophesied that Jĕ-śŭs should die for that nation;

52 And not for that nation only, but that also he should gather together in one the children of God that were scattered abroad.

53 Then from that day forth they took counsel together for to put him to death.

54 Jĕ-śŭs therefore walked no more openly among the Jĕwś; but went thence unto a country near to the wilderness, into a city called Ē'-phră-im, and there continued with his disciples.

55 ¶ And the Jĕwś' passover was nigh at hand: and many went out of the country up to Jĕ-rū'-śă-lĕm before the passover, to purify themselves.

56 Then sought they for Jĕ-śŭs, and spake among themselves, as they stood in the temple, What think ye, that he will not come to the feast?

57 Now both the chief priests and the Phär'-i-śeĕś had given a commandment, that, if any man knew where he were, he should shew *it*, that they might take him.

## Chapter 12

THEN Jĕ-śŭs six days before the passover came to Bĕth'-ă-nŷ, where Lăz'-ă-rŭs was which had been dead, whom he raised from the dead.

2 There they made him a supper; and Mär'-thă served: but Lăz'-ă-rŭs was one of them that sat at the table with him.

3 Then took Mär'-ÿ a pound of ointment of spikenard, very costly, and anointed the feet of Jĕ-śŭs, and wiped his feet with her hair: and the house was filled with the odour of the ointment.

4 Then saith one of his disciples, Jū'-dăs Ĭs-căr'-i-ot, Sī'-mon's *son*, which should betray him,

5 Why was not this ointment sold for three hundred pence, and given to the poor?

6 This he said, not that he cared for the poor; but because he was a thief, and had the bag, and bare what was put therein.

7 Then said Jĕ-śŭs, Let her alone: against the day of my burying hath she kept this.

8 For the poor always ye have with you; but me ye have not always.

9 Much people of the Jĕwś therefore knew that he was there: and they came not for Jĕ-śŭs' sake only, but that they might see Lăz'-ă-rŭs also, whom he had raised from the dead.

10 ¶ But the chief priests consulted that they might put Lăz'-ă-rŭs also to death;

11 Because that by reason of him many of the Jĕwś went away, and believed on Jĕ-śŭs.

12 ¶ On the next day much people that were come to the feast, when they heard that Jĕ-śŭs was coming to Jĕ-rū'-śă-lĕm,

13 Took branches of palm trees, and went forth to meet him, and cried, Hō-śăn'-nă: Blessed *is* the King of Ĭs'-rā-ĕl that cometh in the name of the Lord.

14 And Jĕ-śŭs, when he had found a young ass, sat thereon; as it is written,

15 Fear not, daughter of Sī'-on: behold, thy King cometh, sitting on an ass's colt.

16 These things understood not his disciples at the first: but when Jĕ-śŭs was glorified, then remembered they that these things were written of him, and *that* they had done these things unto him.

17 The people therefore that was with him when he called Lăz'-ă-rŭs out of his

*Peter Denies Jesus*

ve known surely that
e, and they have be-
st send me.

: I pray not for the
m which thou hast
re thine.

e thine, and thine are
ified in them.

no more in the world,
world, and I come to
keep through thine
nom thou hast given
e one, as we *are*.
th them in the world,
ame: those that thou
pt, and none of them
of perdition; that the
ulfilled.

: I to thee; and these
he world, that they
y fulfilled in them-

em thy word; and the
em, because they are
en as I am not of the

thou shouldest take
orld, but that thou
n from the evil.
f the world, even as I
.

through thy truth:

nt me into the world,
o sent them into the

sakes I sanctify my-
might be sanctified

for these alone, but
n shall believe on me

nay be one; as thou,
nd I in thee, that they
is: that the world may
ast sent me.

which thou gavest me
that they may be one,

thou in me, that they
ct in one; and that the
nat thou hast sent me,
n, as thou hast loved

that they also, whom
e, be with me where
ay behold my glory,
given me: for thou
he foundation of the

ather, the world hath
but I have known
ve known that thou

clared unto them thy
clare *it*: that the love

wherewith thou hast loved me may be in
them, and I in them.

## Chapter 18

WHEN Jē'-ṡŭs had spoken these
words, he went forth with his dis-
ciples over the brook Cē'-drŏn, where
was a garden, into the which he entered,
and his disciples.

2 And Jū'-dăs also, which betrayed
him, knew the place: for Jē'-ṡŭs ofttimes
resorted thither with his disciples.

3 Jū'-dăs then, having received a band
*of men* and officers from the chief priests
and Phăr'-i-sēēṡ, cometh thither with lan-
terns and torches and weapons.

4 Jē'-ṡŭs therefore, knowing all things
that should come upon him, went forth,
and said unto them, Whom seek ye?

5 They answered him, Jē'-ṡŭs of Năz'-
ă-rĕth. Jē'-ṡŭs saith unto them, I am *he*.
And Jū'-dăs also, which betrayed him,
stood with them.

6 As soon then as he had said unto
them, I am *he*, they went backward, and
fell to the ground.

7 Then asked he them again, Whom
seek ye? And they said, Jē'-ṡŭs of Năz'-
ă-rĕth.

8 Jē'-ṡŭs answered, I have told you that
I am *he*: if therefore ye seek me, let these
go their way:

9 That the saying might be fulfilled,
which he spake, Of them which thou
gavest me have I lost none.

10 Then Sī'-mŏn Pē'-tĕr having a sword
drew it, and smote the high priest's ser-
vant, and cut off his right ear. The ser-
vant's name was Măl'-chŭs.

11 Then said Jē'-ṡŭs unto Pē'-tĕr, Put
up thy sword into the sheath: the cup
which my Father hath given me, shall I
not drink it?

12 Then the band and the captain and
officers of the Jēwṡ took Jē'-ṡŭs, and
bound him,

13 And led him away to Ăn'-năs first;
for he was father in law to Cāī'-ă-phăs,
which was the high priest that same year.

14 Now Cāī'-ă-phăs was he, which gave
counsel to the Jēwṡ, that it was expedient
that one man should die for the people.

15 ¶ And Sī'-mŏn Pē'-tĕr followed Jē'-
ṡŭs, and *so did* another disciple: that dis-
ciple was known unto the high priest, and
went in with Jē'-ṡŭs into the palace of the
high priest.

16 But Pē'-tĕr stood at the door with-
out. Then went out that other disciple,
which was known unto the high priest,
and spake unto her that kept the door,
and brought in Pē'-tĕr.

17 Then saith the damsel that kept the
door unto Pē'-tĕr, Art not thou also *one*
of this man's disciples? He saith, I am
not.

18 And the servants and officers stood
there, who had made a fire of coals; for
it was cold: and they warmed themselves:
and Pē'-tĕr stood with them, and warmed
himself.

19 ¶ The high priest then asked Jē'-ṡŭs
of his disciples, and of his doctrine.

20 Jē'-ṡŭs answered him, I spake openly
to the world; I ever taught in the syna-
gogue, and in the temple, whither the
Jēwṡ always resort; and in secret have I
said nothing.

21 Why askest thou me? ask them
which heard me, what I have said unto
them: behold, they know what I said.

22 And when he had thus spoken, one
of the officers which stood by struck Jē'-
ṡŭs with the palm of his hand, saying,
Answerest thou the high priest so?

23 Jē'-ṡŭs answered him, If I have
spoken evil, bear witness of the evil: but
if well, why smitest thou me?

24 Now Ăn'-năs had sent him bound
unto Cāī'-ă-phăs the high priest.

25 And Sī'-mŏn Pē'-tĕr stood and
warmed himself. They said therefore un-
to him, Art not thou also *one* of his dis-
ciples? He denied *it*, and said, I am not.

26 One of the servants of the high
priest, being *his* kinsman whose ear Pē'-
tĕr cut off, saith, Did not I see thee in the
garden with him?

27 Pē'-tĕr then denied again: and im-
mediately the cock crew.

28 ¶ Then led they Jē'-ṡŭs from Cāī'-ă-
phăs unto the hall of judgment: and it
was early; and they themselves went not
into the judgment hall, lest they should
be defiled; but that they might eat the
passover.

29 Pī'-lăte then went out unto them,
and said, What accusation bring ye
against this man?

30 They answered and said unto him,
If he were not a malefactor, we would
not have delivered him up unto thee.

31 Then said Pī'-lăte unto them, Take
ye him, and judge him according to your
law. The Jēwṡ therefore said unto him,
It is not lawful for us to put any man to
death:

32 That the saying of Jē'-ṡŭs might be
fulfilled, which he spake, signifying what
death he should die.

33 Then Pī'-lăte entered into the judg-
ment hall again, and called Jē'-ṡŭs, and
said unto him, Art thou the King of the
Jēwṡ?

34 Jē'-ṡŭs answered him, Sayest thou
this thing of thyself, or did others tell it
thee of me?

35 Pī'-lăte answered, Am I a Jēw?
Thine own nation and the chief priests
have delivered thee unto me: what hast
thou done?

36 Jē'-ṡŭs answered, My kingdom is not

Case 1:08-cv-01228-LTS   Document 22-6   Filed 06/27/2008   Page 18 of 19

whom he hath
d the days.
an shall say to
r, lo, *he is* there;

d false prophets
signs and won-
*e* possible, even

behold, I have

after that tribu-
rkened, and the
light,
eaven shall fall,
in heaven shall

see the Son of
uds with great

send his angels,
r his elect from
e uttermost part
ermost part of

e of the fig tree;
tender, and put-
w that summer

r, when ye shall
pass, know that
rs.
u, that this gen-
l all these things

shall pass away:
pass away.
and *that* hour
not the angels
her the Son, but

h and pray: for
me is.
*is* as a man tak-
ft his house, and
ervants, and to
commanded the

for ye know not
ouse cometh, at
or at the cock-
ng:
nly he find you

o you I say unto

**14**

*the feast of* the
leavened bread:
nd the scribes
ke him by craft,

n the feast *day*,
of the people.
th'-ä-nÿ in the

---

house of Si'-mon the leper, as he sat at meat, there came a woman having an alabaster box of ointment of spikenard very precious; and she brake the box, and poured *it* on his head.

4 And there were some that had indignation within themselves, and said, Why was this waste of the ointment made?

5 For it might have been sold for more than three hundred pence, and have been given to the poor. And they murmured against her.

6 And Jē'-sus said, Let her alone; why trouble ye her? she hath wrought a good work on me.

7 For ye have the poor with you always, and whensoever ye will ye may do them good: but me ye have not always.

8 She hath done what she could: she is come aforehand to anoint my body to the burying.

9 Verily I say unto you, Wheresoever this gospel shall be preached throughout the whole world, *this* also that she hath done shall be spoken of for a memorial of her.

10 ¶ And Jū'-dăs Ĭs-căr'-ĭ-ŏt, one of the twelve, went unto the chief priests, to betray him unto them.

11 And when they heard *it*, they were glad, and promised to give him money. And he sought how he might conveniently betray him.

12 ¶ And the first day of unleavened bread, when they killed the passover, his disciples said unto him, Where wilt thou that we go and prepare that thou mayest eat the passover?

13 And he sendeth forth two of his disciples, and saith unto them, Go ye into the city, and there shall meet you a man bearing a pitcher of water: follow him.

14 And wheresoever he shall go in, say ye to the goodman of the house, The Master saith, Where is the guestchamber, where I shall eat the passover with my disciples?

15 And he will shew you a large upper room furnished *and* prepared: there make ready for us.

16 And his disciples went forth, and came into the city, and found as he had said unto them: and they made ready the passover.

17 And in the evening he cometh with the twelve.

18 And as they sat and did eat, Jē'-sus said, Verily I say unto you, One of you which eateth with me shall betray me.

19 And they began to be sorrowful, and to say unto him one by one, *Is* it I? and another *said*, *Is* it I?

20 And he answered and said unto them, *It is* one of the twelve, that dippeth with me in the dish.

21 The Son of man indeed goeth, as it

---

is written of him: but woe to that man by whom the Son of man is betrayed! good were it for that man if he had never been born.

22 ¶ And as they did eat, Jē'-sus took bread, and blessed, and brake *it*, and gave to them, and said, Take, eat: this is my body.

23 And he took the cup, and when he had given thanks, he gave *it* to them: and they all drank of it.

24 And he said unto them, This is my blood of the new testament, which is shed for many.

25 Verily I say unto you, I will drink no more of the fruit of the vine, until that day that I drink it new in the kingdom of God.

26 ¶ And when they had sung an hymn, they went out into the mount of Olives.

27 And Jē'-sus saith unto them, All ye shall be offended because of me this night: for it is written, I will smite the shepherd, and the sheep shall be scattered.

28 But after that I am risen, I will go before you into Găl'-ĭ-lee.

29 But Pē'-tĕr said unto him, Although all shall be offended, yet *will* not I.

30 And Jē'-sus saith unto him, Verily I say unto thee, That this day, *even* in this night, before the cock crow twice, thou shalt deny me thrice.

31 But he spake the more vehemently, If I should die with thee, I will not deny thee in any wise. Likewise also said they all.

32 And they came to a place which was named Gĕth-sĕm'-ă-nē: and he saith to his disciples, Sit ye here, while I shall pray.

33 And he taketh with him Pē'-tĕr and Jāmĕs and Jŏhn, and began to be sore amazed, and to be very heavy;

34 And saith unto them, My soul is exceeding sorrowful unto death: tarry ye here, and watch.

35 And he went forward a little, and fell on the ground, and prayed that, if it were possible, the hour might pass from him.

36 And he said, Ăb'-bă, Father, all things *are* possible unto thee; take away this cup from me: nevertheless not what I will, but what thou wilt.

37 And he cometh, and findeth them sleeping, and saith unto Pē'-tĕr, Sī'-mon, sleepest thou? couldest not thou watch one hour?

38 Watch ye and pray, lest ye enter into temptation. The spirit truly *is* ready, but the flesh *is* weak.

39 And again he went away, and prayed, and spake the same words.

40 And when he returned, he found them asleep again, (for their eyes were

heavy,) neither wist they what to answer him.

41 And he cometh the third time, and saith unto them, Sleep on now, and take *your* rest: it is enough, the hour is come; behold, the Son of man is betrayed into the hands of sinners.

42 Rise up, let us go; lo, he that betrayeth me is at hand.

43 ¶ And immediately, while he yet spake, cometh Jū′-dăs, one of the twelve, and with him a great multitude with swords and staves, from the chief priests and the scribes and the elders.

44 And he that betrayed him had given them a token, saying, Whomsoever I shall kiss, that same is he; take him, and lead *him* away safely.

45 And as soon as he was come, he goeth straightway to him, and saith, Master, master; and kissed him.

46 ¶ And they laid their hands on him, and took him.

47 And one of them that stood by drew a sword, and smote a servant of the high priest, and cut off his ear.

48 And Jē′-sŭs answered and said unto them, Are ye come out, as against a thief, with swords and *with* staves to take me?

49 I was daily with you in the temple teaching, and ye took me not: but the scriptures must be fulfilled.

50 And they all forsook him, and fled.

51 And there followed him a certain young man, having a linen cloth cast about *his* naked *body*; and the young men laid hold on him:

52 And he left the linen cloth, and fled from them naked.

53 ¶ And they led Jē′-sŭs away to the high priest: and with him were assembled all the chief priests and the elders and the scribes.

54 And Pē′-tĕr followed him afar off, even into the palace of the high priest: and he sat with the servants, and warmed himself at the fire.

55 And the chief priests and all the council sought for witness against Jē′-sŭs to put him to death; and found none.

56 For many bare false witness against him, but their witness agreed not together.

57 And there arose certain, and bare false witness against him, saying,

58 We heard him say, I will destroy this temple that is made with hands, and within three days I will build another made without hands.

59 But neither so did their witness agree together.

60 And the high priest stood up in the midst, and asked Jē′-sŭs, saying, Answerest thou nothing? what *is it which* these witness against thee?

61 But he held his peace, and answered nothing. Again the high priest asked him, and said unto him, Art thou the Christ, the Son of the Blessed?

62 And Jē′-sŭs said, I am: and ye shall see the Son of man sitting on the right hand of power, and coming in the clouds of heaven.

63 Then the high priest rent his clothes, and saith, What need we any further witnesses?

64 Ye have heard the blasphemy: what think ye? And they all condemned him to be guilty of death.

65 And some began to spit on him, and to cover his face, and to buffet him, and to say unto him, Prophesy: and the servants did strike him with the palms of their hands.

66 ¶ And as Pē′-tĕr was beneath in the palace, there cometh one of the maids of the high priest:

67 And when she saw Pē′-tĕr warming himself, she looked upon him, and said, And thou also wast with Jē′-sŭs of Năz′-ă-rĕth.

68 But he denied, saying, I know not, neither understand I what thou sayest. And he went out into the porch; and the cock crew.

69 And a maid saw him again, and began to say to them that stood by, This is *one* of them.

70 And he denied it again. And a little after, they that stood by said again to Pē′-tĕr, Surely thou art *one* of them: for thou art a Găl-i-læ′-ăn, and thy speech agreeth *thereto*.

71 But he began to curse and to swear, *saying*, I know not this man of whom ye speak.

72 And the second time the cock crew. And Pē′-tĕr called to mind the word that Jē′-sŭs said unto him, Before the cock crow twice, thou shalt deny me thrice. And when he thought thereon, he wept.

## Chapter 15

AND straightway in the morning the chief priests held a consultation with the elders and scribes and the whole council, and bound Jē′-sŭs, and carried *him* away, and delivered *him* to Pī′-lăte.

2 And Pī′-lăte asked him, Art thou the King of the Jēws? And he answering said unto him, Thou sayest *it*.

3 And the chief priests accused him of many things: but he answered nothing.

4 And Pī′-lăte asked him again, saying, Answerest thou nothing? behold how many things they witness against thee.

5 But Jē′-sŭs yet answered nothing; so that Pī′-lăte marvelled.

6 Now at *that* feast he released unto them one prisoner, whomsoever they desired.

**EXHIBIT 9**
**SIEGARTEL DECLARATION**

RE: Persecution of the Christians                                    Page 1 of 2



Rome Hellas Egypt Mesopotamia Celtia Germania The Orient Americas

**AncientWorlds > Rome > Groups > RELIGIO ROMANA > Judaism and Christianity in Rome > Early Christianity in Rome > RE: Persecution of the Christians**

Register | Login —News 9,878 Romans 89 Groups 753 Articles 81,185 Board Msgs People Online Chat AW Store Site Map


Welcome
Join the
Group!

**RELIGIO ROMANA**
Discussion, information, links and recommended
reading on Religion in the Roman Republic and
Roman Empire.

---

Awy em hotep!

The death of John the Baptist happened in the beginning of Jesus' ministry, and was a different situation more comical than tragic.

Sejanus had no direct effect on the death of Jesus, but it is a fact that the death of Sejanus was the biggest reason that he was killed.

One resource I refer everyone to is http://www.xenos.org/essays/sejanus.htm.

One strange thing about the death of Jesus was that Pilate did not WANT to kill him. At all. This is strange because Pilate's dislike and even hatred of the Jews was well documented, particularly in Josephus. Pilate has a consistant record of taunting the Jewish leaders. It would be fitting that his one philosophy would be " one less Jew the better."

So why?

It is fact that Pilate was appointed prefect of Judea by Sejanus. It is well documented that Sejanus was Anti Semetnic. Philo himself writes that Sejanus was planning to destroy the jewish nation completely.

He writes: " For Tiberius knew the truth, he knew at once after Sejanus\' death that the accusations made against the Jewish inhabitants of Rome were false slanders, invented by him because he wished to make away with the nation, knowing that it would take the sole or the principal part in opposing his unholy plots and actions, and would defend the emperor when in danger of becoming the victim of treachery."

The reason for the death of Jesus was quite simple. The death of Sejanus. It in effect was what killed Pilate politically forever. After the execution, Tiberius issued a empire wide decree that the Jews were not to be mistreated. Quite the contrary, the prefects were to uphold and defend them.

Eusebius, another source also wrote: \"...Sejanus, who was then in great favor with Tiberius, had made every effort to destroy the whole nation of the Jews from the foundation, and that in Pontius Pilate under whom the crimes were committed against our Savior, having attempted everything contrary to what was lawful among

ChristianAnswers.Net    Go to Shortcuts Directory

# Pontius Pilate



This man was probably connected with the Roman family of the Pontii, and called "Pilate" from the Latin *pileatus*, i.e., "wearing the pileus", which was the "cap or badge of a manumitted slave," as indicating that he was a "freedman," or the descendant of one.

He was the sixth in the order of the Roman procurators of Judea (A.D. 26-36). His headquarters were at Caesarea, but he frequently went up to Jerusalem.

His reign extended over the period of the ministry of John the Baptist and of Jesus Christ, in connection with whose trial his name comes into prominent notice.

**Search for**

Encyclopedia Index

(select first letter of word)...
A
B
C
D

WebBible Home

(select Bible book)...
Genesis
Exodus
Leviticus
Numbers

WebBible Encyclopedia Home

Pilate was a "typical Roman, not of the antique, simple stamp, but of the imperial period, a man not without some remains of the ancient Roman justice in his soul, yet pleasure-loving, imperious, and corrupt. He hated the Jews whom he ruled, and in times of irritation freely shed their blood. They returned his hatred with cordiality, and accused him of every crime, maladministration, cruelty, and robbery.

He visited Jerusalem as seldom as possible; for, indeed, to one accustomed to the pleasures of Rome, with its theatres, baths, games, and gay society, Jerusalem, with its religiousness and ever-smouldering revolt, was a dreary residence. When he did visit it he stayed in the palace of Herod the Great, it being common for the officers sent by Rome into conquered countries to occupy the palaces of the displaced sovereigns."

After his trial before the Sanhedrin, Jesus was brought to the Roman procurator, Pilate, who had come up to Jerusalem as usual to preserve order during the Passover, and was now residing, perhaps, in the castle of Antonia, or it may be in Herod's palace.

# Pontius Pilate

After the deposition of the eldest son of Herod, Archelaus (who had succeeded his father as ethnarch), Judea was placed under the rule of a Roman procurator. Pilate, who was the fifth, succeeding Valerius Gratus in A.D. 26, had greater authority than most procurators under the empire, for in addition to the ordinary duty of financial administration, he had supreme power judicially. His unusually long period of office (A.D. 26-36) covers the whole of the active ministry both of St. John the Baptist and of Jesus Christ.

As procurator Pilate was necessarily of equestrian rank, but beyond that we know little of his family or origin. Some have thought that he was only a freedman, deriving his name from *pileus* (the cap of freed slaves) but for this there seems to be no adequate evidence, and it is unlikely that a freedman would attain to a post of such importance. The Pontii were a Samnite *gens*. Pilate owed his appointment to the influence of Sejanus. The official residence of the procurators was the palace of Herod at Cæsarea; where there was a military force of about 3,000 soldiers. These soldiers came up to Jerusalem at the time of the feasts, when the city was full of strangers, and there was greater danger of disturbances, hence it was that Pilate had come to Jerusalem at the time of the Crucifixion. His name will be forever covered with infamy because of the part which he took in this matter, though at the time it appeared to him of small importance.

