# ⓟ The Dorf Intellectual Property Group

TRADEMARK LAW
COPYRIGHT LAW
DOMAIN NAMES
IP LITIGATION
LICENSING
ANTI-COUNTERFEITING
TRANSACTIONAL IP

DARREN M. GELIEBTER
DIRECT DIAL: 212.233.4444
E-MAIL: dgeliebter@DorfIP.com

www.DorfIP.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 0 2008

July 8, 2008

BY FAX: 212-805-0426

**MEMO ENDORSED**

Honorable Judge Laura Taylor Swain
U.S. District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

    Re: Michael G. Porto v. Stephen Adly Guirgis, et al.
         No 08-CV-01228 (LTS)(GWG)
         (Our Ref.: 3043/08)

Dear Judge Swain:

On Friday June 27, 2008 Defendants filed a Motion to Dismiss/ Motion for Summary Judgment.

Due to the voluminous nature of the motion papers (more so because, at Defendants' counsel's request, we agreed to allow an increase in the page limits), I contacted Defendants' counsel seeking their consent to allow more time for us to adequately respond to the motion.

Defendants' counsel has consented and as such we have both agreed upon the following deadlines:

- Plaintiff is to have until *Monday, August 18, 2008* to respond to Defendant's Motion to Dismiss / Motion for Summary Judgment (we agree to provide a hard copy of the papers by that same date also);

- Defendants' reply will be due on *Monday, September 8, 2008*

We therefore respectfully request that the Court approve the above-referenced deadlines and if necessary, "so order" this request.

---

845 THIRD AVENUE, 6™ FL. NEW YORK, NY 10022-6601      PHONE: 212.233.4444    FAX: 212.452.2048

Honorable Laura Taylor Swain
July 8, 2008
Page 2

If there is anything else that your Honor requires of us in order to implement this requested schedule, please let me know and I will see to it promptly.

Respectfully submitted,

*Darren M. Geliebter*

Darren M. Geliebter

cc:   Adam D. Siegartel, Esq., Proskauer Rose LLP (by fax and email)

*The requested schedule is approved.*

_____ 7/10/08
SO ORDERED