Charles S. Sims
Adam D. Siegartel
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
Tel: 212.969.3000
Fax: 212.969.2900
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MICHAEL G. PORTO (a.k.a. GUY MICHAELS) | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 08 Civ. 1228 (LTS)(GWG) |
| | : | |
| v. | : | |
| | : | |
| STEPHEN ADLY GUIRGIS, LABYRINTH THEATER COMPANY, PHILIP SEYMOUR HOFFMAN, FABER AND FABER, INC., AND DRAMATISTS PLAY SERVICE, INC., | : | **REPLY DECLARATION OF ADAM D. SIEGARTEL** |
| | : | |
| Defendants. | : | |

ADAM D. SIEGARTEL declares:

1.      I am an attorney at Proskauer Rose LLP, attorneys for defendants, and a member of the bar of this Court.  I submit this reply declaration in further support of defendants' motion pursuant to Rules 12(b)(6) and 56, Fed. R. Civ. P., to dismiss or in the alternative for summary judgment, and in support of defendants' motion for an award of costs and attorneys' fees under 17 U.S.C. § 505.  This declaration is submitted for the limited purpose of attaching publicly-available documents that are relevant to defendants' motion.

2.      Attached as Exhibit 1 is a collection of passages from *The New Oxford Annotated Bible* and the *King James Version of the Bible* that each include the idea that Judas would have

1

been better off if never born.  These pages have been marked in the margin to indicate the relevant passage.

3.　　Attached as Exhibit 2 is a collection of excerpted historical and religious articles that each reference Judas' "despair."  Also attached are passages from the Gospel of Matthew that discuss Judas' despair without using this exact term.  These pages have been marked in the margin to indicate the relevant passage.  (Note that for all excerpted works attached to this declaration, the first page of the work is provided as well as the subsequent pages that include the relevant passages.  Pages after the first page that do not include relevant text are not provided.)

4.　　Attached as Exhibit 3 is a collection of excerpted historical and religious articles that each discuss the idea that Judas was predestined, including the relevant passages from the Gospel of John.  These pages have been marked in the margin to indicate the relevant passage.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 8, 2008 in New York, New York.

ADAM DAVID SIEGARTEL

# SIEGARTEL DECLARATION

# EXHIBIT 1

# The New
# Oxford Annotated

CONTRIBUTORS

BERNHARD W. ANDERSON   GEORGE W. ANDERSON

WILLIAM A. BEARDSLEE   WALTER BRUEGGEMANN   JOHN J. COLLINS

ROBERT C. DENTAN   WILLIAM L. HOLLADAY   LESLIE J. HOPPE

PHILIP J. KING   BURKE O. LONG   BRUCE M. METZGER   CAREY A. MOORE

ROLAND E. MURPHY   PHEME PERKINS   JOHN REUMANN

ADDITIONAL CONTRIBUTORS TO PREVIOUS EDITIONS

†GEORGES A. BARROIS   VICTOR R. GOLD   R. LANSING HICKS

†ARTHUR JEFFERY   SHERMAN E. JOHNSON   †JOHN KNOX

†HERBERT G. MAY   DONALD G. MILLER   †WARREN A. QUANBECK

†H. H. ROWLEY   †R. B. Y. SCOTT   WILLIAM F. STINESPRING

SAMUEL TERRIEN   ELWYN E. TILDEN   †LUTHER A. WEIGLE

*ew*

*ted*

# BIBLE

*containing the*
*Old and New Testaments*

*Edited by*

BRUCE M. METZGER

ROLAND E. MURPHY

NEW REVISED
STANDARD VERSION

*New York*
OXFORD UNIVERSITY PRESS

OXFORD UNIVERSITY PRESS

Oxford   New York   Toronto
Delhi  Bombay   Calcutta   Madras   Karachi
Petaling Jaya   Singapore   Hong Kong   Tokyo
Nairobi   Dar es Salaam   Cape Town
Melbourne   Auckland

and associated companies in
Berlin   Ibadan

Copyright © 1991 by Oxford University Press, Inc.

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

The New Oxford Annotated Bible copyright © 1973, 1977
by Oxford University Press, Inc.
The Oxford Annotated Bible copyright © 1962
by Oxford University Press, Inc.
The Oxford Annotated Apocrypha copyright © 1965, 1977
by Oxford University Press, Inc.

Published by Oxford University Press, Inc.
200 Madison Avenue, New York, New York 10016

Oxford is a registered trademark of Oxford University Press

New Revised Standard Version Bible copyright © 1989,
Division of Christian Education of the
National Council of the Churches of Christ
in the United States of America

4 6 8 10 9 7 5 3

Printed in the United States of America

carrying a jar of water will meet you; follow him, [14]and wherever he enters, say to the owner of the house, 'The Teacher asks, Where is my guest room where I may eat the Passover with my disciples?' [15]He will show you a large room upstairs, furnished and ready. Make preparations for us there." [16]So the disciples set out and went to the city, and found everything as he had told them; and they prepared the Passover meal.

17 When it was evening, he came with the twelve. [18]And when they had taken their places and were eating, Jesus said, "Truly I tell you, one of you will betray me, one who is eating with me." [19]They began to be distressed and to say to him one after another, "Surely, not I?" [20]He said to them, "It is one of the twelve, one who is dipping bread *w* into the bowl *x* with me. [21]For the Son of Man goes as it is written of him, but woe to that one by whom the Son of Man is betrayed! It would have been better for that one not to have been born."

22 While they were eating, he took a loaf of bread, and after blessing it he broke it, gave it to them, and said, "Take; this is my body." [23]Then he took a cup, and after giving thanks he gave it to them, and all of them drank from it. [24]He said to them, "This is my blood of the *y* covenant, which is poured out for many. [25]Truly I tell you, I will never again drink of the fruit of the vine until that day when I drink it new in the kingdom of God."

26 When they had sung the hymn, they went out to the Mount of Olives. [27]And Jesus said to them, "You will all become deserters; for it is written,

'I will strike the shepherd,
    and the sheep will be scattered.'
[28]But after I am raised up, I will go before you to Galilee." [29]Peter said to him, "Even though all become deserters, I will not." [30]Jesus said to him, "Truly I tell you, this day, this very night, before the cock crows twice, you will deny me three times." [31]But he said vehemently, "Even though I must die with you, I will not deny you." And all of them said the same.

32 They went to a place called Gethsemane; and he said to his disciples, "Sit here while I pray." [33]He took with him Peter and James and John, and began to be distressed and agitated. [34]And he said to them, "I am deeply grieved, even to death; remain here, and keep awake." [35]And going a little farther, he threw himself on the ground and prayed that, if it were possible, the hour might pass from him. [36]He said, "Abba, *z* Father, for you all things are possible; remove this cup from me; yet, not what I want, but what you want." [37]He came and found them sleeping; and he said to Peter, "Simon, are you asleep? Could you not keep awake one hour? [38]Keep awake and pray that you may not come into the time of trial; *a* the spirit indeed is willing, but the flesh is weak." [39]And again he went away and prayed, saying the same words. [40]And once more he came and found them sleeping, for their eyes were very heavy; and they did not know what

---

*w* Gk lacks *bread*    *x* Other ancient authorities read *same bowl*    *y* Other ancient authorities add *new*    *z* Aramaic for *Father*    *a* Or *into temptation*

---

*his disciples,* according to Luke (22.8) they were Peter and John. **14:** See Lk 22.12 n. **14.17–21:** Mt 26.20–25; Lk 22.14, 21–23; Jn 13.21–30. **18:** Ps 41.9. **19:** The question was so worded as to imply that the answer would be negative. **22–25:** Mt 26.26–29; Lk 22.15–20; 1 Cor 11.23–26. **23:** 1 Cor 10.16. **24:** See Mt 26.28 n. Jesus speaks of his blood as being the mediating reality in a new relationship between God and humankind (see 10.45 n.). **25:** Lk 13.29; see 22.16 n.

**14.26–52: Gethsemane. 26–31:** Mt 26.30–

35; Lk 22.39, 31–34. **26:** The Passover meal ended with the singing of Pss 115–118, the second part of the Hallel psalms. *They went out,* Jn 18.1–2. **27:** Zech 13.7; Jn 16.32, 28: 16.7. **30:** 14.66–72; Jn 13.36–38; 18.17–18, 25–27. **32–42:** Mt 26.36–46; Lk 22.40–46. **32:** Jn 18.1; Heb 5.7–8. **34:** Jn 12.27. **35–36:** Jesus would not accept for himself the possibility of anything contrary to God's will (see 11.23–24 n.). *Abba,* "father" in Aramaic (see Rom 8.15 n.; Gal 4.6). **36:** *Cup,* see Lk 22.42 n. **38:** Mt 6.13; Lk 11.4.

Case 1:08-cv-01228-LTS     Document 28-2     Filed 09/08/2008     Page 8 of 10

of the people gathered in the palace of the high priest, who was called Caiaphas, 4 and they conspired to arrest Jesus by stealth and kill him. 5 But they said, "Not during the festival, or there may be a riot among the people."

6 Now while Jesus was at Bethany in the house of Simon the leper, *i* 7 a woman came to him with an alabaster jar of very costly ointment, and she poured it on his head as he sat at the table. 8 But when the disciples saw it, they were angry and said, "Why this waste? 9 For this ointment could have been sold for a large sum, and the money given to the poor." 10 But Jesus, aware of this, said to them, "Why do you trouble the woman? She has performed a good service for me. 11 For you always have the poor with you, but you will not always have me. 12 By pouring this ointment on my body she has prepared me for burial. 13 Truly I tell you, wherever this good news *m* is proclaimed in the whole world, what she has done will be told in remembrance of her."

14 Then one of the twelve, who was called Judas Iscariot, went to the chief priests 15 and said, "What will you give me if I betray him to you?" They paid him thirty pieces of silver. 16 And from that moment he began to look for an opportunity to betray him.

17 On the first day of Unleavened Bread the disciples came to Jesus, saying, "Where do you want us to make the preparations for you to eat the Passover?" 18 He said, "Go into the city to a certain man, and say to him, 'The Teacher says, My time is near; I will keep the Passover at your house with my disciples.' " 19 So the disciples did as Jesus had directed them, and they prepared the Passover meal.

20 When it was evening, he took his place with the twelve; *n* 21 and while they were eating, he said, "Truly I tell you, one of you will betray me." 22 And they became greatly distressed and began to say to him one after another, "Surely not I, Lord?" 23 He answered, "The one who has dipped his hand into the bowl with me will betray me. 24 The Son of Man goes as it is written of him, but woe to that one by whom the Son of Man is betrayed! It would have been better for that one not to have been born." 25 Judas, who betrayed him, said, "Surely not I, Rabbi?" He replied, "You have said so."

26 While they were eating, Jesus took a loaf of bread, and after blessing it he broke it, gave it to the disciples, and said, "Take, eat; this is my body." 27 Then he took a cup, and after giving thanks he gave it to them, saying, "Drink from it,

*i* The terms *leper* and *leprosy* can refer to several diseases    *m* Or *gospel*    *n* Other ancient authorities add *disciples*

20). 3: Joseph *Caiaphas*, son-in-law of Annas, was appointed high priest in A.D. 26 by the Roman procurator Valerius Gratus.

26.6–13:  Mk 14.3–9; Jn 12.1–8. A similar event is reported in Lk 7.36–50. 6: The identity of this Simon is unknown. 7: Jn 12.3; see Lk 7.37 n., 46. 10: The *good service* is what is good and fitting under the circumstances of impending death. The same Greek words are translated "good works" in 5.16. 12: Jn 19.40. The woman's act won higher praise from Jesus than any other mentioned in the New Testament.

26.14–16:  Mk 14.10–11; Lk 22.3–6. 14: See Mk 14.10 n. 15: Ex 21.32; Zech 11.12. The value of the *thirty pieces of silver* is uncertain. Matthew's quotation refers to silver shekels; at four denarii to the shekel this was one hundred and twenty days' wages (20.2).

26.17–29:  The Last Supper, 17–19; Mk 14.12–16; Lk 22.7–13. 17: *Eat the Passover*, i.e. the paschal lamb (Ex 12.18–27; Deut 16.5–8). 18: Lk 22.10 n., 11 n.; Jn 7.6; 12.23; 13.1; 17.1. 19: 21.6; Deut 16.5–8. 20–25: Mk 14.17–21; Lk 22.14, 21–23; Jn 13.21–30. 24: Ps 41.9; Lk 24.25; 1 Cor. 15.3; Acts 17.2–3; Mt 18.7. 25: Judas' question is phrased to imply that the answer will be in the negative. *You have said so*, a common form of assent in Palestine.

26.26–29:  Mk 14.22–25; Lk 22.15–20; 1 Cor 10.16; 11.23–26; Mt 14.19; 15.36; see Lk 22.17 n. 28: Heb 9.20; Mt 20.28; Mk 1.4; Ex 24.6–8; see Mk 14.24 n. In the background of Jesus' words are several important ideas of Jewish religion: one's sins lead to death; God has rescued his people, as from Egypt, and may be trusted to deliver from death itself; in mercy God forgives those who

SELF-PRONOUNCING EDITION

# THE

# HOLY BIBLE

CONTAINING THE

*Old and New Testaments*

TRANSLATED OUT OF
THE ORIGINAL TONGUES AND WITH THE FORMER
TRANSLATIONS DILIGENTLY COMPARED AND REVISED

AUTHORIZED *King James Version*

With all proper names divided into syllables
accented and marked with the vowel sounds
showing how they should be pronounced



A MERIDIAN BOOK

MERIDIAN

Published by the Penguin Group

Penguin Books USA Inc., 375 Hudson Street, New York, New York 10014, U.S.A.
Penguin Books Ltd, 27 Wrights Lane, London W8 5TZ, England
Penguin Books Australia Ltd, Ringwood, Victoria, Australia
Penguin Books Canada Ltd, 10 Alcorn Avenue, Toronto, Ontario,
Canada, M4V 3B2
Penguin Books (N.Z.) Ltd, 182-190 Wairau Road, Auckland 10, New Zealand

Penguin Books Ltd, Registered Offices: Harmondsworth, Middlesex, England

Published by Meridian, an imprint of New American Library, a division of Penguin
Books USA Inc.

First Printing/New American Library, November, 1974

20 19 18 17 16 15 14 13

All rights reserved



REGISTERED TRADEMARK—MARCA REGISTRADA

Printed in the United States of America

Without limiting the rights under copyright reserved above, no part of this
publication may be reproduced, stored in or introduced into a retrieval system, or
transmitted, in any form, or by any means (electronic, mechanical, photocopying,
recording, or otherwise), without the prior written permission of both the copyright
owner and the above publisher of this book.

BOOKS ARE AVAILABLE AT QUANTITY DISCOUNTS WHEN USED TO PROMOTE PRODUCTS OR
SERVICES. FOR INFORMATION PLEASE WRITE TO PREMIUM MARKETING DIVISION, PENGUIN
BOOKS USA INC., 375 HUDSON STREET, NEW YORK, NEW YORK 10014.

house of Sĭ′-mon the leper, as he sat at meat, there came a woman having an alabaster box of ointment of spikenard very precious; and she brake the box, and poured *it* on his head.

4 And there were some that had indignation within themselves, and said, Why was this waste of the ointment made?

5 For it might have been sold for more than three hundred pence, and have been given to the poor. And they murmured against her.