Pilate is a type of the worldly man, knowing the right and anxious to do it so far as it can be done without personal sacrifice of any kind, but yielding easily to pressure from those whose interest it is that he should act otherwise. He would gladly have acquitted Christ, and even made serious efforts in that direction, but gave way at once when his own position was threatened.

The other events of his rule are not of very great importance. Philo (Ad Gaium, 38) speaks of him as inflexible, merciless, and obstinate. The Jews hated him and his administration, for he was not only very severe, but showed little consideration for their susceptibilities. Some standards bearing the image of Tiberius, which had been set up by him in Jerusalem, caused an outbreak which would have ended in a massacre had not Pilate given way. At a later date Tiberius ordered him to remove certain gilt shields, which he had set up in Jerusalem in spite of the remonstrances of the people. The incident mentioned in St. Luke 13:1, of the Galilaeans whose blood Pilate mingled with the sacrifices, is not elsewhere referred to, but is quite in keeping with other authentic events of his rule. He was, therefore, anxious that no further hostile reports should be sent to the emperor concerning him.

The tendency, already discernible in the canonical Gospels, to lay stress on the efforts of Pilate to acquit Christ, and thus pass as lenient a judgment as possible upon his crime, goes further in the apocryphal Gospels and led in later years to the claim that he actually became a Christian. The Abyssinian Church reckons him as a saint, and assigns 25 June to him and to Claudia Procula, his wife. The belief that she became a Christian goes back to the second century, and may be found in Origen (Hom., in Mat., xxxv). The Greek Church assigns her a feast on 27 October. Tertullian and Justin Martyr both speak of a report on the Crucifixion (not extant) sent in by Pilate to Tiberius, from which idea a large amount of apocryphal literature originated. Some of these were Christian in origin (Gospel of Nicodemus), others came from the heathen, but these have all perished.

His rule was brought to an end through trouble which arose in Samaria. An imposter had given out that it was in his power to discover the sacred vessels which, as he alleged, had been hidden by Moses on Mount Gerizim, whither armed Samaritans came in large numbers. Pilate seems to have thought the whole affair was a blind, covering some other more important design, for he hurried forces to attack them, and many were slain. They appealed to Vitellius, who was at that time legate in Syria, saying that nothing political had been intended, and complaining of Pilate's whole administration. He was summoned to Rome to answer their charges, but before he could reach the city the Emperor Tiberius had died.

That is the last we know of Pilate from authentic sources, but legend has been busy with his name. He is said by Eusebius (H.E., ii, 7), on the authority of earlier writers, whom he does not name, to have fallen into great misfortunes under Caligula, and eventually to have committed suicide. Other details come from less respectable

encarta | greeting cards | more

| MSN home | Mail | My MSN | Sign in

encarta®

| - Search Encarta - | - Web |

| Home | Encyclopedia | Dictionary | Atlas | K-12 Success | College & Grad School | Adult Learning | Quizzes | More

**Related Items**
· events on Holy Saturday
· quotations
more...

Encarta Search
Search Encarta about **Pontius Pilate**

Give us feedback

View recently updated articles

# Pontius Pilate

Encyclopedia Article
Find | Print | E-mail | Blog It

**Pontius Pilate** (lived 1st century AD), Roman military governor, or procurator, of the imperial province of Judea from 26 to 36. The Jewish historian Flavius Josephus portrayed him as a harsh administrator who failed to understand the religious convictions and national pride of the Jews. Pilate is known mainly for his connection with the trial and execution of Jesus Christ. His culpability in the case has been the subject of debate ever since the event.

The governor of Judea had complete judicial authority over all who were not Roman citizens, but many cases—particularly those relating to religious matters—were decided by the Sanhedrin, the Jewish supreme council and tribunal. According to the Gospel accounts, after the Sanhedrin found Jesus guilty of blasphemy, it committed him to the Roman court because it lacked authority to impose the death sentence. Pilate refused to approve the judgment without investigation. The Jewish priests then made other charges against Jesus, and the governor had a private interview with him. Pilate appears to have been impressed with the dignity and frankness of Jesus' answers to his questions and to have tried to save him (see John 18:38-39, 19:12-15). Nevertheless, fear of an uprising in Jerusalem forced Pilate to accede to the demand of the populace, and Jesus was executed. Pilate was recalled to Rome in 36. According to theologian and church historian Eusebius of Caesarea, Pilate later committed suicide. However, other traditions record

Advertisement

**Windows Live® Search Results**

**Pontius Pilate - Wikipedia, the free encyclopedia**
Pontius Pilate (pronounced /ˈpɒntɪəs ˈpaɪlət/ ; Latin : Pontius Pilatus , Greek : Πόντιος Πιλᾶτος ) was the Procurator (governor) of the Roman Judaea province ...

**Pontius Pilate's wife - Wikipedia, the free encyclopedia**
Pontius Pilate's wife is unnamed in the New Testament , where she appears a single time in the Gospel of Matthew . Alternate Christian traditions named her ( Saint ) Procula ...

**CATHOLIC ENCYCLOPEDIA: Pontius Pilate**
Fifth procurator of Judea (A.D. 26-36) who ordered the crucifixion of Our Lord ... Pontius Pilate. After the deposition of the eldest son of Herod , Archelaus (who had succeeded ...

See all search results in Windows Live® Search Results

 NEWS  SPORT  WEATHER  WORLD SERVICE  A-Z INDEX    SEARCH [████████] GO

 **NEWS** WORLD EDITION

**News Front Page**

You are in: **UK**
Friday, 13 April, 2001, 10:17 GMT 11:17 UK

# Pontius Pilate: Man behind the myth

Africa
Americas
Asia-Pacific
Europe
Middle East
South Asia
**UK**
England
N Ireland
Scotland
Wales
Politics
Education
Business
Entertainment
Science/Nature
Technology
Health
--------------
Talking Point
--------------
Country Profiles
In Depth
--------------
Programmes
--------------

*Newsmakers*

**This Easter, as they have done for nigh on 2,000 years, practising Christians will recite the words "suffered under Pontius Pilate" as part of the Creed. Bob Chaundy, of the BBC's News Profiles Unit, examines what Pilate represents for Christians and what he may have been like in reality.**

As the man who presided over the trial of Jesus, who found no fault with the defendant and washed his hands of the affair by referring it back to the Jewish mob, but who signed the final death warrant, Pontius Pilate represents almost a byword for ambivalence.

He appears in a poor light in all four Gospels and in a favourable light in the apocryphal Gospel of Peter where the Jews take all the blame for Jesus' death.

In the later Acts of Pilate, he is both cleared of responsibility for the Crucifixion and is said to have converted to Christianity.

In the drama of the Passion, Pilate is a ditherer who drifts towards pardoning Jesus, then drifts away again. He tries to pass the buck several times, makes the decision to save Jesus, then capitulates.


Tintoretto's Christ before Pilate

**BBC SPORT**
**BBC WEATHER**

SERVICES
Daily E-mail
News Ticker
Mobile/PDAs
--------------
Text Only
Feedback
Help
EDITIONS
Change to UK

*Newsmakers*

**BBC News Online's weekend profile**

**Most recent**
Blanca Jagger
Ellen MacArthur
Frasier
Lord Woolf
James Hewitt
Nasser Hussein

**Internet links:**
Catholic Encyclopaedia
The Ecole Initiative biography

The BBC is not responsible for the content of external internet sites

**Top UK stories now:**
No rush to war, says Blair
10,000 chased for congestion fine
Omagh detectives make arrest
Beckham forgives Ferguson
Walter jailed for underage sex
Britons 'baffled over euro rate'
Sleepy drivers who kill face jail
Man charged after boy stabbed

**Links to more UK stories are at the foot of the page.**

appeared to hate Pilate.

One contemporary Jewish historian Philo, describes him as a violent thug, fond of executions without trial. Another, Josephus, records that, at the start of his term, Pilate provoked the Jews by ordering the Imperial standards to be carried into Jerusalem.

But he backed off from an all-out confrontation. On the other hand, later, he helped himself to Jewish revenues to build an aqueduct.



Roman coin dating from Pilate's rule

When, according to Josephus, bands of resistance fighters, supported by crowds of ordinary people, sabotaged the project by getting in the way of Pilate's workmen, he sent in his soldiers. Hundreds were massacred.

Anne Wroe, author of a recent book Pilate: the Biography of an Invented Man, says that for some modern scholars, given this propensity for violence when the occasion warranted, the idea of Pilate as a waverer is nonsense.

A Roman governor, they point out, would not have wasted two minutes thinking about a shabby Jewish villain, one among many. Wroe's depiction of Pilate, however, suggests he was something of a pragmatist.

His first duty was to keep the peace in Judea and to keep the revenues flowing back to Rome. "Should I have jeopardised the peace for the sake of some Jew who may have been innocent?", she has Pilate asking. "Should I have defied a furious crowd, maybe butchered them, to save one life?"

Whatever the truth about the real Pontius Pilate, such dilemmas are what he has come to symbolise.

Anne Wroe makes the modern comparisons of Neville Chamberlain in 1938. Bill McSweeney, of the Irish School of

# Pontius Pilate [suicide (?) ca. 38 CE]

The best known Roman governor of Judea to later history because of his role in the accounts of Jesus' execution. Pilate probably came from the ranks of cavalry officers [*equites*] from which Rome regularly drew the prefects of smaller occupied provinces like Judea. His appointment as prefect of Judea in the latter half of the reign of Tiberius—when the brutal Praetorian captain Sejanus was *de facto* ruler of Rome—is confirmed by reports in Josephus & a stone found in 1962 at Caesarea Maritima [the capitol of the Roman province of Palestine], inscribed: "[Thi]s Tiberieum [Pon]tius Pilatus, Prefect of Judea, [mad]e."

The Pilate described by Josephus & the Roman historian Tacitus was a strong willed, inflexible military governor who was insensitive to the religious scruples of his Jewish & Samaritan subjects & relentless in suppressing any potential disturbance. This stands in sharp contrast to the impression conveyed in the Christian gospels which, for apologetic reasons, portray him as reluctant to execute Jesus. Pilate's decade long tenure (26-36 CE) testifies to both his relative effectiveness in maintaining order & to the aging emperor's lack of personal attention to administrative affairs. The ruthless slaughter of thousands of Samaritan pilgrims by Pilate's cavalry (ca. 36 CE), however, led to such a strong Palestinian protest that Pilate was eventually recalled to Rome. Tiberius died before his return; but the new emperor [Caligula] relieved Pilate of his command & exiled him to Gaul [Vienne-on-Rhone]. Later rumors reported by Eusebius (4th c. CE) claim he committed suicide.

*References:* Josephus, *Antiquities* 18.35, 55-64, 85-89, 177;
    ——— *War* 2.169-177.
    Philo, *Embassy to Gaius* 38.
    Tacitus, *Annals* 15.44.
    Eusebius, *Ecclesiastical History* 2.7.1.

Encyclopedia - Online Dictionary | Encyclopedia.com: Find Articles, Facts, Pictures, Video!

**HighBeam™ Encyclopedia**

# PONTIUS PILATE IN HISTORY AND INTERPRETATION. (Review)

From: National Catholic Reporter | Date: 4/2/1999 | Author: SCHAEFFER, PAMELA



PONTIUS PILATE IN HISTORY AND INTERPRETATION By Helen K. Bond Cambridge University Press, 250 pages, $59.95

To avoid moral and ethical responsibility.

To excuse oneself by shifting blame.

To wash one's hands of guilt.

Such are the motivations historically linked to Pontius Pilate, the Roman governor whose public hand-washing in Matthew 27:24 has become a metaphor for cowardly avoidance.

"I am innocent of this man's blood," Pilate declared according to Matthew, indicating that he was only carrying out the will of the crowd in executing Jesus.

Given that the quest for the historical Jesus has occupied scholars for much of this century, it is only fitting that Pilate be subjected to similar scrutiny. The goal of the sometimes controversial Jesus quest, as anyone faintly familiar with contemporary biblical scholarship knows, is to separate what is historically accurate in the New Testament from interpreters' distortions -- most notably those of the gospel writers with their various agendas.

In a rare English-language work, a scholar has produced a full-length historical treatment of Pilate, looking at his portrayal by six men: the Jewish writers Philo and Josephus and the authors of the four gospels.

The book, Pontius Pilate in History and Interpretation, by Helen K. Bond, was published by Cambridge University Press as one in a series of monographs sponsored by the Society of New Testament Studies.

Pilate served as Judea's Roman governor, from 26 to 37, when Judea belonged to the Roman province of Syria. Pilate's job depended on his keeping peace among sometimes fractious factions in his province.

The search for the "real" Pilate moves beyond those bare facts as authors portray him through their various lenses.

A common -- and overly simplistic -- assumption, Bond writes, is that all four gospels show Pilate as weak and vacillating.

Bond sees it differently. She sees in Mark's Pilate, for instance, a shrewd, manipulative politician who saw beyond the concerns of the Jewish high priests. They saw Jesus as a threat to their religious authority; Pilate saw him as a potential threat to civil order. But to get Jesus out of the way, Pilate needed the support of the crowd. So he referred to Jesus as "king of the Jews."

Encyclopedia - Online Dictionary | Encyclopedia.com: Find Articles, Facts, Pictures, Video!

The people got the implied message: if they supported a "king" to whom Jews had no right, they would be in a dangerous position, perceived as opposing the political authority of Rome.

Bond assumes that Mark wrote for Christians in Rome after Nero's persecutions in 64. Wary of Roman authority, they would have scoffed at a portrayal of a Roman governor as weak. Further, his portrayal of a Jesus who suffered at manipulative Roman hands would have strengthened them in the face of their own political persecutions, according to Bond.

In Matthew's account, Pilate regards Jesus as innocent but washes his hands of the affair, letting the Jewish people take responsibility. This suits Matthew's literary concern. Writing after the fall of Jerusalem in 70, his anti-Jewish tone reflects the breakdown in relations between his audience, Christians of Jewish ancestry and the Jewish synagogue leaders.

Luke, writing later, is concerned about creating a favorable environment for Christians in Rome.

In the passion story, Pilate gets off easy. Finding "no case" against Jesus, he is strongly inclined to let Jesus go with a flogging but buckles under pressure, allowing a Jewish mob to trump Roman justice.

John presents Pilate as a manipulative, mocking leader who, once persuaded by the crowd that Jesus is a political threat, decides to put him to death, but only after the people renounce their messianic hopes and unconditionally champion Caesar's authority. But as John weaves his theology into the story, he pits Jesus against all earthly rule, so that in the end, it is really the Jews and Pilate who are judged.

It has become axiomatic among contemporary historians that history is always written with an agenda. Philo and Josephus were no exception, according to Bond.

Philo, whose account of the crucifixion of Jesus was, of the six accounts, written closest to its occurrence, was in the best position to gather firsthand facts. But Bond cautions that Philo's pro-Jewish agenda has to be kept in mind when he presents Pilate as "spiteful, angry, lacking in courage, inflexible, stubborn and cruel" and given to savagery. Philo tends to black-brush Romans who lack respect for Jews.

By contrast, for reasons of his own, the Jewish historian Josephus portrays Pilate as a relatively able governor with a commendable distaste for excessive bloodshed, though insensitive toward religious concerns. Josephus' message to Jews is that it's futile to defy Roman rule.

Like the role of Jesus in the minds and hearts of believers, the role of Pilate in literary history surpasses elusive historical fact. Bond points out that in the former Soviet Union, Pilate served in literary works during the Stalinist era as a metaphor for avoiding responsibility. Over the centuries, Pilate has become an archetype of human tendencies to manipulate, scapegoat and evade.

As in gospel times, the mythical Pilate -- the Pilate who reflects tendencies we see all around us, as well as within -- may inspire more interest than any catalog of historical facts.

Whoever he was, whatever his true motivations, Pilate, through his chance encounter with Jesus of Nazareth, is assured an enduring place in Western consciousness.

Pamela Schaeffer is NCR's special projects editor.

COPYRIGHT 1999 National Catholic Reporter

For permission to reuse this article, contact Copyright Clearance Center.

HighBeam™ Research, Inc. © Copyright 2008. All rights reserved.

# Pontius Pilate

*Make a donation to Wikipedia and give the gift of knowledge!*

From Wikipedia, the free encyclopedia
(Redirected from Pontius pilate)

**Pontius Pilate** (pronounced /ˈpɒntɪəs ˈpaɪlət/; Latin: **Pontius Pilatus**, Greek: Πόντιος Πιλᾶτος) was the Prefect of the Roman Judaea province from the year 26 until 36. He is typically known as the sixth Procurator of Judea, but some sources cite him as the fifth. In modern times he is best known as the man who is said to have presided over the trial of Jesus and ordered his crucifixion.

Pilate appears in all four canonical Christian Gospels. Mark, demonstrating Jesus to be innocent of plotting against Rome, portrays Pilate as extremely reluctant to execute Jesus, blaming the Jewish hierarchy for his death.[1] In Matthew, Pilate washes his hands of Jesus and reluctantly sends him to his



*Ecce Homo* ("Behold the Man"), Antonio Ciseri's depiction of Pontius Pilate presenting a scourged Jesus to the people of Jerusalem.

death.[1] In Luke, Pilate not only agrees that Jesus did not conspire against Rome but King Herod also finds nothing treasonous in Jesus' actions.[1] In John, Jesus makes no claim to be the Son of Man or the Messiah to Pilate or to the Sanhedrin.[1]

Pilate's biographical details before and after his appointment to Judaea are unknown, but have been supplied by tradition, which include the detail that his wife's name was Claudia (she is canonized as a saint in the Greek Orthodox Church) and competing legends of his birthplace.

## Contents

- 1 Birthplace
- 2 Titles and duties
- 3 Pilate according to early Jewish accounts
- 4 The "Pilate Inscription" or "Pilate Stone" from Caesarea
- 5 Pilate in the canonical Gospel accounts
  - 5.1 Responsibility for Jesus' death
- 6 Pilate in the Apocrypha
  - 6.1 Gospel of Peter
  - 6.2 Acts of Pilate
  - 6.3 Minor Pilate literature
- 7 Veneration
- 8 Pilate in later fiction
- 9 References
- 10 External links

## Birthplace

Unlike the synoptic gospels, the Gospel of John states that Jesus said to Pilate that he is a king and "came into the world ... to bear witness to the truth; and all who are on the side of truth listen to my voice", to which Pilate famously replied, "What is truth?" (John 18:38 (http://php.ug.cs.usyd.edu.au/~jnot4610/bibref.php?book=%20John&verse=18:38&src=NIV))

The Synoptic Gospels and John then state that it had been a tradition of the Jews to release a prisoner at the time of the Passover. Pilate offers them the choice of an insurrectionist named Barabbas or Jesus, somewhat confusing because Barabbas had the full name Jesus Barabbas, and *Barabbas (bar-Abbas)* means *Son of the Father*, so the crowd had been given the choice of *Jesus Son of the Father* or *Jesus*. The crowd may not have understood whose release they were asking for, and were particularly susceptible to suggestions from the Jewish leaders. The crowd states that they wish to save Barabbas (i.e., *Jesus Son of the Father*).

Pilate agrees to condemn Jesus to crucifixion, after the charge is brought that Jesus is a threat to Roman occupation through his claim to the throne of King David as King of Israel in the royal line of David. The small crowd in Pilate's courtyard, according to the Synoptics, had been coached to shout against Jesus by the Pharisees and Sadducees. The Gospel of Matthew adds that before condemning Jesus to death, Pilate washes his hands with water in front of the crowd, saying, "I am innocent of this man's blood; you will see."

## Responsibility for Jesus' death

In all New Testament accounts, Pilate hesitates to condemn Jesus, but changes his mind when the crowd insists and the Jewish leaders remind him that Jesus' claim to be king is a challenge to Roman authority.



Jesus at the hands of Pilate, oil on Canvas- Cucuta Cathedral Colombia by Master Santiago Martinez Delgado

This may have been an effort by Early Christian polemicists to curry favor with Rome by placing the blame for Jesus' execution on the Jews and exonerate the largely Italian Roman Empire. It would have been difficult to spread the "new" religion around the Roman Empire if a main event was the state sanctioned murder of Jesus, thus portraying Rome and its officials as the wrongdoers. Yet Pilate's ability to be swayed by the crowd and his subsequent unjust decision to execute the innocent man hardly seem complimentary of Rome. So perhaps to save face, he "washed his hands", said that his death was not on his hands (an action of doubtful effect), and let the crowd decide.

Roman magistrates had wide discretion in executing their tasks, and some readers question whether Pilate would have been so captive to the demands of the crowd (Miller, 49–50). (And see, Netterville, "*Jesus*, etc pp. 22-23)[10] Summarily executing someone to calm the situation would, however, have been a tool a Roman governor could have used, and Pilate's reputation for cruelty and violence in secular accounts of the era makes it quite plausible he would have had no hesitation in using this tool.

Some historians familiar with Roman politics find in Pontius Pilate's words a shrewd political "dance" or ceremony enticing the Jewish leaders to admit the supremacy of Rome. Being a skilled political leader, Pilate suggests that the Jewish leaders punish Jesus Himself, knowing full well that they were not permitted to put anyone to death under Roman occupation. Thus, when the Jews admit that they do not have the authority, they are confessing publicly once again that Rome is supreme over them. Similarly, Pilate rejects the religious charges brought by the Jews, enticing the Jews to finally identify the one charge that the Roman Empire was concerned with: challenging the authority of Rome. Thus, Pilate

brief and restrained." There is no internal relation between this feigned letter and the 4th-century *Acts of Pilate (Acta Pilati)*.

This Epistle or Report of Pilate is also inserted into the Pseudo-Marcellus *Passio sanctorum Petri et Pauli* ("Passion of Saints Peter and Paul"). We thus have it in both Greek and Latin versions.

The *Mors Pilati* ("Death of Pilate") legend is a Latin tradition, thus treating Pilate as a monster, not a saint; it is attached usually to the more sympathetic *Gospel of Nicodemus* of Greek origin. The narrative of the *Mors Pilati* set of manuscripts is set in motion by an illness of Tiberius, who sends Volusanius to Judea to fetch the Christ for a cure. In Judea Pilate covers for the fact that Christ has been crucified, and asks for a delay. But Volusanius encounters Veronica who informs him of the truth but sends him back to Rome with her *Veronica* of Christ's face on her kerchief, which heals Tiberius. Tiberius then calls for Pontius Pilate, but when Pilate appears, he is wearing the seamless robe of the Christ and Tiberius' heart is softened, but only until Pilate is induced to doff the garment, whereupon he is treated to a ghastly execution. His body, when thrown into the Tiber, however, raises such storm demons that it is sent to Vienne (via gehennae) in France and thrown to the Rhone. That river's spirits reject it too, and the body is driven east into "Losania", where it is plunged in the bay of the lake near Lucerne, near Mont Pilatus — originally *Mons Pileatus* or "cloud-capped", as John Ruskin pointed out in *Modern Painters* — whence the uncorrupting corpse rises every Good Friday to sit on the bank and wash unavailing hands.