6 And Jē′-sŭs said, Let her alone; why trouble ye her? she hath wrought a good work on me.

7 For ye have the poor with you always, and whensoever ye will ye may do them good: but me ye have not always.

8 She hath done what she could: she is come aforehand to anoint my body to the burying.

9 Verily I say unto you, Wheresoever this gospel shall be preached throughout the whole world, *this* also that she hath done shall be spoken of for a memorial of her.

10 ¶ And Jū′-dăs Ĭs-căr′-ĭ-ot, one of the twelve, went unto the chief priests, to betray him unto them.

11 And when they heard *it*, they were glad, and promised to give him money. And he sought how he might conveniently betray him.

12 ¶ And the first day of unleavened bread, when they killed the passover, his disciples said unto him, Where wilt thou that we go and prepare that thou mayest eat the passover?

13 And he sendeth forth two of his disciples, and saith unto them, Go ye into the city, and there shall meet you a man bearing a pitcher of water: follow him.

14 And wheresoever he shall go in, say ye to the goodman of the house, The Master saith, Where is the guestchamber, where I shall eat the passover with my disciples?

15 And he will shew you a large upper room furnished *and* prepared: there make ready for us.

16 And his disciples went forth, and came into the city, and found as he had said unto them: and they made ready the passover.

17 And in the evening he cometh with the twelve.

18 And as they sat and did eat, Jē′-sŭs said, Verily I say unto you, One of you which eateth with me shall betray me.

19 And they began to be sorrowful, and to say unto him one by one, *Is it* I? and another *said*, *Is it* I?

20 And he answered and said unto them, *It is* one of the twelve, that dippeth with me in the dish.

21 The Son of man indeed goeth, as it is written of him: but woe to that man by whom the Son of man is betrayed! good were it for that man if he had never been born.

22 ¶ And as they did eat, Jē′-sŭs took bread, and blessed, and brake *it*, and gave to them, and said, Take, eat: this is my body.

23 And he took the cup, and when he had given thanks, he gave *it* to them: and they all drank of it.

24 And he said unto them, This is my blood of the new testament, which is shed for many.

25 Verily I say unto you, I will drink no more of the fruit of the vine, until that day that I drink it new in the kingdom of God.

26 ¶ And when they had sung an hymn, they went out into the mount of Olives.

27 And Jē′-sŭs saith unto them, All ye shall be offended because of me this night: for it is written, I will smite the shepherd, and the sheep shall be scattered.

28 But after that I am risen, I will go before you into Găl′-i-lēe.

29 But Pē′-tĕr said unto him, Although all shall be offended, yet *will* not I.

30 And Jē′-sŭs saith unto him, Verily I say unto thee, That this day, *even* in this night, before the cock crow twice, thou shalt deny me thrice.

31 But he spake the more vehemently, If I should die with thee, I will not deny thee in any wise. Likewise also said they all.

32 And they came to a place which was named Gĕth-sĕm′-ă-nē: and he saith to his disciples, Sit ye here, while I shall pray.

33 And he taketh with him Pē′-tĕr and Jāmĕs and Jŏhn, and began to be sore amazed, and to be very heavy;

34 And saith unto them, My soul is exceeding sorrowful unto death: tarry ye here, and watch.

35 And he went forward a little, and fell on the ground, and prayed that, if it were possible, the hour might pass from him.

36 And he said, Ăb′-bă, Father, all things *are* possible unto thee; take away this cup from me: nevertheless not what I will, but what thou wilt.

37 And he cometh, and findeth them sleeping, and saith unto Pē′-tĕr, Sĭ′-mon, sleepest thou? couldest not thou watch one hour?

38 Watch ye and pray, lest ye enter into temptation. The spirit truly *is* ready, but the flesh *is* weak.

39 And again he went away, and prayed, and spake the same words.

40 And when he returned, he found them asleep again, (for their eyes were

Case 1:08-cv-01228-LTS    Document 28-2    Filed 09/08/2008    Page 10 of 10

7 There came unto him a woman having an alabaster box of very precious ointment, and poured it on his head, as he sat *at meat.*

8 But when his disciples saw *it,* they had indignation, saying, To what purpose *is* this waste?

9 For this ointment might have been sold for much, and given to the poor.

10 When Jē´-sŭs understood *it,* he said unto them, Why trouble ye the woman? for she hath wrought a good work upon me.

11 For ye have the poor always with you; but me ye have not always.

12 For in that she hath poured this ointment on my body, she did *it* for my burial.

13 Verily I say unto you, Wheresoever this gospel shall be preached in the whole world, *there* shall also this, that this woman hath done, be told for a memorial of her.

14 ¶ Then one of the twelve, called Jū´-dăs Ĭs-căr´-ĭ-ọt, went unto the chief priests,

15 And said *unto them,* What will ye give me, and I will deliver him unto you? And they covenanted with him for thirty pieces of silver.

16 And from that time he sought opportunity to betray him.

17 ¶ Now the first *day* of the *feast of* unleavened bread the disciples came to Jē´-sŭs, saying unto him, Where wilt thou that we prepare for thee to eat the passover?

18 And he said, Go into the city to such a man, and say unto him, The Master saith, My time is at hand; I will keep the passover at thy house with my disciples.

19 And the disciples did as Jē´-sŭs had appointed them; and they made ready the passover.

20 Now when the even was come, he sat down with the twelve.

21 And as they did eat, he said, Verily I say unto you, that one of you shall betray me.

22 And they were exceeding sorrowful, and began every one of them to say unto him, Lord, is it I?

23 And he answered and said, He that dippeth *his* hand with me in the dish, the same shall betray me.

24 The Son of man goeth as it is written of him: but woe unto that man by whom the Son of man is betrayed! it had been good for that man if he had not been born.

25 Then Jū´-dăs, which betrayed him, answered and said, Master, is it I? He said unto him, Thou hast said.

26 ¶ And as they were eating, Jē´-sŭs took bread, and blessed *it,* and brake *it,* and gave *it* to the disciples, and said, Take, eat; this is my body.

27 And he took the cup, and gave thanks, and gave *it* to them, saying, Drink ye all of it;

28 For this is my blood of the new testament, which is shed for many for the remission of sins.

29 But I say unto you, I will not drink henceforth of this fruit of the vine, until that day when I drink it new with you in my Father's kingdom.

30 And when they had sung a hymn, they went out into the mount of Olives.

31 Then saith Jē´-sŭs unto them, All ye shall be offended because of me this night: for it is written, I will smite the shepherd, and the sheep of the flock shall be scattered abroad.

32 But after I am risen again, I will go before you into Găl´-ĭ-lēe.

33 Pē´-tĕr answered and said unto him, Though all *men* shall be offended because of thee, *yet* will I never be offended.

34 Jē´-sŭs said unto him, Verily I say unto thee, That this night, before the cock crow, thou shalt deny me thrice.

35 Pē´-tĕr said unto him, Though I should die with thee, yet will I not deny thee. Likewise also said all the disciples.

36 ¶ Then cometh Jē´-sŭs with them unto a place called Gĕth-sĕm´-ă-nē, and saith unto the disciples, Sit ye here, while I go and pray yonder.

37 And he took with him Pē´-tĕr and the two sons of Zĕb´-ĕ-dēe, and began to be sorrowful and very heavy.

38 Then saith he unto them, My soul is exceeding sorrowful, even unto death: tarry ye here, and watch with me.

39 And he went a little farther, and fell on his face, and prayed, saying, O my Father, if it be possible, let this cup pass from me: nevertheless not as I will, but as thou *wilt.*

40 And he cometh unto the disciples, and findeth them asleep, and saith unto Pē´-tĕr, What, could ye not watch with me one hour?

41 Watch and pray, that ye enter not into temptation: the spirit indeed *is* willing, but the flesh *is* weak.

42 He went away again the second time, and prayed, saying, O my Father, if this cup may not pass away from me, except I drink it, thy will be done.

43 And he came and found them asleep again: for their eyes were heavy.

44 And he left them, and went away again, and prayed the third time, saying the same words.

45 Then cometh he to his disciples, and saith unto them, Sleep on now, and take *your* rest: behold, the hour is at hand, and the Son of man is betrayed into the hands of sinners.

46 Rise, let us be going: behold, he is at hand that doth betray me.

47 No dăs, or him a staves, of the

48 No them a kiss, th

49 An and sai

50 An wherefo they, an him.

51 An were w and dre of the l

52 Th again th they th the swo

53 Th pray to give m angels

54 Bu fulfilled

55 In multitu thief w me? I temple

56 Bu tures o Then fled.

57 ¶ Jē´-sŭs high p elders

58 Bu to the and sa

59 No and al against

60 Bu false none.

61 A to des build i

62 A unto h *is it wl*

63 Bu high p I adjur tell us Son of

64 Jē said: after s on the in the

SIEGARTEL DECLARATION

EXHIBIT 2

Case 1:08-cv-01228-LTS    Document 28-3    Filed 09/08/2008    Page 2 of 23

BibleGateway.com- Commentaries » Matthew 27 » Christ delivered to Pilate, The despair of Judas.    Page 1 of 1

 BibleGateway.com

# Commentaries

Resources » Commentaries » Matthew » Chapter 27 » exegesis

### Christ delivered to Pilate, The despair of Judas.

Wicked men see little of the consequences of their crimes when they commit them, but they must answer for them all. In the fullest manner Judas acknowledged to the chief priests that he had sinned, and betrayed an innocent person. This was full testimony to the character of Christ; but the rulers were hardened. Casting down the money, Judas departed, and went and hanged himself, not being able to bear the terror of Divine wrath, and the anguish of despair. There is little doubt but

that the death of Judas was before that of our blessed Lord. But was it nothing to them that they had thirsted after this blood, and hired Judas to betray it, and had condemned it to be shed unjustly? Thus do fools make a mock at sin. Thus many make light of Christ crucified. And it is a common instance of the deceitfulness of our hearts, to make light of our own sin by dwelling upon other people's sins. But the judgment of God is according to truth. Many apply this passage of the buying the

piece of ground, with the money Judas brought back, to signify the favour intended by the blood of Christ to strangers, and sinners of the Gentiles. It fulfilled a prophecy, Zec 11:12. Judas went far toward repentance, yet it was not to salvation. He confessed, but not to God; he did not go to him, and say, I have sinned, Father, against heaven. Let none be satisfied with such partial convictions as a man may have, and yet remain full of pride, enmity,

and rebellion. (Mt 27:11-25)

**Next commentary:**
Christ before Pilate.

**About this commentary:**
Matthew Henry's Concise Commentary on the Bible is available in the Public Domain.

BibleGateway.com is © Copyright 1995-2008 Gospel Communications International

174

# CHAPTER XIV

## The Despair of Judas

Whilst the Jews were conducting Jesus to Pilate, the traitor Judas walked about listening to the conversation of the crowd who followed, and his ears were struck by words such as these: 'They are taking him before Pilate; the High Priests have condemned the Galilean to death; he will be crucified; they will accomplish his death; he has been already dreadfully ill-treated; his patience is wonderful; he answers not; his only words are that he is the Messiah, and that he will be seated at the right hand of God; they will crucify him on account of those words; had he not said them they could not have condemned him to death. The miscreant who sold him was one of his disciples, and had a short time before eaten the Paschal lamb with him; not for worlds would I have had to do with such an act; however guilty the Galilean may be, he has not at all events sold his friend for money; such an infamous character as this disciple is infinitely more deserving of death.' Then, but too late, anguish, despair, and remorse took possession of the mind of Judas. Satan instantly prompted him to fly. He fled as if a thousand furies were at his heel, and the bag which was hanging at his side struck him as he ran, and propelled him as a spur from hell; but he took it into his hand to prevent its blows. He fled as fast as possible, but where did he fly? Not towards the crowd, that he might cast himself at the feet of Jesus, his merciful Saviour, implore his pardon, and beg to die with him,— not to confess his fault with true repentance before God, but to endeavour to unburden himself before the world of his crime, and of the price of his treachery. He ran like one beside himself into the Temple, where several members of the Council had gathered together after the judgment of Jesus. They looked at one another with astonishment; and then turned their haughty countenances, on which a smile of irony was visible, upon Judas. He with a frantic gesture tore the thirty pieces of silver from his side, and holding them forth with his right hand, exclaimed in accents of the most deep

Divine Mercy

## Divine Mercy Greater Than Sin and Despair

**DM 101: Week 26**

By: Dr. Robert Stackpole

For St. Catherine, the merciful love of God so essentially defines who He is that, along with St. Augustine and St. Thomas, Catherine understands that it is precisely *despair* of His mercy that constitutes the only unforgivable sin. It is the offense of considering one's own sin to be greater than God's mercy (section 37):

*This is that sin which is never forgiven, now or ever: the refusal, the scorning of my mercy. For this offends me more than all the other sins they have committed. So the despair of Judas displeased me more and was a greater insult to my Son than his betrayal had been. Therefore, such as these are reproved for this false judgement of considering their sins to be greater than my mercy, and for this they are punished with the demons and tortured eternally with them.*

*They are reproved also for their injustice in grieving more for their own plight than for having offended me. They are being unjust in this because they are not giving me what is mine, nor taking for themselves what belongs to them. It is their duty to offer love and bitter heartfelt contrition in my presence for the sins they have committed against me. But they have done the opposite: they have lavished such tender love on themselves and felt so sorry about the punishment they expect for their sins! So you see how unjust they are.*

*They will be punished therefore on both accounts. They have scorned my mercy, so I turn them over to my justice. I condemn them along with their cruel servant, sensuality, and with the devil, that merciless tyrant to whom they bound themselves as slaves through the mediation of that selfish sensuality of theirs.*

It would seem that we have here a rigid separation between God's mercy and God's justice. However, St. Catherine makes it clear later that it is not so much that God will destroy those who refuse His mercy; rather, God will permit them to destroy themselves if they do not willingly receive and accept His merciful aid. If we stubbornly will it so, we can cut ourselves off from Him forever. For example, Catherine explains that the loving "glance" of Christ will be received differently by different souls on the judgement day, depending on their self-chosen dispositions (section 39):

*His glance will be such a torment and terror to the damned that words cannot describe it. But for the just it will be a cause for reverent fear and great rejoicing. Not that his face will change—for he is one with my divine nature and therefore unchangeable, and even in his human nature his face is unchangeable since it has taken on the glory of his resurrection. But it will seem so to the eyes of the damned. For they will see him with terribly darkened vision. A healthy eye looks at the sun and sees light. But a sick eye sees nothing but darkness when it looks into such lightsomeness—and it is no fault of the light that it seems so different to the two; the fault is in the sick eye. So the damned see my Son in darkness, confusion, and hatred, not through any fault of my divine Majesty with which he comes to judge the world, but through their own fault.*

For St. Catherine, as we have seen, it is vital to our spiritual health that we come to self-knowledge, especially knowledge of how dependent we are upon God for everything: for existence itself, and for the grace that sets us free from sin. Yet we can only safely arrive at this self-knowledge in the light of God's infinite mercy; otherwise, in gazing at ourselves and our own sinfulness and nothingness, we could easily fall into despair. St. Catherine says that this is one of the ways that the devil tries to deceive and entrap us (section 66):

*Now I do not want her [that is, the soul] to think about her sins individually, lest her mind be contaminated by the memory of specific ugly sins. I mean that I do not want her to, nor should she, think about her sins*

15ch9

*Essays in Medieval Studies 15*
[*Page numbers of the printed text appear at the right in bold.* ]

**page 93**

# The Hanging of Judas:
## Medieval Iconography and the German Peasants' War

### Lee R. Sullivan

Figure 1 is a reproduction of a painted glass panel depicting the hanging of Judas, currently found in the Art Institute of Chicago. In the panel we are shown the loosely robed, muscular corpse of Judas, hanging by a rope from a tree. His belly has been ruptured, and a bat-winged, speckled demon is extracting Judas's soul, in the form of an infant, from amongst his entrails. In the background is a deserted landscape of rolling hills and sparse trees.