This version combined with anecdotes of Pilate's wicked early life were incorporated in Jacobus de Voragine's *Golden Legend*, which ensured a wide circulation for it in the later Middle Ages. Other legendary versions of Pilate death exist: Antoine de la Sale reported from a travel in central Italy on some local traditions asserting that after the death the body of Pontius Pilate was driven until a little lake near Vettore Peak (2478 m in Sibillini Mounts ) and plunged in. The lake, today, is still named Lago di Pilato.

In the Cornish cycle of mystery plays, the "death of Pilate" forms a dramatic scene in the *Resurrexio Domini* cycle. More of Pilate's fictional correspondence is found in the minor Pilate apocrypha, the *Anaphora Pilati (Relation of Pilate)*, an *Epistle of Herod to Pilate*, and an *Epistle of Pilate to Herod*, spurious texts that are no older than the 5th century.

# Veneration

The Ethiopian Orthodox Tewahedo Church recognized Pilate as a saint in the sixth century, based on the account in the *Acts of Pilate*.[11]

# Pilate in later fiction

Plays and films dealing with life of Jesus Christ often include the character of Pontius Pilate due to the central role he played in the final days of Christ's life. Writers have found various reasons to make Pilate a main character and to fill in any unknown details of his life. Pilate has been portrayed in a number of different ways by various writers:

1. A weak and harried bureaucrat
2. A hard governor who ruled with an iron fist
3. A man who clearly sees how the story of Jesus will affect human history
4. A man who regrets his role in Jesus' death (to greater or lesser extents, depending on the work)
5. A man who is oblivious to the significance of the Galilean he condemns to death

 **StudyLight.org**

*Shining the light on the study of God's Word!*

⮐ CLICK HERE TO PRINT!                                                                    [CLOSE WINDOW]

# The International Standard Bible Encyclopedia

## PILATE; PONTIUS

pi'-lat, pi'-lat, pon'-shi-us (Pontios Peilatos):

1. Name and Office

2. Pilate's Procuratorship

3. Pilate and Jesus Christ

4. Pilate in Tradition and Legend

5. Character of Pilate

LITERATURE

### 1. Name and Office:

The nomen Pontius indicates the stock from which Pilate was descended. It was one of the most famous of Samnite names; it was a Pontius who inflicted on a Roman army the disgrace of the Caudine Forks. The name is often met with in Roman history after the Samnites were conquered and absorbed. Lucius Pontius Aquila was a friend of Cicero and one of the assassins of Julius Caesar. The cognomen Pilatus indicates the familia, or branch of the gens Pontius, to which Pilate belonged. It has been derived from pileus, the cap worn by freedmen; this is improbable, as Pilate was of equestrian rank. It has also been derived from pilum, a spear. Probably the name was one that had descended to Pilate from his ancestors, and had long lost its meaning. The praenomen is nowhere mentioned. Pilate was 5th procurator of Judea. The province of Judea had formerly been the kingdom of Archelaus, and was formed when he was deposed (6 AD) Speaking roughly, it took in the southern half of Palestine, including Samaria. Being an imperial province (i.e. under the direct control of the emperor), it was governed by a procurator (see PROCURATOR; PROVINCE). The procurator was the personal servant of the emperor, directly responsible to him, and was primarily concerned with finance. But the powers of procurators varied according to the appointment of the emperor. Pilate was a procurator cum porestate, i.e. he possessed civil, military, and criminal jurisdiction. The procurator of Judea was in some way subordinate to the legate of Syria, but the exact character of the subordination is not known. As a rule a procurator must be of equestrian rank and a man of certain military experience. Under his rule, the Jews were allowed as much self-government as was consistent with the maintenance of imperial authority. The Sanhedrin was allowed to exercise judicial functions, but if they desired to inflict the penalty of death, the sentence had to be confirmed by the procurator.

### 2. Pilate's Procuratorship:

We have no certain knowledge of Pilate except in connection with his time of rule in Judea. We know nothing of his birth, his origin, or his earlier years. Tacitus, when speaking of the cruel punishments inflicted by Nero upon the Christians, tells us that Christ, from whom the name "Christian" was derived, was put to death when Tiberius was emperor by the procurator Pontius Pilate (Annals xv.44). Apart from this reference and what is told us in the New Testament, all our knowledge of him is derived from two Jewish writers, Josephus the historian and Philo of Alexandria.

Pilate was procurator of Judea, in succession to Gratus, and he held office for 10 years. Josephus tells (Ant., XVIII, iv, 2) that he ruled for 10 years; that he was removed from office by Vitellius, the legate of Syria, and traveled in haste to Rome to defend himself before Tiberius against certain complaints. Before he reached Rome the emperor had passed away. Josephus adds that Vitellius came in the year 36 AD to Judea to be present at Jerusalem at the time of the Passover. It has been assumed by most authorities (so HDB and EB) that Pilate had departed before this visit of Vitellius. They accordingly date the procuratorship of Pilate as lasting from 26 to 36 AD. As against this view, yon Dobschutx points out (RE under the word "Pilate") that by this reckoning Pilate must have taken at least a year to get to Rome; for Tiberius died on March. 16, 37 AD. Such delay is inconceivable in view of the circumstances; hence, von Dobschutz rightly dates the period of his procuratorship 27-37 AD. The procurator of Judea had no easy task, nor did Pilate make the task easier by his actions. He was not careful to conciliate the religious prejudices of the Jews, and at times this attitude of his led to violent collisions between ruler and ruled.

On one occasion, when the soldiers under his command came to Jerusalem, he caused them to bring with them their ensigns, upon which were the usual images of the emperor. The ensigns were brought in privily by night, put their presence was soon discovered. Immediately multitudes of excited Jews hastened to Caesarea to petition him for the removal of the obnoxious ensigns. For five days he refused to hear them, but on the sixth he took his place on the judgment seat, and when the Jews were admitted he had them surrounded with soldiers and threatened them with instant death unless they ceased to trouble him with the matter. The Jews thereupon flung themselves on the ground and bared their necks, declaring that they preferred death to the violation of their laws. Pilate, unwilling to slay so many, yielded the point and removed the ensigns (Josephus, Ant, XVIII, iii, 1; BJ, II, ix, 2, 3).

At another time he used the sacred treasure of the temple, called corban (qorban), to pay for bringing water into Jerusalem by an aqueduct. A crowd came together and clamored against him; but he had caused soldiers dressed as civilians to mingle with the multitude, and at a given signal they fell upon the rioters and beat them so severely with staves that the riot was quelled (Josephus, Ant, XVIII, iii, 2; BJ, II, ix, 4).

Philo tells us (Legatio ad Caium, xxxviii) that on other occasion he dedicated some gilt shields in the palace of Herod in honor of the emperor. On these shields there was no representation of any forbidden thing, but simply an inscription of the name of the donor and of him in whose honor they were set up. The Jews petitioned him to have them removed; when he refused, they appealed to Tiberius, who sent an order that they should be removed to Caesarea.

Of the incident, mentioned in Luke 13:1, of the Galileans whose blood Pilate mingled with their sacrifices, nothing further is known.

Josephus (Ant., XVIII, iv, 1, 2) gives an account of the incident which led to Pilate's downfall. A religious pretender arose in Samaria who promised the Samaritans that if they would assemble at Mt. Gerizim, he would show them the sacred vessels which Moses had hidden there. A great multitude assembled in readiness to ascend the mountain, but before they could accomplish their aim they were attacked by Pilate's cavalry, and many of them were slain. The Samaritans thereupon sent an embassy to Vitellius, the legate of Syria, to accuse Pilate of the murder of those who had been slain. Vitellius, who desired to stand well with the Jews, deposed Pilate from office, appointed Marcellus in his place, and ordered Pilate to go to Rome and answer the charges made against him before the emperor. Pilate set out for Rome, but, before he could reach it, Tiberius had died; and it is probable that, in the confusion which followed, Pilate escaped the inquisition with which he was threatened. From this point onward history knows nothing more of Pilate.

3. Pilate and Jesus Christ:

The shortest and simplest account of Pilate's dealings with Jesus Christ is given in the Gospel of Mark. There we are told that Jesus was delivered to Pilate; that Pilate asked Him if He was the king of the Jews, receiving an affirmative answer; that, to Pilate's surprise, Jesus answered nothing to the accusations of the chief priests; that Pilate tried to release Jesus according to an ancient custom; that the multitude, in spite of the protest of Pilate, demanded the release of Barabbas, and cried out that Jesus should be crucified; that Pilate scourged Jesus and delivered Him to be crucified; and that Jesus, when He had been

also mentioned in 1 Timothy (6:13) as the one before whom Christ Jesus witnessed the good confession.

### 4. Pilate in Tradition and Legend:

Eusebius, who lived in the 4th centuries, tells us (Historia Ecclesiastica, II) on the authority of certain Greek historians that Pilate fell into such calamities that he committed suicide. Various apocryphal writings have come down to us, written from the 3rd to the 5th centuries, with others of a later date, in which legendary details are given about Pilate. In all these a favorable view is taken of his character; hence, the Coptic church came to believe that he became a Christian, and enrolled him among the number of its saints. His wife, to whom tradition gives the name of Claudia Procula, or Procla, is said to have been a Jewish proselyte at the time of the death of Jesus, and afterward to have become a Christian. Her name is honored along with Pilate's in the Coptic church, and in the calendar of saints honored by the Greek church her name is found against the date October 27.

We find not unkindly references to Pilate in the recently discovered fragment·of the Gospel of Peter, which was composed in the 2nd century. In the so-called Gospel of Nicodemus, which belongs to the 4th or 5th century, we find in the first part, called the Ac of Pilate, a long account of the trial of Jesus. It tells how the standards in the hall of judgment bowed down before Jesus, in spite of the efforts of the standard-bearers, and others who attempted it, to hold them erect. It tells also how many of those who had been healed by Jesus bore testimony to Him at the trial (see APOCRYPHAL GOSPELS). There has also come down to us, in various forms (e.g. in the Ac of Peter and Paul), a letter, supposed to be the report of Pilate to Tiberius, narrating the proceedings of the trial, and speaking of Jesus in the highest terms of praise. Eusebius, when he mentions this letter, avers that Tiberius, on perusing it, was incensed against the Jews who had sought the death of Jesus (Historia Ecclesiastica, II, 2). Elsewhere (Historia Ecclesiastica, IX, 5) he recounts that under Maximin forged Ac of Pilate, containing blasphemies against Christ, were circulated with consent of the emperor. None of these, if they ever existed, have come down to us. In the Paradosis Pilati we read that Caesar, being angry with Pilate for what he had done, brought him to Rome as a prisoner, and examined him. When the Christ was named, all the gods in the senate-chamber fell down and were broken. Caesar ordered war to be made on the Jews, and Pilate, after praying to Jesus, was beheaded. The head was taken away by an angel, and Procla, seeing this, died of joy. Another narrative, of late date, recounts that Pilate, at his trial, wore the seamless robe of Jesus; for this reason Caesar, though filled with anger, could not so much as say a harsh word to Pilate; but when the robe was taken off, he condemned Pilate to death. On hearing this, Pilate committed suicide. The body was sunk in the Tiber, but such storms were raised by demons on account of this that it was taken up and sunk in the Rhone at Vienne. The same trouble recurred there, and the body was finally buried in the territory of Losania (Lausanne). Tradition connects Mt. Pilatus with his name, although it is probable that the derivation is from pileatus, i.e. the mountain with a cloud-cap.

### 5. Character of Pilate:

Philo (Legatio ad Caium, xxxviii) speaks of Pilate in terms of the severest condemnation. According to him, Pilate was a man of a very inflexible disposition, and very merciless as well as obstinate. Philo calls him a man of most ferocious passions, and speaks of his corruption, his acts of insolence, his rapine, his habit of insulting people, his cruelty, his continual murders of people untried and uncondemned, and his never-ending and most grievous inhumanity. This is very highly colored and probably much exaggerated; certainly the instances given do not bear out this description of the man. Much of what he says of Pilate is in direct opposition to what we learn of him in the Gospels. There he appears to us as a man who, in spite of many undoubted faults, tries hard to conduct the trial with fairness. Pilate had the ethics of his class, and obviously tried to act up to the standard which he had formed. There was in him, however, no deep moral basis of character, as is shown by the utter skepticism of his question, "What is truth?" When he found that the doing of strict justice threatened to endanger his position, he reluctantly and with a great deal of shame gave way to the demands of the Jews. He sent Jesus to the cross, but not before he had exhausted every expedient for saving Him, except the simple and straightforward one of dismissing the case. He had the haughtiness of the dominant race, and a profound contempt for the people over which he ruled. This contempt, as we have seen, continually brought him into trouble. He felt deeply humiliated at having to give way to those whom he utterly despised, and, in the manner of a small mind, revenged himself on them by calling Christ their king, and by refusing to alter the mocking inscription on the cross. It is certain that Pilate, in condemning Jesus, acted, and knew that he acted against his conscience. He





## JEWISH VIRTUAL LIBRARY

A Division of The American-Israeli Cooperative Enterprise

# Jesus, The Crucifixion, Pontius Pilate and the New Testament

The New Testament depiction of Jesus suggests that he was largely a law-abiding and highly nationalistic Jew, and a man with strong ethical concerns. Like many of Judaism's great rabbis, he saw love of neighbor as religion's central demand. Though many Christians are under the impression that he opposed Judaism's emphasis on law, in actuality he criticized anyone who advocated dropping it. "Do not imagine that I have come to abolish the Law [the Torah] or the Prophets," he declared to his early disciples. I tell you solemnly, till heaven and earth disappear, not one dot, not one little stroke, shall disappear from the Law until its purpose is achieved." The law's "purpose," of course, is the universal recognition of God, a goal which neither Christianity nor Judaism believes was realized in Jesus' time, or since. Jesus concluded his message with a severe warning: "Therefore, the man who infringes even the least of these commandments and teaches others to do the same will be considered the least in the kingdom of heaven" (Matthew 5:17-19).

On at least one specific legal issue, Jesus identified with the stricter rather than the more lenient rabbis. The prevailing School of Hillel taught that divorce was permitted for any reason, while the School of Shammai only permitted it in cases of sexual misconduct (Mishna Gittin 9:10)—the position later attributed to Jesus in the New Testament (Matthew 5:31-32). The subsequent Catholic ban on all divorce seems to represent an even stricter legal standard than the one Jesus established.

A perennially interesting, though probably unanswerable, question is how Jesus regarded himself. Did he see himself as the Messiah? Probably, although one must remember that in the first centuries of the Common Era the word "Messiah" had a different meaning than it has today. Contemporary believers usually think of the Messiah as a wholly spiritual figure. Then, it meant a military leader who would free the Jews from foreign (i.e., Roman) rule, bring them back from the four corners of the earth, and usher in an age of universal peace. A century after Jesus, many Jews accepted the military general, Bar-Kokhba as the Messiah, although even his greatest supporter, Rabbi Akiva, made no claims regarding his spiritual greatness. Indeed, it was precisely because of the military association with the word "Messiah" that the occupying Roman authorities must have seen Jesus as dangerous and decided to crucify him. That the Romans hung over Jesus' body a sign proclaiming his crime, KING OF THE JEWS, again underscores the apparently militant and political direction of his activities.

Jesus' nationalism, which occasionally spilled over into an unpleasant chauvinism, is illustrated by a story in Matthew: "Jesus ... withdrew to the region of Tyre and Sidon.

Then out came a Canaanite woman from that district and started shouting, 'Sir, Son of David, take pity on me. My daughter is tormented by a devil.' But he answered her not a word. And his disciples went and pleaded with him. 'Give her what she wants,' they said, 'because she is shouting after us.' He said in reply, 'I was sent only to the lost sheep of the House of Israel.' But the woman had come up and was kneeling at his feet. 'Lord,' she said, 'help me.' He replied, 'it is not fair to take the children's food and throw it to the house-dogs.' She retorted, 'Ah, yes, sir; but even house-dogs can eat the scraps that fall from their master's table.' Then Jesus answered her, "Woman, you have great faith. Let your wish be granted"' (Matthew 15:21-28).

Concerning Jesus' executioner, Pontius Pilate, we have a considerable body of data that contradicts the largely sympathetic portrayal of him in the New Testament. Even among the long line of cruel procurators who ruled Judea, Pilate stood out as a notoriously vicious man. He eventually was replaced after murdering a group of Samaritans: The Romans realized that keeping him in power would only provoke continual rebellions. The gentle, kindhearted Pilate of the New Testament—who in his "heart of hearts" really did not want to harm Jesus is fictional. Like most fictions, the story was created with a purpose. When the New Testament was written, Christianity was banned by Roman law. The Romans, well aware that they had executed Christianity's founder—indeed the reference to Jesus' crucifixion by the Roman historian Tacitus is among the earliest allusions to him outside the New Testament—had no reason to rescind their anti-Christian legislation. Christianity's only hope for gaining legitimacy was to "prove" to Rome that its crucifixion of Jesus had been a terrible error, and had only come about because the Jews forced Pilate to do it. Thus, the New Testament depicts Pilate as wishing to spare Jesus from punishment, only to be stymied by a large Jewish mob yelling, "Crucify him." The account ignores one simple fact. Pilate's power in Judea was absolute. Had he wanted to absolve Jesus, he would have done so: He certainly would not have allowed a mob of Jews, whom he detested, to force him into killing someone whom he admired.

Crucifixion itself, a Roman form of execution, was forbidden by Jewish law because it was torture. Some 50,000 to 100,000 Jews were themselves crucified by the Romans in the first century. How ironic, therefore, that Jews have historically been associated with the cross as the ones who brought about Jesus' crucifixion.

Is there a Jewish consensus on how Jews are to regard Jesus? Perhaps not, but in recent decades many Jewish scholars have tended to view him as one of several first- and second-century Jews who claimed to be the Messiah, and who attempted to rid Judea of its Roman oppressors. However, almost no Jewish scholars believe that Jesus intended to start a new religion. Were Jesus to return today, most Jews believe, he undoubtedly would feel more at home in a synagogue than a church. An increasing number of Jewish scholars believe that Christianity's real founder was another first-century Jew, Paul.

Most statements attributed to Jesus in the New Testament conform to Jewish teachings. This is, of course, not surprising, since Jesus generally practiced Pharisaic (rabbinic) Judaism. However, at least three innovative teachings ascribed to Jesus diametrically oppose Jewish teachings.

1. Jesus forgives all sins: "The Son of man has the authority on earth to forgive sins" (Matthew 9:6). Judaism believes that God Himself only forgives those sins committed against Him. As the Mishna teaches: "Yom Kippur [the Day of Atonement] atones for sins against God, not for sins against man, unless the injured

This is G o o g l e's cache of http://www.welcometohosanna.com/LIFE_OF_JESUS/holyweek6.htm as retrieved on May 29, 2008 01:50:05 GMT.
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?
q=cache:bE_VL4LjY5gJ:www.welcometohosanna.com/LIFE_OF_JESUS/holyweek6.htm+%22pontius+pilot%22+%22jewish+people%22&hl=en&ct=clnk&cd=21&gl=us

*Google is neither affiliated with the authors of this page nor responsible for its content.*

**These search terms have been highlighted: pontius pilate jewish people**

# A night of trials (continued)

"Jesus stood before the governor; and the governor asked him, 'Are you the king of the Jews?' Jesus said to him,
'You have said so'" *(Matthew 27:11 - RSV).*

The "Via Dolorosa," the Way of Sorrow, traces the last steps of Jesus, from where he was tried and condemned before **Pontius Pilate**, to Golgotha, where he was crucified and buried. Every day countless pilgrims walk the famed route, identifying with Jesus' suffering while stopping at 14 Stations of the Cross, each commemorating some incident in the Passion. There is, however, no historical basis for the route, which has changed several times over the centuries.

The name Via Dolorosa did not come into use until the 16th century AD and originally there were only seven stations. But, in the late Middle Ages, under the influence of the Franciscans, the "Way of the Cross" was introduced into western churches in the form of devotional places in the church nave, or outdoors by a wayside, before which prayers were said. European pilgrims coming to Jerusalem naturally expected to see the same arrangement of fourteen stations as in their churches back home, therefore the Via Dolorosa in the Holy City was made to conform! The present route, with the last five stations inside the Church of the Holy Sepulcher, was devised in the 18th century AD, but four of the stations were not fixed until the 19th century AD.

Today's Via Dolorosa begins in the courtyard of the al-Omariyyah Madrasah (school for Islamic studies), a former army barracks built on the site of the Antonia Fortress (destroyed by Titus in 70 AD), which was designated early on as the Jerusalem residence of the Roman prefect, **Pontius Pilate**. From there the devotional route heads west, passing through the Muslim Quarter of Jerusalem's Old

http://72.14.205.104/search?q=cache:bE_VL4LjY5gJ:www.welcometohosanna.com/LIFE_OF_JESUS/holyweek6.htm+%22pontius+pil...    6/3/2008

and almost conquered Rome in several wars, but were defeated in 290 BC. Although the Pontii were of noble birth, they were demoted to the Equestrian order, the Roman middle-class, when Rome finally absorbed the Samnites.

Pilate's personal name, Pilatus, means "skilled with a javelin." The javelin or *pilum* was five feet of wooden handle and two feet of pointed iron shaft. It was hurled by Samnite warriors at their enemies with devastating effect. When the point, which was soft and untempered, stuck in a shield, the shaft would bend and hang down, making it impossible for an enemy to throw back. The Romans copied the weapon, and it was the *pilum* that, in fact, made the Roman Empire possible.

Pilate was born a few years before Jesus. What did he look like? Only two things can be said for certain about his appearance: according to imperial fashion of the day, he was short-haired and clean-shaven. Each morning,, after a cursory breakfast of bread and water, he would submit himself to a barber or tonsor. When Jesus was brought before him in the early morning hours of that April Friday, he was probably still hurting from his morning shave.

Pilate held office from 26 to 36 BC, second in length of tenure only to his predecessor, Valerius Gratus, who served eleven years, contradicting the normal impression that he was incompetent. His administration, however, was described in a character sketch by 1st century AD author Philo of Alexandria: He was "naturally inflexible, a blend of self-will and relentlessness," given to "briberies, insults, robberies, outrages and wanton injuries, executions without trial constantly repeated, ceaseless and supremely grievous cruelty" (*Embassy* 301-302). Some allowance should be made for Philo's bias, as he was writing for the benefit of the emperor Claudius and was clearly endorsing the later kingship of Herod Agrippa I who he wished to portray in the best possible light against previous Roman prefects. In the PBS documentary, "From Jesus to Christ," Pilate is described as a "thug," and up to 31 AD he was supported by Sejanus, the anti-Semitic commander of the Pretorian Guard in Rome, who wielded great authority after 26 AD, when Tiberius retired from active governing to the island of Capri. In all fairness, Judea proved a difficult province to govern and tensions had been rising among the Jewish people during the rule of Pilate's predecessor, made worse by bad governement. Also, the first five years of Pilate's reign, he had no one on hand to advise or restrain him. He had some 4,000 men at his command. Only his senior officers (and perhaps not all) were Romans and they seemed more anti-Jewish then he himself; in Caesarea they sometimes amused themselves by insulting the locaal Jews and throwing stones at them. The Romans were present in Judea simply to collect taxes and maintain the Pax Romana ("Roman Peace").