The panel is a specimen of a type of glass painting developed around 1500 in Switzerland, along the Rhine, and in the Netherlands.1 Glass painters used black, brown, and yellow stains to paint their subject matter on white glass. The outlines of the design were done in black enamel, and yellow stain in varying shades, derived from sulphide of silver, was used for the coloring. In the only other published article devoted to the panel Oswald Goetz suggests that it was created in Alsace or southern Germany between 1520 and 1530.2 Unfortunately, we have no information on the purpose or original context for which the panel was intended. We know neither who commissioned it nor who created it. Goetz notes that an independent representation of the hanging Judas was uncommon in the Middle Ages; usually the scene appeared as a subordinate episode in a Passion narrative.3 While it is possible that the Chicago panel was only one of a series of images (perhaps depicting the Passion), Goetz speculates that the panel, alone or with an accompanying inscription warning against despair, might have been intended for a church or a private chapel in the residence of a wealthy bürgher or noble.4

The figure of Judas held an intense fascination for medieval Christian theologians, writers, artists, and lay people. In the Middle Ages this lively interest in the life, death, and punishment of the betrayer of Jesus produced a vast body of literature, legend, drama, painting, and sculpture. A cluster of themes related to the nature of vice and fate can be traced through a study of developments in the depiction of Judas in legend and art. These themes undeniably informed the

**page 94**

Chicago panel. However, although medieval iconography of Judas must be considered in relation to the panel, such consideration reveals that the panel deviates strikingly from those traditions. In order to account for these deviations, it is necessary to move beyond a straightforward iconographical study and examine the religious and political conditions of the early sixteenth century, the time of the panel's creation. This study, then, aims both to consider the established medieval traditions for representations of Judas (more particularly, of his death) and to suggest a hypothesis to explain the significance of the startling deviations from these norms found in the panel, based upon the religious and political climate of the 1520s. It is my contention that the Chicago panel reflects in specific ways the effects of the Reformation, the social upheaval preceding and attendant upon the Peasants' War of 1524-25, and the overwhelming atmosphere of apocalyptic expectation in Germany at the time of the panel's creation.

In order to elucidate the wide variety of themes and images that were available to a sixteenth-century artist who wished to depict the death of Judas, it is necessary to begin with a brief survey of the biblical, legendary, and dramatic accounts of Judas's life and death, which were well-known in the later Middle Ages. In general, the Gospels offer very little biographical information about Judas. Even speculation about Judas's motives for the betrayal of Jesus is surprisingly brief. The Gospels of Luke and John both ascribe the betrayal to diabolic intervention, but John also underscores Judas's role as the keeper of the communal purse, suggesting avarice as the motive for Judas's act of betrayal. Taken together, the Gospel accounts of Judas's actions and motives in betraying Christ suggest an intimate relationship between avarice and the action of the devil. We shall see these themes intertwined in the later legends and in the iconography of Judas in crucial ways.

There are two conflicting accounts of the death of Judas in the New Testament sources. Of the four Gospels, only Matthew contains the story of Judas's repentance and suicide:

The other account of Judas's death is from Acts 1:18:

> Now this man [Judas] acquired a field with the reward of his wickedness; and falling headlong, he burst open in the middle and all his bowels gushed out. This became known to all the residents of Jerusalem, so that the field was called in their language Hakeldama, that is, Field of Blood.

Clearly, harmonizing these two contradictory accounts poses a significant problem, one that occupied early commentators to no small extent. As J. R. Harris notes, one method was simply to copy the word 'hanged' from Matthew into Acts, as in the Vulgate, in which the Acts text reads "*Suspensus crepuit.*" Generally, the commentary on this text would propose that the rope broke or was cut, and when the body fell to the ground it burst open. Other possibilities included the suggestion that Judas's attempt to kill himself by hanging was unsuccessful, perhaps because the limb of the tree bent under his weight (in accordance with God's will), and after this he fell and burst open.6

The variations on the legend of Judas that were popular throughout the Middle Ages are important for understanding the iconography that was employed in visual and dramatic representations of his death. There was an intense curiosity about Judas's background and motives that the biblical sources could not satisfy, and legendaries supplied the details for which medieval Christians clamored. In *The Golden Legend* Jacobus de Voraigne draws on an earlier twelfth-century Latin version, in which Judas's early biography is essentially identical with that of Oedipus, but replaces the echoes of Oedipus with parallels to the story of Moses. In addition, the *Golden Legend* relates that after his death by hanging Judas's evil soul could not depart through his mouth, which had been purified by kissing Christ, so his belly burst and his soul departed from his bowels.7 Thus, de Voraigne reconciled the conflicting accounts of Judas's death in the New Testament sources, and provided the startling imagery that would be so widely adopted in visual representations of Judas's suicide throughout the Middle Ages. Over the next century, variations on these stories began to appear in vernacular languages throughout Europe. Frequently, the legend of Judas circulated together with apocryphal accounts of Pilate or Herod.

While the overarching concern all these narratives seem to share is anxiety about the role of Satan and/or destiny and the possibility of free will for Judas, subsidiary themes attribute to Judas the vices of avarice, wrath, lust, and despair. Similarly, the theme of incest is always included in the variations on the legend of Judas. In fact, the figure of Judas was at the center of a cluster of vices and came to serve as a personification of each of them in medieval art. An exploration of these themes and traditions about Judas and the devices medieval artists employed to portray them visually will lay further groundwork for the examination of the Chicago panel.

Perhaps the most common iconographic trope used to identify Judas was to represent his sin of avarice. Depictions of Judas clutching the money-bag or the thirty coins are common in scenes of the Last Supper. Interestingly, this device was also employed in scenes representing Judas's death, although the biblical accounts of his death clearly indicate that he had returned or spent the coins before committing suicide. The presence of the coins in these representations, therefore, must have functioned as a device to underscore Judas's avarice.

As the ultimate type of the avaricious man, the image of Judas also served as a symbol of all Jews for medieval Christian artists and their audience. Lester Little considers this association to be related to the rise of the profit economy in

medieval Europe and the ambivalent attitude toward money that accompanied it. He maintains that Jews were not noticeably distinguished from Christians in art until the twelfth century, simultaneous with the increasing concern among Christian leaders over Jewish money-lending.8 As Ruth Mellinkoff has shown, later medieval portrayals of Judas became paradigms of Jewish caricature in many respects: Judas was shown with a hooked nose, thick lips, dark or ruddy skin, and red hair.9 Clearly, in portraying Judas, the prototypical avaricious man, as exaggeratedly Jewish, a powerful polemical statement about Jews and usury was being made. However, Little notes two other interesting polemical uses to which the theme of Judas's avarice was put. First, Judas was identified as "that most vile of merchants" in the Good Friday tenebrae service.10 Little again considers this as a result of the ambivalence of churchmen toward monetary practices, in this case those of the new merchant class. Second, Judas was identified,

especially by members of the mendicant orders, with the worldly priest and the evil of simony.11 While the practice of characterizing Judas as stereotypically Jewish was by far the most widespread, these other two uses of his image point to the flexibility of Judas's image and its ready availability for vilifying any perceived enemy of Christianity.

The history of Judas as the personification of despair is somewhat more complicated. There is a long tradition in western art of representing the vices and their opposite virtues. In the thirteenth century this iconography underwent an interesting change, traced by Emile Mâle in *Religious Art in France*. The image of suicide among the vices was originally occupied by Wrath, who stabbed herself with a sword. In this representation Wrath would be paired with Patience. In the middle stage of the transition Despair replaced Wrath, with Despair committing suicide while Patience looks on. In the final stage Despair was opposed to Hope: fourteenth-century breviaries and the immensely popular fifteenth-century *Ars Moriendi* included images of a dying man, sometimes identified as Job, receiving a vision of Despair (personified by Judas, hanging himself), and Hope began to be popular.12 These images served a moralizing function, reminding Christians to maintain hope, especially at the hour of their death. The image in the *Ars Moriendi* includes the inscription: "Do not despair ... The sinner has only to moan in order to be saved, for the mercy of God is greater than the greatest crimes. There is only one grave sin and that is despair. Judas was more guilty for despairing than were the Jews who crucified Christ."13

After this brief survey of the iconographical traditions of medieval representation of Judas, it would be helpful to re-examine the Chicago panel. We have seen that the most immediately striking feature of this representation, that is, the departure of Judas's soul from his ruptured body, appeared fairly frequently in scenes of Judas's suicide. It can be traced to certain specific legendary traditions about Judas's death. Similarly, the presence of the demonic figure is not unexpected; such a figure appears as often as it is absent from these representations and is also associated with other specific moments in Judas's career (i.e., receiving the sop). The departures from medieval traditions that the Chicago panel represents can be found largely in what it fails to include. Just as the legends

**page 98**

about Judas tended to circulate with apocryphal stories of Pilate and Herod, so too representations of Judas's suicide were almost always found as elements in a larger whole: as one of a number of representations of the enemies of Christ, as part of a scene representing the Passion of Jesus, or as an image of despair, contrasted with one of hope. An independent representation of the death of Judas is extremely uncommon. Another striking feature of the panel is the lack of any attempt to suggest avarice in this depiction of Judas. Finally, we have noted the very strong tradition, especially in later medieval German art, to portray Judas as a Jewish caricature. Stereotypically Jewish features are noticeably absent in this depiction of Judas. It is possible that these last two issues are related to one another; that is, since the artist did not wish to suggest avarice, he neither included the purse nor caricatured Jewish features in his Judas. However, while Jews and avarice were strongly correlated in medieval art and literature, the other sins with which Judas was associated (despair, pride, treachery) were also said to characterize the Jews. Therefore, representations of Judas as a Jewish caricature without any suggestion or marker of avarice in the scene were not unusual.

Thus, while the Chicago panel follows some well-established medieval traditions in the depictions of Judas, it disregards or violates others. If this Judas is not intended to represent the Jews, merchants, worldly priests, or another group open to the accusation of avarice, whom could he represent? Is this panel, as Goetz suggests, simply a moralizing image warning against despair? Why has someone created an independent image of Judas's suicide at all? Assuming that these deviations from long-standing patterns have been chosen for a reason, it would seem that some insight into the purpose and intention of the panel can be gained from examining aspects of the religious and political climate of Alsace in the 1520s.

In the 1520s, largely as a result of the Reformation, a wave of iconoclasm swept through Germany and was particularly intense at times in the region of Alsace.18 While early Lutheran piety tended to feature a move away from the use of religious images, Anabaptists and urban radical reformers went beyond theory and practiced widespread destruction of religious images.19 Michael Baxandall remarks that unlike in previous generations, where sculptors had been employed by church administrations to produce architectural sculptures on a large scale, in the sixteenth century sculptors were more likely to be employed by individuals or associations of citizens to produce "sculpture that would probably stand in a church, on an altar or in a tabernacle, but as an object with a certain independence."14 Only one genre of religious image maintained some semblance of continuity in the face of this

rebellious peasants were God's elect, agents carrying out God's plan of apocalyptic judgment. However, at the end of the disastrous war, he blamed the failure on the peasants, who had pursued their own advantage rather than the good of Christendom.21

In the aftermath of the Peasants' War and the naked brutality with which the rulers suppressed it, additional impetus was given to the effort to reassert the validity of social hierarchy by shaken members of the nobility, reformers, and Catholics. An early sixteenth-century pamphlet of astrological predictions provides a glimpse at one such attempt. In 1508 a selection of Lichtenberger's astrological predictions in Latin was first published in the German *Speculum* of Joseph Grünpeck. This collection inspired a series of anonymous practica-pamphlets, published between 1515 and 1525, which predicted that in the years 1522 and 1524 there would be much discord and treason and the peasants would organize against the nobility. After this, a new reformation and a new law would be ushered in. In the 1525 issue of this pamphlet, the author claimed that the rebellious peasants had committed a great evil and that their defeat was certainly the punishment of God. However, the savagery of the rulers in putting down the peasants' revolt was sharply criticized. The pamphlet urged the immediate restoration of the old social order.22 Thus, the years immediately preceding and following the Peasants' War were filled with a dramatically heightened anxiety about social hierarchy and the role of the peasants in God's plan of judgment and salvation. The peasants were roundly condemned for their rebellion, but the excessive violence of the nobility in suppressing that rebellion was also repudiated.

Thus, representations of the defeat of the peasants, a bloody victory of nobles over an inferior and unworthy enemy, posed a significant genre problem. This problem is discussed in a fascinating chapter in Steven Greenblatt's *Learning to Curse*. Greenblatt notes that Dürer addressed the issue in his *Painter's Manual*, in which he proposed a commemorative monument decorated with agricultural produce and topped with a seated peasant, a sword protruding from his back.23

Dürer's monument to the Peasants' War supplies a useful analogue to the Chicago panel. As we have seen, the figure of Judas had proved a flexible polemical tool throughout the Middle Ages and was used to condemn almost any per-

ceived enemy of Christendom's unity. The image of Judas's suicide was rich with associations of despair, treachery, and pride. In addition, I argue that this image carried significant apocalyptic overtones. The artistic decision to conflate Judas with the peasantry emphasizes the treachery, deceit, and outright villainy of the rebellious peasants, and an independent representation of Judas's suicide, so uncommon in the late Middle Ages, makes a perfect statement about the inevitable result of such a transgression.

In this study, I have used an iconographical approach to highlight the questions raised by the painted glass panel of the Death of Judas. While some of the most immediately striking elements of this depiction can be understood in light of medieval literary and iconographic traditions about Judas, a careful study of those traditions raises other interesting questions. Medieval traditions do not account for the anomalous production of an independent representation of this scene, and they lead us to expect a clearer moral message (perhaps against avarice or despair) than this panel alone provides. In addition, the absence of any attempt to caricature Jewish features in this image of Judas must be seen as a deliberate choice, given the typical use of Judas in condemnation of the Jews, especially prevalent in late medieval German art. In suggesting some answers to these puzzles, it has been crucial to look beyond medieval iconographic traditions and examine some of the major themes of post-Reformation religious and political thought. The Reformation heightened the already prevalent apocalyptic expectation of the late Middle Ages, ushered in a decade of intense iconoclasm, and influenced the course of events leading up to the Peasants' War. These events and attitudes impacted the Chicago panel in a number of ways. Iconoclasm pressed hard on the glass painters, and reduced the opportunities for large-scale works such as church windows. Fervent eschatological expectation led to an increased fascination with the Antichrist and, by extension, with his forerunner Judas. The artist who made this panel chose to deviate from the prevailing tradition of representing Judas as a Jewish caricature, and instead portrayed him as a peasant. I argue that this artistic choice can be understood as a monument or memorial made in the immediate wake of the peasant uprising, which left both reformers and members of the nobility shaken and vengeful.