Aside from his familiar role on Good Friday, both Josephus and Philo recorded a number of incidents involving Pilate, and they show that he was neither able nor fair-minded, and that he was, in fact, devious, anti-semitic and brutal:

● Pilate's first serious clash with the Jews took place in his very first year in office when his troops marched into Jerusalem at night with their regimental standards bearing medallions with the emperor's image *(imperatorum imagines)*. Pilate made this move under cover of darkness as it went contrary to the policy of his predecessors who had refrained from introducing such images into the city out of deference to the religious beliefs of the Jews. Because the emperor was worshiped as a god, the medallions were seen as engraved images, expressly forbidden by Jewish law (Exodus 20:4-5). Pilate's callous action provoked a demonstration by large crowd of Jews at his residence in Caesarea. Only after a strenuous diplomatic effort and a confrontation in the stadium there did Pilate relent and have the offensive images removed.

*Josephus' description of this incident:* "So he introduced Caesar's effigies, which were upon the ensigns, and brought them into the city; whereas our law forbids us the very making of images; on which account the former procurators were wont to make their entry into the city with such ensigns as had not those ornaments. Pilate was the first who brought those images to Jerusalem, and set them up there; which was done without the knowledge of the people, because it was done in the night time" (*Antiquities of the Jews*, book 18, chapter 3:1).

● Later, Pilate built an aqueduct to carry water to Jerusalem from three large rectangular cisterns—called "Solomon's Pools"—located just south of Bethlehem. His intent was to improve the city's water supply. But even this action led to trouble between the prefect and the Jewish authorities. No Jerusalem institution benefited more from the increased water-supply as the Temple did, and Pilate thought he was fully justified in demanding funds from the Temple treasury. Jewish law permitted the use of surplus funds from the mandatory annual Temple tax for civic projects, but Gentiles were not permitted to enter the inner Temple courts where the treasury was kept. Since the aqueduct fed cisterns below the Temple, construction had to be approved by religious authorities. The leadership probably gave Pilate the funds, while warning him that the people might protest the use of monies they saw as pledged to God, which is exactly what happened. This time, however, Pilate did not relent. He had his soldiers circulate among the people disguised in civilian clothes, killing or wounding many of them. He proceeded with construction leaving himself the cruel victor.

# EXHIBIT 10
# SIEGARTEL DECLARATION



# ANCIENTWORLDS
# THE ROMAN WORLD

Rome Hellas Egypt Mesopotamia Celtia Germania The Orient Americas

**AncientWorlds > Rome > Groups > RELIGIO ROMANA > Judaism and Christianity
in Rome > Early Christianity in Rome > RE: Persecution of the Christians**

Register | Login -- News 9,878 Romans 89 Groups 753 Articles 81,185 Board Msgs **People Online Chat** AW Store **Site
Map**



| Welcome **Join the Group!** | **RELIGIO ROMANA** Discussion, information, links and recommended reading on Religion in the Roman Republic and Roman Empire. |
|---|---|

Awy em hotep!

The death of John the Baptist happened in the beginning of Jesus' ministry, and was a different situation more
comical than tragic.

Sejanus had no direct effect on the death of Jesus, but it is a fact that the death of Sejanus was the biggest
reason that he was killed.

One resource I refer everyone to is http://www.xenos.org/essays/sejanus.htm.

One strange thing about the death of Jesus was that Pilate did not WANT to kill him. At all. This is strange
because Pilate's dislike and even hatred of the Jews was well documented, particularly in Josephus. Pilate has
a consistant record of taunting the Jewish leaders. It would be fitting that his one philosophy would be " one
less Jew the better."

So why?

It is fact that Pilate was appointed prefect of Judea by Sejanus. It is well documented that Sejanus was Anti
Semetnic. Philo himself writes that Sejanus was planning to destroy the jewish nation completely.

He writes: " For Tiberius knew the truth, he knew at once after Sejanus\' death that the accusations made
against the Jewish inhabitants of Rome were false slanders, invented by him because he wished to make away
with the nation, knowing that it would take the sole or the principal part in opposing his unholy plots and
actions, and would defend the emperor when in danger of becoming the victim of treachery."

The reason for the death of Jesus was quite simple. The death of Sejanus. It in effect was what killed Pilate
politically forever. After the execution, Tiberius issued a empire wide decree that the Jews were not to be
mistreated. Quite the contrary, the prefects were to uphold and defend them.

Eusebius, another source also wrote: \"...Sejanus, who was then in great favor with Tiberius, had made every
effort to destroy the whole nation of the Jews from the foundation, and that in Pontius Pilate under whom the
crimes were committed against our Savior, having attempted everything contrary to what was lawful among

Case 1:08-cv-01228-LTS Document 22-8 Filed 06/27/2008 Page 3 of 20

# Harriet Klausner's Review Archive

Recent Reviews
All Reviews By Author: 0 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z
All Reviews By Title: 0 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z
Search Reviews

## CRUCIFIED UNDER PONTIUS PILATE: THE PARTIALLY RECOVERED MEMOIRS OF HIS BELOVED WIFE CLAUDIA

George LeMaitre
Infinity, Aug 2003, $19.95, 422 pp.
ISBN: 0741416158

History condemns Pontius Pilate as the executioner of Jesus, though to the Roman Prefect of Judea from 27-37 AD at that time his victim was just one more Jew crucified. After his decade in Judea, he returned to Rome accompanied as always by his wife Claudia of five decades to serve as a minor government worker. When Jews and Christians move into his sector of Rome, debates occur over the new religion. Pontius learns that the Christians were followers of a Jesus Christ, who he had crucified when he ruled in Judea. He and Claudia return to Judea to learn more about Jesus, but find a divided populace. Was he the messiah, a superstar prophet, or a PR charlatan? As Pontius begins to change his beliefs, he mentally breaks down due to feeling guilt over his role in the murder of Jesus.

CRUCIFIED UNDER PONTIUS PILATE: THE PARTIALLY RECOVERED MEMOIRS OF HIS BELOVED WIFE CLAUDIA will turn up on the short lists of best historical novel of 2004 by those fortunate to read it. Claudia's fictionalized account is an insightful work of fiction that provides a deep look at the secular Roman Empire, the monotheistic Judea, and several polytheistic kingdoms. It illustrates real events and actions of historical persona especially her husband. The Jews are an interesting people clearly divided over Jesus while the Romans seem bewildered by the whole affair. Finally of course there is Jesus as seen through several individuals but especially Pontius (through his wife's memoirs) looking back at what he wrought. This is a fantastic tale filled with historical personage and a feel for the era that hooks the audience throughout.

Harriet Klausner

Search the archive.
Return to the main page.

# CONTENTS

The Need For
Understanding. . . . . . . . . 2

The Historical
Perspective . . . . . . . . . . . 4

  The Church Fathers . . . . 6

  The Medieval Period. . . . 8

  The Reformation
  Period . . . . . . . . . . . . . . 10

  The Nazi Period . . . . . . 12

The Biblical
Perspective . . . . . . . . . . 15

  A Trilogy Of Guilt. . . . . . 15

  A Conspiracy Of Guilt . . 17

  A Misunderstanding Of
  Perpetual Jewish Guilt . . 22

  A Misunderstanding Of
  National Jewish Guilt . . . 24

  A Misunderstanding Of
  Jesus' Forgiveness . . . . . . 26

The Theological
Perspective . . . . . . . . . . 27

The Practical
Perspective . . . . . . . . . . 30

Mystery Solved . . . . . . . 32

# THEY CALLED ME
# CHRIST KILLER
## by Michael Rydelnik

### A Personal Perspective On Who Killed Jesus

When I heard Michael Rydelnik's story and heard him describe Christ's suffering with such deep empathy for those who have been called Christ killers, I knew that his voice needed to be heard.

This booklet, however, contains more than I expected. In providing an answer to the question of who killed Jesus, Dr. Rydelnik surfaced recurring themes of church history that many of us would rather forget.

I hope the following pages will help us better understand why many Jewish people become concerned whenever the death of Christ is portrayed in the modern media.

*Martin R. De Haan II*

Managing Editor: David Sper          Cover Design: Terry Bidgood
Scripture taken from the New International Version®. NIV®. Copyright©1973, 1978, 1984
by International Bible Society. Used by permission of Zondervan. All rights reserved.
© 2005 RBC Ministries, Grand Rapids, Michigan          Printed in USA

© RBC Ministries. All rights reserved.

Judas. This is the very same Judas who had been with Jesus for 3 years, who had served Jesus, and who had been well-respected by the other disciples. This follower of Jesus was the one who betrayed Him to His enemies and incurred the first part in this trilogy of guilt in the death of Jesus.

Second, Jesus named "the chief priests and the teachers of the law," who would condemn Him and hand Him over to the Gentiles. Jesus was referring to the Sanhedrin, the Jewish ruling council in the New Testament period. The Sanhedrin did indeed have a trial or "grand jury" type investigation in the middle of the night, without all their members present. The council ignored the objections of some of their members, both Joseph of Arimathea and Nicodemus, who did not concur with the majority present.

16

Nevertheless, the chief priests and the scribes did indeed participate in the decision to condemn Jesus. Deeming Him a threat to their power and authority, they used trumped-up charges, false testimony, and charges of blasphemy to condemn Him.

The Gentiles are the third part of Jesus' prediction of a trilogy of guilt. He was referring to the Romans. After the Sanhedrin turned Jesus over to the Roman authorities, Pontius Pilate and his Roman soldiers callously murdered yet one more Jew. In their minds, Jesus was nothing special. He was just another troublemaking Jew from a nation of troublemakers—a nation that had not willingly submitted to Rome despite being under Roman rule since 63 BC (some 90 years of occupation at that point). The Romans considered Jewish people to be so

© RBC Ministries. All rights reserved.

problematic that during the first century they crucified between 50,000 and 100,000. To them, Jesus was only one of a vast number.

In anticipating the cross, Jesus did not fix blame on the Jewish people alone. Instead, He predicted that one of His followers, some Jewish leaders, and some Romans would bring about His death. Did the profile of guilt shift after the crucifixion? Did the early church change its opinion so that the Jewish people alone were deemed guilty for the death of Jesus? The answer is found in the book of Acts.

## A CONSPIRACY OF GUILT (Acts 4:27)

In Acts 4:27, the events of the cross and those guilty of Jesus' death are reviewed in a prayer for boldness. It states:

> *Indeed Herod and Pontius Pilate met together with the Gentiles and the people of Israel in this city to conspire against Your holy servant Jesus, whom You anointed.*

This verse identifies a conspiracy of guilt. The Greek word used here for "to conspire against" literally means "gathered together." But it was a common idiom for a conspiracy. So, who conspired together to put Jesus to death?

**Herod Antipas.** The first-named conspirator was Herod Antipas, the pro-Roman half-Jewish king. His family was from Idumea and had converted to Judaism. He was the son of the infamous Herod the Great, who had enlarged the temple in Jerusalem and was ruling Israel at the time Jesus was born.

Herod Antipas married a Jewish woman and ruled as the tetrarch of Galilee (4 BC to AD 39), presiding over a much smaller area than his

17

© RBC Ministries. All rights reserved.



BBC    NEWS  SPORT  WEATHER  WORLD SERVICE  A-Z INDEX    SEARCH [____] Go

# BBC NEWS WORLD EDITION

You are in: **UK**
Friday, 13 April, 2001, 10:17 GMT 11:17 UK

News Front Page

## Pontius Pilate: Man behind the myth



Newsmakers

Africa
Americas
Asia-Pacific
Europe
Middle East
South Asia
UK
England
N Ireland
Scotland
Wales
Politics
Education
Business
Entertainment
Science/Nature
Technology
Health
-------------
Talking Point
-------------
Country Profiles
In Depth
-------------
Programmes
-------------

BBC SPORT
BBC WEATHER

SERVICES
Daily E-mail
News Ticker
Mobile/PDAs
-------------
Text Only
Feedback
Help
EDITIONS
Change to UK

**This Easter, as they have done for nigh on 2,000 years, practising Christians will recite the words "suffered under Pontius Pilate" as part of the Creed. Bob Chaundy, of the BBC's News Profiles Unit, examines what Pilate represents for Christians and what he may have been like in reality.**

As the man who presided over the trial of Jesus, who found no fault with the defendant and washed his hands of the affair by referring it back to the Jewish mob, but who signed the final death warrant, Pontius Pilate represents almost a byword for ambivalence.

He appears in a poor light in all four Gospels and in a favourable light in the apocryphal Gospel of Peter where the Jews take all the blame for Jesus' death.

In the later Acts of Pilate, he is both cleared of responsibility for the Crucifixion and is said to have converted to Christianity.


Tintoretto's Christ before Pilate

In the drama of the Passion, Pilate is a ditherer who drifts towards pardoning Jesus, then drifts away again. He tries to pass the buck several times, makes the decision to save Jesus, then capitulates.

## Newsmakers

### BBC News Online's weekend profile

### Most recent

Bianca Jagger
Ellen MacArthur
Frasier
Lord Woolf
James Hewitt
Nasser Hussein

### Internet links:

Catholic Encyclopaedia
The Ecole Initiative biography

The BBC is not responsible for the content of external internet sites

### Top UK stories now:

No rush to war, says Blair
10,000 chased for congestion fine
Omagh detectives make arrest
Beckham forgives Ferguson
Waiter jailed for underage sex
Britons 'baffled over euro rate'
Sleepy drivers who kill face jail
Man charged after boy stabbed

**Links to more UK stories are at the foot of the page.**

appeared to hate Pilate.

One contemporary Jewish historian Philo, describes him as a violent thug, fond of executions without trial. Another, Josephus, records that, at the start of his term, Pilate provoked the Jews by ordering the imperial standards to be carried into Jerusalem.



Roman coin dating from Pilate's rule

But he backed off from an all-out confrontation. On the other hand, later, he helped himself to Jewish revenues to build an aqueduct.

When, according to Josephus, bands of resistance fighters, supported by crowds of ordinary people, sabotaged the project by getting in the way of Pilate's workmen, he sent in his soldiers. Hundreds were massacred.

Anne Wroe, author of a recent book Pilate: the Biography of an Invented Man, says that for some modern scholars, given this propensity for violence when the occasion warranted, the idea of Pilate as a waverer is nonsense.

A Roman governor, they point out, would not have wasted two minutes thinking about a shabby Jewish villain, one among many. Wroe's depiction of Pilate, however, suggests he was something of a pragmatist.

His first duty was to keep the peace in Judea and to keep the revenues flowing back to Rome. "Should I have jeopardised the peace for the sake of some Jew who may have been innocent?", she has Pilate asking. "Should I have defied a furious crowd, maybe butchered them, to save one life?"

Whatever the truth about the real Pontius Pilate, such dilemmas are what he has come to symbolise.

Anne Wroe makes the modern comparisons of Neville Chamberlain in 1938. Bill McSweeney, of the Irish School of

## The Daily Grind > 2004-03 >

### I'LL HAVE THE CROW, PLEASE.

I went to see *The Passion Of The Christ* tonight.

Over a year ago, on January 23, 2003, I wrote a piece on how I thought it was a bad idea for Mel Gibson to make a movie entirely in the dead languages of aramaic and latin, and not include subtitles. Clearly, Mel read my post, and decided to include the subtitles, and as a result, his movie about the last 12 hours of Christ's life is doing great at the box office.

I've mentioned the movie since then a couple of times in passing, but I did not want to be unfairly critical of the film until I had seen it. Now that I've seen it, I don't have a problem being unfairly critical of it. Unfortunately, there's not quite a lot to be critical of. It's a pretty good film.

I'm not sure I follow the criticism of anti-semitism directed at this movie, but I do think the movie was a little soft on Pontius Pilate. It's strange that one of the cruelest rulers of the time would have any problems executing Jesus. What difference would it make to Pilate if he killed one more Jew? The script gives a reason why. Caesar has told Pilate that if there is any more trouble then it will be Pilate's blood that is shed. Pilate fears the leaders who want Jesus executed will start a rebellion if Pilate doesn't execute Jesus. But he also fears Jesus' followers rebelling as well. He's caught between a rock and a hard place.

At that moment, I started imagining Caesar

### QUICK LINKS

**Blog - The Daily Grind**
**Category - 2004-03**

#### PODCASTS

For the audiophiles out there, I've added a couple of podcasts for your listening enjoyment:

**THE ACOUSTIC AGE PODCAST**
I've got over 100 cylinder records, and I add more to the collection from time to time. It's not what I'd call the greatest music, but some of the songs are at least interesting windows to the time period (1887-1929).

The podcast is also avaliable in the **iTunes Music Store!**

**THE DAILY GRINDCAST**
My one and only audio podcast is a sample of me starring in the unaired pilot for *Nobody Solitaire Showdown*. Enjoy!

#### GIVE IT UP

Don't forget about giving to one of your favorite charites. For instance, here's a good one:

**The Red Cross**

And here is something I wrote two years ago that I thought was funny at the time.

**Classic Daily Grind**

#### AND I QUOTE

I have been thinking that I would make a proposition to my Republican friends... that if they will stop telling lies about the Democrats, we will stop telling the truth about them.
- *Adlai Stevenson.*

#### THE LINKS

My Links
**Andy's Homepage**
**Boisseau Family Tree**
**My Comics**
**The Acoustic Age Blog**

# Pontius Pilate

After the deposition of the eldest son of Herod, Archelaus (who had succeeded his father as ethnarch), Judea was placed under the rule of a Roman procurator. Pilate, who was the fifth, succeeding Valerius Gratus in A.D. 26, had greater authority than most procurators under the empire, for in addition to the ordinary duty of financial administration, he had supreme power judicially. His unusually long period of office (A.D. 26-36) covers the whole of the active ministry both of St. John the Baptist and of Jesus Christ.

As procurator Pilate was necessarily of equestrian rank, but beyond that we know little of his family or origin. Some have thought that he was only a freedman, deriving his name from *pileus* (the cap of freed slaves) but for this there seems to be no adequate evidence, and it is unlikely that a freedman would attain to a post of such importance. The Pontii were a Samnite *gens*. Pilate owed his appointment to the influence of Sejanus. The official residence of the procurators was the palace of Herod at Cæsarea; where there was a military force of about 3,000 soldiers. These soldiers came up to Jerusalem at the time of the feasts, when the city was full of strangers, and there was greater danger of disturbances, hence it was that Pilate had come to Jerusalem at the time of the Crucifixion. His name will be forever covered with infamy because of the part which he took in this matter, though at the time it appeared to him of small importance.

Pilate is a type of the worldly man, knowing the right and anxious to do it so far as it can be done without personal sacrifice of any kind, but yielding easily to pressure from those whose interest it is that he should act otherwise. He would gladly have acquitted Christ, and even made serious efforts in that direction, but gave way at once when his own position was threatened.

The other events of his rule are not of very great importance. Philo (Ad Gaium, 38) speaks of him as inflexible, merciless, and obstinate. The Jews hated him and his administration, for he was not only very severe, but showed little consideration for their susceptibilities. Some standards bearing the image of Tiberius, which had been set up by him in Jerusalem, caused an outbreak which would have ended in a massacre had not Pilate given way. At a later date Tiberius ordered him to remove certain gilt shields, which he had set up in Jerusalem in spite of the remonstrances of the people. The incident mentioned in St. Luke 13:1, of the Galilaeans whose blood Pilate mingled with the sacrifices, is not elsewhere referred to, but is quite in keeping with other authentic events of his rule. He was, therefore, anxious that no further hostile reports should be sent to the emperor concerning him.

The tendency, already discernible in the canonical Gospels, to lay stress on the efforts of Pilate to acquit Christ, and thus pass as lenient a judgment as possible upon his crime, goes further in the apocryphal Gospels and led in later years to the claim that he actually became a Christian. The Abyssinian Church reckons him as a saint, and assigns 25 June to him and to Claudia Procula, his wife. The belief that she became a Christian goes back to the second century, and may be found in Origen (Hom., in Mat., xxxv). The Greek Church assigns her a feast on 27 October. Tertullian and Justin Martyr both speak of a report on the Crucifixion (not extant) sent in by Pilate to Tiberius, from which idea a large amount of apocryphal literature originated. Some of these were Christian in origin (Gospel of Nicodemus), others came from the heathen, but these have all perished.

His rule was brought to an end through trouble which arose in Samaria. An imposter had given out that it was in his power to discover the sacred vessels which, as he alleged, had been hidden by Moses on Mount Gerizim, whither armed Samaritans came in large numbers. Pilate seems to have thought the whole affair was a blind, covering some other more important design, for he hurried forces to attack them, and many were slain. They appealed to Vitellius, who was at that time legate in Syria, saying that nothing political had been intended, and complaining of Pilate's whole administration. He was summoned to Rome to answer their charges, but before he could reach the city the Emperor Tiberius had died.

That is the last we know of Pilate from authentic sources, but legend has been busy with his name. He is said by Eusebius (H.E., ii, 7), on the authority of earlier writers, whom he does not name, to have fallen into great misfortunes under Caligula, and eventually to have committed suicide. Other details come from less respectable

# THE PASSION HISTORY

**Part One: The Upper Room**

**The Preparations: After arriving in Jerusalem on Palm Sunday, Jesus spent the next few days in Jerusalem, each night he returned to Bethany. So as the Passover approached, the disciples wanted to know where they would celebrate; the lamb had to be sacrificed in the Temple in Jerusalem, but they had no place to stay there.**

**The Passover was celebrated the evening of the 14th day of the first month, Nisan (around the beginning of April). The day after Passover was the first day of the week-long Feast of Unleavened Bread. (Sometimes the whole 8 day period was called either the Feast or the Passover).**

**To prepare for the Passover, the disciples needed a large room with a table, couches to recline on (not chairs), a lamb had to be slaughtered at the Temple between 3 and 5 o'clock and then roasted. The meal also included bitter herbs (a symbol of their bitter oppression in Egypt), 3 loaves of unleavened bread (unleavened bread meant "get ready to leave at a moment's notice," they wouldn't have time to wait for the dough to rise, and it was a traveler's bread that would keep longer than leavened bread), wine, and a red sauce for dipping called charoseth (made of nuts, raisins, apples, figs and cinnamon, to symbolize the mud they used to make bricks).**

**Jesus sent his disciples into the city. He showed that he knows everything when he tells them they'll meet a man with a pitcher of water who will lead them to a house where they could eat the Passover. Showing hospitality and entertaining strangers was very important to the Jews, and visitors to Jerusalem were so frequent, that many houses in Jerusalem had these large upper rooms just for that purpose. Tradition says the house Jesus picked belonged to the parents of Mark the Evangelist, and that this same house was the locked room where the disciples hid on Sunday; it later became the headquarters of the church in Jerusalem.**

**Meanwhile, Judas Iscariot (Iscariot means a man from the town of Kerioth) is making his own plans for the Passover. Like the other disciples, Judas had thought that Jesus would eventually set up a kingdom. Now he has figured out that's not going to happen. Judas loves money. He was the treasurer of the group, and he's been stealing money from them. But Jesus and his disciples are not exactly rich, and if Judas is never going to get to be treasurer of a new kingdom then it's time to move on to something more profitable. He sees one last chance to make a little money here, sell Jesus to the priests.**

**The priests and leaders of the Jews have looked for a way to kill Jesus ever since he raised Lazareth from the dead. They want to kill Lazarus too, his testimony about Jesus is so powerful. They wanted to arrest Jesus, but not till after the feast because of the crowds who**

Pilate was more anxious than ever to let Jesus go, but the people shouted, "If you let him go, you are no friend of Caesar. Anyone who makes himself a king is speaking against Caesar." Of course, their charge still hasn't been proved. But now they are making a hidden threat that if Jesus goes free, Caesar will hear about it.