Alexandria, Virginia

John Darby Commentary on Matthew Chapter 27




· Ads by Google    Jesus Bible    Jesus Words    God    Gospel    Holy Christ

Search the Bible    Mat ·

ChristiansUnite.com
Bible Study Aids
commentaries history devotionals

Use the:
Authorized Version    KJV ·    27    go

Main Index : Commentaries : Darby's Synopsis : Matthew Index : Chapter 27

*John Nelson Darby*
*Synopsis to the Books of the Bible*

# Matthew, Chapter 27

Chapter 26 | Chapter 28

Go To Chapter:
27  Go

View Matthew 27 in the note window.

After this (chap. 27), the unhappy priests and heads of the people deliver up their Messiah to the Gentiles, as He had told His disciples. Judas, in despair under Satan's power, hangs himself, having cast the reward of his iniquity at the feet of the chief priests and elders. Satan was forced to bear witness, even by a conscience that he had betrayed, to the Lord's innocence. What a scene! Then the priests, who had made no conscience of buying His blood from Judas, scruple to put the money into the treasury of the temple, because it was the price of blood. In the presence of that which was going on, man was obliged to shew himself as he is and the power of Satan over him. Having taken counsel, they buy a burying-ground for strangers. These were profane enough in their eyes for that, provided they themselves were not defiled with such money. Yet it was the time of God's grace to the stranger, and judgment on Israel. Moreover they established thereby a perpetual memorial of their own sin, and of the blood which has been shed. Aceldama is all that remains in this world of the circumstances of this great sacrifice. The world is a field of blood, but it speaks better things than that of Abel.

This prophecy, we know, is in the book of Zechariah. The name "Jeremiah" may have crept into the text when there was nothing more than "by the prophet"; or it might be because Jeremiah stood first in the order prescribed by the Talmudists for the books of prophecy; for which reason, very likely, also, they said, "Jeremiah, or one of the prophets," as in chapter 16: 14. But this is not the place for discussion on the subject.

Their own part in the Jewish scene closes. The Lord stands before Pilate. Here the question is not whether He is the Son of God, but whether He is the King of the Jews. Although He was this, yet it was only in the character of Son of God that He would allow the Jews to receive Him. Had they received Him as the Son of God, He would have been their King. But that might not be: He must accomplish the work of atonement. Having rejected Him as Son of God, the Jews now deny Him as their King. But the Gentiles also become guilty in the person of their head in Palestine, the government of which had been committed to them. The Gentile head should have reigned in righteousness. His representative in Judea acknowledged the malice of Christ's enemies; his conscience, alarmed by his wife's dream, seeks to evade the guilt of condemning Jesus. But the true prince of this world, as regards present exercise of dominion, was Satan. Pilate, washing his hands (futile attempt to exonerate himself), delivers up the guiltless to the will of His

### Bible Version Cross Reference
KJV  ASV
BBE  DBY
WEB  YLT
WOR

### Bible Commentaries
Matthew Henry
JFB Commentary
Wesley's Notes
Peoples New Test.
Geneva Study Bible
Darby's Synopsis



**Jesus Christ Loves You**
Here is a Prayer That Can Change Your Life
Jesus2020.com

Search This Site

Subscribe to our Free Newsletter.
Enter your email address:

Subscribe

» Single? Christian?
» Free Christian Book
    » Home Biz Opportunity
» Make a difference

## A SERMON FROM CALVARY

# *"Out of despair, Despair?"*

**A Prayer by, Reverend Kevin Doty**
March 18, 2007

*Matthew 26:68 – 27:23*

### I

When we think of betrayal, we usually think of something quite dramatic and sinister. But, for me, betrayal is something a little bit more mundane. It was the summer when I was 15 years old that I betrayed my father.

We had packed up the car in preparation for a mini-family vacation to King's Island, my favorite annual amusement park experience. While my spirit and my nose were dreading a two-hour car ride with my brother and his stinky feet, my heart was already thrilling with visions of rides on the Beast, the Racer and the Vortex. My father had just gone outside to pull the van from the garage into the driveway when the phone rang.

I answered, "Hello?"

"Is Larry Doty there?" The voice in the receiver said.

"Who is it?" I asked.

"This is Eli Lilly," The voice answered. My father's work.

Being a high-voltage electrician, my father was infrequently called to manage some electrical crisis at one of their several plants in Indianapolis. Simultaneously my heart sank and my mind raced. This was our family vacation, how dare they call him to work when he was supposed to be on vacation.

My father walked in the door. Should I tell them he was here, I thought to myself, and risk losing our trip? I knew my father was just as excited about the trip as I was.

"He really was on vacation, which was almost like being away," the little voice in my head said.

If I say he's gone, then we can just leave for our trip and no one has to know.

"He's not here," I heard myself say. Perfect.

Then from the kitchen came my dad's voice,

"Who is it, Kevin?"
"It's your work," I replied.

He had heard my lie. And he knew. I felt ashamed and embarrassed and vile. My father knew and he simply glanced at me as he took the receiver from my hand, saying,
"This is Larry."

In that moment I had betrayed his trust and the values of honesty and hard work that he had taught me. It wasn't the first betrayal or the last, but it was for me the most memorable.

for our own righteousness. Despair for
our own justice, knowledge and will.

## IV

For people of faith, the question
is not whether we will despair.
The question is what will we do when
despair comes? What will be bred by
our human despair?

As Dr. Long writes,

"The deepest tragedy about Judas
is not that he is guiltier than
others. All shares his guilt. The
saddest truth about Judas is that
he took his remorse to the place
of death and not to the place of
life. Like all humans he had
innocent blood on his hands."[2]

We all stand with Judas and hear the
question posed, "What does innocent
blood have to do with us? And if we are
honest we must answer with Judas,
"I have sinned by betraying innocent
blood."

Our choice is the same as well. As
Moses spoke to the Israelites as they
entered the Promised Land,

. "I call heaven and earth to
witness against you today that I
have set before you life and death,
blessings and curses. Choose life
so that you and your descendants
may live."[3]

Out of despair, Judas chose
death.
Out of despair, what, will you
chose?
Out of despair? Despair?
No.

Out of despair? Hope? Not if it
depends on us.
Out of despair, Grace.
Out of despair, Forgiveness.
Out of despair, Life.
Amen.

---

[2] Long, pg. 310.
[3] Deuteronomy 30:19

Charity's Place.com > The Passion of the Christ



latest updates || archives || bookstore || edited films || mailing list || writer's guidelines || webmaster



# THE PASSION OF THE CHRIST
## SYMBOLISM BY CHARITY BISHOP & BROOKE REYNOLDS

One of the best things about Mel Gibson's film is that it never comes right out and screams things at you. Most of its power dwells in symbolism... things you wouldn't expect but that take you by surprise. Some of them are downright inexplicable but others more understood by the careful observer. The following is comprised of theories about some of the more unusual aspects of the film. If you have a theory not covered here, or that differs from our speculations, please let me know.

Menu:
Jesus in the Garden
Judas and the Children
The Dead Donkey
Pontius Pilate
Satan and the Child
Mary and the Blood
Satan's Reaction
Interesting things to watch for

## Jesus in the Garden

Knowing his time of suffering was near, Jesus sought time to pray. He asked his followers to also devote time to prayer but instead they fell asleep. Jesus was very upset but the scripture only says he was disturbed in His spirit. He cried out to God, pleading for this banner to be taken from Him, but willing to do it if it was necessary. It makes sense that at this pivotal moment Satan would be nearby. He failed to dissuade Jesus from the path of righteousness in the desert, so would use whatever opportunity was presented.

The first thing to notice is how mesmerizing Satan is when he first appears. His form is neither masculine (though his voice is) or feminine, but an eerie illusion of both. Satan is not human. He is not male or female. He is a spirit just as all angels are and, ultimately, as God is. Films in the past have made the mistake. when they show him at all, of making him too easily identifiable as a "man." He is not a man. He is not human. He is not male. But he is addressed as a "he" because we have no word for a nonsexual being. I was pleased with Mel's choice in this respect, casting someone who had both a feminine and masculine appearance in the right context. Satan is attractive. When he was in heaven, he was considered the most magnificent of all God's created beings. The audience is drawn to him at first but then the facade is torn in two... as we realize there's something disturbing, profoundly wrong, with this character. Maybe it's the eerie eyes, or the deceptive voice as it encourages Jesus to give up, not to sacrifice Himself for the vermin (mankind), that they won't care anyway...

It's the maggot that usually startles people... appearing momentarily in Satan's nose before crawling back up inside. Maggots feed on dead flesh. They reside in decaying things. They're considered one



of the most grotesque, revolting things on earth because they feed off death. This is important. Jesus represents Life. He came to earth in order to die for our sins, so that Death would no longer have a hold over us. Death is Satan's greatest weapon! Once you're dead, you have no further chances. You belong to him! Before Jesus' death there were no guarantees. Only those who gave regular blood sacrifices in the temple were assured assurances of eternity. Blood sacrifices were necessary because the wages of sin is death; something has to die for our sins. The sacrifices were not the salvation of those who sought repentance, but merely a means of delaying the inevitable. There was no Heaven or Hell prior to Jesus' resurrection; therefore you were not saved by sacrifices, but taken to a place of waiting -- Paradise, or Hades. In order to break this hold, Jesus -- a man without sin -- had to die, thereby taking all the sins of the world onto His shoulders, spilling his blood (the source of Life).

This is what makes the maggot important. If Jesus is Life, Satan is Death. The maggot symbolizes that he is decaying, a wretched, abhorrent force who feeds off the misery and blood of others. The maggot is also important in later scenes... after betraying Jesus, note that Judas seems to have a lot of problems with his nose itching... as though he as contracted a maggot. He frantically scratches his nose and does himself great damage clawing at his face, as though the creature has burrowed into his brain.

**UPDATED:** Also important in this scene is the snake. Serpents symbolize Satan, since that's his first recorded form on earth. He came to Eve as a serpent in the Garden of Eden. As punishment, God said that the heel of man would crush the head of the snake. Jesus stomping it to death is a valid piece of symbolism that sets the tone for the course of the film. Satan against Christ. Good triumphing over evil. Jesus wins!



## Judas and the Children

There are many theories about Judas himself, who has never been portrayed with so much compassion. It is a fact that God ordained His son to die for our sins, therefore at some point someone would have to betray him. It didn't have to be Judas. He made the choice to betray his Lord for thirty coins. Now first and foremost, we cannot categorize Judas as an abominable character without feeling. I believe he felt there would be no great damage done to Jesus with his betrayal. He thought the Holy Priests would drag Jesus into the temple and scream at him for a couple of hours. If He made it as far as Pilate, the Roman would find Him innocent and let Him go. So from Judas' perspective, this wasn't an attempt to have Jesus killed. That thought never crossed his mind! It was just an easy way to make a profit, not realizing their plans for the Christ.

When he discovered what he'd set in motion (he even almost changes his mind in the garden, when meeting Jesus' eyes) Judas shows immediate repentance and horror. He tries to give the coins back to the Pharisees and when they refuse to take them, throws them on the ground and leaves them. Curled up outside the temple in the darkness, Judas is experiencing both physical and psychological torment for his crime. His face is cracked and bleeding -- either the result of tearing



himself to relieve an inward itch (the maggot theory) or from internal bleeding; the evil spreading through him so rapidly that it overwhelms his senses and starts his brain to bleeding. Some children are playing with a ball nearby and see him. They come forward curiously and inquire if he's all right... but then seeing his scars and state of mind, they start screaming that he's cursed, under a bad curse for something he's done.

Judas is enraged and grabs one of the children -- only to discover it isn't a child. It's a demon. They refuse to leave him alone, chasing him into the desert where he finally falls down and covers up his head, screaming to be let alone. When he looks up, the children are gone (Satan was also seen momentarily among them) and there is only a rotten, maggot-infested (once again, maggots!) donkey carcass beside him, beneath a tree. In his despair, Judas kills himself. I've thought a great deal about the "children," and here's my theory: Judas was guilt-ridden about what he had done. If an adult would have come and taunted him, he would have been provoked to anger. Because he's

THE PASSION OF THE CHRIST: ANALYSIS

Authored By: CitizenTrack

<u>Introduction</u>
Mel Gibson's "The Passion of the Christ" is undoubtedly the most controversial film about the life of Jesus ever made (Garber, 2005). Seemingly beginning at the end, the film opens in the Garden of Gethsemane as Jesus begins the torturous final twelve hours of his life, and concludes with a rare glimpse of hope as the resurrected Christ leaves the tomb. Much of the film is taken up with an extreme depiction of Christ's suffering: betrayed by Judas, condemned to death by a mob so determined to see his crucifixion that even his public scourging did nothing to stem their cries for his blood, tortured beyond physical endurance by brutish Roman soldiers, and eventually dying in agony on the cross he had borne step by painful step through the streets of Jerusalem. Slated by some as a film that "does justice neither to the Bible, nor to history, archaeology, and decades of research by scholars from a wide range of disciplines," (Garber & Young, 2005) and acclaimed by others as a film which is "causing people to think, return to their faith and, in some cases, to discover God and His purpose in their lives," (Farah, 2004), "The Passion" has been stirring up debate since the first rumors about its content made their way onto the Web. Critics have condemned the film for its violence and perceived anti-Semitism, while its fans have hailed it for refusing to shrink from the brutal details of the suffering Christ went through. The film was so controversial that Mel Gibson had to use his own money to make it after Hollywood studios refused to take a chance on his violent, visceral rendition of the last hours of the Messiah's life, and the film only found a distributor willing to put it out four months before its release date (Fielding, 2004).

However, Gibson's dedication to seeing his vision of the Passion created and released paid off in both financial and intellectual terms. A $370 million-grossing box office smash in spite of – or perhaps because of – the controversy surrounding it, it is a film that cannot fail to arouse strong feelings in the viewer no matter what his or her religious denomination or personal belief. This paper will look more closely at the film's historical and scriptural accuracy, the reasons behind any noted inaccuracies, and whether or not it should be required viewing for courses on early Christianity and the history of Jesus.

<u>Elements in the movie which do not appear in the gospels, and how these elements are characterized</u>

"I want to be true to the gospels," Mel Gibson said when questioned about his goals in creating "The Passion of the Christ" (BeliefNet Staff, 2006). Even the Pope himself is said to have endorsed the film as an accurate depiction of Christ's torture and subsequent crucifixion, commenting: "It is as it was" (Davies & Petre, 2003). However, many of the film's fiercest critics argue that it is filled with moments which are not accounted for in any of the gospels, and which are neither historically accurate according to records of the time nor realistic in terms of what is actually depicted (Young, 2005; Zuckerman, 2005). Although Gibson argued that "Holy Scripture and accepted visions of the Passion were the only possible texts I could draw from to fashion a dramatic film," the scriptures do not provide a full elaboration on a number of the scenes that were needed either to round out events, provide explanation, or simply to provide the required atmosphere, meaning that Gibson inevitably had to draw on other sources, some of which are easily identifiable, others of which are more esoteric (BeliefNet, 2006). Some of these are biblical in nature – for example, Jesus' crushing of the serpent beneath his heel in the garden draws on Genesis 5:13, and Mary awakening to ask "What makes this night different from all others?" as Jesus is being arrested and beaten in Gethsemane is taken from the Passover liturgy. On the Via Dolorosa, Jesus falls to the ground three times, and Mary runs to him and offers him brief comfort. These incidents form part of the Roman Catholic Stations of the Cross, but none of them are specifically mentioned in the gospels. Likewise, the incident where the young girl offers Jesus a cloth to wipe the sweat from his face and his features are then seen imprinted on it is not mentioned in any of the gospels, but is another of the Stations of the Cross, commonly known as "Veronica's Veil."