Pilate's not going to be able to let him go. He led Jesus out before the people to the judge's seat at a spot called Gabbatha (Stone Pavement), and tried one last time. "Shall I crucify your king?" But the priests answered, "We have no king but Caesar." If they were so determined to see Jesus die, Pilate would let them have their way. The only thing he can do now is to make sure he's not blamed for Christ's death. He called for a basin of water.

Pilate had been living for several years among the Jews, and he detested them. Handwashing was not a Roman custom, but Pilate did it to mock the ceremonial cleansings the Jews were so fond of. If they thought you could sin and then make yourself pure just by washing your hands, fine. He didn't care if one more Jew died. His job was to keep the peace and he wanted to keep his job too much to risk a riot by releasing Jesus. "I am innocent of this man's blood." Of course, his hand washing failed to free Pilate from responsibility for passing sentence on Jesus. To this day we confess in the Apostles' Creed that Jesus suffered under Pontius Pilate, was crucified, died and was buried.

The Jews all answered, Let his blood be on us and our children. Some would say Matthew was blaming all Jews collectively for Christ's death. Some would say all the troubles Jews have had over the centuries are because of this verse. But remember, Matthew and all the disciples were Jews. Matthew is just saying the whole crowd, not just the priests, called for Christ's death. They would accept the blame so completely because they were so convinced they were right; Jesus deserved death.

Then Pilate ordered the release of Barabbas and handed Jesus over to be crucified. Jesus was never convicted of any crime. His innocence was proclaimed again and again. But he died for the sins of the world.

## THE PASSION HISTORY

### Part Six: The crucifixion

Jesus had been sentenced to die by crucifixion in Pilate's court. Immediately, the order was carried out. As with many other aspects of Christ's trials, this too may have been illegal. Normally, a condemned man was given ten days before his death was carried out, for the purpose of saying his farewells and getting his affairs in order. In the case of Israel vs Jesus of Nazareth, the execution was immediate, no chance for appeal, no time for the rest of Jerusalem to find out what they were doing to this beloved teacher.

Executions were usually carried out privately by a group of four soldiers plus their

---

## Revealed By His Presence (Mark 15:1-20)

April 9, 2000 / Mark 15:1-20

One of the things that is evident throughout the Gospels is how Jesus' very presence tends to expose others for who and what they really are. That is certainly true in the maelstrom of events surrounding the betrayal, trials, suffering, and death of our Lord.

As we move through the final events of the pre-crucifixion hours, the fate of Jesus has long since been sealed. The Jewish authorities had already decided that Jesus must die. They had only been biding their time and waiting for their chance. The only real "wild card" in their deck was the Roman prefect, Pontius Pilate. Could they get him to go along? Could they somehow have Jesus disposed of through "official channels"? Or would they have to run the risk of plain old mob violence?

My interest is much less in the events themselves, the rules that should have given Jesus relief from injustice, and the like. I'm interested in the people. What were the *people* doing and thinking in these scenes? How were they reacting to Jesus? What was his bright-light presence revealing about them? For example, where were the apostles during that awful night? When they fled, did they hide out together or go their separate ways? Where is Judas? What made him decide that he had no option beyond suicide? What was Peter thinking? And where were Joseph of Arimathea and Nicodemus - members of the Sanhedrin who would later bury Jesus' dead body - during the proceedings of that tribunal?

In our text for today, I want to call particular attention to a couple of people whose situation is revealed with some degree of clarity simply by having Jesus nearby.

### Pilate: A Man With No Backbone

First, take a look at Pontius Pilate. He was the Roman procurator - perhaps more precisely at this point "prefect" - of the district of Judea and Samaria. He was the fifth of a series of men who would serve Rome in that office to keep the peace. Since the region under his authority was considered dangerous and prone to revolt, it had not been made a senatorial province. Pilate governed under imperial appointment and was directly answerable to Emperor Tiberius.

Pilate held office from A.D. 26 to 36. Though his official residence and headquarters were in Caesarea, he would come to Jerusalem around festival times in order to keep things under control.

Pilate hated the Jews, and the Jews returned the compliment. Early in his tenure, he had deliberately affronted them by bringing the Roman standard into Jerusalem. Such a "standard" was a pole with a Roman eagle or the image of the emperor at its top. Marching it into the city was a forthright snub of Jewish sensibilities against graven images. He knew that. He just didn't care. Later he built a Roman aqueduct to bring water into Jerusalem. Even this was hateful to the Jews, for he looted money from the temple treasury to finance the project.

Pilate didn't mind cracking a few heads and shedding some Jewish blood in order to remind the people who was in charge. Jesus once referred to some Galileans whose blood had been mixed with their sacrifices by Pilate (Luke 13:1-2). He was anti-Semitic. He was dishonorable and self-serving. He was morally spineless.

Very early in the morning, the chief priests, with the elders, the teachers of the law and the whole

Sanhedrin, reached a decision. They bound Jesus, led him away and handed him over to Pilate.

"Are you the king of the Jews?" asked Pilate.

"Yes, it is as you say," Jesus replied.

The chief priests accused him of many things. So again Pilate asked him, "Aren't you going to answer? See how many things they are accusing you of."

But Jesus still made no reply, and Pilate was amazed.

Now it was the custom at the Feast to release a prisoner whom the people requested. A man called Barabbas was in prison with the insurrectionists who had committed murder in the uprising. The crowd came up and asked Pilate to do for them what he usually did.

"Do you want me to release to you the king of the Jews?" asked Pilate, knowing it was out of envy that the chief priests had handed Jesus over to him. But the chief priests stirred up the crowd to have Pilate release Barabbas instead.

"What shall I do, then, with the one you call the king of the Jews?" Pilate asked them.

"Crucify him!" they shouted.

"Why? What crime has he committed?" asked Pilate.

But they shouted all the louder, "Crucify him!"

Wanting to satisfy the crowd, Pilate released Barabbas to them. He had Jesus flogged, and handed him over to be crucified.

What a classic case of crowd-pleasing, finger-to-the-wind, focus-group-driven "leadership." As one writer put it: "People with no moral compass and no moral backbone ask, What am I to do? The answer they usually get is to satisfy the crowd." But people with principle and character - whether in their public or private lives - are able to rise above public opinion to do what they know is right. Thus an occasional Daniel or Esther in Jewish history. Thus an occasional Stephen or Polycarp or Martin Luther King. Thus this verse in Holy Scripture about justice and fairness: "Do not follow the crowd in doing wrong. When you give testimony in a lawsuit, do not pervert justice by siding with the crowd . . ." (Ex. 23:2). Sounds like somebody knew this would be a common path for politicians and other public figures!

Pontius Pilate was the consummate political animal. Oh, he was bright enough. He knew the law, and he knew that Jesus had done nothing that deserved death under Rome's laws. Several times, he said he found "no fault" (i.e., no proven charge) against Jesus. Mark even comments that Pilate knew that Jesus was in trouble because of the envy and jealousy he had provoked among the Jewish rulers. And Matthew tells us how his wife, Claudia Procula, interrupted the day's proceedings to send her husband a note about a dream she had had that day about "that innocent man" on trial before him (Matt. 27:19).

Pilate received the formal charge from the Sanhedrin. He interviewed Jesus personally. He knew an innocent man was standing before him. But his fear of the crowd made him an unrighteous judge that day. He wanted to keep his office, and he was not about to give up his job for the sake of doing the right thing by a Jew. What was one more Jew to him anyway?

Case 1:08-cv-01328-LTS Document 22-8 Filed 09/27/2008 Page 15 of 20



? FAQ   Search   Memberlist   Usergroups   ✓ Register
Profile   Log in to check your private messages   Log in

# JESUS WAS TRIED BY THE SANHEDREN????

Goto page 1, 2, 3, 4 Next



**Faith Freedom International Forum Index -> Religion**

---

View previous topic :: View next topic

| Author | Message |
|---|---|
| **bushbadee** | ⬜ Posted: Tue Oct 11, 2005 5:13 pm   Post subject: JESUS WAS TRIED BY THE SANHEDREN????   quote |

Joined: 19 Feb 2004
Posts: 2294
Location: Account Retired

------------------------------------------------------------------------
Second in a series

THE NT TELLS US THAT JESUS WAS SENTENCED TO DIE BY THE SANHEDREN.

The NT tells us that, so it must be true.
The non existant Sanhedren sentenced Jesus to die.

What Sanhedren?
The Sanhedren was dissolved in 65 BCE by the Romans.
It simple did not exist in the time of Jesus to sentence any one to any thing.
NOw what did exist was the HIGH COUNCIL.
They were chosen by the Romans and not the Jewish people.
In other words, they too, were Roman stooges.
They worked for the Romans and were beholden to them.
Another group of Sadducees.

They were not bound by the laws of that controlled the Sanhedren.
Jesus was captured, tried and hung all with in about 24 hours.

But the Sanhedren could not do that if it had existed.
They were bound by certain laws and rules that would have prevented this, if Jesus had been tried by the Sanhedren.

Another thing that I have never found a bible thumping Christian minister or even a Christian familiar with.

So we see a second part of the story was run by the Romans and the JEws had nothing to do with it, except to carry out their Roman masters will.

There are a few other rules that were violated in the supposed trial of Jesus.
The Sanhedren never met in any one's home.
They had a room in the Temple where they met and deliberated.
More Jewish law at the time cast in stone.

But then again as I said above,, the Sanhedren had been dissolved in 65 BCE and did not even exist in the time of Jesus.

Be prepared for more Christ Killers.

Next perhaps we will talk about the crowd that call give us Barrabus.
Who were they and what were they calling for.
A hidden fact in the NT.

**Thank you this was very interesting and certainly true regarding the San Hedrin and the collusion of the Saducee with the Romans. This was a military occupation like the Germans occuping France ands thre Saducee were like the Vichy government in France during WWII.**
**Also Pontius Pilate had crucified 250,000 Jews in Israel so the idea that he wouldl be reluctant to crucify one more Jew for any reason is absurd. In adddition Pontius Pilate was recalled to Rome and rebuked by the emperor for being too brutal with the Jews of Israel. So again the concept that Pontius Pilate had to be convinced to crucify Jesus was absurd, he loved it.**

Back to top    

| **bushbadee** | □ Posted: Tue Oct 11, 2005 6:26 pm   Post subject: |  |

I can just see that bloody monster washing his hands.
_____
This account has been retired out of respect. Rest In Peace, Bushbadee.

Joined: 19 Feb 2004
Posts: 2294
Location: Account Retired

Back to top    

| **BloodoftheLamb** | □ Posted: Thu Nov 03, 2005 8:09 am   Post subject: |  |

You are a moron.

He was tried by the Pharisees and the sadducees..

Sanhedrin the word doesnt even come up in a bible search in my Bible.
_____
Matthew 10:32 Whosoever therefore shall confess me before men, him will I

REVELATIONS-MARCH-2004-WRAP AROUNDS

This is G o o g l e's cache of http://doweknow.com/html-files/wrap-March-2004-revelations.htm as retrieved on Mar 24, 2008 04:07:32 GMT.
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:9CeeI5ndUj4J:doweknow.com/html-files/wrap-March-2004-revelations.htm+%22pontius+pilate%22+%22one+more+jew%22&hl=en&ct=clnk&cd=4&gl=us

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **pontius pilate one more jew**

Click Here to go to Home Page

# TO OUR CYBER-VISITORS:

Trent's WRAP AROUND is filled with thoughts, so I'll break from our usual format and insert my responses in the middle of his comments. My thoughts will be highlighted in yellow.

# Trent Wrote:

(Please do not be angry at my words but take them to the Father in prayer and be at peace, as this is written in peace and love).

The Passion

I have seen different passion films and plays, I even helped set up a youth group skit of it once. I invited quite a few people to them and they all accepted Jesus and they were just plain on fire thereafter. Then, in about three months when I saw them again, they were further from the Father than before. I have also invited people to Bible studies and Sabbath classes and ten, twenty, and I'll assume 100 years latter, they are still on fire. One had a play that can't measure up and one had the Word.

There is a new movie out. And there is an old Book as well.

Perhaps it would have made a difference if you had set up Bible studies for those who accepted Jesus after seeing your skit about Christ's sufferings on the Cross—then, perhaps they would not only have known the joy the "seed" produces in the heart, but the

REVELATIONS-MARCH-2004-WRAP AROUNDS

Commission.  So simple, so basic, so unconfusing.

Again, I sense that you're very concerned that everyone believes just as you. I don't know what church you belong to (one doesn't even have to belong to a denomination to get caught up in the dissention that denominationalism festers), or if you feel yourself to be non-denominational; but I can see that you are very intolerant of the Catholic Church. I, too, can find Scriptural problems with the Catholic Church as I can with every Church denomination (The Catholic Church has been around centuries longer than their competitors, so it's has had more time to take on the problems of its leaders.); but it is not faith in a church or a belief that saves a soul. It is faith in the passion and death of Christ Jesus that took place on the Cross of Calvary. I, personally, am *more* than satisfied that there are people in every major Christian organization that have exercised faith in that "passion" and who belong to Christ Jesus because of their faith.

As to comments about what language was spoken at the time, I see no point. And as to your insinuation that the movie has outperformed the Bible—I'll not comment other than to say that it appears that you have swallowed the bitter pill of envy and are not willing to admit that God might use Mel Gibson more than He does your brand of Bible teaching. It looks like it might be time for some introspection.

(Also, and of much alarm, many Jews are concerned about this film and they have every right to be. There have been hundreds of years of bitter anti-Semitism stimulated by the passion plays of the middle ages. While it is hard to imagine that Christians today would murder Jews following the movie, the memory is still there being reinforced by signs I have seen on churches saying, "The Jews killed Jesus" [When in reality even the Romans didn't '... our sin did]...

Apparently, you didn't hear the interview where Mel Gibson said something very similar to what you just said: i.e., that "sin" crucified the Lord of Glory and not any man or group of men.

...In Germany there were many of these plays regularly enacted, with the most famous, in Oberammergau, watched by Adolf Hitler who had seen the 1934 presentation. Adolf Hitler praised it as a precious tool in the fight against Jews and Judaism. It played a large part in his anti-Semitic views. Nazism was sprouted in the soil of a nation that embraced its passion plays. I say this in concern, not hatred. I say this in love, not a desire for hate or argument.

I don't know your source for this bit of information, but I do know that in the Bible, Jesus did say of the leaders of Israel: Ye are of your father the devil. (See Jn. 8:36-44.) Does this make God responsible for all the persecution that the Jews' behavior has brought upon themselves? Do we then ban the Bible? I THINK NOT—although I know that would make *many* happy today.) .

Also, Gibson's presentation of **Pontius Pilate** as a fair-minded man is blatantly far from the facts of history. Pilate sentenced thousands of Jews to death by crucifixion and on some occasions actually killed a thousand in a day by nailing them to the walls in

REVELATIONS-MARCH-2004-WRAP AROUNDS

Jerusalem; what's **one more Jew** to a 'saint' like him? Pilate was nothing like the man portrayed in the movie; an alleged pawn of the Jewish leaders. It was the other way around...

As I read the Scriptures, Pilate had no choice but to say what he did when he made the public show of washing his hands of the death of Christ. He could not order our Lord's death; because Jesus said that no man took His life, but that He gave it willingly. In fact, the crucifixion did not kill Jesus.

**John 10:**

17   Therefore doth my Father love me, because I lay down my life, that I might take it again.

18   No man taketh it from me, but I lay it down of myself. I have power to lay it down, and I have power to take it again. This commandment have I received of my Father.

If you still have doubts about Jesus having complete control over His crucifixion, consider these verses where Judas led the soldiers to capture Him. Jesus first knocked them to the ground; then, He let them up to arrest Him.

**John 18**

1 When Jesus had spoken these words, he went forth with his disciples over the brook Cedron, where was a garden, into the which he entered, and his disciples.

2 And Judas also, which betrayed him, knew the place: for Jesus ofttimes resorted thither with his disciples.

3 Judas then, having received a band of men and officers from the chief priests and Pharisees, cometh thither with lanterns and torches and weapons.

4 Jesus therefore, knowing all things that should come upon him, went forth, and said unto them, Whom seek ye?

5 They answered him, Jesus of Nazareth. Jesus saith unto them, I am he. And Judas also, which betrayed him, stood with them.

6 As soon then as he had said unto them, I am he, they went backward, and fell to the ground.

7 Then asked he them again, Whom seek ye? And they said, Jesus of Nazareth.

8 Jesus answered, I have told you that I am he: if therefore ye seek me, let these go their way:

9 That the saying might be fulfilled, which he spake, Of them which thou gavest me have I lost none.

Let everyone fully understand that there was no part of his crucifixion that was not in His control until He cried, "My God, my God, why hast thou forsaken me?" (Mt. 27:46).

Also, the "passion" that was demonstrated by the outward manifestations in His body were reflective of what Christ Jesus suffered

Commentary in Simple English on Mark

# Commentary in Simple English on the Gospel that Mark wrote

Home Introduction Contents Notes Previous Page Next Page

## CHAPTER 15

### Verses 1-15 Jesus tried by Pontius Pilate

(See Matthew 27: 11-26; Luke 23: 1-5 and 13-25; John 18: 19 to 19: 16.)

In verse 1, the Jewish Council finishes off its night's bad work. It decides to hand Jesus over to the Romans. They know that the Governor, Pontius Pilate [15.1] will not put Jesus to death because of what He had said about Himself (Chapter 14: 62). Pilate had people who told him what went on among the Jewish leaders, no doubt. Now the Jewish leaders tell Pilate that Jesus should be put to death because His is the King of the Jews. The Romans had so much trouble keeping the Jews in order that the thought of a King would have worried Pilate. [15.2].

Jesus stands before Pilate. Jesus says 'Yes' when Pilate asks Him whether He is 'King of the Jews'. Of course, what Pilate meant by that and what Jesus meant were not the same at all (verse 2). Jesus is silent when the Jews speak other things against Him (verses 3-5).

We want to get something good for ourselves from this part of God's word. We want to find help. We must not look so much at what men do. We must see that it is God who is at work. His purpose goes back before He made the world. Now He uses wicked men to work it out.

Pilate does not know what to do. He does not expect the Jewish crowd to want the same thing as their Council. So Pilate sets the murderer, Barabbas, free. [15.3]. He will kill Jesus, Who had raised the dead (verses 6-14). Pilate did not want the crowd to become more angry and violent.

When the Jewish courts had someone beaten, they were hit thirty nine times. (See 2 Corinthians 11: 24 and 25.) The Romans beat Paul with rods. The Roman flogging was much worse than beating with rods. The Romans hit Jesus with a whip made from strips of leather. These were twisted together with pieces of bone or lead fixed in. This beating often killed people. Their clothes were taken off and they were tied to a post. There was no limit to the number of strokes of the whip (verse 15).

### Verses 16-20 The soldiers laugh at Jesus

(See Matthew 27: 27-31.)

The Roman trial took place in the open air. The soldiers now take Jesus into the palace. This was the 'Praetorium' where Pilate lived when he was in Jerusalem. No one can be sure exactly where these places were, because the Romans destroyed Jerusalem in AD 70. To the soldiers Jesus was just one more Jew to be put to death on a cross.

# EXHIBIT 11
# SIEGARTEL DECLARATION

# The New
# Oxford Annotated

CONTRIBUTORS

BERNHARD W. ANDERSON   GEORGE W. ANDERSON

WILLIAM A. BEARDSLEE   WALTER BRUEGGEMANN   JOHN J. COLLINS

ROBERT C. DENTAN   WILLIAM L. HOLLADAY   LESLIE J. HOPPE

PHILIP J. KING   BURKE O. LONG   BRUCE M. METZGER   CAREY A. MOORE

ROLAND E. MURPHY   PHEME PERKINS   JOHN REUMANN

ADDITIONAL CONTRIBUTORS TO PREVIOUS EDITIONS

†GEORGES A. BARROIS   VICTOR R. GOLD   R. LANSING HICKS

†ARTHUR JEFFERY   SHERMAN E. JOHNSON   †JOHN KNOX

†HERBERT G. MAY   DONALD G. MILLER   †WARREN A. QUANBECK

†H. H. ROWLEY   †R. B. Y. SCOTT   WILLIAM F. STINESPRING

SAMUEL TERRIEN   ELWYN E. TILDEN   †LUTHER A. WEIGLE

*ew*

*ted*

# BIBLE

*containing the*
*Old and New Testaments*

*Edited by*

BRUCE M. METZGER

ROLAND E. MURPHY

NEW REVISED
STANDARD VERSION

*New York*
OXFORD UNIVERSITY PRESS

OXFORD UNIVERSITY PRESS

Oxford   New York   Toronto
Delhi   Bombay   Calcutta   Madras   Karachi
Petaling Jaya   Singapore   Hong Kong   Tokyo
Nairobi   Dar es Salaam   Cape Town
Melbourne   Auckland

and associated companies in
Berlin   Ibadan

Copyright © 1991 by Oxford University Press, Inc.

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

The New Oxford Annotated Bible copyright © 1973, 1977
by Oxford University Press, Inc.
The Oxford Annotated Bible copyright © 1962
by Oxford University Press, Inc.
The Oxford Annotated Apocrypha copyright © 1965, 1977
by Oxford University Press, Inc.

Published by Oxford University Press, Inc.
200 Madison Avenue, New York, New York 10016

Oxford is a registered trademark of Oxford University Press

New Revised Standard Version Bible copyright © 1989,
Division of Christian Education of the
National Council of the Churches of Christ
in the United States of America

4 6 8 10 9 7 5 3

Printed in the United States of America

JOHN 13, 14

21 After saying this Jesus was troubled in spirit, and declared, "Very truly, I tell you, one of you will betray me." 22The disciples looked at one another, uncertain of whom he was speaking. 23One of his disciples—the one whom Jesus loved—was reclining next to him; 24Simon Peter therefore motioned to him to ask Jesus of whom he was speaking. 25So while reclining next to Jesus, he asked him, "Lord, who is it?" 26Jesus answered, "It is the one to whom I give this piece of bread when I have dipped it in the dish."*y* So when he had dipped the piece of bread, he gave it to Judas son of Simon Iscariot.*z* 27After he received the piece of bread,*a* Satan entered into him. Jesus said to him, "Do quickly what you are going to do." 28Now no one at the table knew why he said this to him. 29Some thought that, because Judas had the common purse, Jesus was telling him, "Buy what we need for the festival"; or, that he should give something to the poor. 30So, after receiving the piece of bread, he immediately went out. And it was night.