Events such as the four illustrated here are not included in the gospels, but there is a direct correlation to accepted religious belief, imagery, or tradition in all four. Gibson's extensive use of Catholic tradition and imagery is perhaps unsurprising, as he is himself a devout Catholic. He wound his own beliefs intricately into

THE PASSION OF THE CHRIST: ANALYSIS

Of the four gospels, only Matthew briefly mentions the method and circumstances of Judas' death. In Matthew 27:3-8, we learn that Judas dies by strangulation as a result of hanging, and Acts 1:16-19 elaborates slightly by explaining that he fell and his "bowels spilled out." "The Passion of the Christ," however, gives the death of Judas a considerably longer treatment. The scene opens with Judas slumped in despair in the street, apparently consumed with guilt and possibly remorse now that the truth of what his actions have led to has sunk in. Two small boys approach him, initially concerned for his wellbeing, but their faces then shift into deformed, apparently demonic visages and their voices rise and clamor in condemnation. We then see Judas fleeing into the hills, a crowd of demonic children tormenting and harrying him, before he comes face to face with the rotting corpse of a donkey and takes his own life. There are some quite clear links to Emmerich here. In Chapter 14 she mentions "a thousand furies" at Judas' heels as he runs from the city, and "Satan at his side" urging him toward suicide. The demonic children appear to be Gibson's interpretation of the forces of evil described in Emmerich's work, overlaid onto the basic facts of Judas' death as stated in the gospel of Matthew.

Pilate's questioning of Jesus' physical condition when the Messiah is first brought before him is mentioned in Chapter 17 of Emmerich, but not in any of the gospels. This appears to have been included as part of a number of measures intended to humanize Pilate and portray him as a troubled man forced into a corner where he has no choice but to condemn Jesus to death. A conversation from Chapter 19 of Emmerich between Pilate and his wife in which Pilate makes it clear that Caesar is not pleased with him and has specifically demanded that he prevent any further uprisings in the region is also included to reinforce this point. Additionally, Pilate's wife, concerned throughout for Jesus' welfare and the consequences of her husband's decision, brings Mary a cloth to wipe the blood of her son from the courtyard following his scourging by the Roman soldiers. This is mentioned in Chapter 23 of Emmerich, but not in the gospels. Emmerich makes it clear in her portrayal of Pilate's wife that she is sympathetic to Jesus' plight. Pilate's wife is quite a significant figure in this part of the film, exchanging long, meaningful glances with her husband as he struggles with his decision and clearly filled with compassion for Jesus' suffering, but in the gospels her only mention is in Matthew, where Pilate receives a message from her while hearing the case requesting that Pilate have nothing to do with Jesus. She is not present in person in any of the gospels.

Emmerich also sheds more light on some of the scenes which are merely hinted at by the gospels. She speaks of the serpent in Gethsemane, and specifically mentions Caiaphus and his priests bribing people to testify against Jesus. "The High Priests now sent for those whom they knew to be the most bitterly opposed to Jesus…They hastened to all the inns to seek out those persons whom they knew to be enemies of our Lord, and offered them bribes in order to secure their appearance." When Jesus is brought before the priests at the temple, the Virgin Mary and Mary Magdalene are among the crowd from the start. In the gospels, they appear much later. However, Emmerich places them in the crowd from the beginning.  Emmerich also mentions seven falls on the Via Dolorosa, although only three are shown in the film.

As can be seen from these examples, Gibson drew heavily on Emmerich's work – as befits its place in Catholic tradition – for many pivotal scenes, and to flesh out characters who would have remained fairly insignificant if he had remained faithful to gospel treatment. There is a clear argument that the gospels simply did not go into the level of detail that would have been required for some scenes in the film to make sense to the uninitiated viewer, or to give them dramatic credibility. Critics who would have preferred Gibson to remain true to the scriptures might argue that this should have been the least of his concerns, but Gibson himself stated that he believed "accepted visions of the Passion" were an appropriate source for information that he felt was critical to the film (BeliefNet Staff, 2006).

Reviewing the film with an eye to which of the four gospel narratives it follows most closely, it appears to move between them as required by the dramatic narrative. This has different effects at different stages in the film, as can be seen from the following analysis.

One of the strongest arguments critics use against "The Passion of the Christ" is its perceived anti-Semitism. The portrayal of a crowd of bloodthirsty Jews, led by their vengeful and cold-hearted High Priests, has caused

# The New
# Oxford Annotated

### CONTRIBUTORS

BERNHARD W. ANDERSON   GEORGE W. ANDERSON

WILLIAM A. BEARDSLEE   WALTER BRUEGGEMANN   JOHN J. COLLINS

ROBERT C. DENTAN   WILLIAM L. HOLLADAY   LESLIE J. HOPPE

PHILIP J. KING   BURKE O. LONG   BRUCE M. METZGER   CAREY A. MOORE

ROLAND E. MURPHY   PHEME PERKINS   JOHN REUMANN

### ADDITIONAL CONTRIBUTORS TO PREVIOUS EDITIONS

†GEORGES A. BARROIS   VICTOR R. GOLD   R. LANSING HICKS

†ARTHUR JEFFERY   SHERMAN E. JOHNSON   †JOHN KNOX

†HERBERT G. MAY   DONALD G. MILLER   †WARREN A. QUANBECK

†H. H. ROWLEY   †R. B. Y. SCOTT   WILLIAM F. STINESPRING

SAMUEL TERRIEN   ELWYN E. TILDEN   †LUTHER A. WEIGLE

# BIBLE

*containing the*
*Old and New Testaments*

*Edited by*

BRUCE M. METZGER

ROLAND E. MURPHY

NEW REVISED
STANDARD VERSION

*New York*
OXFORD UNIVERSITY PRESS

OXFORD UNIVERSITY PRESS

Oxford   New York   Toronto
Delhi   Bombay   Calcutta   Madras   Karachi
Petaling Jaya   Singapore   Hong Kong   Tokyo
Nairobi   Dar es Salaam   Cape Town
Melbourne   Auckland

and associated companies in
Berlin   Ibadan

Copyright © 1991 by Oxford University Press, Inc.

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

The New Oxford Annotated Bible copyright © 1973, 1977
by Oxford University Press, Inc.
The Oxford Annotated Bible copyright © 1962
by Oxford University Press, Inc.
The Oxford Annotated Apocrypha copyright © 1965, 1977
by Oxford University Press, Inc.

Published by Oxford University Press, Inc.
200 Madison Avenue, New York, New York 10016

Oxford is a registered trademark of Oxford University Press

New Revised Standard Version Bible copyright © 1989,
Division of Christian Education of the
National Council of the Churches of Christ
in the United States of America

4 6 8 10 9 7 5 3

Printed in the United States of America

*Jesus before*
*the high priest*

ther, and he will at once send me more than twelve legions of angels? 54But how then would the scriptures be fulfilled, which say it must happen in this way?" 55At that hour Jesus said to the crowds, "Have you come out with swords and clubs to arrest me as though I were a bandit? Day after day I sat in the temple teaching, and you did not arrest me. 56But all this has taken place, so that the scriptures of the prophets may be fulfilled." Then all the disciples deserted him and fled.

57 Those who had arrested Jesus took him to Caiaphas the high priest, in whose house the scribes and the elders had gathered. 58But Peter was following him at a distance, as far as the courtyard of the high priest; and going inside, he sat with the guards in order to see how this would end. 59Now the chief priests and the whole council were looking for false testimony against Jesus so that they might put him to death; 60but they found none, though many false witnesses came forward. At last two came forward 61and said, "This fellow said, 'I am able to destroy the temple of God and to build it in three days.'" 62The high priest stood up and said, "Have you no answer? What is it that they testify against you?" 63But Jesus was silent. Then the high priest said to him, "I put you under oath before the living God; tell us if you are the Messiah, ⁹ the Son of God." 64Jesus said to him, "You have said so. But I tell you,

From now on you will see the
Son of Man ʳ
seated at the right hand of
Power
and coming on the clouds
of heaven."

65Then the high priest tore his clothes and said, "He has blasphemed! Why do we still need witnesses? You have now heard his blasphemy. 66What is your verdict?" They answered, "He deserves death." 67Then they spat in his face and struck ˢ him; and some slapped him, 68saying, "Prophesy to us, you Messiah! Who is it that struck you?"

69 Now Peter was sitting outside in the courtyard. A servant-girl came to him and said, "You also were with Jesus the Galilean." 70But he denied it before all of them, saying, "I do not know what you are talking about." 71When he went out to the porch, another servant-girl saw him, and she said to the bystanders, "This man was with Jesus of Nazareth." 72Again he denied it with an oath, "I do not know the man." 73After a little while the bystanders came up and said to Peter, "Certainly you are also one of them, for your accent betrays you." 74Then he began to curse, and he swore an oath, "I do not know the man!" At that moment the cock crowed. 75Then Peter remembered what Jesus had said: "Before the cock crows, you will deny me three times." And he went out and wept bitterly.

27 When morning came, all the chief priests and the elders of the people conferred together against Jesus in order to bring about his death. 2They bound him, led him away, and handed him over to Pilate the governor.

3 When Judas, his betrayer, saw that Jesus was condemned, he repented and brought back the thirty pieces of silver to the chief priests and the elders. 4He said,

---

q Or *Christ*     r Gk *the Nazorean*     s Gk *he*

---

Faith in God cannot claim his promise (4:6), so as to counteract his purpose. 55: Lk 19.47; Jn 18.19–21.

26.57–75: **Jesus before Caiaphas.** 57: The reference is to the Jewish supreme court (the Sanhedrin; see Jn 11.47 n.). 59: See Mk 14.55 n. 61:24.2; 27.40; Acts 6.14; Jn 2.19. 63: 27.11; Jn 18.33. 64: *You have said so*, see 26.25 n. *The Son of Man*, 16.28; Dan 7.13; Ps 110.1.

26.65: Num 14.6; Acts 14.14; Lev 24.16. 66: Lev 24.16. 68: *Prophesy*, at this moment Jesus was blindfolded (Lk 22.64). 73: Peter spoke with a Galilean accent differing from the Judean; see Acts 2.7. 75: Compare v. 34.

**27.1–26: Jesus before Pilate.** 1–2: Mk 15.1; Lk 23.1; Jn 18.28–32. Jewish law required that the Sanhedrin take formal action by daylight. Apparently 26.57–68 describes a pre-dawn hearing. 3–10: Acts 1.16–20. The

"I have sinned by betraying innocent blood." But they said, "What is that to us? See to it yourself." 5 Throwing down the pieces of silver in the temple, he departed; and he went and hanged himself. 6 But the chief priests, taking the pieces of silver, said, "It is not lawful to put them into the treasury, since they are blood money." 7 After conferring together, they used them to buy the potter's field as a place to bury foreigners. 8 For this reason that field has been called the Field of Blood to this day. 9 Then was fulfilled what had been spoken through the prophet Jeremiah, "And they took the thirty pieces of silver, the price of the one on whom a price had been set, *on whom some of the people of Israel had set a price, 10 and they gave them for the potter's field, as the Lord commanded me."

11 Now Jesus stood before the governor; and the governor asked him, "Are you the King of the Jews?" Jesus said, "You say so." 12 But when he was accused by the chief priests and elders, he did not answer. 13 Then Pilate said to him, "Do you not hear how many accusations they make against you?" 14 But he gave him no answer, not even to a single charge, so that the governor was greatly amazed.

15 Now at the festival the governor was accustomed to release a prisoner for the crowd, anyone whom they wanted. 16 At that time they had a notorious prisoner, called Jesus* Barabbas. 17 So after they had gathered, Pilate said to them, "Whom do you want me to release for you, Jesus* Barabbas or Jesus who is called the Messiah?" 18 For he realized that it was out of jealousy that they had handed him over. 19 While he was sitting on the judgment seat, his wife sent word

to him, "Have nothing to do with that innocent man; for today I have suffered a great deal because of a dream about him." 20 Now the chief priests and the elders persuaded the crowds to ask for Barabbas and to have Jesus killed. 21 The governor again said to them, "Which of the two do you want me to release for you?" And they said, "Barabbas." 22 Pilate said to them, "Then what should I do with Jesus who is called the Messiah?" * All of them said, "Let him be crucified!" 23 Then he asked, "Why, what evil has he done?" But they shouted all the more, "Let him be crucified!"

24 So when Pilate saw that he could do nothing, but rather that a riot was beginning, he took some water and washed his hands before the crowd, saying, "I am innocent of this man's blood; *see to it yourselves." 25 Then the people as a whole answered, "His blood be on us and on our children!" 26 So he released Barabbas for them; and after flogging Jesus, he handed him over to be crucified.

27 Then the soldiers of the governor took Jesus into the governor's headquarters, b and they gathered the whole cohort around him. 28 They stripped him and put a scarlet robe on him, 29 and after twisting some thorns into a crown, they put it on his head. They put a reed in his right hand and knelt before him and mocked him, saying, "Hail, King of the Jews!" 30 They spat on him, and took

t Other ancient authorities read righteous u Other ancient authorities read Zechariah or Isaiah v Or I took w Or the price of the precious One x Other ancient authorities lack Jesus z Or the Christ a Other ancient authorities read this righteous blood, or this righteous man's blood b Gk the praetorium

details of Judas' end are obscure. Each account connects him in death with a cemetery for foreigners in Jerusalem. 6: See Deut 23.18 for scruples about ill-gotten gains for sacred purposes. 9–10: Zech 11.12–13; Jer 18.1–3; 32.6–15.
27.11–14: Mk 15.2–5; Lk 23.2–5; Jn 18.29–19.16. 14: Lk 23.9; Mt 26.62; Mk 14.60; 1 Tim 6.13. 15–26: Mk 15.6–15; Lk 23.18–25; Jn 18.38–40; 19.4–16. 19: Lk 23.4. 21: Acts 3.13–14. 24: Deut 21.6–9; Ps 26.6. 25: Acts 5.28; Josh 2.19. 26: Scourging with a multithonged whip ordinarily preceded execution. 27.27–44: The crucifixion. 27–31: Mk 15.16–20; Jn 19.1–3. 27: The "cohort" at full strength numbered about five hundred men.

SELF-PRONOUNCING EDITION

# THE

# HOLY BIBLE

CONTAINING THE

*Old and New Testaments*

TRANSLATED OUT OF
THE ORIGINAL TONGUES AND WITH THE FORMER
TRANSLATIONS DILIGENTLY COMPARED AND REVISED

AUTHORIZED *King James Version*

With all proper names divided into syllables
accented and marked with the vowel sounds
showing how they should be pronounced



A MERIDIAN BOOK

MERIDIAN

Published by the Penguin Group

Penguin Books USA Inc., 375 Hudson Street, New York, New York 10014, U.S.A.
Penguin Books Ltd, 27 Wrights Lane, London W8 5TZ, England
Penguin Books Australia Ltd, Ringwood, Victoria, Australia
Penguin Books Canada Ltd, 10 Alcorn Avenue, Toronto, Ontario,
Canada, M4V 3B2
Penguin Books (N.Z.) Ltd, 182-190 Wairau Road, Auckland 10, New Zealand

Penguin Books Ltd, Registered Offices: Harmondsworth, Middlesex, England

Published by Meridian, an imprint of New American Library, a division of Penguin
Books USA Inc.