31 When he had gone out, Jesus said, "Now the Son of Man has been glorified, and God has been glorified in him. 32If God has been glorified in him,*b* God will also glorify him in himself and will glorify him at once. 33Little children, I am with you only a little longer. You will look for me; and as I said to the Jews so now I say to you, 'Where I am going, you cannot come.' 34I give you a new commandment, that you love one anoth-er. Just as I have loved you, you also should love one another. 35By this everyone will know that you are my disciples, if you have love for one another."

36 Simon Peter said to him, "Lord, where are you going?" Jesus answered, "Where I am going, you cannot follow me now; but you will follow afterward." 37Peter said to him, "Lord, why can I not follow you now? I will lay down my life for you." 38Jesus answered, "Will you lay down your life for me? Very truly, I tell you, before the cock crows, you will have denied me three times.

14 "Do not let your hearts be troubled. Believe*c* in God, believe also in me. 2In my Father's house there are many dwelling places. If it were not so, would I have told you that I go to prepare a place for you?*d* 3And if I go and prepare a place for you, I will come again and will take you to myself, so that where I am, there you may be also. 4And you know the way to the place where I am going."*e* 5Thomas said to him, "Lord, we do not know where you are going. How can we know the way?" 6Jesus said to him, "I am the way, and the truth, and the life. No one comes to the Father except through me. 7If you know

*y* Gk *dipped it*    *z* Other ancient authorities read *Judas Iscariot son of Simon*; others, *Judas son of Simon from Karyot* (Kerioth)    *a* Gk *After the piece of bread*    *b* Other ancient authorities lack *If God has been glorified in him*    *c* Or *You believe*    *d* Or *If it were not so, I would have told you; for I go to prepare a place for you*    *e* Other ancient authorities read *Where I am going you know, and the way you know*

**13.21–30:** The betrayer must be dissuaded, or dismissed. Jesus honors him by seating him next to himself, handing him a *piece of bread* (Ruth 2.14), concealing his treachery from all but the beloved disciple.
**13.31–35:** The death that Judas has gone to arrange will *glorify* (reveal the essence of) both Father and Son as holy love. The disciples are now the organ of this love. **33:** *Little children*, an expression of endearment found only here in the Gospels; see also 1 Jn 2.1, 12, 28; 3.7, 18; 4.5, 21. **36–38:** Peter is not yet ready to *follow* Jesus to death; *afterward*, according to tradition, he was martyred.
**14.1–17.26: Jesus' farewell discourse**

**and prayer;** an interpretation of Jesus' completed work on earth and relation to both believers and the world after his resurrection and ascension. It is a meditation, which—like a love-letter—is difficult to outline.
**14.1–31: The believers' relation to the glorified Christ;** no separation, but deepened fellowship. 1: Belief in God has new meaning in Jesus. **2–3:** For him to *go*, through death and resurrection, to *his Father's house* (with *dwelling places* for all) was to *prepare* a *place* of permanent *fellowship with him* (13.33, 36). **4–7:** Access to God is solely through Jesus (Mt 11.27, Jn 1.18, 6.46; Acts 4.12).

SELF-PRONOUNCING EDITION

# THE

# HOLY BIBLE

CONTAINING THE

*Old and New Testaments*

TRANSLATED OUT OF
THE ORIGINAL TONGUES AND WITH THE FORMER
TRANSLATIONS DILIGENTLY COMPARED AND REVISED

AUTHORIZED *King James Version*

With all proper names divided into syllables
accented and marked with the vowel sounds
showing how they should be pronounced



A MERIDIAN BOOK

MERIDIAN
Published by the Penguin Group
Penguin Books USA Inc., 375 Hudson Street, New York, New York 10014, U.S.A.
Penguin Books Ltd, 27 Wrights Lane, London W8 5TZ, England
Penguin Books Australia Ltd, Ringwood, Victoria, Australia
Penguin Books Canada Ltd, 10 Alcorn Avenue, Toronto, Ontario,
Canada, M4V 3B2
Penguin Books (N.Z.) Ltd, 182-190 Wairau Road, Auckland 10, New Zealand

Penguin Books Ltd, Registered Offices: Harmondsworth, Middlesex, England

Published by Meridian, an imprint of New American Library, a division of Penguin
Books USA Inc.

First Printing/New American Library, November, 1974
20 19 18 17 16 15 14 13

All rights reserved

 REGISTERED TRADEMARK—MARCA REGISTRADA

Printed in the United States of America

Without limiting the rights under copyright reserved above, no part of this
publication may be reproduced, stored in or introduced into a retrieval system, or
transmitted, in any form, or by any means (electronic, mechanical, photocopying,
recording, or otherwise), without the prior written permission of both the copyright
owner and the above publisher of this book.

BOOKS ARE AVAILABLE AT QUANTITY DISCOUNTS WHEN USED TO PROMOTE PRODUCTS OR
SERVICES. FOR INFORMATION PLEASE WRITE TO PREMIUM MARKETING DIVISION, PENGUIN
BOOKS USA INC., 375 HUDSON STREET, NEW YORK, NEW YORK 10014.

his garments; and took a towel, and girded himself.

5 After that he poureth water into a bason, and began to wash the disciples' feet, and to wipe *them* with the towel wherewith he was girded.

6 Then cometh he to Sĭ′-mon Pē′-tẽr: and Pē′-tẽr saith unto him, Lord, dost thou wash my feet?

7 Jē′-sŭs answered and said unto him, What I do thou knowest not now; but thou shalt know hereafter.

8 Pē′-tẽr saith unto him, Thou shalt never wash my feet. Jē′-sŭs answered him, If I wash thee not, thou hast no part with me.

9 Sĭ′-mon Pē′-tẽr saith unto him, Lord, not my feet only, but also *my* hands and *my* head.

10 Jē′-sŭs saith to him, He that is washed needeth not save to wash *his* feet, but is clean every whit: and ye are clean, but not all.

11 For he knew who should betray him; therefore said he, Ye are not all clean.

12 So after he had washed their feet, and had taken his garments, and was set down again, he said unto them, Know ye what I have done to you?

13 Ye call me Master and Lord: and ye say well; for *so* I am.

14 If I then, *your* Lord and Master, have washed your feet; ye also ought to wash one another's feet.

15 For I have given you an example, that ye should do as I have done to you.

16 Verily, verily, I say unto you, The servant is not greater than his lord; neither he that is sent greater than he that sent him.

17 If ye know these things, happy are ye if ye do them.

18 ¶ I speak not of you all: I know whom I have chosen: but that the scripture may be fulfilled, He that eateth bread with me hath lifted up his heel against me.

19 Now I tell you before it come, that, when it is come to pass, ye may believe that I am *he*.

20 Verily, verily, I say unto you, He that receiveth whomsoever I send receiveth me; and he that receiveth me receiveth him that sent me.

21 When Jē′-sŭs had thus said, he was troubled in spirit, and testified, and said, Verily, verily, I say unto you, that one of you shall betray me.

22 Then the disciples looked one on another, doubting of whom he spake.

23 Now there was leaning on Jē′-sŭs' bosom one of his disciples, whom Jē′-sŭs loved.

24 Sĭ′-mon Pē′-tẽr therefore beckoned to him, that he should ask who it should be of whom he spake.

25 He then lying on Jē′-sŭs' breast saith unto him, Lord, who is it?

26 Jē′-sŭs answered, He it is, to whom I shall give a sop, when I have dipped *it*. And when he had dipped the sop, he gave *it* to Jū′-dăs Ĭs-căr′-i-ot, *the son* of Sĭ′-mon.

27 And after the sop Sā′-tăn entered into him. Then said Jē′-sŭs unto him, That thou doest, do quickly.

28 Now no man at the table knew for what intent he spake this unto him.

29 For some *of them* thought, because Jū′-dăs had the bag, that Jē′-sŭs had said unto him, Buy *those things* that we have need of against the feast; or, that he should give something to the poor.

30 He then having received the sop went immediately out: and it was night.

31 ¶ Therefore, when he was gone out, Jē′-sŭs said, Now is the Son of man glorified, and God is glorified in him.

32 If God be glorified in him, God shall also glorify him in himself, and shall straightway glorify him.

33 Little children, yet a little while I am with you. Ye shall seek me: and as I said unto the Jĕws, Whither I go, ye cannot come; so now I say to you.

34 A new commandment I give unto you, That ye love one another; as I have loved you, that ye also love one another.

35 By this shall all *men* know that ye are my disciples, if ye have love one to another.

36 ¶ Sĭ′-mon Pē′-tẽr said unto him, Lord, whither goest thou? Jē′-sŭs answered him, Whither I go, thou canst not follow me now; but thou shalt follow me afterwards.

37 Pē′-tẽr said unto him, Lord, why cannot I follow thee now? I will lay down my life for thy sake.

38 Jē′-sŭs answered him, Wilt thou lay down thy life for my sake? Verily, verily, I say unto thee, The cock shall not crow, till thou hast denied me thrice.

## Chapter 14

LET not your heart be troubled: ye believe in God, believe also in me.

2 In my Father's house are many mansions: if *it were* not *so*, I would have told you. I go to prepare a place for you.

3 And if I go and prepare a place for you, I will come again, and receive you unto myself; that where I am, *there* ye may be also.

4 And whither I go ye know, and the way ye know.

5 Thŏm′-ăs saith unto him, Lord, we know not whither thou goest; and how can we know the way?

6 Jē′-sŭs saith unto him, I am the way,

# *Judas Leaves the Last Supper*

Mysteries List | I | II | III | IV | V | VI | VII | VIII | IX | X | XI | XII | XIII | XIV



John 13: [26]Jesus answered, "It is he to whom I shall give a piece of bread when I have dipped *it.*" And having dipped the bread, He gave *it* to Judas Iscariot, *the son* of Simon. [27]Now after the piece of bread, Satan entered him. Then Jesus said to him, "What you do, do quickly." [28]But no one at the table knew for what reason He said this to him. [29]For some thought, because Judas had the money box, that Jesus had said to him, "Buy *those things* we need for the feast," or that he should give something to the poor.

Meditation: Cleanse me of the past and waken me in a new light.

Mysteries List

## The Zoo Fence®

# In The Beginning - The Eden Conspiracy



# The Last Supper: This Bread, This Body

---

**· This is an excerpt from our book "In The Beginning" ·**
**· For the full text of this book, please <u>click here</u> ·**

---

**- to return to the "Stories & Stuff" menu, click <u>here</u> -**
**- to jump to our home page, click <u>here</u> -**

**◄**

---

There is a second biblical account that, like the Garden of Eden story, seems to me to be an ideal candidate for our "What's Wrong With This Picture?" game (see <u>previous</u>). And that is the New Testament event commonly referred to as the Last Supper (reported at Matthew 26, Luke 22, & John 13, among others).

For those unfamiliar with the Last Supper, this is the Passover meal <u>Jesus</u> shared with his disciples at which he announced to the assembled twelve that one of them would betray him, immediately after which words he -- and this is the most confusing, not to say disturbing, element in the account -- turned to that one, who was Judas, and very nearly pushed him out the door, virtually commanding him to get on with it. "What you are going to do," Jesus is quoted as saying to Judas, "do quickly."

No matter how often I read those verses, nor in which translation or version, that short, painfully tense and indescribably intimate moment between Jesus and Judas -- (the other eleven seem to have remained blissfully ignorant of the drama unfolding before their eyes) -- never fails to fill me, first, with awe, then with doubts, incessantly nagging doubts. Awe because this clearly is an event of cosmic, even archetypal proportions, and doubts because it just does not parse, at least not as it was ever explained to me.

Consider it this way. Suppose, as an admittedly absurd parallel, that in your own school district, the most sensitive, dedicated, compassionate, perceptive, loving, insightful, and forgiving teacher were personally to select a particularly gifted student, enroll him or her in the teacher's own advanced tutorial class, and then permit, even encourage the student to cheat on the final examination, all the while fully aware that it was wrong to cheat and that the authorities would apprehend and punish the student. Imagine further that when reports of this incident are published, rather than demanding the teacher's license and scalp, the school board, the student body, and the citizenry at large join as one in defending and praising the teacher's action,

<u>print this page</u>

# THE LAST SUPPER
# *Paraphrased Quotes From Jesus*
### *( Published November Of 2006 )*

On the first day of the Festival of Unleavened Bread, when the lambs for the Passover meal were to be killed, Jesus instructed Peter and John to make arrangements so the room and the meal would be ready for him and the disciples.

"Where do you want us to get it ready?"  Peter and John asked him.  Jesus answered, "As you go into the city,  you will come upon a man carrying a jar of water.  Follow him into a house that he enters and say to the owner of the house,  'The Teacher asks you:  Do you have a guest room where I may eat the Passover with my disciples?'  That man will show you an upstairs room,  spacious and furnished.  This is where you are to get everything ready."

They found everything just as Jesus had told them and prepared the Passover meal.

Jesus and his disciples were now at the supper table and he breaks some bread,  gives it to his disciples and says,  "This is my body which is given for you.  Every time you eat bread,  think of me."  Jesus takes a cup of wine and gives it to the disciples and tells them to drink from the cup and says,  "This wine is my blood that will be shed to remove the sins of all who come to believe in me and it is the start of a new agreement between God and mankind."

Jesus knew that the time had come for him to leave this world and go to the Father.  The Devil had already put the thought of betraying Jesus into the heart of Judas,  but Jesus knew that he had come from God and was going to God and that the Father had given him complete power.  He cared for and loved those in the world who were his own....so he rose from the table,  and with a towel tied around his waist,  he began to wash the disciple's feet.

Simon Peter said to Jesus when he came to wash his feet,  "Are you going to wash my feet, Lord?"  Jesus answered him,  "You do not understand now what I am doing,  but you will understand later."

Peter declared,  "Never at any time will you wash my feet!"   "If I do not wash your feet,"  Jesus answered, "you will no longer be my disciple."

Simon Peter answered,  "Lord,  then wash not only my feet,  but my hands and my head too!"

Jesus said,  "Anyone who has taken a bath is completely clean except for his feet because they get dirty from walking in sandals.  All of you are clean...all except one." (He was talking about his betrayer)

After Jesus had finished washing their feet and took his place at the table,  he asked them,  "Do you understand what I have just done to you?  You call me Teacher and Lord,  and it is right that you do,  because that is what I am.  But I,  your Lord and Teacher have just washed your feet.  You,  then should wash one another's feet.  What I did was to give you an example:  what I have done,  you must do.  I am telling you the truth:  no slave is greater than his master;  no messenger is greater than the one who sent him.  Now that you know this truth,  how happy you will be if you put it into practice!"

Then Jesus grew deeply troubled and said,  "But look!  The one who betrays me is here at the table with me! The son of Man will die as God has decided,  but how terrible for that man who betrays him!"  Then they began to ask among themselves which one of them it could be who was going to do this.

This led to an argument among the disciples about who was more faithful to Jesus and who was the

greatest. Jesus said to them, "The kings of the pagans have power over their people, and the rulers claim the title 'Friends of the People.' But you are not to be like that. Instead, the greatest among you should be like the youngest, and the leader must be like the servant. Who is greater, the one who sits down to eat or the one who serves him? The one who sits down, of course. But I am among you as one who serves. You have stayed with me all through my trials; and just as my Father has given me the right to rule, so I will give you the same right. You will eat and drink at my table in my Kingdom, and you will sit on thrones to rule over the twelve tribes of Israel."

Then he tells Judas to do quickly what he must do and Judas leaves. The rest of the disciples think Judas, who holds the purse, was sent to buy something in preparation for the Passover festival and did not perceive that he was about to betray Jesus.

After Judas leaves, Jesus gives the disciples a new commandment: "As I have loved you, so you must love one another." He tries to make them understand that he is going away to prepare a place for them in heaven, but they must stay and bear fruit for the kingdom of heaven. He puts this analogy before them: I am the real vine, and my Father is the gardener. He breaks off every branch in me that does not bear fruit. A branch cannot bear fruit by itself; it can do so only if it remains in the vine. Whoever remains in me, and I in him, will bear much fruit; for you can do nothing without me."

*New Testament, Book Of Luke, Chapter 22, Verses 7-30 and*
*John, Chapter 13, Verses 1-17, Verse 21, Verse 34, and Chapters 14 and 15*
(also found in the Book Of Matthew, Chapter 26, Verses 17-30 and Mark, Chapter 14, Verses 12-26)

**A New Feature..... For Free! - The Storyline Of The Bible**   There are at least 66 books that make up the bible. Sometimes, trying to follow a storyline is difficult because there are books that are good for support and prayer like Wisdom, Job, Psalms, and Proverbs. They take you away from the story.

**I have put the Storyline of the Bible into 19 easy to read pages that you can print out!**

And now you can listen... **FREE!** to the Storyline read by **Kathy Bird**. It's streamed mp3 so you can listen to it easily, even if you have dial up. The story includes references so you can find the topics... in just about any version of the Bible.   **If you ever wanted to know what the Bible is all about, here is your chance!**

**Previous Quotes ( Printer Friendly )**

**2006**
January          Lazarus And The Rich Man ("about death & believing")
February         The Greatest Commandment ("about love")
March            The Lost Sheep & The Lost Son ("rejoicing for who has given up their life of sin")
April            The Meaning Of Easter - Three Examples From Jesus
May              The Worry Of Daily Life
June             The Ten Lepers
July             The Good Samaritan
August           How To Give and How To Pray
September        The Un-believing Towns
October          Signs Revealing Christ's Return To Earth

December         Why We Should Celebrate Christmas

**2007**
January          The Things That Make A Person Unclean
February         Marriage, Adultery, and Divorce
March            Jesus Chooses The Apostles

Previous Paper | Next Paper | Contents | Search The Urantia Book | Home

# THE URANTIA BOOK

## PART IV - THE LIFE AND TEACHINGS OF JESUS

Page 1936

## PAPER 179 - THE LAST SUPPER

During the afternoon of this Thursday, when Philip reminded the Master about the approaching Passover and inquired concerning his plans for its celebration, he had in mind the Passover supper which was due to be eaten on the evening of the next day, Friday. It was the custom to begin the preparations for the celebration of the Passover not later than noon of the preceding day. And since the Jews reckoned the day as beginning at sunset, this meant that Saturday's Passover supper would be eaten on Friday night, sometime before the midnight hour.

The apostles were, therefore, entirely at a loss to understand the Master's announcement that they would celebrate the Passover one day early. They thought, at least some of them did, that he knew he would be placed under arrest before the time of the Passover supper on Friday night and was therefore calling them together for a special supper on this Thursday evening. Others thought that this was merely a special occasion which was to precede the regular Passover celebration.

The apostles knew that Jesus had celebrated other Passovers without the lamb; they knew that he did not personally participate in any sacrificial service of the Jewish system. He had many times partaken of the paschal lamb as a guest, but always, when he was the host, no lamb was served. It would not have been a great surprise to the apostles to have seen the lamb omitted even on Passover night, and since this supper was given one day earlier, they thought nothing of its absence.

After receiving the greetings of welcome extended by the father and mother of John Mark, the apostles went immediately to the upper chamber while Jesus lingered behind to talk with the Mark family.

It had been understood beforehand that the Master was to celebrate this occasion alone with his twelve apostles; therefore no servants were provided to wait upon them.

### 1. THE DESIRE FOR PREFERENCE

When the apostles had been shown upstairs by John Mark, they beheld a large and commodious chamber, which was completely furnished for the supper, and observed that the bread, wine, water, and herbs were all in readiness on one end of the table. Except for the end on which rested the bread and wine, this long table was surrounded by thirteen reclining couches, just such as would be provided for the celebration of the Passover in a well-to-do Jewish household.

As the twelve entered this upper chamber, they noticed, just inside the door, the pitchers of water, the basins, and towels for laving their dusty feet; and since

For some minutes the apostles ate in silence, but under the influence of the Master's cheerful demeanor they were soon drawn into conversation, and ere long the meal was proceeding as if nothing out of the ordinary had occurred to interfere with the good cheer and social accord of this extraordinary occasion. After some time had elapsed, in about the middle of this second course of the meal, Jesus, looking them over, said: "I have told you how much I desired to have this supper with you, and knowing how the evil forces of darkness have conspired to bring about the death of the Son of Man, I determined to eat this supper with you in this secret chamber and a day in advance of the Passover since I will not be with you by this time tomorrow night. I have repeatedly told you that I must return to the Father. Now has my hour come, but it was not required that one of you should betray me into the hands of my enemies."

When the twelve heard this, having already been robbed of much of their self-assertiveness and self-confidence by the parable of the feet washing and the Master's subsequent discourse, they began to look at one another while in disconcerted tones they hesitatingly inquired, "Is it I?" And when they had all so inquired, Jesus said: "While it is necessary that I go to the Father, it was not required that one of you should become a traitor to fulfill the Father's will. This is the coming to fruit of the concealed evil in the heart of one who failed to love the truth with his whole soul. How deceitful is the intellectual pride that precedes the spiritual downfall! My friend of many years, who even now eats my bread, will be willing to betray me, even as he now dips his hand with me in the dish."

And when Jesus had thus spoken, they all began again to ask, "Is it I?" And as Judas, sitting on the left of his Master, again asked, "Is it I?" Jesus, dipping the bread in the dish of herbs, handed it to Judas, saying, "You have

Page 1941

said." But the others did not hear Jesus speak to Judas. John, who reclined on Jesus' right hand, leaned over and asked the Master: "Who is it? We should know who it is that has proved untrue to his trust." Jesus answered: "Already have I told you, even he to whom I gave the sop." But it was so natural for the host to give a sop to the one who sat next to him on the left that none of them took notice of this, even though the Master had so plainly spoken. But Judas was painfully conscious of the meaning of the Master's words associated with his act, and he became fearful lest his brethren were likewise now aware that he was the betrayer.

Peter was highly excited by what had been said, and leaning forward over the table, he addressed John, "Ask him who it is, or if he has told you, tell me who is the betrayer."

Jesus brought their whisperings to an end by saying: "I sorrow that this evil should have come to pass and hoped even up to this hour that the power of truth might triumph over the deceptions of evil, but such victories are not won without the faith of the sincere love of truth. I would not have told you these things at this, our last supper, but I desire to warn you of these sorrows and so prepare you for what is now upon us. I have told you of this because I desire that you should recall, after I have gone, that I knew about all these evil plottings, and that I forewarned you of my betrayal. And I do all this only that you may be strengthened for the temptations and trials which are just ahead."

When Jesus had thus spoken, leaning over toward Judas, he said: "What you have decided to do, do quickly." And when Judas heard these words, he arose from the table and hastily left the room, going out into the night to do what he had set his mind to accomplish. When the other apostles saw Judas hasten off after Jesus had spoken to him, they thought he had gone to procure something additional for the supper or to do some other errand for the Master since they supposed he still carried the bag.