First Printing/New American Library, November, 1974
20  19  18  17  16  15  14  13

All rights reserved

 REGISTERED TRADEMARK—MARCA REGISTRADA

Printed in the United States of America

Without limiting the rights under copyright reserved above, no part of this
publication may be reproduced, stored in or introduced into a retrieval system, or
transmitted, in any form, or by any means (electronic, mechanical, photocopying,
recording, or otherwise), without the prior written permission of both the copyright
owner and the above publisher of this book.

BOOKS ARE AVAILABLE AT QUANTITY DISCOUNTS WHEN USED TO PROMOTE PRODUCTS OR
SERVICES. FOR INFORMATION PLEASE WRITE TO PREMIUM MARKETING DIVISION, PENGUIN
BOOKS USA INC., 375 HUDSON STREET, NEW YORK, NEW YORK 10014.

*The Betrayal by Judas*　　29　　ST. MATTHEW 27

47 ¶ And while he yet spake, lo, Jū'-dās, one of the twelve, came, and with him a great multitude with swords and staves, from the chief priests and elders of the people.

48 Now he that betrayed him gave them a sign, saying, Whomsoever I shall kiss, that same is he: hold him fast.

49 And forthwith he came to Jē'-śus, and said, Hail, master; and kissed him.

50 And Jē'-śus said unto him, Friend, wherefore art thou come? Then came they, and laid hands on Jē'-śus, and took him.

51 And, behold, one of them which were with Jē'-śus stretched out *his* hand, and drew his sword, and struck a servant of the high priest's, and smote off his ear.

52 Then said Jē'-śus unto him, Put up again thy sword into his place: for all they that take the sword shall perish with the sword.

53 Thinkest thou that I cannot now pray to my Father, and he shall presently give me more than twelve legions of angels?

54 But how then shall the scriptures be fulfilled, that thus it must be?

55 In that same hour said Jē'-śus to the multitudes, Are ye come out as against a thief with swords and staves for to take me? I sat daily with you teaching in the temple, and ye laid no hold on me.

56 But all this was done, that the scriptures of the prophets might be fulfilled. Then all the disciples forsook him, and fled.

57 ¶ And they that had laid hold on Jē'-śus led *him* away to Cāi'-ā-phās the high priest, where the scribes and the elders were assembled.

58 But Pē'-tēr followed him afar off unto the high priest's palace, and went in, and sat with the servants, to see the end.

59 Now the chief priests, and elders, and all the council, sought false witness against Jē'-śus, to put him to death;

60 But found none: yea, though many false witnesses came, *yet* found they none. At the last came two false witnesses,

61 And said, This *fellow* said, I am able to destroy the temple of God, and to build it in three days.

62 And the high priest arose, and said unto him, Answerest thou nothing? what is it which these witness against thee?

63 But Jē'-śus held his peace. And the high priest answered and said unto him, I adjure thee by the living God, that thou tell us whether thou be the Christ, the Son of God.

64 Jē'-śus saith unto him, Thou hast said: nevertheless I say unto you, Hereafter shall ye see the Son of man sitting on the right hand of power, and coming in the clouds of heaven.

65 Then the high priest rent his clothes, saying, He hath spoken blasphemy; what further need have we of witnesses? behold, now ye have heard his blasphemy.

66 What think ye? They answered and said, He is guilty of death.

67 Then did they spit in his face, and buffeted him; and others smote *him* with the palms of their hands,

68 Saying, Prophesy unto us, thou Christ, Who is he that smote thee?

69 ¶ Now Pē'-tēr sat without in the palace: and a damsel came unto him, saying, Thou also wast with Jē'-śus of Găl'-i-lēe.

70 But he denied before *them* all, saying, I know not what thou sayest.

71 And when he was gone out into the porch, another *maid* saw him, and said unto them that were there, This *fellow* was also with Jē'-śus of Năz'-ā-rĕth.

72 And again he denied with an oath, I do not know the man.

73 And after a while came unto *him* they that stood by, and said to Pē'-tēr, Surely thou also art *one* of them; for thy speech bewrayeth thee.

74 Then began he to curse and to swear, *saying*, I know not the man. And immediately the cock crew.

75 And Pē'-tēr remembered the word of Jē'-śus, which said unto him, Before the cock crow, thou shalt deny me thrice. And he went out, and wept bitterly.

## Chapter 27

WHEN the morning was come, all the chief priests and elders of the people took counsel against Jē'-śus to put him to death:

2 And when they had bound him, they led *him* away, and delivered him to Pŏn'-tĭus Pī'-lāte the governor.

3 ¶ Then Jū'-dās, which had betrayed him, when he saw that he was condemned, repented himself, and brought again the thirty pieces of silver to the chief priests and elders,

4 Saying, I have sinned in that I have betrayed the innocent blood. And they said, What *is that* to us? see thou *to that*.

5 And he cast down the pieces of silver in the temple, and departed, and went and hanged himself.

6 And the chief priests took the silver pieces, and said, It is not lawful for to put them into the treasury, because it is the price of blood.

7 And they took counsel, and bought with them the potter's field, to bury strangers in.

8 Wherefore that field was called, The field of blood, unto this day.

9 Then was fulfilled that which was spoken by Jĕr'-ĕ-mȳ the prophet, saying, And they took the thirty pieces of silver,

**SIEGARTEL DECLARATION**

**EXHIBIT 3**

**Judas Iscariot - Part One**
by Heath Rogers

Judas Iscariot has been the subject of much attention and controversy over the past few weeks. A National Geographic special about the lost "Gospel of Judas" that aired recently attempted to portray the villain of the New Testament in a new light. It suggested that, instead of being a traitor, Judas was actually working together with the Lord and "betrayed" Him at His own request. This "lost book" is being promoted in an effort to suggest that the early church held different views about Judas. Regardless of the different views others may have held, the Bible makes it very clear who Judas was and why he betrayed the Lord.

**1. Judas became a traitor.** How could someone so close to Jesus ever come to betray Him into the Hands of his enemies? The argument stated above suggests that Judas was cooperating with Jesus. If this is the case, then how was Judas "against" the Lord (John 13:18)? Some have suggested that Judas was never a real apostle, but Peter says that he was (Acts 1:17, 25). Others claim that Judas was predestined to betray Jesus, and that the Lord knowingly chose him for this very purpose. This explanation denies the free will of Judas. When you remove the element of free will, you remove everything *bad* about what Judas did. In what sense could the action of Judas be called "betrayal" if he had no choice in the matter?

There is a better explanation. The Bible says that Judas *became* a traitor (Luke 6:16). Something happened between the time that Judas was called to be an apostle and the night of the fateful kiss in the Garden of Gethsemane that caused him to turn against the Lord.

**2. Judas was a thief.** "This he said, not that he cared for the poor, but because he was a thief, and had the money box; and he used to take what was put in it" (John 12:6). Jesus and His apostles were supported in their work (Luke 8:1-3). Judas was entrusted with the stewardship of this common purse, but John says that he stole from it. He was a covetous man, and covetousness leads one away from the Lord. "For the love of money is a root of all kinds of evil, for which some have strayed from the faith in their greediness, and pierced themselves through with many sorrows" (1 Timothy 6:10). A thief is not a traitor, but Satan was able to use this sin to turn Judas against Jesus.

**3. Wounded Pride.** During the week before His crucifixion, Jesus and His disciples had occasion to eat at the home of Lazarus in Bethany (John 12:1-8). While at the house, Mary anointed the feet of Jesus with a pound of very expensive oil. Judas denounced the anointing as a waste, stating that the oil could have been sold for 300 pence (a year's wages for a common laborer) and given to the poor. This appears to have been a noble protest, but John indicates that Judas was motivated by covetousness, not charity (v. 6). Jesus rebuked Judas for troubling Mary. She was doing a good deed, and Jesus made it clear that Judas was to leave her alone.

Matthew (26:6-16) and Mark (14:3-11) indicate that it was at this time that Judas went to the chief priests to betray Jesus into their hands. Judas asked, "What are you willing to give me if I deliver Him to you?" (Matthew 26:15). This question reflects both his covetousness and his wounded pride. The agreed price was thirty pieces of silver. This was the price for a wounded slave (Exodus 21:32). This price was also a subject of prophecy (Zechariah 11:12-13). With these arrangements made, Judas sought for an opportune time to betray the Lord.

We are not left to speculate about who Judas was and why he betrayed the Lord. Our human minds may have trouble grasping the emotional aspect of what Judas did, but the Bible clearly tells us why

Domine, da mihi hanc aquam... 04/9/06 - 4/16/06

SEARCH BLOG | FLAG BLOG | Next Blog»   Create Blog | Sign In

# Domine, da mihi hanc aquam...

**Fr. Philip Neri Powell, O.P., Ph.D.**



Laudare +
Benedicere +
Praedicare

Order of Preachers since 1216

## Fr. Philip OP's WISH LIST

UPDATED: 27 Sept 2008

Friday, April 14, 2006

## Rejoice! He is dead

Good Friday 2005: Is 52.13-53.12; Heb 4.14-16, 5.7-9; Jn 18.1-19.42
Fr. Philip N. Powell, OP
Church of the Incarnation, University of Dallas

### Hear it!

Why do we do this every year? Why do we celebrate betrayal, abandonment, and brutality. Why do we attend this Good Friday's party of violence?

Our celebration of Christ's Passion on Good Friday is as perverse an event as any we might conjure. Or, it would be if we were to settle for watching from the crowd, coolly watching events as they unfold. It is not enough to observe. Not enough to stand behind the crowd not caring. Our apathy, our lack of passion for Christ's suffering and death for us, that will make today's celebration truly perverse.

Rejoice then with each rip in His flesh. Rejoice with each drop of

Domine, da mihi hanc aquam...



Fr Philip's Homilies

ADD TO

COMMENTS

1. Downright 'ornery
2. The Only Burden
3. Made to believe...
4. I never knew you...

GET NEW EPISODES    Enter email addres
EXPLORE
GET THIS PLAYER    pod O matic
**Click here to get your own player.**

## Mailing Address

**P. Philip Neri Powell, OP, PhD**
**Pontificia Universita S.**
**Tommaso d' Aquino**
**Facolta di Filosofia**
**Largo Angelicum 1**
**00184 Roma**



The Angelicum

## Blogs/Sites I Read

Ad Majorem Dei Gloriam
Against the Grain
American Catholic
Philosophical Assoc.
American Papist

Jesus' end was inevitable.

Some suggest that Judas was predestined to hand Jesus over. Others will claim that Jesus asked Judas to betray him in order to fulfill the prophecies that prefigure his sacrifice on the cross. Still others will claim that Judas is an existential figure, a man persecuted by history for making a choice and playing out the consequences of that choice with a focused integrity. Maybe, maybe, maybe. What we know is that Judas went to the chief priests. Offered his friend's freedom, his life, to those who would see him dead. Negotiated a price for his friend's betrayal, thirty pieces of silver, the fine for murdering a slave. And then continued living, working, ministering with his friend, looking for an opportunity to hand him over.

But I said I would speak kindly of Judas. We all should. Why? Judas is so repugnant to us, so vile a man, and deserving of our contempt that, if we believe, truly believe, what Jesus died in order to teach us, we must find it in our hearts not only to forgive him his violence against Christ, but we must see clearly, staring back at us from the contorted face of the Messiah's betrayer, our own face, creased with disobedience, etched with rebellion, scarred again and again with battles against killing temptation, the struggles to find, grasp, and cling to God.

If the Christ is the best face we could wear, turned to the Father in beatitude, then Judas is the face we could wear in those moments of despairing loneliness, dark, dark distress at the impossibilities of ever finding the light again. His is the face we put on when that small devilish whisper almost causally speaks ruin to us: "This cannot be forgiven. Not even God loves you that much." What aren't we capable of then? What act of betrayal, deceit, selfishness, or violence is beyond us when we believe we are unlovable?

Speak kindly of Judas not to excuse his sin, not to make right what is always wrong. But perhaps as an act of caution against what we hope is impossible for us. He is our anti-exemplar, the model of what happens in the ruin of despair, the wreck we make of ourselves when we kill tomorrow's hope with yesterday's hatred or today's passing anxiety.

Sometime today, ask in prayer, "Surely, it is not I, Lord?" Wait for an answer and then, with whatever answer you receive, speak kindly of Judas.

Posted by Fr. Philip Powell, OP at 1:22 PM    0 comments    Links to this post

Sunday, April 09, 2006

## Who is this?



John MacArthur
UNLEASHING GOD'S TRUTH
ONE VERSE AT A TIME.

| WELCOME | RADIO | VIDEO | MEET GTY | RESOURCES | GLOBAL | SHOP GTY |

CD    PDF    Email

Print

- Articles
  - By Topic
  - By Title
- Study Guides
  - By Scripture
  - By Topic
  - By Title
- Transcripts
  - By Series
  - By Scripture
  - By Code
  - By Title
- Issues & Answers
- Audio Q & A
- Positions
- Portraits of Grace
- Daily Devotion

Resource Search    Go

- Browse
  - By Scripture
  - By Topic
  - By Title

- Study
- Learn

---

Transcripts

# Jesus and Judas

### John 13:18-30

Turn to John 18, starting in verse 13. Jesus, speaking to His disciples, says,"'I speak not of you all, I know whom I have chosen; but that the Scripture may be fulfilled, he that eateth bread with Me has lifteth up his heel against Me. Now I tell you before it come, that when it is come to pass, ye may believe that I am He. Verily, verily, I say unto you, he who receiveth whomever I send, receiveth Me. And He that receiveth Me, receiveth Him that sent Me. When Jesus had thus said, He was troubled in spirit, and testified, and said, 'Verily, verily, I say unto you, that one of you shall betray Me.' Then the disciples looked one on another, doubting of whom He spoke. Now there was leaning on Jesus' bosom, one of His disciples whom Jesus loved. Simon Peter therefore beckoned to him that he should ask who it should be of whom He spoke. He, then lying on Jesus' breast, saith unto Him, 'Lord, who is it?' Jesus answered, 'he it is to whom I shall give a sop when I have dipped it.' And when He had dipped the sop, He gave it to Judas Iscariot, the son of Simon. And after the sop, Satan entered into him. Then said Jesus unto him, 'What thou doest, do quickly.' Now no man at the table knew with what intent he spoke this unto him, for some of them thought that because Judas had the bag, that Jesus had said unto him, I Buy those things that we have need of for the feast. Or that he should give something to the poor. He, then, having received the sop, went immediately out, and it was night." May God bless this portion of Scripture to your hearts. Our lesson comes from the 13th Chapter of John. And I must add that this message, by the nature of the

Judas. Jesus, the greater David, Judas, the greater Ahithafel.

Over in Psalm 55, we see another prophecy, clearly a prophecy of Judas and his betrayal. Psalm 55:12. Listen to how this describes Judas. "For it was not an enemy that reproached me, then I could have borne it." Imagine Jesus speaking these words. "Neither was it he that hated me who did magnify himself against me. Then I would have hidden myself, a man from him. But it was thou, a man mine equal, my guide, my familiar friend. We took sweet counsel together, walked unto the house of God in company." Now verse 20. "He has put forth his hands against such as are at peace with him; he hath broken his covenant. The words of his mouth were smoother than butter, but war was in his heart. The words were softer than oil, yet were they drawn swords." And there's a picture of Judas.