Jesus now knew that nothing could be done to keep Judas from turning traitor. He started with twelve--now he had eleven. He chose six of these apostles, and though Judas was among those nominated by his first-chosen apostles, still the Master accepted him and had, up to this very hour, done everything possible to sanctify and save him, even as he had wrought for the peace and salvation of the others.

This supper, with its tender episodes and softening touches, was Jesus' last appeal to the deserting Judas, but it was of

Web    Images    Maps    News    Shopping    Gmail    more ▼                    Sign in

# Google

|                | Jesus Judas "do it quickly" | Search | Advanced Search<br>Preferences |

---

**Web**                              Results **1 - 10** of about **341** for Jesus Judas "do it quickly". (0.42 seconds)

### "Jesus and His Judas" by Ida Postma
... Judas and he withdrew with his Master's injunction ringing in his ears: to do what he
wanted to and do it quickly. After his departure, Jesus spoke: ...
www.theosophy-nw.org/theosnw/world/christ/xt-ida.htm - 13k - Cached - Similar pages

### Revived Qabala: Carlo Suares: Judas, or Jesus Accepted
Here are, in us, standing face to face, Jesus and Judas. Who are they? What are they? And
we hear Jesus giving his order: What you are to do, do it quickly, ...
www.psyche.com/psyche/suares/jesus_and_judas.html - 35k - Cached - Similar pages

### Judas
Then, knowing that there was no change of heart, Jesus told Judas, "What you have to do,
do it quickly." Jesus set the whole event in motion Himself. ...
www.waterwindandfire.co.uk/Judas.htm - 11k - Cached - Similar pages

### For 30 Pieces of Silver
Even when Jesus said, "What you have to do, do it quickly," the words did not penetrate the
heart or the understanding in Judas. It never occurred to him to ...
www.joankrempelministries.com/mysteries/30pieces.html - 10k - Cached - Similar pages

### [DOC] Judas: Friend or Fiend – The Gospel of Judas
File Format: Microsoft Word - View as HTML
At the Last Supper, didn't Jesus tell him to go do what he had to do and do it quickly? Was
this all part of the plan? After all, without Judas betrayal ...
www.fumc-a2.org/cf/files/sermon060731.doc - Similar pages

### The Last Supper
This event, this exchange between Jesus and Judas, between the Teacher and ... He freed
Jesus to be Christ. Judas released Jesus, or facilitated Jesus' own ...
www.zoofence.com/itb2.html - 17k - Cached - Similar pages

### Infamy : Matthew 26:14-16 : What Jesus Did!
As soon as Judas took the bread, Satan entered him. Jesus said to him, "The thing that you
will do—do it quickly." ... Judas took the bread Jesus gave him ...
www.heartlight.org/wjd/1126-wjd.html - 11k - Cached - Similar pages

### Scene VI - The University / Frat house
Yes, if you're gonna do it, do it quickly. Judas: Consider it done. they both exit stage left.
Enter Saint Peter and Jesus stage right, they stop over by ...
www.undergroundpuppets.com/easter/scene6.html - 7k - Cached - Similar pages

### BBC - Religion & Ethics - Who killed Jesus?: The case against Jesus
Later, Jesus identified Judas Iscariot as his betrayer. In one of the Gospels Jesus says to
Judas, "Do what you have to do, but do it quickly." ...
www.bbc.co.uk/religion/religions/christianity/history/whokilledjesus_3.shtml - 22k -
Cached - Similar pages

### AVERAGE JOE AMERICAN: Jesus, by Walter Wangerin, Jr.
Jesus said, "What you are about to do, go: do it quickly." The author paints a very colorful
character in Judas Iscariot. We learn more about what Judas ...
averagejoeblogs.blogspot.com/2008/02/jesus-by-walter-wangerin-jr.html - 165k -
Cached - Similar pages

# EXHIBIT 12
# SIEGARTEL DECLARATION

You can support Wikipedia by making a tax-deductible donation.

# The Passion of the Christ

From Wikipedia, the free encyclopedia

***The Passion of the Christ*** is a 2004 film co-written, co-produced and directed by Mel Gibson. It is based primarily on biblical accounts of the arrest, trial, crucifixion, and resurrection of Jesus Christ, events commonly known as "The Passion". The film contains very strong scenes of violence, whipping and suffering. The film's dialogue is in Aramaic, Latin, and Hebrew, with subtitles. It was filmed in Matera, Italy and Cinecittà Studios, Rome.

## Contents

- 1 Plot
- 2 Cast and crew
    - 2.1 Cast
    - 2.2 Notable Crew
- 3 Mel Gibson's role
- 4 Title changes
- 5 Promotion
- 6 Statistics
- 7 Commercial success
    - 7.1 Home video
    - 7.2 Re-release
    - 7.3 International box office
    - 7.4 The Definitive Edition DVD
- 8 Source material
    - 8.1 Differences from the New Testament
- 9 Critical perceptions
    - 9.1 Anti-Semitism
    - 9.2 Positive views of Judaism
    - 9.3 Christian criticism
    - 9.4 Critical reaction
    - 9.5 Criticism of the explicit violence
- 10 Cultural impact
- 11 Satire
- 12 Music
- 13 See also
- 14 References

## Plot



Jesus is tempted in the garden by a personified Satan, who appears as an androgynous albino. Mary, mother of Jesus, awakes from a dream with feelings of foreboding and quotes from the Passover Seder, *Why is this night different than other nights*, and Mary



*The Passion of the Christ*

| | |
|---|---|
| **Directed by** | Mel Gibson |
| **Produced by** | Bruce Davey<br>Mel Gibson<br>Stephen McEveety |
| **Written by** | Benedict Fitzgerald<br>Mel Gibson |
| **Starring** | James Caviezel<br>Maia Morgenstern<br>Monica Bellucci<br>Hristo Naumov Shopov<br>Mattia Sbragia<br>Rosalinda Celentano |
| **Music by** | John Debney<br>Gingger Shankar |
| **Cinematography** | Caleb Deschanel |
| **Editing by** | Steve Mirkovich<br>John Wright |
| **Distributed by** | **Theatrical:**<br> Icon Entertainment<br>Newmarket Films<br>Equinox Films<br>20th Century Fox<br>**DVD:**<br>MGM Home Entertainment<br>Warner Home Video<br>20th Century Fox Home |

Case 1:08-cv-01226-LTS    Document 22-10    Filed 06/27/2008    Page 3 of 16

| | |
|---|---|
| The Devil peering over Jesus' shoulder. | |

Magdalene replies with a traditional response: *Because once we were slaves and we are slaves no longer*. When questioned by Caiaphas, Jesus pronounces the ineffable Name of God in his response, which justifies Caiaphas' subsequent charge of blasphemy before witnesses. Herod Antipas is depicted as an effeminate pederast. The people in the crowd that demands the freedom of Barabbas rather than Jesus have been paid to do so by Caiaphas.

An event similar to the story of Saint Veronica is in this account, but the woman is named "Seraphia" in the cast list. Although it is one of the Stations of the Cross, the story of Veronica wiping Jesus' brow with her veil on the Via Dolorosa is not present in the canonical gospels.

The movie ends with Jesus' resurrection and exit from the tomb, the holes in his hands from the nails visible as he walks.

| | |
|---|---|
| | Entertainment |
| **Release date(s)** | 🇺🇸 February 25, 2004 |
| **Running time** | 127 minutes |
| **Country** | 🇺🇸 United States |
| **Language** | Aramaic<br>Latin<br>Hebrew<br>Assyrian Neo-Aramaic |
| **Budget** | $30 million USD |
| **Gross revenue** | **Domestic:** $370,782,930<br>**Worldwide:** $611,899,420 |

**Allmovie profile**
(http://allmovie.com/cg/avg.dll?
p=avg&sql=1:290960)
**IMDb profile**
(http://www.imdb.com/title/tt0335345/)

# Cast and crew

## Cast

| Actor/Actress | Role |
|---|---|
| Jim Caviezel | Jesus of Nazareth |
| Maia Morgenstern | The Virgin Mary |
| Monica Bellucci | Mary Magdalene |
| Hristo Shopov | Pontius Pilate |
| Mattia Sbragia | Yosef Caiaphas |
| Rosalinda Celentano | Satan |
| Hristo Jivkov | Saint John |
| Francesco DeVito | Saint Peter |
| Luca Lionello | Judas Iscariot |
| Claudia Gerini | Claudia Procles |
| Pietro "Pedro" Sarubbi | Barabbas |
| Sergio Rubini | Dismas |
| Francesco Cabras | Gesmas |
| Toni Bertorelli | Annas ben Seth |
| Roberto Bestazoni | Malchus |
| Giovanni Capalbo | Cassius |
| Emilio De Marchi | Scornful Roman |
| Roberto Visconti | Scornful Roman |
| Lello Giulivo | Brutish Roman |
| Abel Jafry | 2nd Temple Officer |
| Jarreth Merz | Simon of Cyrene |

You can support Wikipedia by making a tax-deductible donation.

# The Last Temptation of Christ (film)

From Wikipedia, the free encyclopedia

**The Last Temptation of Christ** is a 1988 film directed by Martin Scorsese. It is a film adaptation of the controversial 1951 novel of the same name by Nikos Kazantzakis. It stars Willem Dafoe as Jesus Christ, Harvey Keitel as Judas Iscariot, Barbara Hershey as Mary Magdalene, David Bowie as Pontius Pilate, and Harry Dean Stanton as Paul. The film was shot entirely in Morocco. Universal Pictures released the film.

Like the novel, the film depicts the life of Jesus Christ, and its central thesis is that Jesus, while free from sin, was still subject to every form of temptation that humans face, including fear, doubt, depression, reluctance and lust. This results in the book and film depicting Christ being tempted by imagining himself engaged in sexual activities, a notion that has caused outrage from some Christians. The movie includes a disclaimer explaining that it departs from the commonly-accepted Biblical portrayal of Jesus' life, and that it is not intended to be an exact recreation of the events detailed in the Gospels.

The film received its only Academy Award nomination for Martin Scorsese as Best Director.



*The Last Temptation of Christ*

Theatrical release poster

| | |
|---|---|
| **Directed by** | Martin Scorsese |
| **Produced by** | Barbara De Fina |
| **Written by** | Nikos Kazantzakis Paul Schrader |
| **Starring** | Willem Dafoe Harvey Keitel |
| **Music by** | Peter Gabriel |
| **Cinematography** | Michael Ballhaus |
| **Editing by** | Thelma Schoonmaker |
| **Distributed by** | Universal Pictures |
| **Release date(s)** | August 12, 1988 |
| **Running time** | 164 min. |
| **Country** | |
| **Language** | English |
| **Budget** | $7 million |
| **Gross revenue** | $8,373,585 |

**Allmovie profile**
(http://allmovie.com/cg/avg.dll?
p=avg&sql=1:28389)
**IMDb profile**
(http://www.imdb.com/title/tt0095497/)

## Contents

- 1 Plot
  - 1.1 The Final Shot
- 2 Cast
- 3 Background
- 4 Controversial content
- 5 Protests
- 6 Critical reception and interpretation
- 7 Soundtrack and music
- 8 References
- 9 External links

## Plot

Jesus of Nazareth is a carpenter in the Roman-occupied Judea. He is torn between himself as a man and his knowledge that God has a plan for him. His conflict results in self loathing, and he collaborates to construct crosses Romans used to crucify Jewish revolutionaries, an

Near the end of his life, Jesus' former disciples visit him on his deathbed. Judas comes last and calls Jesus a traitor. It is revealed that the angel is in fact Satan, who has been tempting him into this life of comfort as a mortal man. Jesus realizes that he must die to bring salvation to mankind. Crawling back through the burning city of Jerusalem, he reaches the site of his crucifixion and begs God to let him fulfill his purpose and to "let [him] be [God's] son."

Jesus is instantly back on the cross. He cries out as he dies, "It is accomplished! It is accomplished."

**The Final Shot**

At the very end of the film, before the closing credits, the screen fades into solid white at the point where Jesus dies on the cross. According to director Martin Scorsese, this was unintentional. The camera used in the shooting was damaged and leaked light onto the film. The fade to white wasn't discovered until after the film was processed. [1] (http://imdb.com/title/tt0095497/trivia)

# Cast

- Willem Dafoe as Jesus
- Harvey Keitel as Judas Iscariot
- Steve Shill as Centurion
- Verna Bloom as Mary, mother of Jesus
- Barbara Hershey as Mary Magdalene
- Roberts Blossom as Aged Master
- Barry Miller as Jerobeam
- Gary Basaraba as Saint Andrew
- Irvin Kershner as Zebedee
- Victor Argo as Saint Peter
- Paul Herman as Philip the Apostle
- John Lurie as James, son of Zebedee
- Leo Burmester as Bartholomew the Apostle
- Andre Gregory as John the Baptist
- Alan Rosenberg as Thomas the Apostle
- Nehemiah Persoff as Rabbi
- Harry Dean Stanton as Paul of Tarsus
- Peter Berling as Beggar
- David Bowie as Pontius Pilate
- Leo Marks as Voice of Satan

# Background

Martin Scorsese had wanted to make a film version of Jesus' life since childhood. Scorsese optioned the novel *The Last Temptation* in late 1970s, and he gave it to Paul Schrader to adapt. *The Last Temptation* was originally to be Scorsese's follow-up to *The King of Comedy*; production was slated to begin in 1983 for Paramount. The original cast included Aidan Quinn as Jesus, Sting as Pontius Pilate, and Barbara Hershey as Mary Magdalene. Management at Paramount and its parent company, Gulf + Western became uneasy due to the ballooning budget for the picture and protest letters received from religious groups. The project went into turnaround and was finally canceled in December

# Jesus (1999 film)

*Make a donation to Wikipedia and give the gift of knowledge!*

From Wikipedia, the free encyclopedia

*Jesus* (1999) is a made-for-television Biblical film that retells the story of Jesus of Nazareth.

It stars Jeremy Sisto as Jesus, Jacqueline Bisset as Mary of Nazareth, Debra Messing as Mary Magdalene and Gary Oldman as Pontius Pilate.

The film is notable for presenting a more human Jesus, compared to more solemn portrayals in earlier films; here Jesus laughs and cries much like anyone else. Among other things, he weeps at Joseph's funeral, throws stones in Lake Galilee when meeting Simon Peter and James son of Zebedee for the first time, dances at the wedding at Cana, and starts a water-splashing fight with his disciples at a well.

Also, Satan is portrayed as a man in modern dress (and as a woman in red, but the former guise is more prominent).

The film adds a Roman historian named "Livio" who watches as events unfold; he is presumably named after Livy.

The movie's featured lead original soundtrack is *"I Need You"* by LeAnn Rimes.

## Full Cast

- Jeremy Sisto - Jesus
- Jacqueline Bisset - Mary, mother of Jesus
- Armin Mueller-Stahl - Joseph the carpenter
- Debra Messing - Mary Magdalene
- David O'Hara - John the Baptist
- G. W. Bailey - Livio
- Luca Barbareschi - Herod Antipas
- Christian Kohlund - Caiaphas
- Stefania Rocca - Mary of Bethany
- Luca Zingaretti - Simon Peter
- Ian Duncan - John, son of Zebedee
- Elena Sofia Ricci - Herodias
- Gilly Gilchrist - Andrew
- Thomas Lockyer - Judas Iscariot
- Claudio Amendola - Barabbas
- Jeroen Krabbé - male Satan
- Gary Oldman - Pontius Pilate
- Gabriella Pession - Salome
- Maria Cristina Heller - Martha
- Manuela Ruggeri - female Satan
- Peter Gevisser - Lazarus
- Fabio Sartor - James, son of Zebedee
- Sebastian Knapp - Levi Matthew



***Jesus***

| | |
|---|---|
| **Directed by** | Roger Young |
| **Produced by** | Russell Kagan, Roberta Cadringher |
| **Written by** | Suzette Couture (teleplay) |
| **Starring** | Jeremy Sisto, Debra Messing, Jacqueline Bisset, Armin Mueller-Stahl, and Gary Oldman |
| **Music by** | Patrick Williams |
| **Cinematography** | Raffaele Mertes |
| **Editing by** | Benjamin A. Weissman |
| **Distributed by** | CBS Television |
| **Release date(s)** | 2000 |
| **Running time** | 240 minutes |
| **Country** | United States |
| **Language** | English |
| **Budget** | $20,000,000 (estimated) |

**Official website**
**(http://www.fivemileriverfilms.com/jesus.html)**
**Allmovie profile**
**(http://allmovie.com/cg/avg.dll?**
**p=avg&sql=200570)**
**IMDb profile**
**(http://www.imdb.com/title/tt0199232/)**

Case 1:08-cv-01228-LPS    Document 22-10    Filed 06/27/2008    Page 7 of 16



THINK AGAIN.    CLICK



The Internet Movie Database

*Now Playing  Movie/TV News  My Movies  DVD New Releases  IMDbTV  Message Boards  Showtimes & Tickets  IMDbPro  IMDb Resume*

Login | Register

**Home** | **Top Movies** | **Photos** | **Independent Film** | **GameBase** | **Browse** | **Help**

search

| All | | go | more | tips |

IMDb > The Greatest Story Ever Told (1965) > **Full cast and crew**

SHOP *GREATEST...*



add to My Movies

**Quicklinks**

full cast and crew

**Top Links**

trailers and videos
full cast and crew
trivia
official sites
memorable
quotes

**Overview**

main details
combined details
full cast and crew
company credits
tv schedule

**Awards & Reviews**

user comments
external reviews
newsgroup
reviews
awards
user ratings

Full cast and crew for

# The Greatest Story Ever Told (1965)

advertisement

 **photos**       **board**      trailer       **details**



FREE TRIAL

*IMDbPro.com offers representation listings for over 65,000 individuals, including actors, directors, and producers, as well as company and employee contact details for over 10,000 companies in the entertainment industry.*
**Click here for a free trial!**

**Directed by**

George Stevens

David Lean      (some scenes) (uncredited)

Jean Negulesco      (some scenes) (uncredited)

Case 1:08-cv-01228-LPS    Document 22-10    Filed 06/27/2008    Page 8 of 16

parents guide
**recommendations**
**message board**

**Plot & Quotes**
**plot summary**
plot synopsis
**plot keywords**
**Amazon.com**
**summary**
**memorable**
**quotes**

**Fun Stuff**
**trivia**
**goofs**
**soundtrack listing**
crazy credits
**alternate versions**
**movie**
**connections**
FAQ

**Other Info**
**merchandising**
**links**
**box**
**office/business**
**release dates**
**filming locations**
**technical specs**
laserdisc details
**DVD details**
**literature listings**
**NewsDesk**

**Promotional**
taglines
**trailers and videos**
**posters**
**photo gallery**

**External Links**
showtimes
**official sites**
**miscellaneous**
**photographs**
sound clips
video clips

## Writing credits

Fulton Oursler          (book)

Henry Denker            (source writings)

James Lee Barrett       (screenplay) and
George Stevens          (screenplay)

Carl Sandburg           uncredited

## Cast (in credits order) complete, awaiting verification

 Max von Sydow          ...    Jesus

Michael Anderson       ...    James the Younger
Jr.

 Carroll Baker          ...    Veronica

Ina Balin              ...    Martha of Bethany

 Pat Boone              ...    Young Man at the Tomb

Victor Buono           ...    Sorak

Richard Conte          ...    Barabbas

Joanna Dunham          ...    Mary Magdalene

José Ferrer            ...    Herod Antipas

Van Heflin             ...    Bar Amand

Charlton Heston        ...    John the Baptist

 Martin Landau          ...    Caiaphas

 Angela Lansbury        ...    Claudia

Janet Margolin         ...    Mary of Bethany

David McCallum         ...    Judas Iscariot

 Roddy McDowall         ...    Matthew

Dorothy McGuire        ...    The Virgin Mary

 Sal Mineo              ...    Uriah

 Nehemiah Persoff       ...    Shemiah

 Donald Pleasence       ...    The Dark Hermit - Satan

 Sidney Poitier         ...    Simon of Cyrene



| | | | |
|---|---|---|---|
| Claude Rains | ... | King Herod |
| Gary Raymond | ... | Peter |
| Telly Savalas | ... | Pontius Pilate |
| Joseph Schildkraut | ... | Nicodemus |
| Paul Stewart | ... | Questor |
| John Wayne | ... | Centurion at crucifixion |
| Shelley Winters | ... | Woman who is healed |
| Ed Wynn | ... | Old Aram |
| John Abbott | ... | Aben |
| Rodolfo Acosta | ... | Captain of lancers |
| Michael Ansara | ... | Herod's commander |
| Robert Blake | ... | Simon the Zealot |
| Burt Brinckerhoff | ... | Andrew |
| Robert Busch | ... | Emissary |
| John Considine | ... | John |
| Philip Coolidge | ... | Chuza |
| John Crawford | ... | Alexander |
| Frank DeKova | ... | The tormentor (as Frank de Kova) |
| Cyril Delevanti | ... | Melchior |
| Jamie Farr | ... | Thaddaeus |
| David Hedison | ... | Philip |
| Russell Johnson | ... | Scribe |
| Mark Lenard | ... | Balthazar |
| Robert Loggia | ... | Joseph |
| John Lupton | ... | Speaker of Capernaum |



Just $29.95 a month your first year when combined

HD channels at no extra charge, unlike satellite or phone company TV



The Internet Movie Database



All [_____] (go) more | tips

IMDb > Jesus Christ Superstar (1973)

SHOP *JESUS...*

# Jesus Christ Superstar (1973)



⭐ photos  💬 board  🎬 trailer  IMDb Pro details

 



YOUNGER FACE & EYES IN MINUTES

DERMITAGE
Simulates imagery. Results may vary
dermitage.com | *S&P may apply.
TRY IT FREE ▶

advertisement

➕ add to My Movies

**Quicklinks**
[ main details ]

**Top Links**
- trailers and videos
- full cast and crew
- trivia
- official sites
- memorable
- quotes

**Overview**
- main details
- combined details
- full cast and crew
- company credits
- tv schedule

**Awards & Reviews**
- user comments
- external reviews
- newsgroup
- reviews
- awards
- user ratings
- parents guide

Register or login to rate this title

**User Rating: 6.7/10** (7,823 votes)
more

**Photos** (see all 14 | slideshow)



**Videos**




  



recommendations
message board

**Plot & Quotes**

plot summary
plot synopsis
plot keywords
Amazon.com
summary
memorable
quotes

**Fun Stuff**

trivia
goofs
soundtrack listing
crazy credits
alternate versions
movie
connections
FAQ

**Other Info**

merchandising
links
box
office/business
release dates
filming locations
technical specs
laserdisc details
DVD details
literature listings
NewsDesk

**Promotional**

taglines
trailers and videos
posters
photo gallery

**External Links**

showtimes
official sites
miscellaneous
photographs
sound clips
video clips

Sponsored Links

**Have You
Invented
Anything?**
We help New
York Inventors!
Click for your
free information.
www.InventHe...

**Prepare to be**

## Overview

**Director:**   Norman Jewison

**Writers:**   Tim Rice (book) &
Norman Jewison (screenplay) ...
**more**

**Release Date:**   15 August 1973 (USA)  **more**    **view trailer**

**Genre:**   Drama | History | Musical **more**

**Tagline:**   and now the film... **more**

**Plot:**   Film version of the musical stage play, presenting the last few weeks of Christ's life, told in an anachronistic manner. **full summary** | **full synopsis (warning! may contain spoilers)**