Over in Zechariah, next to the last book in the Old Testament, and in the eleventh chapter even more detail is given about the betrayal of Christ by Judas. In fact it even gives the exact price. Right as exactly you see it in the New Testament. Zechariah 11:12: "And I said unto them, 'If ye think good, give me my price.'" And this is Judas talking. Prophetically, this is Judas talking to the Jewish leaders. "'If you think good, give me my price, and if not forbear.' So they weighed for my price thirty pieces of silver. And the Lord said unto me, 'Cast it unto the potter, a lordly price that I was prized at of them.' And I took the thirty pieces of silver and cast them to the potter in the house of the Lord." And you know what Judas did after the death of Jesus Christ? He took the thirty pieces right back to the house of the Lord, threw them down. The thirty pieces were picked up, Matthew 27 says, they took them out and bought a potter's field, exactly, to the letter, fulfilling the prophecy of Zechariah 11.

Long before Judas was ever born, his hatred of Jesus Christ was master planned by divine authorship into the activity of the cross. Jesus choosing Judas was no accident. In John 17:12, listen to this, Jesus says to the Father, "While I was with them in the world, I kept them in thy name," talking about his disciples. "Those that thou gavest Me I have kept and none of them is lost, but the son of perdition," that's Judas, "that the Scripture might be fulfilled. " Judas didn't surprise Jesus one bit. He knew every move Judas ever made. It was predestined in the plan of God from eternity past. It was woven into the prophecy of the Old Testament at least three places as clearly as it could possibly be there. Now may I add quickly this statement: Judas' part was not apart from Judas' own will. Even though God master planned it, even though it was of divine origin that Judas would fit into the body of the twelve, and betray Christ. Yet it was not apart from the desire of Judas.

# Judas Iscariot

Grateful acknowledgments to Anastasios Kioulachoglou (for part one) and Gary Amirault (for part two)

The first part of this article will address the question "When did Judas die?" The second part will address the question "Is Judas in Heaven or Hell?"

## Part One: When did Judas Die?

Let us begin our study with I Corinthians 15:3-5, according to which the resurrected Christ appeared to the twelve.

> 1 Corinthians 15:3-5, "For I delivered unto you first of all that which I also received, how that Christ died for our sins according to the scriptures; And that he was buried, and that he rose again the third day according to the scriptures: And that he was seen of Cephas, then of **the twelve**:"

For many, this scripture has been a stumbling block since, according to **tradition**, Judas died <u>before</u> the crucifixion and therefore, if this tradition was right, then here the Word of God should have written "eleven" instead of "twelve".

The investigation below starts by confirming that the "twelve" of the above passage are the well known "twelve" that included Judas. After that, we continue with a detailed analysis of the gospel records that refer to the post-resurrection appearance of Jesus that happened at the evening of the "first day of the week". Though this appearance is not the appearance to the twelve, it is very important to examine it since, as we will see, Judas was there when it happened. Apart from this, the examination of this appearance is necessary for a good understanding of the gospel record of the appearance to the twelve. After that, the investigation will continue with the examination of the traditional view and the passage of Matthew 27:3-5 that is used to support it. Finally, the article will close with the study of another passage that will help us to specify the time of Judas' death more accurately.

### The Twelve of I Corinthians 15:5

According to the above given passage of I Corinthians 15, the resurrected Christ appeared to the twelve. To reconcile this reference with the tradition according to which Judas died before the crucifixion, it has been suggested that the twelve here are the old eleven disciples plus Matthias that substituted Judas in Acts 1:26. However, a conjecture like this is not supported neither from the references of the Word of God regarding the time that Matthias was counted as one of the twelve nor from the passages of the gospels that refer to some of the post-resurrection appearances of Jesus Christ. But let's examine this issue in more depth.

It is evident that there is no change in a specific group of people if there is no change in its composition. The original composition of the group of the "twelve" disciples is given in Matthew 10:1-4 as well as in Mark 3:14-18 and in Luke 6:13-16. Luke 6 for example tells us:

nothing to do with Moses. The Jews added a lot of laws which were impossible to remember or keep. Some of the laws added actually made it possible to break Moses law' for self gain. For example, when making an agreement, one had to face Jerusalem and say twice "Amen, Amen." If one said "Amen" only once, the agreement was not lawful and therefore could be broken. Knowing the "Law" at this point in Israel's history actually became profitable. Many foreign people were swindled by these kinds of acts. The modern church has copied those swindlers, and has actually exceeded many of the "lawful" schemes perpetrated in Jesus' day by "religious people." The widow, orphan, and poor were greatly oppressed by the religious leaders. Today, the use of the unlawful "tithe" is an example of the greed of religious men and women who use this money to build their own kingdoms.

The third way Jesus dealt with the Mosaic Law was to fulfill every type and shadow contained in all the sacrificial ceremonies. Many people were predestined to participate with Jesus in His fulfillment of these ceremonies. One of the leading participants in fulfilling these ceremonies and Scriptures was Judas. These laws can be seen on at least three levels.

1. The actual performance of them by Israel.
2. Seeing how Jesus would physically perform and fulfill them in the flesh.
3. Seeing the spiritual reality behind it all.

Most of us who have studied the scripture for any length of time know that Jesus was the "lamb of God," the "lamb slain before the foundation of the world." We know Jesus, the Innocent Lamb's blood, was shed for us that the Death Angel would "pass over" our house, that is, our life. But we have been very shallow in our studies and have not looked at how the Lamb was determined to be an "innocent lamb." We have looked to Pontius Pilate as the judge who determined whether Jesus was guilty of death or not, but Jesus had to fulfill the Laws of God, not the laws of Rome. The Jewish leaders wanted Jesus guilty, not innocent. They would not declare the lamb innocent. So how was Jesus lawfully determined to be the "innocent" Lamb? The answer: **Judas**!

As we begin to gather all these pieces together, keep in mind that Judas was predestined just as Jesus being born at this time was predestined. Jesus chose Judas knowing his purpose; that prior to Satan entering Judas, his sins were really not much different than the other apostles. Be very careful in how you judge Judas for as you judge, perhaps, so shall you be judged.

## Inspecting the Lamb

As early as the Book of Genesis, there are references to proper sacrifices. All of these Old Testament sacrifices obviously pointed to the reality of Jesus Christ. I believe every sacrificial type and shadow will find it's reality wrapped up in Jesus Christ and His Body. This article will not deal with all of the types. We are concerned with the role Judas played and so we will have to stay focused as much as possible on Judas' role in prophesy being fulfilled.

Jesus was crucified in the Passover season. Did you know that a young goat was just as acceptable as a lamb? (2 Chronicles 35:7, Leviticus 22:19, Exodus 12:5). Somehow, due to our false teachings of the separation of the sheep and goats (derived from the parable in Matthew 25:31-34, 41), we have pictured the goat as an unclean animal. This is not so, at least according to Scripture. Many of our perceptions of the Creator and His Plan come from our religious traditions and not from the Scriptures.

In the original Passover, the lamb (or goat) was selected on the 10th day of the month of Abib (Deuteronomy 16:1) . This month was to be their first month since that was the month they were

# The Anachronism of Judas Iscariot in Context

*Refining the Systems of Meaning and Religious Truth
in Context with the Cultural Zeitgeist*

**Tamer Basel Shabaneh**

**Prof. Karen Gocsik**
**Kimberly Soderstrom**
23 February 2004

serving Jesus, making him the first of Jesus' disciples and apostles. Considering the sequence of Judas' alleged life events, Judas' betrayal of Jesus is shrouded in a bloody background of murders, including his rival's and father's. What might strike some as odd is how this figure is fatally preordained to commit his crimes without a clear act of free will. (ricci 2).

Despite the negative connotation that da Varazze casts upon Judas, his lack of free will, independent of the author's intent, ties back to John's belief in God's predestination of the betrayal of Jesus. Similar to John's attempt to refine and assimilate his views on God's Will into his biblical reflections, mediaeval priests and power figures alike sought new meaning in the conventional systems of truth. The Middle Ages' legends of Judas incorporated the ancient biblical parallel of the infant Moses left at see before coming back to his family in later life. This is a fine instance where sacred religious themes are stripped from previous connotation, refashioned and re-appropriated into the story of a vilified evil cold-blooded murderer. Contrary to John's dualism of Judas being both the one chosen for the sacrifice and the villain that was rightfully punished, the polarising nature of the Middle Ages favoured the emergence of one side over the other. The triumphant cold-blooded, villain side of Judas' character reflects a certain cultural priority that those in monopoly of religious exegetical legitimacy (priests in particular) had to consider.

As already aforementioned, what remained from the John's Gospel, however, is

Backwards City: Judas Was Framed!

SEARCH BLOG   "FLAG BLOG"   Next Blog»

Create Blog | Sign In

# BACKWARDS CITY

## Update your bookmarks!
Gerry Canavan's blog has moved.

Dear Friends,
Due to unfortunate considerations of time and cost, *Backwards City* is no longer a print journal. However, we will maintain our presence on the web that, however meager, we hope you might enjoy.

WHO WE ARE
HOW TO SUBSCRIBE
SUBMISSION GUIDELINES
SUPPORT *BCR*

### RECENT POSTS
MOST RECENT POST
Oy Gevalt
The Trouble with Collins
'Ware and the Frauds'
It's Science!
Literary Hooves
Your Three Wishes: F.A.Q.
Brandeim (Why You Should Buy a Copy of This Week's...
'If You Find This World Bad, You Should See Some o...
Sometimes an Old Flame Went Out for a Reason
Under the Banner of Heaven



---

## FRIDAY, JANUARY 13, 2006

### JUDAS WAS FRAMED!

Judas Iscariot, the disciple who betrayed Jesus with a kiss, is to be given a makeover by Vatican scholars.

The proposed "rehabilitation" of the man who was paid 30 pieces of silver to identify Jesus to Roman soldiers in the Garden of Gethsemane, comes on the ground that he was not deliberately evil, but was just "fulfilling his part in God's plan."

I've always said this. The betrayal-with-a-kiss is the linchpin of the whole Jesus story. Without it, there's no crucifixion, and without a crucifixion there isn't any Jesus story at all.



So Judas was set up to take the fall since before he was born. Jesus (who is all-knowing) always knew Judas would betray him. God (also all-knowing) always knew, too. From the moment the universe sprung into existence Judas was slotted to be Jesus's betrayer. So we really have to wonder: Did he ever have a choice? Is it really his fault?

Wikipedia takes on many of the same questions in its entry on Judas. |+/-|

So at worst Judas is merely another pawn in God's Glorious Plan™, and he's possibly a hero. Either way, it's time to cut the guy some slack. See also. (via Pandagon)

# posted by Gerry Canavan @ 12:41 AM  COMMENTS (2) | TRACKBACK (1) 🖂

A True Church
... by every word of God

a true church, P.O. Box 797, Lake Hughes, CA 93532
1-800-HOW-TRUE www.atruechurch.info                    HOME

# J. Vernon McGee Is A Dead False Teacher (2 Peter 2:17)

### April, 2003

Dr. J. Vernon McGee (1904-1988) is best known for his "Thru the Bible" radio programs which are broadcast around the globe in more than thirty-five different languages. He served as a pastor for over forty years and was also a teacher, lecturer, and author.

Dr. McGee was the author of more than two hundred books and booklets, including *Ruth and Esther: Women of Faith, The Best of J. Vernon McGee, Thru the Bible with J. Vernon McGee* (5-volume set), and the *Thru the Bible Commentary Series* (60-volume set). [From the back inside dust jacket of *Questions and Answers*, copyright 1990]

Dr. McGee's greatest pastorate was at the historic, Church of the Open Door in downtown Los Angeles, where he served from 1949 to 1970. Here he began a daily radio broadcast called "High Noon Bible Class" on a single station.

Dr. McGee began teaching Thru the Bible in 1967. After retiring from the pastorate, he set up radio headquarters in Pasadena, and the radio ministry expanded rapidly. Today the program airs on over 400 stations each day in the United States and Canada, is heard in more than 100 languages around the world and is broadcast worldwide via the Internet. (www.ttb.org/DrMcGee.htm)

According to the Thru the Bible Radio web site, McGee died on December 1, 1988. If the material found in the book *Questions and Answers*, is truly what he taught, then McGee "fell asleep in his chair and quietly passed into the presence of his Savior" (www.ttb.org/DrMcGee.htm) in hell (Psalm 139:8; 1 Timothy 4:10; 2 Peter 2:1).

*Questions and Answers* depicts McGee was among those who turn the grace of God into lewdness (Jude 4), who secretly bring in destructive heresies (2 Peter 2:1), and for whom the blackness of darkness is reserved (2 Peter 2:17). The book claims, "the answers are virtually as he gave them" (p. 23). If this is true, McGee gave lies.

## I. Suicide

**Q.** I was completely surprised when one of my friends from church committed suicide. How could a Christian kill himself?

McGee's answer, in part, reads,

I can understand that a Christian might have a mental breakdown, a catastrophic illness, or certain other things which might cause him to do this. I would not sit in judgment upon a professing Christian who does this because, to begin with, the minute he commits this act he is out of your hands and out of my hands. We cannot pass judgment on him. And I do know this: if that person is a child of God, he is *saved*. I don't care what you say, he is *saved* if he is a child of God. (p. 50)

Because McGee was one who turned the grace of God into lewdness (Jude 4), he taught a Christian could kill himself and still end up in heaven. This is lewd, giving a license for sin, and a damning lie (2 Peter 2:1). For Scripture is very clear, if a person is either not in the faith (John 3:36), or does not continue in the faith (Romans 11:22), that person will end up in hell; and suicide, being by it's very nature pre-meditated self-murder, is an act that reveals the heart of the individual, that they are not in Christ (John 15:1-6).

Some might argue, "What about Samson? He committed suicide." Samson's "suicide" was actually an act of war, as he killed three thousand Philistines in his vengeance upon them (Judges 16:28-30). He died in his effort to kill others, as he said, "Let me die with the Philistines!" (Judges 16:30). It was not, as a typical suicide of our day, because of a lack of hope, or a deranged mind. He died with the Philistines to "take vengeance on the Philistines" for his two eyes (Judges 16:28). Plus, this was the only choice he had, to kill them as he did.

Typical suicidal people today are those who have no hope, and they are thus not in Christ (Ephesians 2:12; 1 Peter 1:3; 3:15), or they have been moved away from the hope of the gospel and are thus lost (Colossians 1:21-23). Those with deranged minds, or as McGee put it, who "might have a mental breakdown," are those who do not have a sound mind and are therefore not in Christ (Isaiah 26:3; 2 Timothy 1:7). These people will end up in hell if they die in such a state. Contrary to McGee's destructive heresy, those who commit suicide certainly *do*

## 2. John 2

**Q.** What was the purpose of the miracle at the wedding at Cana?

McGee's answer, in part, reads,

Apparently, down at the corner saloon they made fun of Him and His mother, and she wanted Him to clear her name. I'm not going into detail here, but it fills in part of the silent years in the life of our Lord - what He must have gone through and what Mary went through. (p. 63)

This is complete fantasy! No such teaching is found in the word of God.