**Plot Keywords:**   Crucifixion | Anachronistic | Slow Motion | Suicide | Betrayal **more**

**Awards:**   Nominated for Oscar. Another 3 wins & 9 nominations **more**

**NewsDesk:**   **'Superstar' Movie Cast Reunited On Stage** (From Studio Briefing. 15 August 2006)
**(2 articles)**

**Reilly Begs for 'Guys and Dolls' Role** (From WENN. 10 December 2004)

**User Comments:**   Very good, if not quite a superstar, movie musical **more**

## Cast (Cast overview, first billed only)

| | | | |
|---|---|---|---|
| | Ted Neeley | ... | Jesus Christ |
| | Carl Anderson | ... | Judas Iscariot |
| | Yvonne Elliman | ... | Mary Magdalene |
| | Barry Dennen | ... | Pontius Pilate |
| | Bob Bingham | ... | Caiaphas |
| | Larry Marshall | ... | Simon Zealotes (as Larry T. Marshall) |
| | Josh Mostel | ... | King Herod (as Joshua Mostel) |
| | Kurt Yaghjian | ... | Annas |

Paul Thomas   ...   Peter (as Philip Toubus)

Pi Douglass   ...   Apostle

Richard Orbach   ...   John

Robert LuPone   ...   James

Jonathan Wynne   ...   Apostle

Thommie Walsh   ...   Thaddeus

Richard Molinare   ...   Andrew

**more**

## Additional Details

| | |
|---|---|
| **Parents Guide:** | View content advisory for parents |
| **Runtime:** | 108 min |
| **Country:** | USA |
| **Language:** | English |
| **Color:** | Color (Technicolor) |
| **Aspect Ratio:** | 2.20 : 1 **more** |
| **Sound Mix:** | 70 mm 6-Track (Westrex Recording System) (70 mm prints) \| Mono (35 mm optical prints) \| 4-Track Stereo (35 mm magnetic prints) |
| **Certification:** | Spain:13 \| Australia:G \| Netherlands:6 \| Iceland:L \| Argentina:13 \| Finland:K-12 \| Netherlands:AL \| Norway:12 \| Sweden:11 \| UK:PG \| USA:G \| Singapore:PG \| Canada:G |
| **Filming Locations:** | Beit Guvrin, Israel **more** |
| **MOVIEmeter:** ❓ | ⬇ **15%** since last week  **why?** |
| **Company:** | Universal Pictures **more** |

## Fun Stuff

| | |
|---|---|
| **Trivia:** | Norman Jewison's previous project had been the film version of the Broadway hit Fiddler on the Roof (1971) in which he had cast Israeli actor Topol in the role of Tevye, to the bitter disappointment of Broadway's Tevye, Zero Mostel. When Jewison wanted to cast Mostel's son Joshua as Herod in this movie Mostel snapped, "Tell him to get Topol's son!" **more** |
| **Goofs:** | Revealing mistakes: When Ted Neeley is hanging on the cross, he moves his hands away from the wooden crosspieces, showing that the nails are just nail heads stuck to his palms.  **more** |
| **Quotes:** | **Jesus**: Surely you're not saying we have the resources to save the poor from their lot? There will be poor always, pathetically struggling, look at the good things you've got! Think while you still have me, move while you still need me. You'll be lost and you'll be sorry when I'm gone! **more** |

Leader's Guide for

# The Bible Stories Video Project:

# The Path of Jesus

**Study materials Prepared by
Dawn Moore
and the staff of**



**Christian History Institute
for**



**Vision Video
P.O. Box 540
Worcester, PA 19490
1-800-523-0226
www.visionvideo.com**

## Other titles available:

### Parables of Jesus



Here are seven short narrated dramas portraying the parables of Jesus, hosted by Christopher Gornold-Smith. See the Bible come alive, understand the customs and culture behind the parables, and feel the impact of Jesus' message. See the parables of the Good Samaritan, Unmerciful Servant, Treasure and the Pearl, Lost Son, Midnight Visitor, The Dinner, and The Manager. A wonderful resource for Bible study, small groups, and Sunday school. Free PDF guide on website. 58 minutes. DVD - #500867D

### People Who Met Jesus, Series I



Here are eight short narrated stories about people to whom Jesus ministered: Simon Peter, Matthew, the centurion, the woman at the well, the nobleman, Jairus, the rich young ruler and Nicodemus. See the way He related to these people from such diverse backgrounds. A free downloadable PDF guide is available which presents a more in-depth understanding of supporting Scripture for each dramatic story. This is a wonderful resource for Bible study, small groups and Sunday school. 58 minutes. DVD - #4653D

### People Who Met Jesus, Series II



Here are narrated stories of eight people who met Jesus. Three of them became His disciples, and five of them rejected Him, but all of them were impacted by His life and message. They are very different personalities and each one has something to teach us: Zacchaeus, The Man Born Blind, Annas the Priest, Caiaphas, Judas Iscariot, Herod Antipas, Pontius Pilate, and Joseph of Arimathea. Understand the events leading up to the death and resurrection of Christ through the eyes of the people involved. Free downloadable PDF guide available. 50 minutes. DVD - #500763D



**For a free catalog of our videos contact:**
Gateway Films/Vision Video
P.O. Box 540, Worcester, PA 19490
Phone: 1-800-523-0226 • Fax: 610-584-6643
E-Mail: info@visionvideo.com • Web: www.visionvideo.com

*Make a donation to Wikipedia and give the gift of knowledge!*

# Jesus of Nazareth (miniseries)

From Wikipedia, the free encyclopedia
  (Redirected from Jesus of Nazareth (film))

*Jesus of Nazareth* is a six-hour long Italian-British television miniseries of the birth, life, death, and resurrection of Jesus based on the accounts given in the Gospels of Matthew, Mark, Luke, and John.

The movie was produced by Lew Grade through his ITC Entertainment company, directed by Franco Zeffirelli, and written by Zeffirelli, Anthony Burgess and Suso Cecchi d'Amico, after Zeffirelli was approached by Pope Paul VI to make a film about Christ.

*Jesus of Nazareth* premiered in 1977 on Palm Sunday and Easter Sunday and continues to be broadcast every Easter and Christmas on the History Channel.

For its fifth airing on US television at Easter 1987, TV Guide called it "the best miniseries of all time" and "unparalleled television.".

Newsweek writer Harry F. Waters remarked that:

> Rarely have the humanity and divinity of Christ been evoked with as much passion, sensitivity, and ecumenical deference as Zeffirelli has brought to the story.

Rev. Patrick Sullivan of the U.S. Catholic Conference ("New Look at Jesus," April 4, 1977) was quoted as saying:

> Zeffirelli has succeeded admirably in making Christ's story understandable to a modern secular audience.

A review in Variety read:

> Passion, beauty, and brilliant storytelling are all on display in this six-hour-plus epic from Italian director Franco Zeffirelli. Robert Powell is superb in the title role, and with the overwhelming success of this TV movie throughout the world, has perhaps become what Jesus looks like in many people's minds. The story begins with the arrangements of the wedding between Joseph and Mary, and chronicles the nativity, the encounter with John the Baptist (a ferocious Michael York) and everything up to the crucifixion and resurrection. This film is beautifully shot on actual locations, with haunting music by Maurice Jarre and an all-star cast, including Anne Bancroft, Laurence Olivier, Ian Holm, Ernest Borgnine, Peter Ustinov, James Mason, Anthony Quinn, Rod Steiger and Christopher Plummer. Zeffirelli has created a thorough, but never dull or dogmatic, retelling of the story, and the result is a uniquely transcendental film that holds the power to inspire no matter what the viewer's beliefs or background.

The miniseries received two Emmy nominations, neither of which it won. The big winner that year was the miniseries *Holocaust*.



### Jesus of Nazareth

Robert Powell as Jesus of Nazareth

| | |
|---|---|
| **Genre** | Biographical film |
| **Running time** | 371 (UK: 2x 180mins) |
| **Distributor** | ITC Entertainment |
| **Written by** | Anthony Burgess<br>Suso Cecchi d'Amico<br>Franco Zeffirelli |
| **Directed by** | Franco Zeffirelli |
| **Produced by** | Vincenzo Labella |
| **Starring** | Robert Powell<br>Anne Bancroft<br>Ernest Borgnine |
| **Editor(s)** | Reginald Mills |
| **Music by** | Maurice Jarre |
| **Budget** | Estimates vary between $12 million to $18 million |
| **Country of origin** | Italy / U.K. |
| **Language** | Assyrian Neo-Aramaic<br>English |
| **Release date(s)** | April 3, 1977 |

**Allmovie profile
(http://allmovie.com/cg/avg.dll?
p=avg&sql=26102)**

**IMDb profile
(http://www.imdb.com/title/tt0075520/)**

## Contents

- 1 Cast
- 2 Ratings
- 3 Portrayal of Jesus
- 4 See also
- 5 Further reading
- 6 External links

# Cast

**Starring**

- Robert Powell as Jesus

**Guest Stars**

- Anne Bancroft as Mary Magdalene
- Ernest Borgnine as the Roman centurion
- Claudia Cardinale as the Adulteress
- Valentina Cortese as Herodias
- James Farentino as Peter
- James Earl Jones as Balthazar
- Stacy Keach as Barabbas
- Tony Lo Bianco as Quintillius
- James Mason as Joseph of Arimathea
- Ian McShane as Judas Iscariot
- Laurence Olivier as Nicodemus
- Donald Pleasence as Melchior
- Christopher Plummer as Herod Antipas
- Anthony Quinn as Caiaphas
- Fernando Rey as Gaspar
- Ralph Richardson as Simeon
- Rod Steiger as Pontius Pilate
- Peter Ustinov as Herod the Great
- Michael York as John the Baptist

**and**

- Olivia Hussey as Mary, the mother of Jesus

**Also Starring**

- Cyril Cusack as Yehuda
- Ian Holm as Zerah
- Yorgo Voyagis as Joseph

**With**

- Ian Bannen as Amos
- Marina Berti as Elizabeth
- Regina Bianchi as Saint Anne

# EXHIBIT 13
# SIEGARTEL DECLARATION

# MICHELE PORTO STINE
### ATTORNEY AT LAW
783 SLEEPY HOLLOW RD.
BRIARCLIFF MANOR, NY 10510

TELEPHONE (914) 631-7012

September 25, 2007

J. Buzetti
The Gersh Agency
41 Madison Avenue, Suite 3300
New York, NY 10010

RE:  Stephen A. Guirgis "The Last Days of Judas Iscariot"

Dear Mr. Buzetti

I represent Guy Michaels, the author of the book, "JUDAS ON APPEAL", (copyright 1999).  Your client's above mentioned play, written and produced in 2005, seems to be an infringement upon my client's copyright.

There are at least eight specific points that are written in Mr. Michaels' book and that also appear in this play.  These eight points were never mentioned in the Bible.   For example, both story lines take place at a hearing in a court room in present time.

Please contact me as soon as possible so we can discuss this important matter.

Sincerely,

# SCHRECK ROSE DAPELLO ADAMS & HURWITZ LLP

JAMES S. ADAMS
DAVID S. BERLIN
JOSEPH J. DAPELLO
ISAAC DUNHAM
ALLISON EMMETT
ANDREW P. HURWITZ
NANCY A. ROSE
ALAN D. SACKS
JOSHUA M. SANDLER*
IRA SCHRECK*

EMERSON E. BRUNS
OF COUNSEL

* ALSO ADMITTED IN CA.

ATTORNEYS AT LAW
TELEPHONE  212-832-1977
FACSIMILE  212-832-2969

WRITER'S DIRECT DIAL
212-832-2510

November 29, 2007

**BY FEDERAL EXPRESS**

Michele Porto Stine, Esq.
783 Sleepy Hollow Rd.
Briarcliff Manor, NY  10510

     Re:   <u>Guy Michaels / "The Last Days of Judas Iscariot" /
           Stephen A. Guirgis  (531-003)</u>

Dear Ms. Stine:

     I am in receipt of your letter to John Buzzetti dated September 25, 2007.

     Your letter refers to "eight specific points that are written in Mr. Michaels' book and that also appear in this play," yet you only mention one point: that the storylines of Mr. Guirgis' play and your client's novel take place at a hearing in a courtroom in present time.

     Copyright protection extends only to the expression of ideas, not to ideas themselves. The one example you mention contains no expression whatsoever; the time, setting and subject of a work of art are simply facts. Facts are not protectible, and accordingly you have provided no example of an infringement of your client's copyrightable expression.

     This letter is sent without prejudice to any of our client's rights in connection with the foregoing matter, all of which are expressly reserved.

                    Very truly yours,

                    David S. Berlin

DSB/sm
cc:   Mr. Stephen A. Guirgis
      Mr. John Buzzetti
      Nancy A. Rose, Esq.

## MICHELE PORTO STINE

### ATTORNEY AT LAW

753 SLEEPY HOLLOW RD.
BRIARCLIFF MANOR, NY 10510
_____
TELEPHONE (914) 631-7012

FAX (914) 631-5437

December 21, 2007

**VIA MAIL**

David Berlin, Esq.
Schreck Rose Dapello Adams & Hurwitz LLP
1790 Broadway
New York, NY 10019

**Re:  Guy Michaels/ Stephen Guirgis**

Dear Mr. Berlin:

   As I have previously mentioned to your firm through written communication ( Buzzetti letter dated September 25, 2007) and numerous telephone conversations with Ms. Nancy A. Rose, Esq., my client believes that Stephen Guirgis' play does constitute copyright infringement.  Furthermore, the production of this play in California, Texas and Illinois, in light of the notice that Mr. Guirgis has been given by my client, constitutes willful infringement.

   One example of the infringement that is included in the complaint presently being prepared, states that the concept of Judas receiving forgiveness by Jesus Christ as set forth in a modern day courtroom scene does not exist in any other literary work. Yet, Mr. Guirgis uses this exact idea as evidenced in page 106 of his script.

   This matter should be immediately addressed by all parties concerned.  If I do not receive a prompt response, my client is prepared to file suit for copyright infringement in the coming weeks.

Sincerely

# SCHRECK ROSE DAPELLO ADAMS & HURWITZ LLP

JAMES S. ADAMS
DAVID S. BERLIN
JOSEPH J. DAPELLO
ISAAC DUNHAM
ALLISON EMMETT
ANDREW P. HURWITZ
NANCY A. ROSE
ALAN D. SACKS
JOSHUA M. SANDLER*
IRA SCHRECK*

EMERSON E. BRUNS
OF COUNSEL

* ALSO ADMITTED IN CA.

ATTORNEYS AT LAW
TELEPHONE  212·832·1977
FACSIMILE  212·832·2969

WRITER'S DIRECT DIAL
212·832·2510

December 21, 2007

**BY FEDERAL EXPRESS**

Michele Porto Stine, Esq.
783 Sleepy Hollow Rd.
Briarcliff Manor, NY  10510

Re:    Guy Michaels / "The Last Days of Judas Iscariot" /
Stephen A. Guirgis  (531-003)

Dear Ms. Stine:

I am in receipt of your letter to me of even date herewith.  As with your previous letter to John Buzzetti dated September 25, 2007, you do not state a copyright claim.

Your most recent letter states that the "concept" of "Judas receiving forgiveness by Jesus Christ as set from in a modern day courtroom scene does not exist in any other literary work."  You go on to state that the same "idea" is used by our client on page 106 of his script.

The terminology of your letter, in which you state that our respective clients' works share similar "ideas," proves that you have stated no copyright claim.  Copyright protection extends only to the expression of concepts and ideas, not the concepts and ideas themselves.  You have not demonstrated whatsoever that our client has infringed upon any of your client's protectable expression.

We urge you to consult with a copyright specialist; if your client has a legitimate copyright claim, we will address it once it is presented to us.

This letter is sent without prejudice to any of our client's rights in connection with the foregoing matter, all of which are expressly reserved.

Very truly yours,

David S. Berlin

1790  BROADWAY  NEW YORK  NEW YORK  10019

# EXHIBIT 14
# SIEGARTEL DECLARATION

# The Dorf Intellectual Property Group

TRADEMARK LAW
COPYRIGHT LAW
DOMAIN NAMES
IP LITIGATION
LICENSING
ANTI-COUNTERFEITING
TRANSACTIONAL IP

DARREN M. GELIEBTER
DIRECT DIAL: 212.233.4444
E-MAIL: dgeliebter@DorfIP.com

**www.DorfIP.com**

June 26, 2008

**BY FAX: 212-969-2900**
**BY EMAIL: asiergartel@proskauer.com**
**AND FEDERAL EXPRESS**

Adam D. Siegartel
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

> Re:   **Michael G. Porto v. Stephen Adly Guirgis, et al.**
> **No 08-CV-01228 (LTS)(GWG)**
> **(Our Ref.: 3043/08)**

Dear Adam:

In accordance with Paragrapn 2.B of Juge Swain's individual practices, I acknowledge that we had two telephone conversations in order to undertake best efforts to resolve this matter. Furthermore, I now submit this letter in response to yours of June 17, 2008.

Outline of Factual Positions of Plaintiff

Plaintiff Michael G. Porto authored the original literary work "Judas On Appeal" which he self-published on or about February 11, 1999. He is the owner of two (2) copyright registrations in connection with this literary work:  Registration Nos. TXu 887-386 (dated February 10, 1999) and TX 6-626-162 (dated February 1, 2008). This book was offered for sale on Amazon.com and was publicized in a February 1999 article in the New York Daily News tabliod.

In or about March 2, 2005, the play "The Last Days of Judas Iscariot" commenced live performances at The Public Theater in New York City in tandem with the Labyrinth Theater Company as producer, Philip Seyour Hoffman as Director (and founding member of the Labyrinth Theater) and written by Stephen Adly Guirgis (also a member of the Labyrinth

845 THIRD AVENUE, 6ᵗʰ FL.   NEW YORK, NY 10022-6601          PHONE: 212.233.4444   FAX: 212.452.2048

Mr. Adam D. Siegartel
June 26, 2008
Page 2

Theater Company). Live performances of this production ran in New York City from
approximately March 2, 2005 to April 3, 2005 (with previews beginning on February 8, 2005).
Thereafter, live performances of this play were performed in many other cities throughout the
country and beyond. The screenplay "The Last Days of Judas Iscariot" was published in book
form by Dramatists Play Service Inc. in or about 2006 and was simultaneously listed on
Amazon.com and BN.com (Barnes & Noble) for sale. The screenplay was also published in
book form by Faber and Faber, Inc. in or about 2006 and was again listed on Amazon.com and
bn.com for sale thereafter.

<u>Outline of Plaintiff's Legal Position</u>

Plaintiff's legal position is that the screenplay, "The Last Days of Judas Iscariot,"
infringes plaintiff's copyright in that it is substantially and strikingly similar to plaintiff's
previously created, published, disseminated and publicized book "Judas On Appeal."

Plaintiff's book "Judas On Appeal" is a fictional account of a modern-day trial of Judas
Iscariot to decide whether or not his soul should be allowed into Heaven. Defendants'
screenplay "The Last Days of Judas Iscariot" is also a fictional account of a modern-day trial of
Judas Iscariot to decide whether or not his soul should be allowed into Heaven. But as I will
expound upon below, this is merely the starting point from which the many similarities between
the respective works should be compared.

The similarities are not merely uncopyrightable elements that must be excluded from the
substantial similarity inquiry. To the contrary, when one objectively reviews the approximately
twenty-three to twenty-five significant similarities between the respective works, the substantial
similarity, and thus infringement, becomes more clear.

Initially it should be noted that the defendants clearly had access to plaintiff's
copyrighted work through its prior dissemination on Amazon.com and its publicizing in the New
York Daily News.

Next, defendants' screenplay contains elements of plaintiff's original work that can be
characterized as quirky or particularly original and hence unlikely to be reproduced
independently. Any one or two of these elements in and of themselves may not rise to the level
of infringement; but *twenty-three to twenty-five* such substantially similar elements surely rise to
this level. The Second Circuit found the inclusion of 72 of 77 archaic terms and six translation
errors in defendant's work established "striking similarity" and hence illegal copying, without
separately analyzing whether the defendant had access to plaintiff's work. *See Lipton v. The
Nature Co.*, 71 F3d 464, 471-72 (2d Cir. 1995). Here, we know that the defendants had access to
plaintiff's work, so "striking similarity" need not be proved, merely "substantial similarity."

Mr. Adam D. Siegartel
June 26, 2008
Page 3

In this Circuit the "ordinary observer" test is adhered to – the court determines substantial similarity by comparing the works *as a whole*, including any elements that may be uncopyrightable, and by asking whether the infringing work captured the "total concept and feel" of the original from the viewpoint of the "ordinary observer." That being said, the 2nd Circuit applies a "more discerning" observer test for copyrighted works that incorporate nonprotectible expression. Here, the twenty-three to twenty five similarities are *protectible* expression, thus not necessitating the application of the "more discerning" test.

The nature of the copying herein is not necessarily exact; the defendants instead literally take up to twenty-five original, protectible elements of expression from plaintiff's book and incorporate them into his own screenplay using a different syntax and grammatical structure. Substantial similarity of *dialogue* may be found in *analogous language*. This copying of the approximately twenty-five elements must not be considered out of context; instead, these approximately twenty-five substantial similarities between the respective works should be analyzed in the context of the practically identical premise shared by the works: a modern-day trial of Judas Iscariot to decide whether or not his soul should be allowed into Heaven. Again, it is clear that this idea and premise, in and of itself, is just that: an idea, one that is not entitled to protection. However, when the approximately twenty-five additional similarities, all of which never took place in the Bible, are analyzed within the context of the practically identical overriding premise, the infringement becomes much clearer. These approximately twenty-five similarities are quite specific; they are not mere stock plot devices, general plot outlines or superficial similarities. Instead, defendants' screenplay incorporates specific events, discussions, and outcomes, that when taken together as a whole, are not mere skeleton similarities; instead, they rise to the level of substantial similarity. Each of these approximately twenty-five elements are protectible details of expression, not mere general patterns or skeletons of the plot.

In light of the above, plaintiff's position is that the defendants' screenplay is an infringement of his copyrighted literary work. Furthermore, in light of the many (approximately twenty-five) protectible elements of similarity between the respective works, in conjunction with the practically identical nature of the overall premise of each, plaintiff asserts that his claims are quite reasonable in nature. Therefore, an award of costs and attorneys' fees in favor of the defendant would be unwarranted. Reference to the notice given to plaintiff by Mr. Guigis' prior counsel that the "lawsuit had not merit" is irrelevant. Plaintiff did not agree with this assessment in light of the undeniable striking similarities between the respective works.

Mr. Adam D. Siegartel
June 26, 2008
Page 4


I conclude by adding that if your clients have any reasonable settlement offer to make in an attempt to resolve this matter at this time, my client would be willing to entertain such offers.

Regards,

*Darren M. Geliebter*

Darren M. Geliebter