## 3. Judas Iscariot and God's Many Plans

**Q.** Was Judas Iscariot destined to betray Christ?

McGee answers, in part, with,

God is not only working on this plan that He has chosen today, but when He started out (whenever that was) on this matter of man and his destiny, there were before Him an infinite number of plans that He could have adopted. (p. 146)

And,

So to say that if Judas hadn't betrayed Christ, man would be lost is entirely wrong because God had all kinds of plans before Him. (p. 147)

This is McGee's imagination (or someone else's from whom he acquired such foolishness) gone wild. Scripture teaches no such thing, but rather, God's plan remains constant and stands from the very beginning. As it is written,

I am God, and there is no other; I am God, and there is none like Me, declaring the end from the beginning, and from ancient times things that are not yet done, saying, "My counsel shall stand, and I will do all My pleasure." (Isaiah 46:9-10)

There are many plans in a man's heart, nevertheless the Lord's counsel - that will stand. (Proverbs 19:21)

Your eyes saw my substance, being yet unformed. And in Your book they all were written, the days fashioned for me, when as yet there were none of them. (Psalm 139:16)

Let all the earth fear the Lord; let all the inhabitants of the world stand in awe of Him. For He spoke, and it was done; He commanded, and it stood fast. The Lord brings the counsel of the nations to nothing; He makes the plans of the peoples of no effect. The counsel of the Lord stands forever, the plans of His heart to all generations. (Psalm 33:8-11)

A few pages later, McGee is recorded as saying this about Judas and his destiny.

Some theologians contend that Judas was predestined to betray Jesus and could do nothing else. I believe Judas made up his own mind to betray our Lord and had every opportunity to change his plans. (p. 151)

Judas did make up his own mind to betray our Lord and he did have opportunity to change his plans, that's why, in part, his sin was so great (John 19:11). But, he nonetheless was predestined to betray Christ. We know this because Jesus called him **"the son of perdition"** before he even committed the betrayal and noted the necessity of his betrayal for the fulfillment of Scripture (John 17:12). Also, the fearful truth on this as well is that,

A man's heart plans his way, but the Lord directs his steps. (Proverbs 16:9; see also Proverbs 16:4)

There are many plans in a man's heart, nevertheless the Lord's counsel - that will stand. (Proverbs 19:21)

O Lord, I know the way of man is not in himself; it is not in man who walks to direct his own steps. (Jeremiah 10:23)

Judas was predestined not only to betray Christ, but to be "the son of perdition" as well.

# The New
# Oxford Annotated

CONTRIBUTORS

BERNHARD W. ANDERSON   GEORGE W. ANDERSON

WILLIAM A. BEARDSLEE   WALTER BRUEGGEMANN   JOHN J. COLLINS

ROBERT C. DENTAN   WILLIAM L. HOLLADAY   LESLIE J. HOPPE

PHILIP J. KING   BURKE O. LONG   BRUCE M. METZGER   CAREY A. MOORE

ROLAND E. MURPHY   PHEME PERKINS   JOHN REUMANN

ADDITIONAL CONTRIBUTORS TO PREVIOUS EDITIONS

†GEORGES A. BARROIS   VICTOR R. GOLD   R. LANSING HICKS

†ARTHUR JEFFERY   SHERMAN E. JOHNSON   †JOHN KNOX

†HERBERT G. MAY   DONALD G. MILLER   †WARREN A. QUANBECK

†H. H. ROWLEY   †R. B. Y. SCOTT   WILLIAM F. STINESPRING

SAMUEL TERRIEN   ELWYN E. TILDEN   †LUTHER A. WEIGLE

*ew*

*ted*

# BIBLE

*containing the*
*Old and New Testaments*

*Edited by*

BRUCE M. METZGER

ROLAND E. MURPHY

NEW REVISED
STANDARD VERSION

.INS

.OORE

:CK

*New York*
OXFORD UNIVERSITY PRESS

OXFORD UNIVERSITY PRESS

Oxford   New York   Toronto
Delhi   Bombay   Calcutta   Madras   Karachi
Petaling Jaya   Singapore   Hong Kong   Tokyo
Nairobi   Dar es Salaam   Cape Town
Melbourne   Auckland

and associated companies in
Berlin   Ibadan

Copyright © 1991 by Oxford University Press, Inc.

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

The New Oxford Annotated Bible copyright © 1973, 1977
by Oxford University Press, Inc.
The Oxford Annotated Bible copyright © 1962
by Oxford University Press, Inc.
The Oxford Annotated Apocrypha copyright © 1965, 1977
by Oxford University Press, Inc.

Published by Oxford University Press, Inc.
200 Madison Avenue, New York, New York 10016

Oxford is a registered trademark of Oxford University Press

New Revised Standard Version Bible copyright © 1989,
Division of Christian Education of the
National Council of the Churches of Christ
in the United States of America

4 6 8 10 9 7 5 3

Printed in the United States of America

21 After saying this Jesus was troubled in spirit, and declared, "Very truly, I tell you, one of you will betray me." 22 The disciples looked at one another, uncertain of whom he was speaking. 23 One of his disciples—the one whom Jesus loved—was reclining next to him; 24 Simon Peter therefore motioned to him to ask Jesus of whom he was speaking. 25 So while reclining next to Jesus, he asked him, "Lord, who is it?" 26 Jesus answered, "It is the one to whom I give this piece of bread when I have dipped it in the dish." *y* So when he had dipped the piece of bread, he gave it to Judas son of Simon Iscariot. *z* 27 After he received the piece of bread, *a* Satan entered into him. Jesus said to him, "Do quickly what you are going to do." 28 Now no one at the table knew why he said this to him. 29 Some thought that, because Judas had the common purse, Jesus was telling him, "Buy what we need for the festival"; or, that he should give something to the poor. 30 So, after receiving the piece of bread, he immediately went out. And it was night.

31 When he had gone out, Jesus said, "Now the Son of Man has been glorified, and God has been glorified in him. 32 If God has been glorified in him, *b* God will also glorify him in himself and will glorify him at once. 33 Little children, I am with you only a little longer. You will look for me; and as I said to the Jews so now I say to you, 'Where I am going, you cannot come.' 34 I give you a new commandment, that you love one another. Just as I have loved you, you also should love one another. 35 By this everyone will know that you are my disciples, if you have love for one another."

36 Simon Peter said to him, "Lord, where are you going?" Jesus answered, "Where I am going, you cannot follow me now; but you will follow afterward." 37 Peter said to him, "Lord, why can I not follow you now? I will lay down my life for you." 38 Jesus answered, "Will you lay down your life for me? Very truly, I tell you, before the cock crows, you will have denied me three times.

14 "Do not let your hearts be troubled. Believe *c* in God, believe also in me. 2 In my Father's house there are many dwelling places. If it were not so, would I have told you that I go to prepare a place for you? *d* 3 And if I go and prepare a place for you, I will come again and will take you to myself, so that where I am, there you may be also. 4 And you know the way to the place where I am going." *e* 5 Thomas said to him, "Lord, we do not know where you are going. How can we know the way?" 6 Jesus said to him, "I am the way, and the truth, and the life. No one comes to the Father except through me. 7 If you know

*y* Gk *dipped it*   *z* Other ancient authorities read *Judas Iscariot son of Simon*; others, *Judas son of Simon from Karyot* (Kerioth)   *a* Gk *After the piece of bread*   *b* Other ancient authorities lack *If God has been glorified in him*   *c* Or *You believe*   *d* Or *If it were not so, I would have told you; for I go to prepare a place for you*   *e* Other ancient authorities read *Where I am going you know, and the way you know*

---

**13.21–30:** The betrayer must be dissuaded, or dismissed. Jesus honors him by seating him next to himself, handing him a *piece of bread* (Ruth 2.14), concealing his treachery from all but the beloved disciple.

**13.31–35:** The death that Judas has gone to arrange will *glorify* (reveal the essence of) both Father and Son as holy love. The disciples are now the organ of this love. 33: *Little children*, an expression of endearment found only here in the Gospels; see also 1 Jn 2.1, 12, 28; 3.7, 18; 4.4; 5.21. **36–38:** Peter is not yet ready to *follow* Jesus to death; *afterward*, according to tradition, he was martyred.

**14.1–17.26: Jesus' farewell discourse**

**and prayer;** an interpretation of Jesus' completed work on earth and relation to both believers and the world after his resurrection and ascension. It is a meditation, which—like a love-letter—is difficult to outline.

**14.1–31: The believers' relation to the glorified Christ;** no separation, but deepened fellowship. **1:** Belief in God has new meaning in Jesus. **2–3:** For him to *go*, through death and resurrection, to his *Father's house* (with *dwelling places* for all) was to *prepare a place* of permanent fellowship with him (13.33, 36). **4–7:** Access to God is solely through Jesus (Mt 11.27; Jn 1.18; 6.46; Acts 4.12).

SELF-PRONOUNCING EDITION

# THE

# HOLY BIBLE

CONTAINING THE

*Old and New Testaments*

TRANSLATED OUT OF
THE ORIGINAL TONGUES AND WITH THE FORMER
TRANSLATIONS DILIGENTLY COMPARED AND REVISED

AUTHORIZED *King James Version*

With all proper names divided into syllables
accented and marked with the vowel sounds
showing how they should be pronounced



A MERIDIAN BOOK

MERIDIAN
Published by the Penguin Group
Penguin Books USA Inc., 375 Hudson Street, New York, New York 10014, U.S.A.
Penguin Books Ltd, 27 Wrights Lane, London W8 5TZ, England
Penguin Books Australia Ltd, Ringwood, Victoria, Australia
Penguin Books Canada Ltd, 10 Alcorn Avenue, Toronto, Ontario,
Canada, M4V 3B2
Penguin Books (N.Z.) Ltd, 182-190 Wairau Road, Auckland 10, New Zealand

Penguin Books Ltd, Registered Offices: Harmondsworth, Middlesex, England

Published by Meridian, an imprint of New American Library, a division of Penguin
Books USA Inc.

First Printing/New American Library, November, 1974
20  19  18  17  16  15  14  13

All rights reserved

 REGISTERED TRADEMARK—MARCA REGISTRADA

Printed in the United States of America

Without limiting the rights under copyright reserved above, no part of this
publication may be reproduced, stored in or introduced into a retrieval system, or
transmitted, in any form, or by any means (electronic, mechanical, photocopying,
recording, or otherwise), without the prior written permission of both the copyright
owner and the above publisher of this book.

BOOKS ARE AVAILABLE AT QUANTITY DISCOUNTS WHEN USED TO PROMOTE PRODUCTS OR
SERVICES. FOR INFORMATION PLEASE WRITE TO PREMIUM MARKETING DIVISION, PENGUIN
BOOKS USA INC., 375 HUDSON STREET, NEW YORK, NEW YORK 10014.

Case 1:08-cv-01228-LTS    Document 28-4    Filed 09/08/2008    Page 20 of 20

his garments; and took a towel, and girded himself.

5 After that he poureth water into a bason, and began to wash the disciples' feet, and to wipe *them* with the towel wherewith he was girded.

6 Then cometh he to Sĭ´-mŏn Pē´-tĕr: and Pē´-tĕr saith unto him, Lord, dost thou wash my feet?

7 Jē´-sŭs answered and said unto him, What I do thou knowest not now; but thou shalt know hereafter.

8 Pē´-tĕr saith unto him, Thou shalt never wash my feet. Jē´-sŭs answered him, If I wash thee not, thou hast no part with me.

9 Sĭ´-mŏn Pē´-tĕr saith unto him, Lord, not my feet only, but also *my* hands and *my* head.

10 Jē´-sŭs saith to him, He that is washed needeth not save to wash *his* feet, but is clean every whit: and ye are clean, but not all.

11 For he knew who should betray him; therefore said he, Ye are not all clean.

12 So after he had washed their feet, and had taken his garments, and was set down again, he said unto them, Know ye what I have done to you?

13 Ye call me Master and Lord: and ye say well; for *so* I am.

14 If I then, *your* Lord and Master, have washed your feet; ye also ought to wash one another's feet.

15 For I have given you an example, that ye should do as I have done to you.

16 Verily, verily, I say unto you, The servant is not greater than his lord; neither he that is sent greater than he that sent him.

17 If ye know these things, happy are ye if ye do them.

18 ¶ I speak not of you all: I know whom I have chosen: but that the scripture may be fulfilled, He that eateth bread with me hath lifted up his heel against me.

19 Now I tell you before it come, that, when it is come to pass, ye may believe that I am *he*.

20 Verily, verily, I say unto you, He that receiveth whomsoever I send receiveth me; and he that receiveth me receiveth him that sent me.

21 When Jē´-sŭs had thus said, he was troubled in spirit, and testified, and said, Verily, verily, I say unto you, that one of you shall betray me.

22 Then the disciples looked one on another, doubting of whom he spake.

23 Now there was leaning on Jē´-sŭs' bosom one of his disciples, whom Jē´-sŭs loved.

24 Sĭ´-mŏn Pē´-tĕr therefore beckoned

to him, that he should ask who it should be of whom he spake.

25 He then lying on Jē´-sŭs' breast saith unto him, Lord, who is it?

26 Jē´-sŭs answered, He it is, to whom I shall give a sop, when I have dipped *it*. And when he had dipped the sop, he gave *it* to Jū´-dăs Ĭs-căr´-ĭ-ŏt, *the son* of Sĭ´-mŏn.

27 And after the sop Sā´-tăn entered into him. Then said Jē´-sŭs unto him, That thou doest, do quickly.

28 Now no man at the table knew for what intent he spake this unto him.

29 For some *of them* thought, because Jū´-dăs had the bag, that Jē´-sŭs had said unto him, Buy *those things* that we have need of against the feast; or, that he should give something to the poor.

30 He then having received the sop went immediately out: and it was night.

31 ¶ Therefore, when he was gone out, Jē´-sŭs said, Now is the Son of man glorified, and God is glorified in him.

32 If God be glorified in him, God shall also glorify him in himself, and shall straightway glorify him.

33 Little children, yet a little while I am with you. Ye shall seek me: and as I said unto the Jĕwş, Whither I go, ye cannot come; so now I say to you.

34 A new commandment I give unto you, That ye love one another; as I have loved you, that ye also love one another.

35 By this shall all *men* know that ye are my disciples, if ye have love one to another.

36 ¶ Sĭ´-mŏn Pē´-tĕr said unto him, Lord, whither goest thou? Jē´-sŭs answered him, Whither I go, thou canst not follow me now; but thou shalt follow me afterwards.

37 Pē´-tĕr said unto him, Lord, why cannot I follow thee now? I will lay down my life for thy sake.

38 Jē´-sŭs answered him, Wilt thou lay down thy life for my sake? Verily, verily, I say unto thee, The cock shall not crow, till thou hast denied me thrice.

## Chapter 14

LET not your heart be troubled: ye believe in God, believe also in me.

2 In my Father's house are many mansions: if *it were* not *so*, I would have told you. I go to prepare a place for you.

3 And if I go and prepare a place for you, I will come again, and receive you unto myself; that where I am, *there* ye may be also.

4 And whither I go ye know, and the way ye know.

5 Thŏm´-ăs saith unto him, Lord, we know not whither thou goest; and how can we know the way?

6 Jē´-sŭs saith unto him, I am the way,